**2016-2254**

# United States Court of Appeals
# for the Federal Circuit

VISUAL MEMORY, LLC,

*Plaintiff-Appellant,*

*v.*

NVIDIA CORPORATION,

*Defendant-Appellee.*

*Appeal from the United States District Court for the District of Delaware in Case No. 1:15-cv-789-RGA, Judge Richard G. Andrews*

## APPELLANT'S OPENING BRIEF

Richard C. Weinblatt
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
Email: weinblatt@swdelaw.com

*Attorneys for Appellant*
*Visual Memory, LLC*

September 28, 2016

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Visual Memory, LLC                    **v.**        NVIDIA Corporation

Case No.  2016-2254

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Visual Memory, LLC

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held Companies that own 10 % or more of stock in the party |
|---|---|---|
| Visual Memory, LLC | N/A | None |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

Richard C. Weinblatt and Stamatios Stamoulis of Stamoulis & Weinblatt LLC

| September 28, 2016 | /s/ Richard C. Weinblatt |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

Richard C. Weinblatt

Printed name of counsel

cc:

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST ...............................................................i

TABLE OF CONTENTS........................................................... ii

TABLE OF AUTHORITIES ..................................................iv

I.     STATEMENT OF RELATED CASES ...................................1

II.    STATEMENT OF JURISDICTION ...........................................1

III.   STATEMENT OF THE ISSUES .....................................1

IV.    STATEMENT OF THE CASE...........................................2

V.     STATEMENT OF THE FACTS ....................................2

       A.     The Patent-in-Suit ...........................................2

       B.     District Court Proceedings...........................8

VI.    SUMMARY OF THE ARGUMENT ..............................8

VII.   APPLICABLE LEGAL PRINCIPLES.............................11

       A.     Standard of Review............................................11

       B.     Legal Framework for Motions to Dismiss on the Pleadings. ................11

       C.     Legal Framework for the § 101 Analysis. ..........................12

VII.   ARGUMENT ....................................................14

       A.     The '740 Patent Claims Are Patentable Under the *Alice* Framework ...........................................14

       B.     Step 1: The Claims of the '751 Patent Are Not Directed to an Abstract Idea ...................................15

1. The District Court Failed to Perform Any Analysis Showing that the Claims are Directed to an Abstract Idea ..................................................................................16

2. The Claims of the '740 Patent Are Not Comparable to Other Claims Found to Cover Abstract Ideas. ...............................19

C. Step 2: The Claims Recite Significantly More than an Abstract Concept...................................................................27

D. The Claims of the '740 Patent do Not Preempt the Use of Categorical Data Storage ........................................................34

E. Claim 1 is Not Representative ................................................37

VIII. CONCLUSION AND PRAYER ....................................................38

ADDENDUM

Order Granting Motion to Dismiss [Docket No. 45].........................Appx0001

Memorandum Opinion Regarding the Motion to Dismiss [Docket No. 44]...................................................................Appx0002

U.S. Patent No. 5,953,740................................................Appx0018

Microfiche Appendix to U.S. Patent No. 5,953,740..........................Appx0025

CERTIFICATE OF SERVICE

CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPE-FACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

# TABLE OF AUTHORITIES

## CASES

*Alice Corp. Pty. Ltd. v. CLS Bank Int'l,*
    134 S. Ct. 2347 (2014) ................................................................................*passim*

*Allergan, Inc. v. Athena Cosmetics, Inc.*,
    640 F.3d 1377 (Fed. Cir. 2011) ...........................................................11

*Ashcroft v. Iqbal*,
    556 U.S. 662 (2009) .............................................................................11

*Association for Molecular Pathology v. Myriad Genetics, Inc.*,
    133 S. Ct. 2107 (2013) .........................................................................15

*Bell Atlantic Corp. v. Twombly*,
    550 U.S. 544 (2007) .............................................................................11

*Bilski v. Kappos*,
    561 U.S. 593 (2010) .......................................................12, 13, 34, 35

*Cloud Satchel, LLC v. Amazon.com, Inc.*,
    76 F. Supp. 3d 553 (D. Del. 2014),
    *aff'd mem.,* 626 F. App'x 1010 (Fed. Cir. 2015),
    *cert. denied,* 2016 WL 1059941 (Apr. 25, 2016)..........................................21, 27

*Content Extraction & Transmission LLC v. Wells Fargo Bank, Nat. Ass 'n,*
    776 F.3d 1343 (Fed. Cir. 2014) ................................................................*passim*

*Cyberfone Sys., LLC v. CNN Interactive Grp., Inc.,*
    558 F. App'x 988 (Fed. Cir. 2014) .............................................................20, 24

*Diamond v. Diehr*,
    450 U.S. 175 (1981) ...........................................................13, 29, 30

*Enfish*, LLC v. Microsoft Corp.,
    822 F.3d 1327 (Fed. Cir. May 12, 2016)............................... 16, 17, 18, 19, 33, 34

*Erickson v. Pardus*,
    551 U.S. 89 (2007) ...............................................................................11

*Gottschalk v. Benson*,
  409 U.S. 63 (1972) ..................................................................................14, 29

*Hitt v. City of Pasadena*,
  561 F.2d 606 (5th Cir. 1977) ...............................................................12

*In re TLI Communications LLC Patent Litig.*,
  2016 WL 2865693 (Fed. Cir. May 17, 2016)...................................20, 21, 22, 23

*Internet Patents Corp. v. Active Network, Inc.*,
  790 F.3d 1343 (Fed. Cir. 2015) ...........................................................18

*Jones v. Hardy*,
  727 F.2d 1524 (Fed. Cir. 1984) ...........................................................13

*King Pharms., Inc. v. Eon Labs, Inc.*,
  616 F.3d 1267 (Fed. Cir. 2010) ...........................................................13

*Le Roy v. Tatham*,
  55 U.S. 156 (1853) ..............................................................................35

*Mayo Collaborative Services v. Prometheus Laboratories, Inc.*,
  132 S. Ct. 1289 (2012) ..................................................................*passim*

*McRO, Inc. v. Bandai Namco Games Am. Inc.*, No. 2015-1080,
  2016 WL 4759200 (Fed. Cir. Sept. 13, 2016).........................................16, 17, 36

*Morgan v. Scott*,
  83 F. Supp. 3d 616 (D. Del. 2015) .......................................................33

*O'Reilly v. Morse*,
  56 U.S. 62 (1854) ............................................................................16, 35

*Phillips v. County of Allegheny*,
  515 F.3d 224 (3d Cir. 2008) ...............................................................11

*Schmidt v. Skolas*,
  770 F.3d 241 (3d Cir. 2014) .................................................................3

## STATUTES

28 U.S.C. § 1295 ....................................................................................1

28 U.S.C. § 1338 ....................................................................................1

28 U.S.C. § 1400 ....................................................................................1

28 U.S.C. § 2107 ....................................................................................1

35 U.S.C. § 101 ........................................................................... *passim*

## RULES

FED. R. APP. P. 4 ....................................................................................1

FED. R. CIV. P. 12 ......................................................................... 11, 14

## I.    STATEMENT OF RELATED CASES

There have been no other appeals before this or any other appellate court stemming from the civil action giving rise to this appeal.

## II.    STATEMENT OF JURISDICTION

Appellant, Visual Memory, LLC ("VM"), brings this Appeal from the United States District Court for the District of Delaware (the "District Court") to the United States Court of Appeals for the Federal Circuit in accordance with 28 U.S.C. § 1295(a)(1). *See* FED. R. APP. P. 4(a)(4)(B)(i).

This is a case arising under the United States Patent Laws and jurisdiction exists in accordance with and pursuant to 28 U.S.C. §§ 1338(a) and 1400(b).  VM is appealing the order of the District Court finding the claims of the patent-in-suit to be unpatentable under 35 U.S.C. § 101. The order is final because final judgment was entered on May 27, 2016.  Appx0001.

This appeal has been timely taken within  thirty (30) days of the entry of final judgment pursuant to 28 U.S.C. § 2107.  Appx0566-567.

## III.    STATEMENT OF THE ISSUES

1. Whether the District Court erred in finding U.S. Patent No. 5,953,740 invalid pursuant to 35 U.S.C. § 101;

2. Whether the District Court erred in finding the '740 patent to be directed to an abstract idea; and, alternatively, whether the District Court erred in characterizing the claims too broadly; and

3. Whether the District Court erred in finding insufficient meaningful limitations or inventive concept for transforming any claimed abstract idea into a patent-eligible application.

## IV.    STATEMENT OF THE CASE

This matter is the appeal of a patent infringement suit involving U.S. Patent No. 5,953,740  (the "'740 patent"), in which the District Court rendered judgment on the pleadings that the '740 patent was unpatentable under 35 U.S.C. § 101. Following entry of judgment, Appx0001, VM timely appealed to this Court. Appx0566-0567.

## V.    STATEMENT OF THE FACTS

### A. The Patent-in-Suit

The '740 patent claims are technological in nature and are directed to a high performance computer memory system.  '740 patent at 1:9-11.[1]  As explained in the Background of the '740 patent, "[t]he performance of a computer system can be enhanced by the use of a memory hierarchy." *Id* at 1:51-54.  However, prior to the inventions disclosed and claimed in the '740 patent,

---

[1] Unless otherwise noted, citations to the column and line numbers (e.g., X:Y) in this brief refer to the '740 patent, Appx0018-0024.

most computer systems have been optimally designed on the basis of the particular type of host processor selected.   A few computer systems have been designed with the flexibility of being assembled with more than a single type of processor. In the later [*sic*] case, the operational characteristics of the associated subsystems frequently represent a compromise based on the various characteristics of the candidate host processors. Alternatively, the subsystems may be optimally designed based on the characteristics of a particular host processor type, with a less efficient system resulting when other than the optimal processor is employed.

'740 patent at 2:45-56.  The prosecution history confirms problems with the prior art[2]:

In the past memory systems have been designed for use with a specific microprocessor (e.g., Intel 386SX) or perhaps a family of microprocessors.   In any event, the memory system is usually optimized for use with a designated microprocessor based on characteristics of the microprocessor.   For example, if the microprocessor has its own general purpose cache, the memory system may not need its own cache.   As a further example, if the microprocessor has a cache which handles only instructions, the memory system may be designed with a cache that handles only operands.

It is quite costly to design a different memory system for every microprocessor.  However, if the memory system is designed for use with an entire family of microprocessors, design tradeoffs will likely diminish system performance of one or all of the computers.

Appellants have invented a memory system, in which selected operational characteristics of the system are programmable.   This means that the memory system can be optimized for operation with many different microprocessors.

Appx0770-0771; *see also* Appx0748-0749.

_____

[2] The prosecution history of the '740 patent is properly before the Court in this motion as a matter of public record that is judicially noticeable.  *See Schmidt v. Skolas*, 770 F.3d 241, 249 (3d Cir. 2014) (matters of public record, such as records of a government agency, may be judicially noticed in a motion to dismiss).

Below is Figure 1 of the '740 patent, "a block diagram of a high performance computer memory system according to one form of the present invention." *Id.* at 3:25-27.



The Abstract of the '740 patent states:

A computer memory system connectable to a processor and having programmable operational characteristics based on characteristics of the processor. The memory system includes several caches and a main memory connected to a bus. One cache can be programmed to store only code data. Another cache can be programmed to buffer data writes to the main memory only from the processor. The main memory supports fast page mode and can be programmed to selectively reopen either code or non-code data pages.

*Id.* at Abstract.

To allow these components to be programmed, various control elements and circuitry are required, the details of certain embodiments are included in the CDL

code provided in the microfiche appendix to the specification. '740 patent at 6:14-16; Appx0025-0283; *see also* Appx0752; Appx0774.

"An important feature of the present invention is that the functionality of the various caches may be varied depending upon the host processor type . . . . Memory system 10 has programmable operational characteristics based on characteristics of the processor." '740 patent at 3:57-61.

> An important feature of the present invention is the separation of the functionality of each of the caches and the selective definition of those functions based on the processor type. By this insight, ***the present system is able to achieve or exceed the performance of a system utilizing a cache many times larger than the cumulative size of the subject caches.*** With respect to the selective definition of function based on processor type, each cache exhibits operational characteristics which are programmable as a function of characteristics based on processor type. For example, one programmable characteristic of internal cache 16 is whether it holds only code data. For a system employing a 386 or 386sx system processor, internal cache 16 holds only code data, whereas for a system employing a 486 processor, internal cache 16 holds both code and non-code data. A programmable characteristic of write buffer cache 20 is whether or not it buffers data solely from a bus master other than the system processor. For a system employing a 486 system processor, write buffer cache 20 buffers data writes by any bus master other than the system processor. Whereas, for a system employing a 386 or 386sx system processor, write buffer cache 20 buffers data writes by any bus master including the system processor. The operational characteristics of the caches are defined through self configuration at power-on time based on information relating to the type of host processor present.

*Id.* at 4:21-45 (emphasis added).

Thus, the inventors of the '740 patent determined out how to create a memory system in which selected operational characteristics of the memory

system are programmable, which means that the memory system can be optimized for operation with many different processors. As a result, the memory systems claimed by the '740 patent achieve the goal of increasing system performance.

Independent claim 1 of the '740 patent defines a memory system architecture, and includes "programmable operational characteristics" of a memory system which are "based on the characteristics of said processor," and "wherein a programmable operational characteristic of said system determines a type of data stored by said cache." There is separation of the functionality of a cache, which is able to achieve or exceed the performance of a system utilizing a cache many times larger than the cumulative size of the subject caches. Further, "a significant advantage of the dual or multiple mode operation of the present invention is that it allows different types of processors to be installed with the subject memory system without significantly compromising their individual performance." *Id.* at 5:25-29. Moreover, each cache exhibits operational characteristics which are programmable as a function of characteristics based on processor type. *Id.*

Independent claim 6 includes a memory system architecture and "a register connected to said memory for holding a page address of a most recently accessed one of said first type pages" and the "page address is used to reopen the most recently accessed one of said first type pages after one of said second type pages has been accessed," such that "a programmable operational characteristic of said

system determines a type of data stored in said main memory." That is, the invention of claim 6 supports fast page mode and can be programmed to selectively reopen either code or non-code data pages. "The combination of selective open page bias, fast page mode accesses and multiple caches provides increased system performance."[3]  *Id.* at 5:6-8.  Independent claim 8 includes features of claims 1 and 6, a different architecture, and additionally includes "a

---

[3] The '740 patent states:

> DRAM controller 22 supports fast page mode for accesses to DRAM 12. Fast page mode is a well known technique for speeding up accesses to DRAM by activating a row line in a memory page and then strobing sequential column lines to transfer data into or out of DRAM. A page is opened when the row line is activated. In the present invention, DRAM 12 is divided into pages which contain either code or non-code data. A register 40 associated with DRAM 12 is located either in DRAM 12 or DRAM controller 22 and holds the page address of a most recently accessed page. In effect, the system provides a bias towards code pages or non-code pages depending upon the type of processor connected to the system. The type of data (code or non-code) for which the main memory 12 through controller 22 provides a bias, is another programmable characteristic of the present invention. For example, if the system processor is a 486, the address of the most recently accessed code address page is held in the register 40. In operation, both code and non-code data pages in DRAM 12 can be randomly accessed. If a code page is accessed on one cycle and a non-code page is accessed on the next cycle, the address of the code page is held in a register 40 while the non-code page is accessed. Immediately after the non-code page access, the address in the register 40 is used to reopen the code page. The term "reopen" means to activate a row line of the subject page. In contrast, if the system processor is a 386 or 386 sx, the address of the most recently accessed non-code address page is held in the register 40.

'740 patent at 4:46-5:6.

plurality of caches,"

> wherein a second of said caches performs buffering of data writes to said main memory, and a second programmable characteristic of said system determines whether said second of said caches performs buffering of data solely from said bus master and whether said second of said caches performs buffering of data both from said bus master and said processor.

*Id.* at 7:27-8:24.

## B. District Court Proceedings

Approximately three months after VM filed this suit, Appellee NVIDIA Corporation ("NVIDIA") brought a motion to dismiss on the pleadings. VM opposed the motion on all grounds asserted. Appx0310-0311. The District Court erroneously held that all of VM's claims "are directed to the abstract idea of categorical data storage," Appx0013, "lack an inventive concept," Appx0017, and determined all claims of the '740 patent to be unpatentable under § 101. *Id.*

## VI. SUMMARY OF THE ARGUMENT

The District Court erred in finding all claims of the '740 patent to be unpatentable under 35 U.S.C. § 101, and committed reversible error in multiple regards.

The District Court described the '740 patent's claims at such a high level of abstraction and untethered from the claim language that it ensured the claims would be patent ineligible. While the independent claims describe three specific memory systems that improve computer functionality, the District Court

disregarded claim elements, did not consider the claims as a whole, and decided the claims covered routine and conventional activity without any record evidence to support its decision.

The District Court also erred in ruling that the improved memory systems claimed in the '740 patent fall under the narrow exception of an abstract idea. The appealed claims cover tangible, improved memory systems which are designed to reduce memory access time of a computer, and in no way resemble abstract claims found ineligible by this Court or the Supreme Court. The claims of the '740 patent are not "do it on a computer" claims because the plain focus of the claims is on an improvement to an electronic sub-component of a computing device. On their face, the claims do not claim activity that is done on generic computers, scanners, mobile devices, networks, or any other high level apparatus that this court or the Supreme Court has recognized as a "conventional device." Instead, the '740 patent's claims describe the architecture and programming requirements of an improved memory device that is a sub-component of a sub-component of a computer system. The claimed improved memory device is used by a computer system to function or operate, which is different from a claim for software that is running on an already functional or operational computer.

The District Court erred by characterizing the claimed invention in an overly simplistic manner that is inconsistent with the claims, the specification, the

prosecution history, and the undisputed facts. The court simply stated that the claims were directed to the abstract idea of "categorical data storage," and then stated that the technology is directed to the idea used by a librarian storing books according to popularity. The District Court's characterizations bear no resemblance to the claim the language.  Using a narrow exception to patentability to destroy a patent that claims an improved computer memory system – something by which improves the way in which a computer operates – by reasoning that it is a patent on an abstract idea tied to a generic or conventional computer defies logic and reason. The District Court must be overturned because allowing a court to destroy a property right by overgeneralizing the claims and ignoring improvements to the technology area is unjust, and threatens all property rights that rely on the patent system.

The District Court also failed to consider preemption, which is a fundamental flaw in its ruling.  The court accepted NVIDIA's uncorroborated factual allegations, which were based on nothing more than bare-bones attorney argument and contradicted the intrinsic record of the '740 patent.  Had the court examined the claims to determine if they include enough "something more" to avoid preempting a fundamental principle, it would have found the technology claimed in the '740 patent does not come anywhere close to preempting the field of categorical data storage.

# VII.    Applicable Legal Principles

## A. Standard of Review.

This Court reviews this matter *de novo*.  *See Allergan, Inc. v. Athena Cosmetics, Inc.*, 640 F.3d 1377, 1380 (Fed. Cir. 2011); *see also Phillips v. County of Allegheny*, 515 F.3d 224, 230 (3d Cir. 2008) ("The standard of review for a dismissal under Fed. R. Civ. P. 12(b)(6) is *de novo*.").

## B. Legal Framework for Motions to Dismiss on the Pleadings.

When deciding motions to dismiss, courts look at the allegations of the complaint to determine if "enough facts to state a claim to relief that is plausible on its face" are alleged, *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007), and a claim is facially plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  A court must accept all factual allegations in the complaint as true and draw all reasonable inferences in favor of the plaintiff.  *Erickson v. Pardus*, 551 U.S. 89, 93-94 (2007).  Courts also are not to dismiss complaints "unless 'it appears to be a certainty that the plaintiff cannot possibly be entitled to relief under any set of facts which could be proved in support of its allegations. Even then, a court ordinarily should not dismiss the complaint except after affording every opportunity (for) the plaintiff to state a claim upon which relief (can) be granted.'"  *Hitt v. City of Pasadena*, 561 F.2d 606, 608 (5th Cir. 1977).

**C. Legal Framework for the § 101 Analysis.**

Section 101 provides that a patent may be obtained for "any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof." 35 U.S.C. § 101. Only three narrow exceptions to the broad patent-eligibility principles of 35 U.S.C. § 101 exist – "laws of nature, physical phenomena, and abstract ideas."[4] *Bilski v. Kappos*, 561 U.S. 593, 601-02 (2010) ("*Bilski II*"). The Supreme Court has never provided clear guidance as to what constitutes an "abstract idea," *id*. at 621 (Stevens, J., concurring), but it did reiterate its reluctance to broadly apply these three narrow exceptions: "[W]e tread carefully in construing this exclusionary principle, lest it swallow all of patent law. At some level, 'all inventions . . . embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas.'" *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2354 (2014) (quoting *Mayo Collaborative Services v. Prometheus Labs., Inc.* 132 S. Ct. 1289, 1293 (2012) (internal citation omitted)).[5]

---

[4] The statute is inclusive and judicial exceptions to it are narrow, not the other way around.

[5] This Court held a patent claim should not be found to be for an unpatentable abstract idea unless that abstractness "exhibit[s] itself ***so manifestly*** as to override the broad statutory categories of eligible subject matter." *Research Corp. Techs., Inc. v. Microsoft Corp.*, 627 F.3d 859, 868 (Fed. Cir. 2010) (emphasis added). Further, "inventions with specific applications or improvements to technologies in the marketplace are not likely to be so abstract that they override the statutory language and framework of the Patent Act." *Id.* at 869.

Supreme Court precedent instructs a court to "first determine whether the claims at issue are directed to a patent ineligible concept." *Id.* at 2355. If this threshold determination is met, the court moves to the second step of the inquiry and "considers the elements of each claim both individually and 'as an ordered combination' to determine whether the additional elements 'transform the nature of the claim' into a patent-eligible application." *Id.* (quoting *Mayo*, 132 S. Ct. at 1298, 1297).

In addition, the appropriate analysis of whether a claim satisfies § 101 requires viewing the claim as a whole, and not individual limitations. *Diamond v. Diehr*, 450 U.S. 175, 188-89 (1981) ; *King Pharms., Inc. v. Eon Labs, Inc.*, 616 F.3d 1267, 1277 (Fed. Cir. 2010) ("The Supreme Court has stated that a § 101 patentability analysis is directed to the claim as a whole, not individual limitations."). By definition, "each claim must be considered as defining a separate invention." *Jones v. Hardy*, 727 F.2d 1524, 1528 (Fed. Cir. 1984) (citing 35 U.S.C. § 282). "[I]t is irrelevant that any individual step or limitation of such processes by itself would be unpatentable under § 101." *In re Bilski*, 545 F.3d 943, 958 (Fed. Cir. 2008).

"[T]he concern that drives" § 101 jurisprudence is "one of pre-emption." *Alice*, 134 S. Ct. at 2354; *see also Bilski II*, 561 U.S. at 611-12 (finding claims covered ineligible subject matter because they "would pre-empt use of this

approach in all fields, and would effectively grant a monopoly over an abstract idea.").  Claims – even ones directed to abstract ideas – are patentable where the claim (i) contains an "inventive concept," *Alice*, 134 S. Ct. at 2357; (ii) is "more than a drafting effort designed to monopolize" the abstract idea, *id.* at 2358 (quotation omitted); (iii) "improve[s] an existing technological process," *id.*; or (iv) supplies a "'new and useful application' of the idea."  *Id.* at 2357 (quoting *Gottschalk v. Benson*, 409 U.S. 63, 67 (1972)).

## VII.  ARGUMENT

### A. The '740 Patent Claims Are Patentable Under the *Alice* Framework

In *Alice*, the Supreme Court formalized a framework to determine whether a patent claims a judicial exception (i.e., an abstract idea, natural phenomenon, or law of nature).  134 S. Ct. at 2355.  Under the *Alice* test, a court must first ask "whether the *claims* at issue are *directed to* one of those patent-ineligible concepts"; if so, then the court must ask, "[w]hat else is there in the claims before us?"  *Id.* (emphasis added).  While the Supreme Court did not explicitly define the phrase "directed to," the wording of the *Alice* test confirms that the focus must be on what is *actually* claimed, not a single element of a claim.

When the facts are viewed, as they must be on a Rule 12 motion, in the light most favorable to VM, there are meaningful limitations that preclude the '740 patent from impermissibly preempting "the basic tools of scientific and technological work"

and "thereby thwarting the primary object of the patent laws." *Alice*, 134 S. Ct. at 2354 (quoting *Association for Molecular Pathology v. Myriad Genetics*, Inc. 133 S. Ct. 2107, 2116 (2013)). On their face, the claims of VM's patent are clearly directed to an improvement to a machine, specifically a computer memory system, and claim patentable subject matter under § 101. The District Court accepted NVIDIA's uncorroborated factual allegations that amount to nothing more than bare bones attorney argument, and that contradict the intrinsic record of the patents, as well as NVIDIA's admissions in its own documents, when asserting the claims are patent-ineligible under § 101. The District Court also did not consider if the properly construed claims preempt the field and grant VM a monopoly over an alleged abstract idea. Accordingly, NVIDIA did not meet its burden of proof that the claims of the '740 patent are invalid under § 101 and the District Court erred in its decision.

## B. Step 1: The Claims of the '751 Patent Are Not Directed to an Abstract Idea

In the past, memory systems were designed for use with a specific microprocessor or perhaps a family of microprocessors. The memory system was usually optimized for use with a designated microprocessor based on characteristics of the microprocessor. As an example, if a microprocessor has a cache which handles only instructions, the memory system may be designed with a cache that handles only operands. Appx0770-0771; Appx0748-0749; *see also* Appx0416-0417.

To design a different memory system for every microprocessor is very costly. Further, if the memory system is designed for use with a family of microprocessors, design tradeoffs will likely diminish system performance of one or all of the computers. '740 patent at 2:45-56; Appx0770-0771; Appx0748-0749; Appx0416-0417. This is a technological problem.

*Enfish, LLC v. Microsoft Corp.*, 822 F. 3d 1327 (Fed. Cir. May 12, 2016), explains that if claims improve computer functionality and/or a technological process, they pass step 1 of *Alice* and are patent-eligible. *Id.* at 1334-35. The District Court made the same error as the District Court that was reversed in *Enfish* – by deciding the claims are directed to the abstract idea of "categorical data storage," Appx00013, it "describ[ed] the claims at such a high level of abstraction and untethered from the language of the claims" it "all but ensure[d] that the exceptions to § 101 swallow the rule." *Enfish*, 822 F. 3d at 1337.

## 1. The District Court Failed to Perform Any Analysis Showing that the Claims are Directed to an Abstract Idea

"The abstract idea exception prevents patenting a result where 'it matters not by what process or machinery the result is accomplished.'" *McRO, Inc. v. Bandai Namco Games Am. Inc.*, No. 2015-1080, 2016 WL 4759200, at *6 (Fed. Cir. Sept. 13, 2016) (quoting *O'Reilly v. Morse*, 56 U.S. 62, 113 (1854)); *see also id.* at *8. Consequently, "courts 'must be careful to avoid oversimplifying the claims' by looking at them generally and failing to account for the specific requirements of

the claims." *Id.* at *7 (quoting *TLI Communications*, 823 F.3d at 611 and citing *Diehr*, 450 U.S. at 189 n.12.)  Thus, "a court must look to the claims as an ordered combination, without ignoring the requirements of the individual steps," *id.*, and determine "whether the claims in these patents focus on a specific means or method that improves the relevant technology or are instead directed to a result or effect that itself is the abstract idea and merely invoke generic processes and machinery." *Id.* at *8.

Accordingly, "'determin[ing] whether the claims at issue are directed to a patent ineligible concept'" is a "meaningful one, i.e., that a substantial class of claims are *not* directed to a patent-ineligible concept." *Enfish*, 822 F. 3d at 1335 (quoting *Alice*, 134 S. Ct. at 2355).

> The "directed to" inquiry, therefore, cannot simply ask whether the claims *involve* a patent-ineligible concept, because essentially every routinely patent-eligible claim involving physical products and actions *involves* a law of nature and/or natural phenomenon—after all, they take place in the physical world.  Rather, the "directed to" inquiry applies a stage-one filter to claims, considered in light of the specification, based on whether their character as a whole is directed to excluded subject matter.

*Id.* at 1335(quotations and citations omitted).

Here, noticeably absent from the District Court's opinion is any analysis linking the claim language to the purported idea of categorical data storage.  The first step of *Alice* is a meaningful one, but nowhere in the entire opinion is there a discussion analyzing the claim language and the alleged abstract idea.  The District

Court merely cited a case – *Internet Patents Corp. v. Active Network, Inc.*, 790 F.3d 1343 (Fed. Cir. 2015) – for the proposition that it is to examine the claims as a whole and then summarily stated, "Here, the claims are directed to the abstract idea of categorical data storage." Appx0009 (citing *Internet Patents*, 790 F.3d at 1346). Immediately after this conclusion, the District Court declared "[h]umans have categorized data for many years" and it gave its only example of what it decided the patent claims were directed to: "a library may have an easily accessible section for popular novels, while maintaining less accessible storage for less-requested materials." *Id.* In so doing, the District Court evidenced its error of over-generalizing the claim language. *See Enfish*, 822 F.3d at 1337.

On their face, the claims of the '740 patent do not describe anything that resembles books on a library shelf, digital documents, or images, and cannot be used to carry out the example given by the District Court, even if the shelves and books were in digital form. There is clearly no risk that the claims of the '740 patent preempt librarians from doing their jobs. The notion that such an overgeneralization of claim language is acceptable in the first step of the *Alice* analysis flies in the face of the Supreme Court's guidance that a court must "tread carefully in construing this exclusionary principle lest it swallow all of patent law." *Alice*, 134 S. Ct. at 2354. Instead of treading carefully, the District Court took

extraordinarily large and heavy steps to extrapolate a concept from the claim language in order to use a small exception to trample over VM's property rights.

### 2. The Claims of the '740 Patent Are Not Comparable to Other Claims Found to Cover Abstract Ideas.

> The Supreme Court has not established a definitive rule to determine what constitutes an "abstract idea" sufficient to satisfy the first step of the *Mayo/Alice* inquiry. Rather, both this court and the Supreme Court have found it sufficient to compare claims at issue to those claims already found to be directed to an abstract idea in previous cases.

*Enfish*, 822 F.3d at 1334.

This Court recently clarified that a relevant inquiry at step one is "to ask whether the claims are directed to an improvement to computer functionality versus being directed to an abstract idea." *Id.* at 1335-36. It contrasted patent-eligible claims "directed to an improvement in the functioning of a computer" with claims "simply adding conventional computer components to well-known business practices," claims reciting "use of an abstract mathematical formula on any general purpose computer" or "a purely conventional computer implementation of a mathematical formula" or "generalized steps to be performed on a computer using conventional computer activity." *Id.* at 1338. Moreover, a claimed invention's ability to run on a general purpose computer does not "doom" the claims. *Id.*

The claims of the '740 patent are not directed to any business practice or mathematical formula, and do not run on a general purpose computer. Instead, the

claims are directed to technology that causes a computer to operate, which is different than software installed on an already functioning computer. Put differently, the claims are directed to improving the functioning of a computer by describing a sub-component that improves the computer's memory access. In simplified terms, the technology of the claims is used in computer cards, such as graphics cards, that cause a computer to work; without a graphics card, no graphics would be generated for display on a monitor and the computer would be non-functional, which also means there is no human analog. Although this fact was raised explicitly with the District Court, the District Court dismissed it out of hand. Appx0485-0486, TR39 l.21-TR40 l.24; Appx0498, TR52 ll.18-21.

The District Court failed to perform any analysis on how or why the claims of the '740 patent are comparable to other claims found to be abstract. The District Court simply stated, "Courts have routinely found that similar claims are directed to abstract ideas" and listed three Federal Circuit cases and one district court case to support its holding. Appx0009 (citing *In re TLI Communications LLC Patent Litig.,* 2016 WL 2865693, at *3 (Fed. Cir. May 17, 2016); *Content Extraction & Transmission LLC v. Wells Fargo Bank, Nat. Ass 'n,* 776 F.3d 1343, 1347 (Fed. Cir. 2014); *Cyberfone Sys., LLC v. CNN Interactive Grp., Inc.,* 558 F. App'x 988, 991-92 (Fed. Cir. 2014); *Cloud Satchel, LLC v. Amazon.com, Inc.*, 76 F. Supp. 3d 553, 562-64 (D. Del. 2014), *aff'd mem.,* 626 F. App'x 1010 (Fed. Cir. 2015), *cert.*

*denied,* 2016 WL 1059941 (Apr. 25, 2016)).  But the claims in these cited cases bear no resemblance to the claims of the '740 patent.  All four cases fall into the category of "generalized steps to be performed on a computer using conventional computer activity," and are not analogous to the '740 patent claims; these cases pertained to methods describing generalized steps like sorting digital images, sorting documents, or sending information over a network, and all of the claims run on conventional devices like phones, a conventional computer and a scanner, or a conventional network.  When the cases upon which the District Court relied are analyzed and compared to the claims of the '740 patent, the District Court's error becomes even more evident.

First is *In re TLI Communications LLC Patent Litigation*, No. 2015-1372, 2016 WL 2865693 (Fed. Cir. May 17, 2016), where a method of classifying and storing images is carried out on a standard telephone.  *Id.* at *4 ("The specification does not describe a new telephone . . . ."); *id.* at *3 ("While claim 17 requires concrete, tangible components such as 'a telephone unit' and a 'server,' the specification makes clear that the recited physical components merely provide a generic environment in which to carry out the abstract idea of classifying and storing digital images in an organized manner.").  Here, without analysis, the District Court decided the '740 patent's claims are similar to TLI's claims because

TLI's claims were directed to "classifying and storing digital images in an organized manner." Appx0009 (citing *TLI*, 2016 WL 2865693, at *3).

However, in *TLI*, the inventor sought to "provid[e] for recording, administration and archiving of digital images simply, fast and in such way that the information therefore may be easily tracked," and that idea was carried out on a standard phone. *TLI*, 2016 WL 2865693, at *3. The Court declared:

> The specification does not describe a new telephone, a new server, or a new physical combination of the two. The specification fails to provide any technical details for the tangible components, but instead predominately describes the system and methods in purely functional terms. For example, the "telephone unit" of the claims is described as having "the standard features of a telephone unit," [U.S. Patent No. 6,038,295] at col. 5 ll. 54–58, with the addition of a "digital image pick up unit for recording images," *id.* at col. 5 ll. 58–61, that "operates as a digital photo camera of the type which is known," *id.* at col. 6. ll. 1–2.

*Id.* at *4.

In stark contrast, the claims of the '740 patent provide the technical details of an improved computer memory system, including different layouts of the systems sub-components, and various programming requirements for different sub-components. The '740 patent claims do not mention any general computing device such as a "telephone unit" and instead describe a sub-component of a computing device (an improved memory system) and describe various technical details of the sub-components of the improved memory system (the layout and programming requirements).

The '740 patent's claimed inventions are for a memory system in which selected operational characteristics of the memory system are programmable, which means that the memory system can be optimized for operation with many different processors. *See* '740 patent at 5:25-29; *see also id.* at 2:45-56. Thus, the claimed invention is a technological improvement to the design of memory systems used in computers.

In *TLI*, the claims on their face describe a method of recording images with a phone, storing the images, transmitting images and data to a server, and extracting and storing data on the server. 2016 WL 2865693, at *2. This Court ruled, "On its face, representative claim 17 is drawn to the concept of classifying an image and storing the image based on its classification." *Id.* at *3. A plain reading of the '740 patent claims show that the claims do not describe high-level organizational activities relating to images or documents. In contrast, they describe computing architectures with specific programmed limitations. The District Court did not explain why the '740 patent claims are directed to a concept like categorical data storage in the way that *TLI*'s claims are, and the '740 patent claims do not describe categorical data storage or high-level organizational activities on their face. The District Court failed to do this because it cannot be done, and its ruling should be reversed.

Similarly, in *Cyberfone Systems, LLC v. CNN Interactive Group, Inc.*, 558 Fed. Appx. 988 (Fed. Cir. 2014), high-level organizational methods are carried out on a "telephone operat[ing] in a conventional manner." *Id.* at 992-93. In *Cyberfone*,

> Claim 1 recites steps of (1) "obtaining data transaction information entered on a telephone from a single transmission from said telephone;" (2) "forming a plurality of different exploded data transactions . . . formed based on said data transaction information from said single transmission, so that different data from the single data transmission is separated and sent to different destinations;" and (3) "sending said different exploded data transactions . . . to said different destinations, all based on said data transaction information entered in said single transmission." '060 patent col. 24 ll. 41–57.1

*Id.* at 991. The Court held that "the well-known concept of categorical data storage, *i.e.,* the idea of collecting information in classified form, then separating and transmitting that information according to its classification, is an abstract idea that is not patent-eligible." *Id.* at 992. The claims were ineligible because the patent merely required "a 'telephone,'" and the patent stated that "the telephone operates in a conventional manner." *Id.* at 993.

Without analysis, the District Court held that the '740 patent claims were similar to those in *Cyberfone* because Cyberfone's claims described "using categories to organize, store, and transmit information." Appx0009 (citing *Cyberfone*, 558 F. App'x at 991-92). It is unclear how the District Court reached this conclusion.

The '740 patent discloses and claims specific memory systems that are configured and programmed in a way to make the computing system it is installed in perform better.  '740 patent at 5:25-29.  The claims themselves do not describe generalized organizational activities that are run on a conventional machine.  The claims describe types of memory systems with a main memory, one or more caches, processor, bus architectures, and specific requirements for cache and for the system's programmable operational characteristics.  Unlike Cyberfone's general method of collecting, classifying, separating and transmitting data that can be performed on any computer, the '740 patent's claim limitations describe specific physical arrangements of electronic apparatuses that are sub-components of a computing system, and have certain programming requirements that cause the computer to function.  Thus, the claims are exiled from the realm of abstractness because the claims are more than high-level organizational activities that can be performed on any conventional computing machine. Here, a component of a computing machine is defined.

The District Court also relied on *Content Extraction and Transmission LLC v. Wells Fargo Bank, Nat'l Ass'n*, 776 F.3d 1343, 1347 (Fed. Cir. 2014), which invalidated method claims for using a computer and a scanner to read and store information on documents.  Appx0016.  The District Court held that the '740

patent's computer memory claims are similar to Content Extraction's claims directed to collecting, recognizing, and storing data. Appx0009.

On their face, Content Extraction's claims are based on 1) receiving information representing hard copy documents, 2) recognizing portions of the hard copy documents, and 3) storing information from the hard copy documents. *Content Extraction*, 776 F.3d at 1345. The Court assumed that the claims required a conventional "computer and a scanner." *Id.* at 1347 n.1.

Here, a plain reading of the '740 patent claims establishes the claims do not describe a concept like collecting, recognizing, and storing data using a conventional computer. In contrast, the claims describe an improved architecture of one of a computer's internal memory components with specific programmed limitations that are used to make the computer work. The '740 patent does not include a conventional computer, and instead describes specific ways to improve a computer's memory system. The District Court failed to describe how the '740 patent claims are similar to Content Extraction's claims, or why the '740 claims are directed to categorical data storage at all. Thus, the District Court erred when holding that the '740 patent claims are directed to the alleged abstract idea of categorical data storage.

Finally, the District Court relied on *Cloud Satchel, LLC v. Amazon.com, Inc.*, 76 F. Supp. 3d 553, 562-64 (D. Del. 2014), *aff'd mem.*, 626 F. App'x 1010

(Fed. Cir. 2015), *cert. denied*, 2016 WL 1059941 (Apr. 25, 2016). Without any analysis, the District Court stated that VM's claims are similar to Cloud Satchel's claims that were directed to the "abstract idea of cataloguing documents to facilitate their retrieval from storage in the field of remote computing." Appx0009. Just like all of the other cases relied on by the District Court, Cloud Satchel's claims describe high level organizational activities that extend far beyond the inner-workings of computing systems.

A plain reading of Cloud Satchel's claims reveals that the claims are directed to "identification and retrieval of documents from storage." *Cloud Satchel*, 76 F. Supp. 3d 561-63. Just like the other three cases relied on by the District Court, the method is carried out using conventional computing devices, such as "any suitable form of portable computer." *Id.* at 563. Here, VM's claims do not plainly describe a method similar to the "identification and retrieval of documents from storage," and do not rely on any conventional machine. Instead VM's claims clearly describe an improved memory system that is a sub-component of a larger computing system. Accordingly, the District Court erred when holding that the '740 claims are directed to an abstract idea and it should be reversed.

## C. Step 2: The Claims Recite Significantly More than an Abstract Concept

Step two of the *Alice/Mayo* framework assumes that the court has found that the patent claims are directed to an abstract idea at step one. Here, the claims are

not directed to an abstract idea, and the Court does not need to continue to step two.  But if the Court were to assume that the patent is directed to an abstract idea, the District Court's error becomes more evident, because the claims recite significantly more than the purported idea of categorical data storage.

The inquiry at step 2 looks to the presence of "an element or combination of elements that is 'sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself.'" *Alice*, 134 S. Ct. at 2355 (quoting *Mayo*, 132 S. Ct. at 1394).  An element or combination of elements is not an inventive concept if it "amounts to a mere instruction to 'implement' an abstract idea 'on a computer'" or simply to "apply it." *Id.* at 2358. Here, the District Court fundamentally erred because the claims do not simply apply the purported idea of categorical data storage and do not amount to a mere instruction to implement categorical data storage on a computer.  Instead, the claims require certain configurations of the sub-components of one of a computer's memory systems that are "connectable" to a processor (claims 1 and 6) or to a "processor and bus master" (claim 8).  Instead of considering the differences in the claims, the District Court decided that claim 1 was representative because in its opinion all of the claims were directed to the abstract concept of categorical data storage. Appx0016 (citing *Content Extraction*, 776 F.3d at 1348.).

In *Alice*, the Supreme Court indicated that a claim – even one directed to an abstract idea – is patentable where the claim is "more than a drafting effort designed to monopolize" the abstract idea, 134 S. Ct. at 2358, or "improve[s] an existing technological process," *id.*, or supplies a "'new and useful application' of the idea." *Id.* at 2357 (quoting *Gottschalk*, 409 U.S. at 67). Here, if the claims were assumed to be directed to categorical data storage (which they are not), the claims recite different architectures of a memory system, different types of memory, and different techniques for storing information on the different types of memory. This configuration makes an improvement in the technical field of memory systems by allowing for programmers to determine what data is stored on what type of memory, how it is stored, and what that data is related to. This claimed application is clearly not an attempt to monopolize the idea of categorical data storage, but instead is targeting an improvement in the technology of a computer's sub-system, and is at worst, a useful application of the idea of categorical data storage.

In *Mayo*, the Supreme Court not only reaffirmed *Diehr*, but applied it as a secondary check on step 2 of the patent-eligibility test. Specifically, after first considering the three claim steps individually and concluding that none gave rise to an inventive concept on its own, the Court considered the claim as a whole, inquiring whether "the three steps as an ordered combination adds [something more] to the

laws of nature that is not already present when the steps are considered separately." *Mayo*, 132 S. Ct. at 1298. Both *Mayo* and *Diehr* further explain that under this second level of analysis, the "claims must be considered as a whole," such that "a new combination of steps in a process may be patentable even though all the constituents . . . were well known and in common use before the combination was made." *Diehr*, 450 U.S. at 188. Here, the District Court listed the individual components of the improved memory system of claim 1, individually described each as generic, and then, without any corroborating evidence, described the claimed programmed functions as well-understood, routine, and conventional. Appx0015. The District Court never considered the claimed systems as a whole – claim 1 has an architecture of a main memory and a cache connected to a bus, and a programmable operational characteristic that dictates the type of data stored by the cache; claim 6 has an architecture of a main memory and a register connected to the memory, and a programmable operational characteristic that dictates the type of data stored in the main memory; and claim 8 has an architecture of a plurality of caches connected to a bus, a main memory connected to the bus, a register connected to the memory, and three programmable operational characteristics (one for each cache and one for the main memory). As described above, these combinations result in improved computer memory systems, and are thus inventive. All machines, no matter how inventive, can be broken down into known elements, and a simple determination of

that fact cannot destroy a patent right.   The District Court's analysis erred by failing to take into consideration the end result of the assembled and programmed computer memory systems, and the District Court should be reversed.

In addition, NVIDIA's own documents found on its website regarding its products accused of infringement – Kepler – powered GeFORCE GPUs – contradict its lawyer-created argument that features covered by the '740 patent are "routine" or "conventional."   NVIDIA claims its product "will help solve the world's *most difficult computing problem*" and elaborates that "[b]y offering much higher processing power than the prior GPU generation and by providing *new* methods to optimize and increase parallel workload execution on the GPU, Kepler GK110 simplifies creation of parallel programs and will further revolutionize high performance            computing."            Appx00376            (available            at https://www.nvidia.com/content/PDF/kepler/NVIDIA-Kepler-GK110-Architecture-Whitepaper.pdf (last accessed Dec. 28, 2015) (emphasis added); *see also* Appx0348.  NVIDIA declared a "key feature" of its "new" Kepler architecture was:

- An enhanced memory subsystem, offering additional caching capabilities, more bandwidth at each level of the hierarchy, and a fully redesigned and substantially faster DRAM I/O implementation.

Appx0379.  NVIDIA described the shared memory system:

**48KB Read-Only Data Cache**

In addition to the L1 cache, Kepler introduces a 48KB cache for data that is known to be read-only for the duration of the function. In the Fermi generation, this cache was accessible only by the Texture unit. Expert programmers often found it advantageous to load data through this path explicitly by mapping their data as textures, but this approach had many limitations.

In Kepler, in addition to significantly increasing the capacity of this cache along with the texture horsepower increase, we decided to make the cache directly accessible to the SM for general load operations. Use of the read-only path is beneficial because it takes both load and working set footprint off of the Shared/L1 cache path. In addition, the Read-Only Data Cache's higher tag bandwidth supports full speed unaligned memory access patterns among other scenarios.

Use of the read-only path can be managed automatically by the compiler or explicitly by the programmer. Access to any variable or data structure that is known to be constant through programmer use of the C99-standard "const __restrict" keyword may be tagged by the compiler to be loaded through the Read-Only Data Cache. The programmer can also explicitly use this path with the __ldg() intrinsic.

Appx0386-0387 (emphasis added). This enhanced memory system that has configurable shared memory because it is not restricted to mapping data characterized as texture and "use of the read-only path can be managed automatically by the compiler or explicitly by the programmer" clearly corresponds to the claimed "programmable operational characteristic." In summary, what NVIDIA's lawyers now call "conventional" and "routine," NVIDIA itself called a "key feature" of its "new" system, years after the '740 patent was filed.[6]

---

[6] VM informed the District Court of these facts in its brief, Appx0348-0349, and reiterated them during oral argument, Appx0498-0500, TR52 l.22-TR54 l.13. Yet, the District Court asked "[W]hat is the point of this?" Appx0499, TR53 l.12, and VM explained:

> . . . NVIDIA is hyping its own product based on the patented features and telling the world there are new concepts that further revolutionize high performance computing, and then that just helps

The District Court should have relied on these statements from NVIDIA, not only because they contradict the lawyer-created factual assertions of "conventional" and "routine," but also because these admissions are contained in documents that are indisputably authentic – they can be obtained from NVIDIA's website. *See Morgan v. Scott*, 83 F. Supp. 3d 616, 621 (D. Del. 2015) ("[A] district court may consider indisputably authentic documents without converting a motion to dismiss into a motion for summary judgment."). Further, when viewing these facts in the light most favorable to VM, it is clear the '740 patent's claims are neither routine nor conventional.

Finally, the District Court declared, "[t]he important question is whether the patent expresses an inventive concept, not whether it improves a computer." Appx0015. This statement by the Court permeated its analysis – under both steps 1 and 2 – and contradicts this Court's opinion in *Enfish, LLC v. Microsoft Corp.*, 822

---

solve computing problems, but that would also solve the world's most difficult computing problems.

    And the reason it's relevant in NVIDIA's motion is because NVIDIA's lawyers are telling the Court that these features are conventional, but for the NVIDIA, itself, this claim advances computing.

    And the Court can rely on these statements from NVIDIA itself, not only because they contradict the lawyer created assertions of conventional routine, but because they are admissions contained in the documents that are indisputably authentic.

Appx0499-0500, TR53 l.22-TR54 l.11.  The District Court's Memorandum Opinion, Appx0002-0017, makes no mention of these facts, choosing instead to accept NVIDIA's uncorroborated attorney argument.

F.3d 1327 (Fed. Cir. May 12, 2016), which explained that if claims improve computer functionality and/or a technological process, they are patent-eligible. *Id.* at 1334-35; *see also Alice*, 134 S. Ct. at 2359.

**D. The Claims of the '740 Patent do Not Preempt the Use of Categorical Data Storage**

Preemption is "the concern that drives" § 101 jurisprudence. *Alice*, 134 S. Ct. at 2354; *see also Bilski II*, 561 U.S. at 611-12. As the Supreme Court has explained, courts must ask whether the limitations in "the patent claims," taken as a whole, "add *enough*" in the way of specific, practical application to differentiate the scope of the claimed invention from the underlying abstract idea itself. *Mayo*, 132 S. Ct. at 1297. The claim "must include additional features to ensure that the claim is more than a drafting effort designed to monopolize the abstract idea." *Alice,* 134 S. Ct. at 1235 (quotation and alterations omitted). That means it must do "significantly more" than describe the abstract idea. *Id.* at 2359-60 (quotation omitted).

Here, the claims cover electronic sub-components of a computing system, with particular layouts and programming requirements that result in a memory system that stores different types of data in different types of memory, and in no way grants a monopoly over the abstract idea of categorical data storage, or any other "basic tools of scientific and technological work." An example of how there is no preemption here is the District Court's own analogy of a librarian storing books on a shelf. Appx0009. There is no risk whatsoever that VM's claims would monopolize

such a system of storing information.  Likewise, in reciting new computer memory systems and their programming requirements, the inventors of the '740 patent did not prevent others from using the concept of categorical data storage. In fact, VM amended its complaint to remove accused NVIDIA memory systems that were determined to not infringe the claims of the '740 patent after NVIDIA provided information to VM, even though the accused systems incorporated the same alleged concept of categorical data storage.  Appx0292 at ¶ 10; Appx0305 at ¶ 10.

The abstract idea exception has been applied to prevent patenting of claims that abstractly cover results where "it matters not by what process or machinery the result is accomplished." *Morse*, 56 U.S. at 113; *see also Mayo*, 132 S. Ct. at 1301. "A patent is not good for an effect, or the result of a certain process" because such patents "would prohibit all other persons from making the same thing by any means whatsoever." *Le Roy v. Tatham*, 55 U.S. 156, 175 (1853). Here, the three independent claims recite certain requirements for an improved memory system.  The requirements include both the physical layout and the programming requirements of the electronic computing sub-systems.   As noted above, the claims in no way resemble the "do it on a computer" claims of *Alice* and *Bilski*, or other cases from this Court where high-level activities are carried out on any conventional computer.  Thus, the architecture and the programming requirements of the '740 claims matter, and cannot be disregarded because they limit the breadth of the claims and do not

prevent persons from making a computer memory system "by any means whatsoever" or carrying out a known process on a conventional computer.

Record evidence is needed for a court to decide a claim is ineligible under § 101 due to preemption. *McRO*, 2016 W L 4759200, at *9 ("Defendants' attorney's argument that any rules-based lip-synchronization process must use the claimed type of rules has appeal, but no record evidence supports this conclusion."). Here, without evidence to supports its decision, the District Court decided that the claims of the '740 patent unduly preempt the use of the idea of categorical data storage; but that cannot be true because the claims are limited to electronic sub-components of computing systems with specific architectures and programming requirements. Further, NVIDIA sells video cards with internal memory systems that store data categorically that do not infringe. For example, NVIDIA's "Fermi generation" video card includes an internal cache that is "accessible only by the Texture unit," Appx0386, which means the cache stores data in the texture category. But the Fermi generation of video cards is not preempted by the '740 patent because it does not have a "programmable operational characteristic" that "determines a type of data stored by" the cache – quite the opposite – the "Fermi generation" video card's cache is limited to one category of data.

The District Court did not address preemption, which is a fundamental flaw in its opinion that compels reversal.

### E. Claim 1 is Not Representative

Instead of considering the differences in the claims, and even though VM contested NVIDIA's assertion that claim 1 was representative, Appx0347-0348, Appx0351-0352, the District Court held that all of the claims were directed to the abstract concept of categorical data storage.  Appx0016 (citing *Content Extraction*, 776 F.3d at 1348).

Claim 1 is not representative.  For example, claim 1 requires a cache and main memory, and the programmable operational characteristic of the system determines the type of data stored on the cache.  Claims 6 and 8 are more specific, and more importantly, claim different memory systems compared to claim 1. Claim 6 is a computer memory system that requires a programmable operational characteristic that determines a type of data that is stored in the main memory, not the cache like claim 1 requires.  Further, claim 6 requires different types of pages in the main memory, a register that holds the page address of the most recently accessed page, and that page address is used to access one of the different page types.   Finally, claim 8 teaches an architecture that is different from the architecture of claims 1 and 6, and there are a plurality of caches.  Moreover, claim 8 has three different programmable operational characteristics that carefully define the requirements of how two caches and the main memory store data.  The District Court's ruling that these claims are all the same – and that claim 1 is representative

– is clearly flawed on its face. Importantly, the error here exemplifies the greater error by the District Court of over-generalizing the claim language in order to connect improvements in computer memory systems to an abstract concept, and then decide those improvements are ineligible under a small, judicially created exception to § 101.

## VIII. CONCLUSION AND PRAYER

For the reasons stated herein, this Court should hold that the '740 patent is eligible under § 101 and reverse the District Court.

Dated: September 28, 2016         Respectfully submitted,

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
Email: weinblatt@swdelaw.com
Email: stamoulis@swdelaw.com

*Attorneys for Appellant*
*Visual Memory, LLC*

# ADDENDUM

# ADDENDUM TABLE OF CONTENTS

*Page*

Order Granting Motion to Dismiss [Docket No. 45]..................................Appx0001

Memorandum Opinion Regarding the Motion to Dismiss
[Docket No. 45].........................................................................................Appx0002

U.S. Patent No. 5,953,740..........................................................................Appx0018

Microfiche Appendix to U.S. Patent No. 5,953,740...................................Appx0025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VISUAL MEMORY LLC,

                Plaintiff;

      v.

NVIDIA CORPORATION,

                Defendant.

Civil Action No. 15-789-RGA

**ORDER**

For the reasons discussed in the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED**:

Defendant's Motion to Dismiss (D.I. 24) is **GRANTED**.

Entered this 27 day of May, 2016.

_Richard G. Andrews_
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VISUAL MEMORY LLC,

                 Plaintiff;

     v.

NVIDIA CORPORATION,

             Defendant.

Civil Action No. 15-789-RGA

## MEMORANDUM OPINION

Stamatios Stamoulis, Esq., Richard Charles Weinblatt, Esq. (argued), Stamoulis & Weinblatt LLC, Wilmington, DE, attorneys for Plaintiff Visual Memory LLC.

Jack B. Blumenfeld, Esq., Paul Saindon, Esq., Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE; Maximilian A. Grant, Esq. (argued), Gabriel K. Bell, Esq., Latham & Watkins LLP, Washington, D.C.; Richard G. Frenkel, Esq., Latham & Watkins LLP, Menlo Park, CA, attorneys for Defendant NVIDIA Corporation.

May 27, 2016

*Richard G. Andrews*

ANDREWS, U.S. DISTRICT JUDGE:

Presently before the Court is Defendant's motion to dismiss for failure to state a claim. (D.I. 24). The issues have been fully briefed. (D.I. 25, 29, 33). Oral argument was held on February 18, 2016. (D.I. 41). For the reasons set forth herein, the motion to dismiss is **GRANTED**.

## I.   BACKGROUND

Plaintiff filed this patent infringement lawsuit against Defendant on September 8, 2015. (D.I. 1). Plaintiff alleges that Defendant infringes U.S. Patent No. 5,953,740 (the "'740 patent"). (*Id.*). On November 6, 2015, Plaintiff filed a motion for leave to amend the complaint, which Defendant opposed. (D.I. 12, 16). After the Court granted the motion in part, Plaintiff filed its First Amended Complaint on December 8, 2015. (D.I. 22). On December 9, 2015, Defendant moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), arguing that the '740 patent was directed to patent-ineligible subject matter. (D.I. 24).

The '740 patent describes a computer system that uses a three-tiered memory hierarchy: (1) slow, low-cost memory for "bulk storage of data," (2) medium speed memory for the "system's main memory," and (3) expensive, high speed "processor cache memory." '740 patent at 1:54-64. During the system's operation, data is "transferred from system memory to the cache memory in order to have quick access to the variables of the currently executing program." *Id.* at 2:1-4. "As additional data, not in the cache, is required, such data is transferred from the main memory by replacing selected data in the cache." *Id.* at 2:4-6. One factor which affects the efficiency of the cache is "the number of devices having access to the memory." *Id.* at 2:14-17. As more devices access the memory, the less likely it is that the cache will have the requested data. *Id.* at 2:20-21. Another factor affecting efficiency is "the fact that both code and non-code

2

data are cached." *Id.* at 2:29-30. When "both code and non-code data are being cached, there will be overlap in their respective" physical locations in the cache, which may result in a significant decline in performance (known as "thrashing") "as data is replaced in response to memory accesses." *Id.* at 2:32-44.

To solve these problems, the '740 patent claims "[a] computer memory system connectable to a processor and having one or more programmable operational characteristics." *Id.* at 6:28-30. These "characteristics" of the memory are "programmable as a function of characteristics based on processor type." *Id.* at 4:28-30. For instance, for one type of a processor, the cache may only hold code data, whereas for another type of processor, the cache may hold "both code and non-code data." *Id.* at 4:30-35. Or, a cache could, in one instance, receive data only from sources "other than the system processor," whereas in another, it could receive data from any source. *Id.* at 4:35-44. Similarly, the main memory can be "divided into pages which contain either code or non-code data," where, based on the processor type, the system can "provide[] a bias towards code pages or non-code pages" by holding in a register the "most recently accessed page" of the preferred page type. *Id.* at 4:52-58.

## II.    LEGAL STANDARD

Section 101 of the Patent Act defines patent-eligible subject matter. It provides: "Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title." 35 U.S.C. § 101. The Supreme Court has recognized an implicit exception for three categories of subject matter not eligible for patentability—laws of nature, natural phenomena, and abstract ideas. *Alice Corp. Pty. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2354 (2014). The purpose of these carve outs is to protect the "basic

tools of scientific and technological work." *Mayo Collaborative Servs. v. Prometheus Labs., Inc.*, 132 S. Ct. 1289, 1293 (2012). "[A] process is not unpatentable simply because it contains a law of nature or a mathematical algorithm," as "an application of a law of nature or mathematical formula to a known structure or process may well be deserving of patent protection." *Id.* at 1293-94 (internal quotation marks and emphasis omitted). In order "to transform an unpatentable law of nature into a patent-eligible application of such a law, one must do more than simply state the law of nature while adding the words 'apply it.'" *Id.* at 1294 (emphasis omitted).

The Supreme Court recently reaffirmed the framework laid out in *Mayo* "for distinguishing patents that claim laws of nature, natural phenomena, and abstract ideas from those that claim patent-eligible applications of those concepts." *Alice*, 134 S. Ct. at 2355. First, the court must determine whether the claims are drawn to a patent-ineligible concept. *Id.* If the answer is yes, the court must look to "the elements of the claim both individually and as an 'ordered combination'" to see if there is an "'inventive concept'—*i.e.*, an element or combination of elements that is 'sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the [ineligible concept] itself.'" *Id.* (alteration in original). "A claim that recites an abstract idea must include 'additional features' to ensure 'that the [claim] is more than a drafting effort designed to monopolize the [abstract idea].'" *Id.* at 2357 (alterations in original) (quoting *Mayo*, 132 S. Ct. at 1297). "[S]imply appending conventional steps, specified at a high level of generality, to . . . abstract ideas cannot make those . . . ideas patentable." *Mayo*, 132 S. Ct. at 1300. Further, "the prohibition against patenting abstract ideas cannot be circumvented by attempting to limit the use of [the idea] to a particular technological environment." *Alice*, 134 S. Ct. at 2358 (quoting *Bilski v. Kappos*, 561 U.S. 593, 610-11

(2010)). Thus, "the mere recitation of a generic computer cannot transform a patent-ineligible abstract idea into a patent-eligible invention." *Id.* For this second step, the machine-or-transformation test can be a "useful clue," although it is not determinative. *Ultramercial, Inc. v. Hulu, LLC*, 772 F.3d 709, 716 (Fed. Cir. 2014), *cert. denied*, 135 S. Ct. 2907 (2015).

Patent eligibility under § 101 is a question of law suitable for resolution on a motion to dismiss. *See OIP Techs., Inc. v. Amazon.com, Inc.*, 788 F.3d 1359, 1362 (Fed. Cir. 2015); *Content Extraction & Transmission LLC v. Wells Fargo Bank, Nat. Ass'n*, 776 F.3d 1343, 1346 (Fed. Cir. 2014), *cert. denied*, 136 S. Ct. 119 (2015). The Federal Circuit follows regional circuit law for motions to dismiss. *Content Extraction*, 776 F.3d at 1346. When reviewing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), this Court must accept the complaint's factual allegations as true. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555-56 (2007).

The Federal Circuit has held that the district court is not required to individually address claims not asserted or identified by the non-moving party, so long as the court identifies a representative claim and "all the claims are substantially similar and linked to the same abstract idea." *Content Extraction*, 776 F.3d at 1348 (internal quotation marks omitted).

## IV.  ANALYSIS

The '740 patent has 3 independent claims. Claim 1 of the '740 patent reads:

A computer memory system connectable to a processor and having one or more programmable operational characteristics, said characteristics being defined through configuration by said computer based on the type of said processor, wherein said system is connectable to said processor by a bus, said system comprising:

a main memory connected to said bus; and

a cache connected to said bus;

5

wherein a programmable operational characteristic of said system determines a type of data stored by said cache.

'740 patent at 6:28-38. Claim 6 reads:

A computer memory system connectable to a processor and having one or more programmable operational characteristics, said characteristics being defined through configuration by said computer based on the type of said processor comprising:

a main memory, connected to said processor by a bus, including a plurality of pages of a first type and a plurality of pages of a second type; and

a register connected to said memory for holding a page address of a most recently accessed one of said first type pages;

wherein said page address is used to reopen the most recently accessed one of said first type pages after one of said second type pages has been accessed; and

wherein a programmable operational characteristic of said system determines a type of data stored in said main memory.

*Id.* at 7:3-22. Claim 8 reads:

A computer memory system, connectable to a processor and bus master by a bus and having programmable operational characteristics based on characteristics of said processor, comprising:

a plurality of caches connected to said bus;

a main memory connected to said bus and including a plurality of pages of a first and second type; and

a register connected to said memory for holding the page address of the most recently accessed of said first type pages;

wherein a first programmable characteristic of said system determines whether a first of said caches stores only code data or whether said first of said caches stores both non-code data and code data;

wherein a second of said caches performs buffering of data writes to said main memory, and a second programmable characteristic of said system determines whether said second of said caches performs buffering of data solely from said bus master and whether said second of said caches performs buffering of data both from said bus master and said processor;

wherein said page address is used to reopen a most recently accessed of said first type pages after one of said second type pages has been accessed; and

wherein a third programmable operational characteristic of said system determines a type of data stored by said main memory

*Id.* at 7:27-8:24.

### A. *Mayo/Alice* Step One: Abstract Idea

"First, we determine whether the claims at issue are directed to [an abstract idea]." *Alice*, 134 S. Ct. at 2355. "The 'abstract ideas' category embodies 'the longstanding rule that an idea of itself is not patentable.'" *Id.* (internal quotation marks omitted) (quoting *Gottschalk v. Benson*, 409 U.S. 63, 67 (1972)). In the wake of *Alice*, "precision has been elusive in defining an all-purpose boundary between the abstract and the concrete." *Internet Patents Corp. v. Active Network, Inc.*, 790 F.3d 1343, 1345 (Fed. Cir. 2015). The Supreme Court has recognized, however, that "fundamental economic practice[s]," *Bilski*, 561 U.S. at 611, "method[s] of organizing human activity," *Alice*, 134 S. Ct. at 2356, and mathematical algorithms, *Benson*, 409 U.S. at 64, are abstract ideas. Additionally, the Federal Circuit recently found that claims were not directed to an abstract idea where "the focus of [those] claims [was] on the specific asserted improvement in computer capabilities . . ., [rather than] on a process that qualifies as an 'abstract idea' for which computers are invoked merely as a tool." *Enfish, LLC v. Microsoft Corp.*, 2016 WL 2756255, at *5 (Fed. Cir. May 12, 2016).

Defendant contends that the claims of the '740 patent are directed to the abstract idea of categorical data storage. Though the claims recite limitations pertaining to cache and memory, code and non-code data, and memory sources, Defendant argues that the abstract idea of categorical data storage is at the "heart" of the claims. *Ultramercial*, 772 F.3d at 714. Plaintiff responds that "[e]very claim . . . is an apparatus that requires certain elements to operate in a certain way, resulting in a tangible working thing that improves the operation of a computer." (D.I. 29 at 16).

"Under step one of *Mayo/Alice*, the claims are considered in their entirety to ascertain whether their character as a whole is directed to excluded subject matter." *Internet Patents*, 790 F.3d at 1346. Here, the claims are directed to the abstract idea of categorical data storage. Humans have categorized data for many years. For instance, a library may have an easily-accessible section for popular novels, while maintaining less accessible storage for less-requested materials. This is an "undisputably well-known" practice that "humans have always performed." *Content Extraction*, 776 F.3d at 1347. Courts have routinely found that similar claims are directed to abstract ideas. *See, e.g.*, *In re TLI Commc'ns LLC Patent Litig.*, 2016 WL 2865693, at *3 (Fed. Cir. May 17, 2016) (claims directed to "classifying and storing digital images in an organized manner" are abstract); *Content Extraction*, 776 F.3d at 1347 (claims directed to collecting, recognizing, and storing data are abstract); *Cyberfone Sys., LLC v. CNN Interactive Grp., Inc.*, 558 F. App'x 988, 991-92 (Fed. Cir. 2014) ("using categories to organize, store, and transmit information" is an abstract idea); *Cloud Satchel, LLC v. Amazon.com, Inc.*, 76 F. Supp. 3d 553, 562-64 (D. Del. 2014) (claims were directed to the "abstract idea of cataloguing documents to facilitate their retrieval from storage in the field of remote computing"), *aff'd mem.*, 626 F. App'x 1010 (Fed. Cir. 2015), *cert. denied*, 2016 WL 1059941 (Apr. 25, 2016).

Plaintiff relies on the Federal Circuit's recent decision in *Enfish* for the proposition that claims which "improve the functioning of a computer itself" are patent eligible. (D.I. 29 at 15; D.I. 42). Contrary to Plaintiff's argument, however, the question of whether a given claim "improve[s] the way a computer [works]" is not, by itself, determinative. *See Enfish*, 2016 WL 2756255, at *8; *see also TLI Commc'ns*, 2016 WL 2865693, at *3 (describing *Enfish*'s dichotomy as "a relevant inquiry"). Although the Federal Circuit held "it relevant to ask whether the claims [in *Enfish* were] directed to an improvement to computer functionality versus being

directed to an abstract idea," the court described the central question as "whether the focus of the

claims is on the specific asserted improvement in computer capabilities (i.e., the self-referential

table for a computer database) or, instead, on a process that qualifies as an 'abstract idea' for

which computers are invoked merely as a tool." *Enfish*, 2016 WL 2756255, at \*4-5.[1] The

Federal Circuit did not fault the district court for failing to appreciate the extent to which the

patent improved a computer's functioning, but rather, for "describ[ing] the claims at [too] high a

level of abstraction, . . . untethered from the language of the claims." *Id.* at \*6. In so doing, the

district court abstracted away "the claimed advance over the prior art." *See id.* at \*4 (quoting

*Genetic Techs., Ltd. v. Merial L.L.C.*, 2016 WL 1393573, at \*5 (Fed. Cir. Apr. 8, 2016)). *Enfish*

is thus best understood as a case which cautions against oversimplification during step one of

*Mayo/Alice*, rather than a case which exempts from § 101 scrutiny all patents which purport to

improve the functioning of a computer. *See TLI Commc'ns*, 2016 WL 2865693, at \*5

(acknowledging *Bilski*'s "rejection of 'categorical rules' to decide subject matter eligibility"

(quoting *Bilski*, 561 U.S. at 610)).

  In *Enfish*, the court noted that "the claims [at issue were] not simply directed to *any* form

of storing tabular data, but instead [were] specifically directed to a *self-referential* table for a

computer database." *Id.* at \*6 (emphasis in original). The claims described "a specific type of

data structure designed to improve the way a computer stores and retrieves data in memory." *Id.*

at \*8. The claims were thus "directed to a specific implementation of a solution to a problem in

the software arts." *Id.* The Federal Circuit concluded that "the district court oversimplified the

---

[1] This distinction is particularly relevant to software-implemented inventions, like those found in *Enfish*. There, the court concluded that "claims directed to software" were not "inherently abstract." *Id.* at \*4. Specifically, when software-implemented "claims are directed to an improvement to computer functionality," they may not "succumb to the abstract idea exception," whereas software implementations of "'abstract idea[s]' for which computers are invoked merely as a tool" might. *Id.* at \*4-5.

self-referential component of the claims and downplayed the invention's benefits." *Id.* at *7. Put another way, the "level of abstraction" employed by the court in describing the claims must be consonant with the level of abstraction expressed in the claims themselves. *Id.* at *6; *see also Alice*, 134 S. Ct. at 2354 ("we tread carefully in construing this exclusionary principle lest it swallow all of patent law"); *Mayo*, 132 S. Ct. at 1302 ("[T]he more abstractly [a patent's] claims are stated, the more difficult it is to determine precisely what they cover." (quoting Christina Bohannan & Herbert Hovenkamp, *Creating Without Restraint: Promoting Liberty and Rivalry in Innovation* 112 (2012))); *Intellectual Ventures I LLC v. Capital One Bank (USA)*, 792 F.3d 1363, 1367 (Fed. Cir. 2015) ("At step one of the *Alice* framework, it is often useful to determine the breadth of the claims in order to determine whether the claims extend to cover a 'fundamental . . . practice long prevalent in our system'" (quoting *Alice*, 134 S. Ct. 2356)). Here, there is no analog to the "specific type of data structure" that was found sufficiently un-abstract in *Enfish*. Although the claims "touch[] on what is asserted to be an improvement to . . . computer capabilities," they are not "directed to a 'specific' or 'concrete' improvement in the way software operates," but instead are "directed to . . . the mere *idea* of" categorical data storage. *Yodlee, Inc. v. Plaid Techs., Inc.*, 2016 WL 2982503, at *9 (D. Del. May 23, 2016) (emphasis in original) (quoting *Enfish*, 2016 WL 2756255, at *8); *see also Device Enhancement LLC v. Amazon.com, Inc.*, 2016 WL 2899246, at *10 (D. Del. May 17, 2016) ("it is evident that there is a specificity requirement"). The '740 patent claims, "considered in their entirety," are directed to the concept of categorical data storage. *Internet Patents*, 790 F.3d at 1346. That broad concept is an abstract idea, despite the patent's limitation of that idea to a particular technological environment.

Plaintiff insists that "there are issues of claim construction that must be decided before resolving the motion," specifically citing the "programmable operational characteristic" term.

(D.I. 29 at 12-13). Plaintiff, however, offers neither a proposed construction, nor an explanation of how the term's construction would impact the § 101 analysis. (D.I. 41 at 4-6). Without providing a proposed construction—which the Court would accept as true for purposes of this motion—Plaintiff's protestations about claim construction are unavailing. *See Content Extraction*, 776 F.3d at 1349 ("Although the determination of patent eligibility requires a full understanding of the basic character of the claimed subject matter, claim construction is not an inviolable prerequisite to a validity determination under § 101.").

Plaintiff also argues that Defendant must provide "clear and convincing" evidence of invalidity, and therefore resolution of this motion requires further factual development. (D.I. 29 at 9-10 (citing *Abbott Labs. v. Sandoz, Inc.*, 544 F.3d 1341, 1346 (Fed. Cir. 2008))). Patent eligibility is a matter of law. *OIP Techs.*, 788 F.3d at 1362. With questions of law, the clear and convincing standard "has no application." *Microsoft Corp. v. i4i Ltd. P'ship*, 131 S. Ct. 2238, 2253 (2011) (Breyer, J., concurring). Additionally, "[w]hile there may be cases in which the legal question as to patentable subject matter may turn on subsidiary factual issues, [Plaintiff] has not identified any relevant fact issues that must be resolved in order to address" patent eligibility. *In re Comiskey*, 554 F.3d 967, 975 (Fed. Cir. 2009). Plaintiff's argument is therefore rejected.

Relying on *DDR Holdings, LLC v. Hotels.com, L.P.*, 773 F.3d 1245 (Fed. Cir. 2014), Plaintiff argues that the claims of the '740 patent are not directed to an abstract idea because "the claimed solution [i]s clearly rooted in computer technology in order to overcome a problem specifically arising in the realm of computer networks." *Id.* at 1257. Plaintiff misreads *DDR Holdings*. There, the Federal Circuit stated that "identifying the precise nature of the abstract idea [was] not as straightforward as in *Alice*" or other cases. *Id.* Therefore, the court simply

assumed that the patent-in-suit was directed to an abstract idea, and then proceeded to *Mayo/Alice* step two. *See id.* ("[U]nder any of these characterizations of the abstract idea, the '399 patent's claims satisfy *Mayo/Alice* step two."). Similarly, Plaintiff's repeated incantations of "technology" cannot save claims directed to an abstract idea. *See Bilski*, 561 U.S. at 610-11 ("The prohibition against patenting abstract ideas cannot be circumvented by attempting to limit the use of [the idea] to a particular technological environment." (quotation marks omitted)); *TLI Commc'ns*, 2016 WL 2865693, at *3 ("not every claim that recites concrete, tangible components escapes the reach of the abstract-idea inquiry"); *Cyberfone*, 558 F. App'x at 992. Any "novelty in implementation of the idea is a factor be considered only in the second step of the *Alice* analysis." *Ultramercial*, 772 F.3d at 715.

I therefore conclude that the claims are directed to the abstract idea of categorical data storage.

## B. *Mayo/Alice* Step Two: Inventive Concept

The determination that a patent is directed to an abstract idea "does not render the subject matter ineligible." *Internet Patents*, 790 F.3d at 1346. Having decided that the patent's claims are directed to an abstract idea, the Court must next "determine whether the claims do significantly more than simply describe the abstract method." *Ultramercial*, 772 F.3d at 715. Since "a known idea, or one that is routine and conventional, is not inventive in patent terms," this analysis "favors inquiries analogous to those undertaken for determination of patentable invention." *Internet Patents*, 790 F.3d at 1346. Neither "[a] simple instruction to apply an abstract idea on a computer," nor "claiming the improved speed or efficiency inherent with applying the abstract idea on a computer" satisfies the requirement of an "inventive concept." *Intellectual Ventures*, 792 F.3d at 1367.

Defendant contends that the claims recite generic computer components, and amount to nothing more than "apply[ing] [the abstract idea] on a computer." *Id.* Plaintiff argues that claims which "improve the functioning of the computer itself" are patent eligible. (D.I. 29 at 15 (quoting *Alice*, 134 S. Ct. at 2359)). Plaintiff also likens the claims of the '740 patent to those at issue in *DDR Holdings*, asserting that the claims of the '740 are necessarily rooted in technology. Additionally, Plaintiff argues that "the combination of elements results in an improved computer system, and thus the claims are patent eligible." (*Id.* at 20).

While the *DDR Holdings* court concluded that the patent at issue was "necessarily rooted in computer technology in order to overcome a problem specifically arising in the realm of computer networks," it also concluded "that not all claims purporting to address Internet-centric challenges are eligible for patent." *DDR Holdings*, 773 F.3d at 1257. Therefore, determining that a patent is necessarily tied to a computer- or Internet-centric problem does not resolve the question of patent eligibility. *See Alice*, 134 S. Ct. at 2358 ("limiting the use of an abstract idea to a particular technological environment" is insufficient to confer patent eligibility (quotation marks omitted)); *Ultramercial*, 772 F.3d at 1264; *see also Diamond v. Diehr*, 450 U.S. 175, 191-93 (1981) (holding that "when a claim containing a mathematical formula implements or applies that formula in a structure or process which, when considered as a whole . . . .[,] is drawn to [the non-computer-centric] industrial process for the molding of rubber products," the claim is directed to patent-eligible subject matter). The "rooted in computer technology" heuristic of *DDR Holdings* is best understood as a clue that when a solution "overcome[s] a problem specifically arising in" a particular technological realm, that solution—though it may implement an abstract idea—may likely contain an inventive concept. *See DDR Holdings*, 773 F.3d at 1257-58.

13

Just as *DDR Holdings* did not create a § 101 safe harbor for patents rooted in Internet-centric problems, *Alice* did not declare eligible any patent which "purport[s] to improve the functioning of the computer itself." *Alice*, 134 S. Ct. at 2359 (citing *CLS Bank Int'l v. Alice Corp. Pty.*, 717 F.3d 1269, 1286 (Fed. Cir. 2013) (Lourie, J., concurring), *aff'd*, 134 S. Ct. 2347 (2014)). In *Alice*, the Supreme Court contrasted claims directed to "the concept of intermediated settlement as performed by a generic computer" with those that may "express[ly] . . . define the computer's participation" in a way that may supply an inventive concept—i.e. by "improv[ing] the functioning of the computer itself." *Id.* (quoting *CLS Bank*, 717 F.3d at 1286 (Lourie, J., concurring)). The important question is whether the patent expresses an inventive concept, not whether it improves a computer.

The claims here are "recited too broadly and generically to be considered sufficiently specific and meaningful applications of their underlying abstract ideas." *DDR Holdings*, 773 F.3d at 1256; *see also Internet Patents*, 790 F.3d at 1348 (finding patent ineligible where claim "contain[ed] no restriction on how the result [was] accomplished"). While the '740 patent describes the idea of categorical data storage as implemented on a computer, the claimed computer functionality can only be described as generic or conventional. Claim 1 recites generic computer components, specifically a "main memory" and a "cache" connectable via a "bus" to a "processor." '740 patent at 6:34-38. The specification acknowledges that these components were known in the art. *Id.* at 1:51-2:55. Further, the functions described, receiving and storing data, are certainly "'well-understood, routine, conventional activit[ies]' previously known in the industry." *Alice*, 134 S. Ct. at 2359 (alteration in original) (quoting *Mayo*, 132 S. Ct. at 1294); *see also Mortg. Grader, Inc. v. First Choice Loan Servs. Inc.*, 811 F.3d 1314, 1324-25 (Fed. Cir. 2016) ("These generic computer components do not satisfy the inventive concept requirement.").

"At most, [Plaintiff's] claims attempt to limit the abstract idea of [categorical data storage] to a particular technology environment." *Content Extraction*, 776 F.3d at 1348. That is insufficient. *Alice*, 134 S. Ct. at 2358. The steps here "that do nothing more than spell out what it means to 'apply [the abstract idea] on a computer' cannot confer patent-eligibility." *Intellectual Ventures*, 792 F.3d at 1370; *see also DDR Holdings*, 773 F.3d at 1257 (distinguishing claims found eligible from those that "merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet").

The "programmable operational characteristics" limitation fails to supply the required inventive concept. Like the "interactive interface" element in *Intellectual Ventures*, the "programmable operational characteristic" is a "generic computer element" with only "vague and generic" descriptions. *Intellectual Ventures*, 792 F.3d at 1370. Like the "interactive interface" that "simply describe[d] a generic web server with attendant software," the "programmable operational characteristic" is simply a generic concept which "determines a type of data stored by [a] cache." *Id.* at 1370; '740 patent at 6:28-38. Without an explanation of the "mechanism" for "how th[is] result is accomplished," it cannot supply an inventive concept. *Internet Patents*, 790 F.3d at 1348.

Defendant contends that all nine claims are "substantially similar and linked to the same abstract idea," and therefore all claims can be invalidated based on representative claim 1. *Content Extraction*, 776 F.3d at 1348. I agree, but will briefly summarize why claims 2 through 9 fail to supply an inventive concept. Claim 1's dependent claims simply specify that the cache may store "only code data or "both code and non-code data" (claim 2), and that the cache may buffer data solely from the bus master or from both the bus master and processor (claim 3). '740 patent at 6:39-51. Claim 4 merely recites additional caches. *Id.* at 6:52-56. Claim 5 combines

the limitations of claims 2, 3, and 4. *Id.* at 6:57-7:2. Independent claim 6 provides that the "programmable operational characteristic" may be used to "determine[] a type of data store in . . . main memory," rather than the cache. *Id.* at 7:3-22. It goes on to recite all the same components as claim 1, with the addition of a generic "register." *Id.* Aside from these components, claim 6 recites division of the main memory into pages, a technique which the specification acknowledges is "well known." *Id.* at 7:9-18; 4:46-47. Claim 7, like claim 2, describes code and non-code data restrictions. *Id.* at 7:23-26. Claim 8 and claim 9 simply combine the limitations of the other claims. None of these conventional components, used in a conventional fashion, suffice to supply an inventive concept. Also, claims that simply narrow the types of data covered by the claims similarly fail to add an inventive concept. *See, e.g.,* *Bilski*, 561 U.S. at 612 ("limiting an abstract idea to one field of use . . . d[oes] not make the concept patentable"); *Dealertrack, Inc. v. Huber*, 674 F.3d 1315, 1334 (Fed. Cir. 2012) ("Although directed to a particular use [of car loan applications], [the patent] nonetheless covers a broad idea.").

I conclude that the claims of the '740 patent are directed to an abstract idea and lack an inventive concept. The '740 patent is therefore invalid. Plaintiff has failed to state a claim upon which relief can be granted.

## V.    CONCLUSION

For the reasons set forth above, the motion to dismiss is **GRANTED**. An appropriate order will be entered.

# United States Patent [19]

## King et al.

[11] **Patent Number:** 5,953,740

[45] **Date of Patent:** Sep. 14, 1999

[54] **COMPUTER MEMORY SYSTEM HAVING PROGRAMMABLE OPERATIONAL CHARACTERISTICS BASED ON CHARACTERISTICS OF A CENTRAL PROCESSOR**

[75] Inventors: **Edward C. King**, Fremont, Calif.;
**Forrest O. Arnold**, Springboro, Ohio;
**Jackson L. Ellis**, Fort Collins, Colo.;
**Robert B. Moussavi**, San Diego, Calif.;
**Pirmin L. Weisser**, Unterkirnach, Germany; **Fulps V. Vermeer**, Delft, Netherlands

[73] Assignee: **NCR Corporation**, Dayton, Ohio

[21] Appl. No.: **08/132,421**

[22] Filed: **Oct. 5, 1993**

**Related U.S. Application Data**

[63] Continuation of application No. 07/563,214, Aug. 6, 1990, abandoned.

[51] **Int. Cl.**[6] .................................................... **G06F 13/00**

[52] **U.S. Cl.** ........................... **711/118**; 711/123; 711/125; 711/126

[58] **Field of Search** .................... 364/200 MS, 900 MS; 395/400 MS, 425 MS

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,622,631 | 11/1986 | Frank et al. | 364/200 |
| 4,648,030 | 3/1987 | Bomba et al. | 395/425 |
| 4,719,568 | 1/1988 | Carrubba et al. | 364/200 |
| 4,783,736 | 11/1988 | Ziegler et al. | 395/425 |
| 4,884,197 | 11/1989 | Sachs et al. | 395/425 |
| 4,888,679 | 12/1989 | Fossum et al. | 395/800 |
| 4,914,577 | 4/1990 | Stewart et al. | 364/200 |
| 4,926,317 | 5/1990 | Wallach et al. | 364/200 |
| 5,023,776 | 6/1991 | Gregor | 364/200 |
| 5,043,870 | 8/1991 | Ditzel et al. | 395/425 |
| 5,055,999 | 10/1991 | Frank et al. | 395/425 |
| 5,073,969 | 12/1991 | Shoemaker | 364/200 |
| 5,283,868 | 2/1994 | Baker et al. | 364/200 |

### OTHER PUBLICATIONS

Computer Design, Jul. 1, 1990, pp. 78–90; Wilson: "Will the search for the ideal memory architecture ever end?".

*Primary Examiner*—David L. Robertson
*Attorney, Agent, or Firm*—Douglas S. Foote; George H. Gates

[57] **ABSTRACT**

A computer memory system connectable to a processor and having programmable operational characteristics based on characteristics of the processor. The memory system includes several caches and a main memory connected to a bus. One cache can be programmed to store only code data. Another cache can be programmed to buffer data writes to the main memory only from the processor. The main memory supports fast page mode and can be programmed to selectively reopen either code or non-code data pages.

**9 Claims, 2 Drawing Sheets**

Microfiche Appendix Included
(3 Microfiche, 263 Pages)





**FIG. 1**



FIG. 2

1

## COMPUTER MEMORY SYSTEM HAVING PROGRAMMABLE OPERATIONAL CHARACTERISTICS BASED ON CHARACTERISTICS OF A CENTRAL PROCESSOR

This is a continuation of application Ser. No. 07/563,214 filed on Aug. 6, 1990, now abandoned.

The present invention relates to computer memory systems. More particularly, it relates to memory systems which are designed to reduce memory access time.

### CROSS-REFERENCE TO RELATED APPLICATIONS

"Computer Memory System", U.S. patent application Ser. No. 563,216, filed concurrently herewith, invented by Edward C. King, Jackson L. Ellis, Robert B. Moussavi and Pirmin L. Weisser.

"Computer Memory Open Page Bias Method and System", U.S. patent application Ser. No. 563,221, filed concurrently herewith, invented by Edward C. King and F. Vincentinus Vermeer.

"Data Prefetch Method and System", U.S. patent application Ser. No. 563,215, filed concurrently herewith, invented by Pirmin L. Weisser, F. Vincentinus Vermeer and Edward C. King.

"Method for Merging Data in A Computer Memory System", U.S. patent application Ser. No. 563,219, filed concurrently herewith, invented by Edward C. King, Forrest O. Arnold, Jackson L. Ellis, Robert B. Moussavi, Pirmin L. Weisser and F. Vincentinus Vermeer.

"Computer Memory System and Method for Cleaning Data Elements", U.S. patent application Ser. No. 563,217, filed concurrently herewith, invented by Jackson L. Ellis.

"Mapped Cache Structure and Method", U.S. patent application Ser. No. 563,218, filed concurrently herewith, invented by Robert B. Moussavi and Jackson L. Ellis.

"Computer Memory System and Method for Enhancing Performance on Cache Overflows", U.S. patent application Ser. No. 563,220, filed concurrently herewith, invented by Jackson L. Ellis, Robert B. Moussavi and Edward C. King.

### REFERENCE TO A MICROFICHE APPENDIX

A microfiche appendix is provided herewith. The appendix includes three microfiche having a combined total of 263 frames.

### BACKGROUND OF THE INVENTION

The performance of a computer system can be enhanced by the use of a memory hierarchy. For example, a three tiered memory can be constructed from low, medium, and high speed memories. A low speed memory may be a magnetic disk for low cost, bulk storage of data. A medium speed memory may be constructed from Dynamic Random Access Memories (DRAMs) for use as the computer system's main memory. A high speed memory may employ SRAMs for use as a processor cache memory. The theory behind memory hierarchy is to group code (instructions) and other data to be executed by the system processor in the highest speed memory. Since high speed memory is typically the most expensive memory available, economics dictate that it be relatively small. Main memory consisting of DRAMs is denser and less expensive than a cache memory with SRAMs, and can therefore be significantly larger than the cache memory.

During operation, instructions and other data are transferred from system memory to the cache memory in order to have quick access to the variables of the currently executing program. As additional data, not in the cache, is required, such data is transferred from the main memory by replacing selected data in the cache. Various replacement algorithms are utilized to determine which data is replaced.

By definition, an efficiently operating cache architecture is one which exhibits a high ratio of "hits" to accesses. A "hit" occurs when data requested is in the cache. A number of factors influence the hit ratio. The dominate factor is the locality of reference of the code being executed. In other words, if the code is located in proximate physical locations in memory, the hit ratio will be higher than if the code is widely distributed throughout memory. Another factor influencing the hit ratio of a cache is the number of devices having access to the memory. If only a single bus master, such as the system processor, has access to the memory, the data stored in the cache can be controlled to achieve a reasonably high hit ratio. However, when more than a single bus master has access to the memory through the same cache, the cache can bounce back and forth between requests from the bus masters, greatly reducing the hit ratio. In other words, the cache is non-discriminatory, with the demands of the system processor and other bus masters affecting the cache equally. One operation can significantly impact the data make-up of the cache. For example, data cached in response to memory accesses from a non-host CPU bus master will overwrite data needed by the host processor.

Another factor affecting the hit ratio relates to the fact that both code and non-code data are cached. Blocks of data in the system memory are mapped into different physical locations in the cache. If each block of data in system memory may be mapped to only a single location, the cache is known as a direct mapped cache. Set associative mapping involves each block of data being mapped to more than a single location. For example, if each block of data may be mapped to either of two locations, the cache is known as two-way set associative. Irrespective of the number of locations available for a system memory block, when both code and non-code data are being cached, there will be overlap in their respective mappings. Thus, when both code and non-code data are cached, there can be significant thrashing which takes place as data is replaced in response to memory accesses.

In the past, most computer systems have been optimally designed on the basis of the particular type of host processor selected. A few computer systems have been designed with the flexibility of being assembled with more than a single type of processor. In the later case, the operational characteristics of the associated subsystems frequently represent a compromise based on the various characteristics of the candidate host processors. Alternatively, the subsystems may be optimally designed based on the characteristics of a particular host processor type, with a less efficient system resulting when other than the optimal processor is employed.

### OBJECTS OF THE INVENTION

It is therefore an object of the present invention to provide a new and improved high performance computer memory system.

It is another object of the present invention to provide a memory system having programmable operational characteristics based on characteristics of the host processor.

It is a further object of the present invention to provide a memory system which is efficiently operable with different types of host processors.

5,953,740

3

It is yet another object of the present invention to provide a memory system having one or more caches whose operational characteristics are based on the host processor type.

It is yet a further object of the present invention to provide a memory system having a DRAM memory with a bias towards automatically opening certain pages as a function of the host processor type.

## SUMMARY OF THE INVENTION

The present invention is a computer memory system connectable to a processor and having programmable operational characteristics based on characteristics of the processor.

In a more detailed form, the memory system includes a plurality of caches and a main memory connected to a bus. The processor and another bus master are also connected to the bus. A programmable characteristic of a first of the caches is whether or not it holds only code data. A second of the caches buffers data writes to the main memory, and a programmable characteristic of the second cache is whether or not it buffers data solely from the bus master.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a high performance computer memory system according to one form of the present invention.

FIG. 2 is a block diagram showing the relationship between modules of the memory system.

## DESCRIPTION OF A PREFERRED EMBODIMENT

FIG. 1 shows a block diagram of a computer memory system 10. System 10 includes a system memory 12 which in a preferred embodiment consists of dynamic random access memory (DRAM) chips. The data stored in memory 12 can be generally divided into code data (instructions) and non-code data. As used herein, the term "data" refers to information and includes both code data (instructions) and non-code data. Memory 12 is connected to other parts of a computer system (not shown) by a bus 14. Memory system 10 is designed for use with two or more bus masters, although it is operable with a single master. More particularly, it is designed for use with a host processor such as an Intel processor 386, 386sx or 486 in combination with other bus masters or devices which will compete with the host processor for access to memory system 10. Access to DRAM 12 is controlled by DRAM controller 22 which is located within bus 14.

Memory system 10 also includes an internal cache 16, a pre-fetch cache 18 and a write buffer cache 20, each connected to bus 14. In a preferred form, internal cache 16 is a 4K byte, four-way set associative cache, pre-fetch cache 18 is a 128 byte, direct-mapped cache, and write buffer cache 20 is a 128 byte, two-way set associative cache.

An important feature of the present invention is that the functionality of the various caches may be varied depending upon the host processor type (386, 386sx or 486) utilized. Memory system 10 has programmable operational characteristics based on characteristics of the processor. However, certain features of the caches do not vary. For example, internal cache 16 holds data which is selected solely on the basis of memory accesses by the host processor. In other words, internal cache 16 is dedicated to the host processor and will not be affected by memory accesses by other bus masters. It will be appreciated that each of the caches is readable by any of the bus masters. Thus, even though cache 16 will not allow data writes therein based on memory accesses by other than the system processor, it will be read by another bus master if requested data happens to reside therein. It will further be appreciated that each of the caches snoops (observes) any data writes not intended for it in order to invalidate its contents upon snoop hits, thereby ensuring coherency.

Another immutable feature of the caches is that pre-fetch cache 18 contains solely code data pre-fetched from DRAM 12. Furthermore, it only pre-fetches code based on a memory access by the host processor. In operation, whenever the system processor requests code data not already in the pre-fetch cache, the next sequential 128 bytes of code are pre-fetched into cache 18 as a queue in anticipation of subsequent requests for code.

Write buffer cache 20 only buffers data to be written into DRAM 12. It is not merely a write buffer, but is a cache which, as mentioned above, can be read by any bus master. However, it will not cache data from DRAM 12.

An important feature of the present invention is the separation of the functionality of each of the caches and the selective definition of those functions based on the processor type. By this insight, the present system is able to achieve or exceed the performance of a system utilizing a cache many times larger than the cumulative size of the subject caches. With respect to the selective definition of function based on processor type, each cache exhibits operational characteristics which are programmable as a function of characteristics based on processor type. For example, one programmable characteristic of internal cache 16 is whether it holds only code data. For a system employing a 386 or 386sx system processor, internal cache 16 holds only code data, whereas for a system employing a 486 processor, internal cache 16 holds both code and non-code data. A programmable characteristic of write buffer cache 20 is whether or not it buffers data solely from a bus master other than the system processor. For a system employing a 486 system processor, write buffer cache 20 buffers data writes by any bus master other than the system processor. Whereas, for a system employing a 386 or 386sx system processor, write buffer cache 20 buffers data writes by any bus master including the system processor. The operational characteristics of the caches are defined through self configuration at power-on time based on information relating to the type of host processor present.

DRAM controller 22 supports fast page mode for accesses to DRAM 12. Fast page mode is a well known technique for speeding up accesses to DRAM by activating a row line in a memory page and then strobing sequential column lines to transfer data into or out of DRAM. A page is opened when the row line is activated. In the present invention, DRAM 12 is divided into pages which contain either code or non-code data. A register 40 associated with DRAM 12 is located either in DRAM 12 or DRAM controller 22 and holds the page address of a most recently accessed page. In effect, the system provides a bias towards code pages or non-code pages depending upon the type of processor connected to the system. The type of data (code or non-code) for which the main memory 12 through controller 22 provides a bias, is another programmable characteristic of the present invention. For example, if the system processor is a 486, the address of the most recently accessed code address page is held in the register 40. In operation, both code and non-code data pages in DRAM 12 can be randomly accessed. If a code page is accessed on one cycle and a non-code page is accessed on the next cycle, the address of the code page is held in a register 40 while the non-code page is accessed.

5

Immediately after the non-code page access, the address in the register **40** is used to reopen the code page. The term "reopen" means to activate a row line of the subject page. In contrast, if the system processor is a 386 or 386 sx, the address of the most recently accessed non-code address page is held in the register **40**. The combination of selective open page bias, fast page mode accesses and multiple caches provides increased system performance.

Write buffer cache **20** is a two-way set associative cache. The non-code data region of memory may be divided into three areas known as list, heap and stack. Data blocks in memory are reserved for the list, heap and stack, each of which has its own organization and purpose. For example, a stack is a set of data elements, only one of which can be accessed at a time. The list data is primarily read and generally not written to. In structured programs, a high percentage of writes occur to the stack with the second most data writes occurring to the heap. By proper assignment of the heap and stack data blocks in DRAM and mapping respective blocks to opposing sets in the two-way set associative cache, increased operational efficiency can be realized. Furthermore, an open page bias in the DRAM for non-code data will effectively be an open page bias for list data. In this manner, operational efficiency of the subject invention is further enhanced.

A significant advantage of the dual or multiple mode operation of the present invention is that it allows different types of processors to be installed with the subject memory system without significantly compromising their individual performance. One feature which is not programmable is the dedication of internal cache **16**, which is the largest of the caches (4K Byte), to the host processor. Since the majority of memory operations come from the host processor, this allows the efficiency of the host processor to be maximized. Moreover, in a 386/486 Microchannel environment, the other bus masters can utilize the streaming mode to improve their performance, an option not available to the system processor. As discussed previously, a programmable feature of internal cache **16** is whether or not it holds only code data. Because a 386 processor has no cache internal to itself, internal cache **16** is dedicated to code data—the primary type of data accessed by the 386 processor from memory. On the other hand, a 486 processor has its own internal cache and also has the ability to burst-read code data from prefetch cache **18** or from the DRAM **12** open page. Thus, for a 486 host processor, internal cache **16** is dedicated primarily to non-code data.

Again, as discussed previously, a programmable feature of write buffer cache **20** is whether it buffers data solely from bus masters other than the host processor. For a 386 host processor, cache **20** buffers data writes from both the 386 and other bus masters. It buffers 386 data writes since internal cache **16** is dedicated solely to code, and it buffers data writes from other bus masters since internal cache **16** is dedicated solely to the 386. For a 486 host processor, cache **20** is dedicated solely to the other bus masters since internal cache **16** handles code and non-code data solely for the 486 host processor.

The programmable operational characteristic of DRAM **12**, whether the open page bias is for code or non-code data, is closely associated with the programmable characteristics of internal cache **16** and write buffer cache **20**. For example, since the 486 can burst read code data, DRAM **12** is provided with an open page bias for code data. This also allows prefetch cache **18** to operate efficiently as internal cache **16** does not assist greatly with code data in this mode. In contrast, with a 386 processor, the open page bias for non-code data balances internal cache **16** which holds only code data.

6

The detail design of the present invention is captured in CDL, a high level hardware description language. CDL is a software tool which unambiguously defines the hardware for a digital logic system. The CDL listing completely defines a preferred embodiment of computer memory system **10**. The listing may be compiled to generate a "C" source code which may then be compiled by a C compiler to generate a standardized C Object File Format (COFF). The COFF is then input to a logic synthesis program to provide a detailed logic schematic. A logic synthesis program which may be used for this purpose is SYNOPSYS, available from Synopsys Inc., Mountain View, Calif.

FIG. **2** shows the relationship between the modules of the present invention. The structure and mode of operation of each of these modules is defined by the CDL listing, provided herewith as a microfiche appendix.

It will be clear to those skilled in the art that the present invention is not limited to the specific embodiment disclosed and illustrated herein. Nor is the invention limited to applications employing 386, 386sx or 486 processors.

Numerous modifications, variations, and full and partial equivalents can be undertaken without departing from the invention as limited only by the spirit and scope of the appended claims.

What is desired to be secured by Letters Patent of the United States is as follows.

What is claimed is:

1. A computer memory system connectable to a processor and having one or more programmable operational characteristics, said characteristics being defined through configuration by said computer based on the type of said processor, wherein said system is connectable to said processor by a bus, said system comprising:

a main memory connected to said bus; and

a cache connected to said bus;

wherein a programmable operational characteristic of said system determines a type of data stored by said cache.

2. The system of claim **1** wherein a programmable operational characteristic of said system determines whether said cache stores only code data or whether said cache stores both code data and non-code data.

3. The system of claim **1** wherein a bus master is also connectable to said bus so that both said processor and bus master have access to said memory system, wherein said cache performs buffering of data writes to said main memory, and wherein a programmable operational characteristic of said system determines whether said cache performs buffering of data solely from said bus master or whether said cache performs buffering of data both from said bus master and said processor.

4. The system of claim **1** further comprising:

one or more additional caches connected to said bus;

wherein a programmable operational characteristic of said system determines a source of data received by at least one of said additional caches.

5. The system of claim **4** wherein a bus master is also connectable to said bus so that both said processor and bus master have access to said memory system, wherein a first programmable operational characteristic of said system determines whether said cache stores only code data or whether said first cache stores both non-code data and code data, wherein one of the additional caches performs buffering of data writes to said main memory, and wherein a second programmable operational characteristic of said system determines whether said one of the additional caches performs buffering of data solely from said bus master or

5,953,740

7

whether said one of the additional caches performs buffering of data both from said bus master and said processor.

**6.** A computer memory system connectable to a processor and having one or more programmable operational characteristics, said characteristics being defined through configuration by said computer based on the type of said processor comprising:

    a main memory, connected to said processor by a bus, including a plurality of pages of a first type and a plurality of pages of a second type; and

    a register connected to said memory for holding a page address of a most recently accessed one of said first type pages;

    wherein said page address is used to reopen the most recently accessed one of said first type pages after one of said second type pages has been accessed; and

    wherein a programmable operational characteristic of said system determines a type of data stored in said main memory.

**7.** The system of claim **6** wherein a programmable operational characteristic of said system determines a type of data stored in said first and second type pages; and wherein the type of data includes code and non-code data.

**8.** A computer memory system, connectable to a processor and bus master by a bus and having programmable operational characteristics based on characteristics of said processor, comprising:

8

    a plurality of caches connected to said bus;

    a main memory connected to said bus and including a plurality of pages of a first and second type; and

    a register connected to said memory for holding the page address of the most recently accessed of said first type pages;

    wherein a first programmable characteristic of said system determines whether a first of said caches stores only code data or whether said first of said caches stores both non-code data and code data;

    wherein a second of said caches performs buffering of data writes to said main memory, and a second programmable characteristic of said system determines whether said second of said caches performs buffering of data solely from said bus master and whether said second of said caches performs buffering of data both from said bus master and said processor;

    wherein said page address is used to reopen a most recently accessed of said first type pages after one of said second type pages has been accessed; and

    wherein a third programmable operational characteristic of said system determines a type of data stored by said main memory.

**9.** The system of claim **8** wherein a programmable operational characteristic of said system determines a type of data stored said first and second type pages; and wherein the type of data includes code and non-code data.

\*    \*    \*    \*    \*

NCR DOCKET NO. 4848
INVENTORS:   Edward C. King, Forrest O. Arnold, Jackson L. Ellis
Robert B. Moussavi, Pirmin L. Weisser, and Fulps V. Vermeer
TITLE:  Computer Memory System

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
*
* Filename:          cs.cdl
*
* Description:
*
* The Memory Interface Block, or MIB, is one of the ASICs in the
* Summit-II chip set. The main features of this chip are as follows:
*
*        - provides access to a "statistically fast memory" through
*          the use of multiple internal caches and interleaved fast
*          page mode accesses to external DRAM;
*
*        - BIOS access is provided through the MIB;
*
*        - powerfail recovery will be supported.
*
* This module represents the state machine(s) required to control the
* function of the three internal caches within the MIB with respect
* to the Host PM/IF Block and the DRAM Controller Block.  These three
* caches include the MIB Internal Data Cache, the Write Buffer, and the
* Prefetch Queue.  These caches are instantiated as blocks in this module.
*
* Breakdown of State Machine structure:
* -------------------------------------
*
* 1.  General PM Bus Activity State Machine (GASM)
*
* The role of this small state machine is to monitor activity on the
* PM Bus entering the MIB chip through the Host/PM IF, and to latch
* pertinent information and set appropriate flags to indicate the current
* state of activity on the PM Bus.  More details exist within the
* state machine description.
*
*
* 2.  Master MIB Cache State Machine (MCSM)
*
* The role of this state machine is to monitor activity on the Internal
* Transaction Bus, as well as cache hit/miss and validity responses,
* to perform the exception/error handling for the three internal caches.
* That is to say that the MCSM kicks in under the following circumstances:
*
*        a.      When NONE of the caches has a complete hit, BUT
*                between the three of them, a complete response
*                to a read request can be provided without disturbing
*                the DRAM controller;
*        b.      When MORE THAN ONE of the caches has a complete hit,
*                then the MCSM uses the precedence of the caches to
*                resolve the response;
*        c.      When NONE of the caches has a complete hit either
*                by themselves, or cooperatively, then the MCSM kicks
```

1

```
*                    in to control the cache update procedures and coordinate
*                    activity with the DRAM controller;
*        d.          When an overflow occurs on a write to the Data Cache or
*                    the Write Buffer, the MCSM is invoked to coordinate
*                    the writing in of new data and the updating of main
*                    memory with the dirty cache data;
*        e.          When an overflow occurs on a read operation ('486 Burst Rd)
*                    that misses in the Data Cache and needs to be written in to
*                    the Data Cache upon return of the requested data from the
*                    DRAM controller, then the MCSM is invoked to handle the
*                    the coordination between the Data Cache and the DRAM
*                    controller;
*        f.          When there is minimal activity on the Transaction Bus
*                    and the Prefetch Queue could use additional instructions
*                    then the MCSM kicks in to request additional data to be
*                    written into the Prefetch Queue;
*        g.          When a NON-FATAL parity error occurs, i.e., during any
*                    read from the Prefetch Queue, or read from a NON-DIRTY line
*                    in the Data Cache or the Write Buffer, then the MCSM reports
*                    this occurrence in the Cache Status Register (as well as
*                    optionally activating the Parity Error signal out of the MIB)
*                    and continues to handle the cache updating upon return of
*                    data from the DRAM controller;
*        h.          When a FATAL parity error occurs, i.e., during a read from
any
*                    DIRTY line in either the Data Cache or the Write Buffer, then
*                    the MCSM will report the error as in (d.) above, but the
*                    system will crash momentarily, so it is not clear if any
*                    other activity should occur here;
*        i.          When in Power-Up Reset mode with the INIT flag ON (which
*                    means we are in Cache/Memory initialization mode), the MCSM
*                    allows simultaneous writes into the caches as well as into
*                    main memory WITHOUT SETTING ANY DIRTY BITS;
*        j.          When in Power-Up Reset mode with the TEST flag ON (still
*                    need to formalize occurrence of this with respect to INIT
*                    flag), the MCSM coordinates re-mapping of the caches as
*                    defined by the diagnostics team to allow reading and writing
*                    of the caches as a block of SRAM.
*/

.IFLEVEL TOP
.clock PCLK;
.edge rising PCLK;
.vector 0;
.ELSE
.input PCLK;
.assign PCLK;
.edge rising PCLK;
.ENDIF


/* Define I/O Terminals in Transaction Bus:
```

2

```
          (csb is ignored because the HPM can handle chip select?) */

.bidi    ID[31:0],        /* Data Bus                                    */
         IA[25:2],        /* Address Bus                                 */
         IBEb[3:0],       /* Byte Enables                                */
         IMIOb,           /* Memory or I/O (bar) Instruction             */
         IDCb,            /* Data or Code (bar) Instruction              */
         IWRb,            /* Write or Read (bar) Instruction             */
         IDN[1:0],        /* ID Number of Initiator Device in Command    */
         I486BURST,       /* 486 BURST (read) Instruction                */
         IRTNCMD,         /* Slave Valid Return Command                  */
         IDR_VCMDb,       /* Valid Command on TB is from DRAM            */
         IRAM_DP[3:0];    /* Parity of data currently on TB as read from */
                          /*    the RAM which supplied the byte-wise data */
.input   IVCMDb,          /* Command on TB is Valid (from any source)    */
         ICS_GNTIOb,      /* Caches have permission to use TB for IO read RTN*/
         IDC_GRANTb,      /* Data Cache Permission Grant                 */
         IWB_GRANTb,      /* Write Buffer Permission Grant               */
         IMCABURST,       /* Streaming Mode Burst Throttle (read or write) */
         IRESET,          /* Reset MIB (warm or Power Fail)              */
         IPORSTb,         /* Reset MIB on Power Up                       */
         IDR_BUSYb,       /* DRAM is Busy                                */
         ICONFIG,         /* IO Command is for a configuration IO Register */
         IREFRESHb,       /* Begin DRAM Refresh when this operation is done */
         ILEG_IOC;        /* Illegal IO Cmd Currently on TB (for Status REG) */

.output  ICS_VCMDb,       /* Valid Command on TB is from Caches          */
         IDP[3:0],        /* Parity of Data on Data Bus                  */
         ICS_REQIOb,      /* Request to HPM for IO read data return      */
         IDC_REQOVb,      /* Request to HPM for TB from Data Cache       */
         IWB_REQOVb,      /* OVFL Request to HPM for TB from Write Buffer */
         IWB_REQHCb,      /* HSCL Request to HPM for TB from Write Buffer */
         IRMVLD,          /* Command to HPM to remove Valid Command      */
         IHIT,            /* Caches have a read hit, give RDY or BRDY    */
         IBUSYb,          /* All caches are Busy                         */
         RDY4CMD,         /* Let HPI know when caches will be ready for cmd */
         IDLEb,           /* Let HPI know when caches are in IDLE        */
         INVLD_TST,       /* Caches in TEST mode but Addr not in win_addr */
         IPERR;           /* Critical Parity Error (Crash System)       */

/* Define Input Configuration Status Lines from DRAM and HPM */

.input   SYS_PROC;        /* Processor Type:  0-386, 1-486               */

/* Define I/O for Communication between Caches and DRAM */

.input  NADDRb,           /* 486Burst Read: DRAM requests next LS Addr Bits */

        BIOSRD;           /* Current data from DRAM access is from BIOS  */
.output A_LSB[3:2],       /* 486Burst Read: Lower 2 Address Bits for DRAM */
        LST_ADDR,         /* The 2 burst address bits on A_LSB is valid  */
```

                                    3

```
            PREFETCH,          /* PFQ Request for next Code Data (guess)    */
            LPFCb,             /* For Code Read Misses, let DR know that PFQ had */
                               /*  tag match & not to change Prefetch Addr ptr. */
            BLOCK_DR[3:0];     /* Block DRAM Bytes                          */

/* Define Additional PM Inputs needed in T1 (for Gen Act State Machine) */

.input  XRDYb,                 /* RDYb of MIB                               */
        XBRDYb,                /* BRDYb of MIB                              */
        XADSb,                 /* Buffered Version of MIB ADSb Input        */
        XWRb,                  /* Buffered Version of MIB WriteReadb Input  */
        XDCb,                  /* Buffered Version of MIB DataCodeb Input   */
        XMIOb,                 /* Memory CMDs are accepted, IO CMDs addr Registers*/
        XCT[1:0],              /* Buffered Version of MIB CpuType Input     */
                               /* CPU type:  00-386sx, 01-386, 10-486, 11-MCA */
        XCS_SELb,              /* This MIB is currently addressed.  This signal */
                               /*   must meet GASM flow through setup to T2 */
        XBLASTb,               /* Buffered Version of BLASTb                */
        XMCABURST,             /* Early version of MCABURST                 */
        XAA[25:2];             /* Buffered Version of the Advanced Address  */

.Signal B4ID[7:0];

/* ID Numbers of MIB blocks and available system types */

LOW  = 0h;
HIGH = 1h;

DC_ID[1:0]  = %00b;
WR_ID[1:0]  = %01b;
HPM_ID[1:0] = %10b;
PFQ_ID[1:0] = %11b;

T386        = 0b;
T486        = 1b;
TEMCA[1:0]  = %11b;
TC486[1:0]  = %10b;

ADR_MEC3[2:0] = %000b;  /* Only check IA bits [4:2] and respond if */
ADR_CACT[2:0] = %000b;  /*       cs is selected for this IO cmd     */
ADR_CACR[2:0] = %001b;
ADR_CMOD[2:0] = %010b;
ADR_CSTA[2:0] = %011b;
ADR_XPAR[2:0] = %100b; /* A bits 4:2 */

.INIT XADSb=1,IWB_GRANTb=1,IWB_REQOVb=1,IWB_REQHCb=1;

/***************************************************/
/* DEFINE STATES OF GASM STATE MACHINE             */
/* Following bits are [IDLE T2 T3on], [state bits] */
/***************************************************/
```

4

```
.statedef      GASM_IDLE       100b , 01h;
.statedef      GASM_VCMD       010b , 02h;
.statedef      GASM_WTSOV      000b , 03h;
.statedef      GASM_WAIT       001b , 04h;
.statedef      GASM_B1         001b , 05h;
.statedef      GASM_B2         001b , 06h;
.statedef      GASM_B3         001b , 07h;
.statedef      GASM_B4         001b , 08h;
.statedef      GASM_OVFL       001b , 09h;
.statedef      GASM_SCMD       010b , 0Ah;
.statedef      GASM_SWAIT      001b , 0Eh;
.statedef      GASM_SW4WB      001b , 0Ch;


/***********************************************************************/
/* Define states in master cache state machine (MCSM)                */
/* First work bit = CACHES BUSY                                      */
/* Not busy on an edge means that the last cycle was open for cmd to cache */
/* Write Buffer Work Bits:                                           */
/*      [3]=chop [2]=AfromTB [1]=D_TO_TB [0]=hold_dat                */
/***********************************************************************/

.statedef      MC_PWRST        0b , 0000b , 0000000b , 0b,  01h;
.statedef      MC_RESET        0b , 0000b , 0000000b , 0b,  02h;
.statedef      MC_DRINIT       0b , 0000b , 0000000b , 0b,  03h;

.statedef      MC_IDLE         1b , 0000b , 0000000b , 0b,  04h;
.statedef      MC_IDLE_INIT    1b , 0000b , 0000000b , 0b,  05h;
.statedef      MC_IDLE_TEST    1b , 0000b , 0000000b , 0b,  06h;
.statedef      MC_IDLE_EXCPT   1b , 0000b , 0000000b , 0b,  07h;
.statedef      MC_IDLE_NOPF    1b , 0000b , 0100000b , 0b,  08h;
.statedef      MC_IDLE_WBHC    1b , 0000b , 1000000b , 0b,  09h;
.statedef      MC_IDLE_PFT2    1b , 0000b , 0010000b , 0b,  0Ah;

.statedef      MC_EXCPT_SBRST  0b , 1001b , 0000000b , 0b,  0Bh;
.statedef      MC_EXCPT_MULOV  0b , 100b  , 1000000b , 1b,  0Ch;
.statedef      MC_EXCPT_SINOV  0b , 0011b , 1000000b , 0b,  0Dh;
.statedef      MC_EXCPT_W4GR   0b , 0001b , 0000000b , 0b,  0Eh;
.statedef      MC_EXCPT_CRTRV  0b , 0000b , 0000000b , 0b,  0Fh;
.statedef      MC_EXCPT_BMIS   0b , 1001b , 0000000b , 0b,  10h;
.statedef      MC_EXCPT_RRMS   0b , 1011b , 0000000b , 0b,  11h;
.statedef      MC_EXCPT_RRMSU  0b , 1011b , 0000000b , 0b,  12h;

.statedef      MC_SBRST_RNOP   0b , 1111b , 0000000b , 0b,  13h;
.statedef      MC_SBRST_REVAL  0b , 0110b , 0000000b , 0b,  14h;
.statedef      MC_SBRST_WNOP   0b , 1101b , 0000100b , 0b,  15h;
.statedef      MC_SBRST_WEVAL  0b , 0100b , 0001000b , 0b,  16h;

.statedef      MC_MULOV_NOP    0b , 1100b , 0000000b , 1b,  17h;
.statedef      MC_MULOV_EVAL   0b , 1100b , 1000000b , 1b,  18h;
.statedef      MC_MULOV_FEVAL  0b , 1100b , 0000000b , 1b,  19h,
```

5

```
.statedef       MC_BMIS_NOP     0b , 1111b , 0000000b , 0b,  1Ah;
.statedef       MC_BMIS_EVAL    0b , 0110b , 0000000b , 0b,  1Bh;

.statedef       MC_BHIT_WTWB    1b , 0010b , 0000010b , 0b,  1Ch;
.statedef       MC_BHIT_SYNC    1b , 0010b , 0000011b , 0b,  1Dh;
.statedef       MC_SBRST_WBSW   1b , 0100b , 0000000b , 0b,  1Eh;


/*******************************************************
PROVIDE ABILITY TO DRIVE BIDIRECTIONAL TRANSACTION BUS
SIGNALS FROM SEPARATE INPUT TERMINALS THROUGH BUFFERS.
THIS WILL ALLOW SEPARATE CONTROL OF THE BIDIRECTIONAL
SIGNALS FROM THE VECTOR FILE.   THE PULLUPS WILL BE TESTABLE
SINCE THE BUS WILL TRULY BE UNDRIVEN AT TIMES.

THIS SECTION WILL BE DELETED IN THE FINAL VERSION.  DO NOT
USE ANY OF THE FOLLOWING INPUTS IN ANY EQUATIONS OTHER THAN
IN THIS SECTION.
********************************************************/

.IFLEVEL TOP

.INPUT  JID[31:0],JIA[25:0],JIBEb[3:0],JIMIOb,JIDCb,
        JIWRb,JIDN[1:0],JI486BURST,JIRTNCMD,JIVCMDb;
.INPUT  DRV_ALL_BIDIb,   /* Drive J(bidi) value onto actual TB bus/signal */
        DRV_NOD_BIDIb;   /* Drive all BIDIs as above except for ID bus    */
.INIT DRV_ALL_BIDIb=1,DRV_NOD_BIDIb=1;

!DRV_BOTH_CASESb = !DRV_ALL_BIDIb # !DRV_NOD_BIDIb;
!DRV_DATAb[3:0]  = !DRV_ALL_BIDIb & !(HIT[3:0] & !LWRb);

Buffer(DRV_DATAb[3],JID[31:24],ID[31:24]);
Buffer(DRV_DATAb[2],JID[23:16],ID[23:16]);
Buffer(DRV_DATAb[1],JID[15:8],ID[15:8]);
Buffer(DRV_DATAb[0],JID[7:0],ID[7:0]);
Buffer(DRV_BOTH_CASESb,JIA[25:0],IA[25:0]);
Buffer(DRV_BOTH_CASESb,JIBEb[3:0],IBEb[3:0]);
Buffer(DRV_BOTH_CASESb,JIMIOb,IMIOb);
Buffer(DRV_BOTH_CASESb,JIDCb,IDCb);
Buffer(DRV_BOTH_CASESb,JIWRb,IWRb);
Buffer(DRV_BOTH_CASESb,JIDN[1:0],IDN[1:0]);
Buffer(DRV_BOTH_CASESb,JI486BURST,I486BURST);
Buffer(DRV_BOTH_CASESb,JIRTNCMD,IRTNCMD);

.MODEL;
  IVCMDb = IRMVLD # IDR_VCMDb & ICS_VCMDb & JIVCMDb;
.ENDMODEL;

.ENDIF
/*******************************************************/
```

6

```
/************************************************************/
/************************************************************/
/*      GENERAL PM BUS ACTIVITY STATE MACHINE   (GASM)      */
/************************************************************/
/************************************************************/
/************************************************************/

.statemachine    GASM[3:0];
.smextend        GASM_WB[2:0];

.default                 GASM_IDLE;
.reset    IPORSTb 0      GASM_IDLE;
.reset    IRESET  1      GASM_IDLE;

.state  GASM_IDLE:  /* T1:  Ready for a new operation */

        if (!IREFRESHb # XADSb # (win_matchb & TEST) # CS_MATCHb # !XMIOb)
               then GASM_IDLE
        /* valid non-burst cmd state (or state before B1 on 6 cycle bursts)
*/
        else if (!XADSb & !XMCABURST & !S_OVFL) then GASM_VCMD
        /* valid burst cmd */
        else if (!XADSb & XMCABURST & !S_OVFL) then GASM_SCMD
        else if (!XADSb & WT4_DRWT) then GASM_WTSOV
             else GASM_IDLE;

.state  GASM_WTSOV:  /* Single OVFL not finished, do not enter T2 yet */

        if (CS_MATCHb) then GASM_IDLE
        else if (!WT4_DRWT) then GASM_VCMD
             else GASM_WTSOV;

.state  GASM_VCMD:  /* T2:  Normal 2-2 operation or end of burst   */

/* CS_MATCHb monitored in case it takes too long to decode and we
   end up in VCMD and shouldn't have; so make sure it has a scope
   of at least T1 and T2; */

        if (CS_MATCHb # (!XRDYb # IWRb # !XBRDYb & !XBLASTb)
                & !M_OVFL & !(!SMPL & S_OVFL)) then GASM_IDLE
        else if (I486BURST) then GASM_B1
        else if (IN_PFT2) then GASM_VCMD
        /* no rdy so wait  */
        else if (XRDYb & (XBRDYb # XBLASTb)) then GASM_WAIT
        else if (M_OVFL # !SMPL & S_OVFL) then GASM_OVFL
             else GASM_IDLE;   /* double check this last clause */

.state  GASM_WAIT:  /* T3-on:  recovering from PM preemption */

        if (!XRDYb & !M_OVFL & !(!SMPL & S_OVFL)) then GASM_IDLE
        else if (!XRDYb & (M_OVFL # !SMPL & S_OVFL)) then GASM_OVFL
```

7

```
                else GASM_WAIT;

.state GASM_B1:

                if (!XBLASTb & !XBRDYb) then GASM_IDLE
                else if (!XBRDYb & IN_BHIT # !NADDRb) then GASM_B2
                else GASM_B1;

.state GASM_B2:

                if (!XBLASTb & !XBRDYb) then GASM_IDLE
                else if (!XBRDYb & IN_BHIT # !NADDRb) then GASM_B3
                else GASM_B2;

.state GASM_B3:

                if (!XBLASTb & !XBRDYb) then GASM_IDLE
                else if (!XBRDYb & IN_BHIT # !NADDRb) then GASM_B4
                else GASM_B3;

.state GASM_B4:

                if (!XBLASTb & !XBRDYb) then GASM_IDLE
                else GASM_B4;

.state GASM_OVFL:

                if (!M_OVFL & !(!SMPL & S_OVFL)) then GASM_IDLE
                else GASM_OVFL;

.state  GASM_SCMD:

                if (!IMCABURST & !XBRDYb # CS_MATCHb) then GASM_IDLE
                else GASM_SWAIT;

.state  GASM_SWAIT:

                if (!LWRb & !IMCABURST & !XBRDYb) then GASM_IDLE
                else if (!IMCABURST & LWRb) then GASM_SW4WB
                else GASM_SWAIT;

.state  GASM_SW4WB:

                goto GASM_IDLE;


.endstatemachine;

/* end of code for General PM Bus Activity State Machine (GASM) */

/***********************************************************/
```

8

```
/*************************************************************/
/*************************************************************/
/* Code begins here for Master Cache State Machine (MCSM):    */
/*************************************************************/
/*************************************************************/
/*************************************************************/

/* Define the jump statements possible from MC_IDLE.  This will allow
   easy specification of equivalent jump conditions from many locations. */

.define I_0  if (IRESET) then MC_RESET
.define I_1  else if (!IRESET & (INIT & IDLE & XADSb & !TEST))
.define I_2            then MC_IDLE_INIT
.define I_3  else if (!IRESET & (!INIT & IDLE & XADSb & TEST))
.define I_4            then MC_IDLE_TEST
.define I_5  else if (!IRESET & ((!INIT & IDLE & !XADSb & !TEST # IN_WTSOV)
.define I_6            & !PFQ_HOLD & XMIOb)) then MC_IDLE_EXCPT
.define I_7  else if (!IRESET & ((!INIT & IDLE & !XADSb & !TEST # IN_WTSOV)
.define I_8            & PFQ_HOLD & (XCT[1] == T386) & !XDCb & !XWRb & XMIOb))
.define I_9            then MC_IDLE_PFT2
.define I_A  else if (!IRESET & ((!INIT & IDLE & !XADSb & !TEST # IN_WTSOV)
.define I_B            & PFQ_HOLD & XMIOb)) then MC_IDLE_NOPF
.define I_C  else if (!IRESET & (!INIT & XADSb & !TEST & !PREFETCH
.define I_D            & !IWB_REQHCb & !IWB_GRANTb)) then MC_IDLE_WBHC
.define I_E  else MC_IDLE

.define TO_IDLE I_0 I_1 I_2 I_3 I_4 I_5 I_6 I_7 I_8 I_9 I_A I_B I_C I_D I_E

.statemachine MCSM[4:0];

.smextend     IBUSYb, WB_WKBTS[3:0], PQ_WKBIT[6:0], DC_BURST;

.default              MC_PWRST;
.reset  IPORSTb 0     MC_PWRST;
.reset  IRESET  1     MC_RESET;

/* DEFINE STATES RELATED TO POWER UP */

.state MC_PWRST:

        /* power on reset state; causes return to default memory
           configuration;
         */

        if (!IPORSTb) then MC_PWRST
        else if (IPORSTb & IRESET) then MC_RESET
        else MC_DRINIT;


.state MC_RESET:
```

9

```
          /* warm reset; resets counters and registers but DOES NOT
             reset the DRAM controller initial configuration register;
           */

          if (IRESET) then MC_RESET
          else if (COLD) then MC_DRINIT
          else MC_IDLE;


.state MC_DRINIT:

          /* DRAM needs 8 cycles of ras/cas initialization upon
             power up:
           */

          if (IRESET) then MC_RESET
          else if (!IRESET & IDR_BUSYb) then MC_IDLE
          else MC_DRINIT;


/* DEFINE STATES OF NORMAL OPERATION (IDLE and one level down) */

.state MC_IDLE:

          TO_IDLE;  /* Defined above in .defines */

.state MC_IDLE_INIT:

          if (IRESET) then MC_RESET
          else if (INIT) then MC_IDLE_INIT
          else TO_IDLE;

.state MC_IDLE_TEST:

          if (IRESET) then MC_RESET
          else if (TEST) then MC_IDLE_TEST
          else TO_IDLE;

.state MC_IDLE_EXCPT:

          if (IMCABURST) then MC_EXCPT_SBRST
          else if ((S_OVFL # M_OVFL) & !SMPL) then MC_EXCPT_CRTRV
          else if (M_OVFL & !IDC_GRANTb) then MC_EXCPT_MULOV
          else if (S_OVFL & (!IDC_GRANTb # !IWB_GRANTb)) then MC_EXCPT_SINOV
          else if ((S_OVFL # M_OVFL) & IDC_GRANTb & IWB_GRANTb)
                  then MC_EXCPT_W4GR
          else if (I486BURST & !IWRb & IHIT) then MC_BHIT_WTWB
          else if (I486BURST & !IWRb & !IVCMDb) then MC_EXCPT_BMIS
          else if (!I486BURST & !IWRb & !IVCMDb & !DC_UPDT) then MC_EXCPT_RRMS
          else if (!I486BURST & !IWRb & !IVCMDb & DC_UPDT) then MC_EXCPT_RRMSU
          else TO_IDLE;
```

10

```
.state MC_IDLE_NOPF:

        if (IMCABURST) then MC_EXCPT_SBRST
        else if ((S_OVFL # M_OVFL) & !SMPL) then MC_EXCPT_CRTRV
        else if (M_OVFL & !IDC_GRANTb) then MC_EXCPT_MULOV
        else if (S_OVFL & (!IDC_GRANTb # !IWB_GRANTb)) then MC_EXCPT_SINOV
        else if ((S_OVFL # M_OVFL) & IDC_GRANTb & IWB_GRANTb)
                then MC_EXCPT_W4GR
        else if (I486BURST & !IWRb) then MC_BHIT_WTWB
        else if (!I486BURST & !IWRb & !IVCMDb & !DC_UPDT) then MC_EXCPT_RRMS
        else if (!I486BURST & !IWRb & !IVCMDb & DC_UPDT) then MC_EXCPT_RRMSU
        else TO_IDLE;

.state MC_IDLE_WBHC:

        if (!IWB_REQHCb & !IWB_GRANTb) then MC_IDLE_WBHC
        else TO_IDLE;

.state MC_IDLE_PFT2:

        if (!IHIT) then MC_IDLE_EXCPT
        else TO_IDLE;


/* DEFINE STATES UNDER POSSIBLE EXCEPTIONS */

/* Streaming burst read/write branchES */

.state MC_EXCPT_SBRST:

        if (NADDRb & IMCABURST) then MC_EXCPT_SBRST
        else if (LWRb & IMCABURST) then MC_SBRST_WNOP
        else if (IMCABURST) then MC_SBRST_RNOP
        else TO_IDLE;

.state MC_SBRST_RNOP:

        if (!NADDRb & IMCABURST) then MC_SBRST_REVAL
        else if (IMCABURST) then MC_SBRST_RNOP
        else TO_IDLE;

.state MC_SBRST_REVAL:

        if (!NADDRb & IMCABURST) then MC_SBRST_REVAL
        else if (IMCABURST) then MC_SBRST_RNOP
        else TO_IDLE;

.state MC_SBRST_WNOP:

        if (!NADDRb & IMCABURST) then MC_SBRST_WEVAL
        else if (IMCABURST) then MC_SBRST_WNOP
```

11

```
        else MC_SBRST_WBSW;

.state MC_SBRST_WEVAL:

        if (!NADDRb & IMCABURST) then MC_SBRST_WEVAL
        else if (IMCABURST) then MC_SBRST_WNOP
        else MC_SBRST_WBSW;

.state MC_SBRST_WBSW:

        TO_IDLE;


/* Overflow of multiple or single elements is Complex if there are none
   of the elements to be written to DRAM currently in the Data Cache
   data latches.  In this case, Retrieve the first element for overflow
*/

.state MC_EXCPT_CRTRV:

        if (M_OVFL & !IDC_GRANTb) then MC_EXCPT_MULOV
        else if (S_OVFL & !IDC_GRANTb) then MC_EXCPT_SINOV
        else MC_EXCPT_W4GR;


/* Request bus to send first overflow command.  When GRANT is given,
   proceed to the correct overflow bubble and drive the first command
*/

.state MC_EXCPT_W4GR:

        if (M_OVFL & !IDC_GRANTb) then MC_EXCPT_MULOV
        else if (S_OVFL & (!IDC_GRANTb # !IWB_GRANTb)) then MC_EXCPT_SINOV
        else MC_EXCPT_W4GR;


/* Overflow of multiple elements branch (Burst Write to DRAM) */

.state MC_EXCPT_MULOV:

        if (IDR_BUSYb & NADDRb) then MC_MULOV_NOP
        else if (IDR_BUSYb & !NADDRb) then MC_MULOV_EVAL
        else if (IDC_GRANTb) then MC_EXCPT_W4GR
        else MC_EXCPT_MULOV;

.state MC_MULOV_NOP:

        if (NADDRb) then MC_MULOV_NOP
        else MC_MULOV_EVAL;

.state MC_MULOV_EVAL:
```

12

```
        if (NADDRb & !LST_ADDR) then MC_MULOV_NOP
        else if (!NADDRb & !LST_ADDR) then MC_MULOV_EVAL
        else MC_MULOV_FEVAL;

.state MC_MULOV_FEVAL:

        if (!IVCMDb) then MC_MULOV_FEVAL
        else TO_IDLE;


/* Overflow of a single element branch (send random write to DRAM */

.state MC_EXCPT_SINOV:

        if (!IDR_BUSYb & IDC_GRANTb & IWB_GRANTb) then MC_EXCPT_W4GR
        else if (!IDR_BUSYb) then MC_EXCPT_SINOV
        else TO_IDLE;


/* Burst read cache miss branches */

.state MC_EXCPT_BMIS:

        if (!DEL_NADDRb) then MC_BMIS_NOP
        else MC_EXCPT_BMIS;

.state MC_BMIS_NOP:

        if (XBLASTb & !DEL_NADDRb) then MC_BMIS_EVAL
        else if (XBLASTb # XBRDYb) then MC_BMIS_NOP
        else TO_IDLE;

.state MC_BMIS_EVAL:

        if (!DEL_NADDRb & XBLASTb) then MC_BMIS_EVAL
        else if (DEL_NADDRb & (XBLASTb # XBRDYb)) then MC_BMIS_NOP
        else TO_IDLE;

/* Burst read cache hit branches */

.state MC_BHIT_WTWB:
        if (!IVCMDb) then MC_EXCPT_BMIS
        else if (IVCMDb & XBLASTb) then MC_BHIT_SYNC
        else TO_IDLE;

.state MC_BHIT_SYNC:
        if (!IVCMDb) then MC_EXCPT_BMIS
        else if (IVCMDb & XBLASTb) then MC_BHIT_SYNC
        else TO_IDLE;

.state MC_EXCPT_RRMS:
```

13

```
        if (XRDYb) then MC_EXCPT_RRMS
        else TO_IDLE;

.state MC_EXCPT_RRMSU:
        if (XRDYb) then MC_EXCPT_RRMSU
        else if ((S_OVFL # M_OVFL) & !SMPL) then MC_EXCPT_CRTRV
        else if ((S_OVFL # M_OVFL) & IDC_GRANTb) then MC_EXCPT_W4GR
        else if (M_OVFL & !IDC_GRANTb) then MC_EXCPT_MULOV
        else if (S_OVFL & !IDC_GRANTb) then MC_EXCPT_SINOV
        else TO_IDLE;

.endstatemachine;

/* Common reference variables for General Activities SM */

IDLE    = GASM_WB[2] # CS_MATCHb;
T2      = GASM_WB[1] & !CS_MATCHb;
T3on    = GASM_WB[0] & !CS_MATCHb;
IDLEb   = !IDLE;

WAIT     = (GASM == GASM_WAIT)  ;
SWAIT    = (GASM == GASM_SWAIT);
IN_OVFL  = (GASM == GASM_OVFL)  ;
IN_VCMD  = ((GASM == GASM_VCMD)  & !CS_MATCHb);
IN_WTSOV = ((GASM == GASM_WTSOV) & !CS_MATCHb);
IN_SW4WB = (GASM == GASM_SW4WB);
/* Common reference variables for Master Cache SM */

!DC_BURSTb  = DC_BURST;
IN_HCLN     = (MCSM == MC_IDLE_WBHC);
IN_SOVFL    = (MCSM == MC_EXCPT_SINOV);
IN_BHIT     = (MCSM == MC_BHIT_WTWB # MCSM == MC_BHIT_SYNC);
IN_BEVAL    = (MCSM == MC_BMIS_EVAL);
IN_TEST     = (MCSM == MC_IDLE_TEST);

IN_W4GR      = (MCSM == MC_EXCPT_W4GR);
IN_NOPIGN    = (MCSM == MC_BMIS_NOP);
IN_MULOVNOP  = (MCSM == MC_MULOV_NOP);
IN_MULOV     = (MCSM == MC_EXCPT_MULOV);
IN_MULOVEVAL = (MCSM == MC_MULOV_EVAL);
IN_CRTRV     = (MCSM == MC_EXCPT_CRTRV);
IN_FEVAL     = (MCSM == MC_MULOV_FEVAL);
IN_RRMS      = (MCSM == MC_EXCPT_RRMS);
IN_RRMSU     = (MCSM == MC_EXCPT_RRMSU);
IN_W4DRR     = (MCSM == MC_EXCPT_BMIS);
IN_SWEVAL    = (MCSM == MC_SBRST_WEVAL);
IN_SREVAL    = (MCSM == MC_SBRST_REVAL);
IN_SRNOP     = (MCSM == MC_SBRST_RNOP);
IN_SWNOP     = (MCSM == MC_SBRST_WNOP);
IN_SBRST     = (MCSM == MC_EXCPT_SBRST);
IN_PFT2      = (MCSM == MC_IDLE_PFT2);
```

14

```
COLD := (MCSM == MC_RESET) # COLD & !IDLE;


/*..............................................................*/
/*..............................................................*/
/*..............................................................*/
/* Instantiate Data Cache                                       */
/*..............................................................*/
/*..............................................................*/
/*..............................................................*/


/*
IDC_VCMDb    = 1;
IDC_REQOVb   = 1;
DC_UPDT      = 0;
DC_TPERR     = 0;
DC_HIT[3:0]  = %0000b;
M_OVFL       = 0;
DCS_OVFL     = 0;
DC_SMPL      = 1;
LAST_OVDATA  = 0;
DC_LSTADR    = 1;
*/

.block DC DC0

/* Parity Error Reporting I/F:  */

        DC_TPERR        =       DC_TPERR,

/* Overflow / Update Reporting:  */

        SNGLOF2SM       =       DCS_OVFL,
        SMPLOF2SM       =       DC_SMPL,
        MOF2SM          =       M_OVFL,
        UPDATE          =       DC_UPDT,

/* Private Lines to DRAM Controller:  */

        NADDRb          =       NADDRb,
        DC_LSTADR       =       DC_LSTADR,
        BLOCK_DR        =       BLOCK_DR,

/* Hit Reporting I/F: */

        DC_HIT          =       DC_HIT,

/* Status Flag Inputs: */

        IDLE            =       IDLE,
        INIT            =       INIT,
```

15

```
        IN_TEST          =          IN_TEST,
        T2               =          T2,
        T3on             =          T3on,
        WAIT             =          WAIT,
        SWAIT            =          SWAIT,
        IN_VCMD          =          IN_VCMD,
        SCMD             =          SCMD,
        BCMD             =          BCMD,
        RDCMD            =          RDCMD,
        WTCMD            =          WTCMD,
        DATA             =          DATA,
        CODE             =          CODE,

        DC_BURSTb        =          DC_BURSTb,
        IN_W4GR          =          IN_W4GR,
        IN_SOVFL         =          IN_SOVFL,
        IN_SBRST         =          IN_SBRST,
        IN_SRNOP         =          IN_SRNOP,
        IN_SWNOP         =          IN_SWNOP,
        IN_SREVAL        =          IN_SREVAL,
        IN_SWEVAL        =          IN_SWEVAL,
        IN_W4DRR         =          IN_W4DRR,
        IN_OVFL          =          IN_OVFL,
        IN_WTSOV         =          IN_WTSOV,
        IN_BHIT          =          IN_BHIT,
        IN_BEVAL         =          IN_BEVAL,
        IN_RRMSU         =          IN_RRMSU,
        IN_RRMS          =          IN_RRMS,
        IN_MULOV         =          IN_MULOV,
        IN_CRTRV         =          IN_CRTRV,
        IN_MULOVEVAL     =          IN_MULOVEVAL,
        IN_FEVAL         =          IN_FEVAL,
        IN_MULOVNOP      =          IN_MULOVNOP,
        IN_NOPIGN        =          IN_NOPIGN,
        IN_SW4WB         =          IN_SW4WB,


/* Advanced Bus Signals (PM Bus) :  */

        AA               =          XAA,
        LA               =          LA,
        IADSb            =          XADSb,
        IBLASTb          =          XBLASTb,
        RDYb             =          XRDYb,
        BRDYb            =          XBRDYb,

/* Transaction Bus I/F: */

        IMIOb            =          IMIOb,
        IDCb             =          IDCb,
        IWRb             =          IWRb,
```

16

```
        BIOSRD          =          BIOSRD,
        I486BURST       =          I486BURST,

        ICT             =          XCT,
        IDN             =          IDN,
        RTCMD           =          IRTNCMD,
        IVCMDb          =          IVCMDb,

        IDC_REQb        =          IDC_REQOVb,
        IDC_GRANTb      =          IDC_GRANTb,
        IDC_VCMDb       =          IDC_VCMDb,
        IDC_RETRYb      =          IDC_RETRYb,
        IDR_BUSYb       =          IDR_BUSYb,

        IPORSTb         =          IPORSTb,

        ID              =          ID,
        IDPIN           =          IDP,
        IDPOUT          =          IRAM_DP,
        IA              =          IA,
        IAP             =          IAP,
        IBEb            =          IBEb,

/* special signals:  */

        BLA1            =          BLA1,
        BLA2            =          BLA2,
        WB_MERGING      =          WB_MERGING,
        WB_OWNER        =          WB_OWNER,
        SYS_PROC        =          SYS_PROC,
        DC_DIS          =          DC_DIS,
        PCLK            =          PCLK;


/*****************************************************/
/*****************************************************/
/*****************************************************/
/* Declare block and logic associated with Write Buffer  */
/*****************************************************/
/*****************************************************/
/*****************************************************/

.block WB WBB
        T_WRT_RDb       = IWRb,
        T_BURST         = I486BURST,
        T_DBUS          = ID,
        T_ABUS[23:0]    = IA[25:2],
        T_BEb           = IBEb,
        T_MIOb          = IMIOb,
        T_IDN           = IDN,
        T_DCb           = IDCb,
        L_WRT_RDb       = LWRb,
```

17

```
        L_CT[1:0]        = LCT[1:0],
        L_BURST          = BCMD,
        L_STREAM         = SCMD,
        T_DPAR           = IDP,
        T_APAR           = IAP,
        T_GRANTb         = IWB_GRANTb,
        ADV_ABUS[3:0]    = XAA[5:2],
        ADSb             = XADSb,
        PREFETCH         = PREFETCH,
        DR_BUSYb         = IDR_BUSYb,
        NA               = BLA,
        LAT_AA[19:0]     = LA[25:6],
        PROC_486         = SYS_PROC,
        IDLE             = IDLE,
        T2               = T2,
        T3on             = T3on,
        IN_TEST          = IN_TEST,
        IN_INIT          = INIT,
        SMCHOPT          = WB_TCHOP,
        SMCHOPD          = WBCHOP,
        DSABL            = WB_DIS,
        IN_SOVFL         = IN_SOVFL,
        IN_HCLN          = IN_HCLN,
        IN_BEVAL         = IN_BEVAL,
        D_TO_TB          = WB_D_TO_TB,
        ta4_TBb          = WB_AfromTBb,
        CMP_TBb          = WB_CMP_TBb,
        hold_d1          = WB_hold_dat,
        RAND_RD486       = RAND_RD486,
        RAND_CDRD386     = RAND_CDRD386,
        HIT              = WB_HIT,
        T_WBVALIDb       = IWB_VCMDb,
        T_REQOVb         = IWB_REQOVb,
        T_REQHCb         = IWB_REQHCb,
        TAGPER           = WB_TPERR,
        DPER_OUT         = IRAM_DP,
        MERGING          = WB_MERGING,
        PCLK             = PCLK;

!WB_CMP_TBb = (MCSM == MC_SBRST_RNOP # MCSM == MC_SBRST_REVAL
          #  MCSM == MC_SBRST_WNOP # MCSM == MC_SBRST_WEVAL);

.edge falling PCLK;
  Register(PCLK,WBTCHOP_L,WBTCHOP_R);
  WBTCHOI_L = MCSM == MC_BHIT_SYNC & (GASM == GASM_B3 # GASM == GASM_B4);
  WB_TCHOP = !IDLE & WBTCHOP_R # WBCHOP # (MCSM == MC_SBRST_WBSW);
.edge rising PCLK;

WBCHOP       = WB_WKBTS[3] & !IDLE;
!WB_AfromTBb = WB_WKBTS[2];
WB_D_TO_TB   = WB_WKBTS[1] & !WT4_DRTN;
```

                                    18

```
WB_hold_dat  = WB_WKBTS[0] # PFT2_DEL1 & !IDLE;

/* WB_MERGING is active anytime that WB is merging dirty data onto TB */
/* WB_OWNER is active when WB_MERGING and DC can't be dirty (386) or
        when DC is not updating.  IE, WB keeps data except on 486
        Random writes (when DC updates) or when WB data is clean.
    WB will invalidate anytime its data is transfered via DC update to the DC.
*/

RAND_CDRD386= !IWRb & T2 & (LCT[1] == T386) & !I486BURST & !IMCABURST &
!IDCb;
RAND_RD486  = !IWRb & T2 & (LCT == TC486) & !I486BURST & !IMCABURST;
WB_OWNER    = WB_MERGING & !RAND_RD486;

WBS_OVFL = !IWB_REQOVb;

/*
WB_HIT[3:0] = %0000b;
WB_TPERR    = 0;
IWB_REQHCb  = 1;
IWB_REQOVb  = 1;
IWB_VCMDb   = 1;
WB_MERGING  = 0;
*/
/******************************************************/
/******************************************************/
/******************************************************/
/* Instantiate Prefetch Queue                         */
/******************************************************/
/******************************************************/
/******************************************************/
/*
LPFCb     = 1;
PREFETCH  = 0;
PFQ_HOLD  = 0;
PFQ_HIT   = 0;
PFQ_TPERR = 0;
*/

.BLOCK PQ PQB
        T_DBUS[31:0]    = ID[31:0],
        T_ABUS[25:2]    = IA[25:2],
        T_DPARI[3:0]    = IDP[3:0],
        ADV_ABUS[25:2]  = XAA[25:2],
        APAR[2:0]       = IAP[2:0],
        DC_HIT[3:0]     = DC_HIT[3:0],
        WB_HIT[3:0]     = WB_HIT[3:0],
        ADSb            = XADSb,
        IMIOb           = IMIOb,
        LDCb            = LDCb,
        IWRb            = IWRb,
```

19

```
          IRTNCMD          = IRTNCMD,
          VALIDb           = IVCMDb,
          IDLE             = IDLE,
          T2               = T2,
          IDN[1:0]         = IDN[1:0],
          LA1[1:0]         = BLA1[1:0],
          I486BURST        = I486BURST,
          PQ_WKBIT[6:0]    = PQ_WKBIT[6:0],
          TEST             = TEST,
          PF_DIS           = PF_DIS,
          IRESET           = IRESET,
          IPORSTb          = IPORSTb,
          LCT[1:0]         = LCT[1:0],
          TPARERROR        = PFQ_TPERR,
          HIT              = PFQ_HIT,
          GUESS            = PREFETCH,
          HOLD             = PFQ_HOLD,
          LOADPFCENb       = LPFCb,
          T_DPARO[3:0]     = IRAM_DP[3:0],
          PCLK             = PCLK;


/**********************************************************/
/**********************************************************/
/**********************************************************/
/* Internal variables for state machine                   */
/* Shared functionality between three caches              */
/**********************************************************/
/**********************************************************/
/**********************************************************/

/* Remove valid from HPM if complete hit OR on 386 code reads & pfq busy
        OR if PFQ was busy T1 of Burst Rd, OR if PFQ wasn't busy T1 of
        Burst Rd (during T3 of WTWB).
     - If byte not asked for, then allow any data to be driven
     - A complete HIT occurs on reads OR writes when transfer has been
        handled by caches  (ie:  when all way lines are disabled, then
        the write will not hit in that cache - Thus, valid command must become
        active for DRAM to receive write instead)
*/

BLOCK_DR[3:0] = HIT[3:0];
HIT[3:0]      = WB_HIT[3:0] # DC_HIT[3:0] # PFQ_HIT
                # (LBEb[3:0] & !LWRb & (T2 # T3on));
IHIT          = HIT[0] & HIT[1] & HIT[2] & HIT[3] & !SCMD
                # TEST & T2 & !win_matchb & IMIOb;
IRMVLD        = IHIT # (MCSM == MC_IDLE_PFT2)
                # (I486BURST & MCSM == MC_IDLE_NOPF)
                # (!NOPF_DEL1 & MCSM == MC_BHIT_WTWB)
                # IN_WTSOV;
```

20

```
/* Drive ICS_VCMDb active whenever caches placing command onto TB */

!ICS_VCMDb = !IDC_VCMDb # !IWB_VCMDb # !CSIO_RCMDb;

/* Determine if a single overflow situation exists */

S_OVFL = WBS_OVFL # DCS_OVFL;
SMPL   = WBS_OVFL # DC_SMPL;

/* This signal indicates that last cycle was a PFT2 or NOPF cycle */

PFT2_DEL1   := (MCSM == MC_IDLE_PFT2);
NOPF_DEL1   := (MCSM == MC_IDLE_NOPF);

/* Generate signal to inform HPI when caches will be ready for a "command
   on the next cycle"
*/

RDY4CMD = IDLE # IN_WTSOV # IBUSYb;

/* Combinationally provide wait for DRAM return signal.  This signal
   becomes high on random or Burst read misses, until the DRAM read
   return occurs.
*/

WT4_DRTN = ((MCSM == MC_EXCPT_RRMSU) # (MCSM == MC_EXCPT_RRMS)
            # (MCSM == MC_EXCPT_BMIS) # (MCSM == MC_BMIS_NOP) # IN_BEVAL)
          & (!IRTNCMD # !(IDN == HPM_ID));

ERRegister(SET_DRWT,RES_DRWTb,HIGH,RANW_DRWT);
SET_DRWT   = (GASM == GASM_VCMD) & !IHIT & IWRb & !IVCMDb & !IDR_BUSYb;
!RES_DRWTb = IDR_BUSYb & !IVCMDb & !IRTNCMD;
WT4_DRWT   = S_OVFL # RANW_DRWT;

/* Provide latched versions of current command */

Latch(open_CMDb, XAA[25:2], LA[25:2]);
Latch(open_CMDb, XDCb     , LDCb);
Latch(open_CMDb, XCT[2:0] , LCT[2:0]);
Latch(open_CMDb, XWRb     , LWRb);
Latch(open_T1T2b,XCS_SELb , CS_MATCHb);
!open_CMDb  = GASM_WB[2];
!open_T1T2b = GASM_WB[2] # GASM_WB[1] ;

/* decoded 'commands' for data cache:  [new] */

Latch(T2b,IBEb[3:0],LBEb[3:0]);
Latch(T2b,IMCABURST,PRESCMD);
Latch(T2b,I486BURST,PRESCMD);

SCMD = PRESCMD & !CS_MATCHb;
```

21

```
BCMD  = PREBCMD & !CS_MATCHb;

T2b   = !T2;
WTCMD = LWRb;
RDCMD = !LWRb;
CODE  = !LDCb;
DATA  = LDCb;

/* Provide lower 2 addr bits during bursts */

AAb[3:2] = !XAA[3:2];

Latch(open_CMDb,XAA[3:2],BA1[1:0]);
Latch(open_CMDb,XAA[3] ,BA2[1]);
Latch(open_CMDb,AAb[2] ,BA2[0]);
Latch(open_CMDb,AAb[3] ,BA3[1]);
Latch(open_CMDb,XAA[2] ,BA3[0]);
Latch(open_CMDb,AAb[3:2],BA4[1:0]);

/* Provide lower 2 bits of burst address every cycle (starting with idle)
   until a miss occurs.
*/

BLA[1:0]  = (GASM == GASM_IDLE) & BA1
          # (GASM == GASM_VCMD) & BA2
          # (GASM == GASM_B1) & BA3
          # (GASM == GASM_B2) & BA4;

/* Provide lower 2 bits of burst address every cycle (starting with vcmd)
   until a miss occurs.
*/

BLA1[1:0] = (GASM == GASM_IDLE # GASM == GASM_VCMD) & BA1
          # (GASM == GASM_B1  ) & BA2
          # (GASM == GASM_B2  ) & BA3
          # (GASM == GASM_B3  ) & BA4;

/* Provide lower 2 bits of burst address to DRAM in appropriate states */

BLA2[1:0] = (GASM == GASM_B1 # GASM == GASM_IDLE # GASM == GASM_VCMD) & BA1
          # (GASM == GASM_B2  ) & BA2
          # (GASM == GASM_B3  ) & BA3
          # (GASM == GASM_B4  ) & BA4;
A_LSB[3:2] = BLA2[1:0];

/* Provide delayed next address flip-flops */

DEL_NADDRb  := NADDRb;
DEL2_NADDRb := DEL_NADDRb;

/* Provide control during burst reads to indicate next address valid */
```

22

```
/*      -Used by DRAM on miss and caches while they continue to hit    */
/*      -Controls the MC state machine                                 */
/* LST_ADDR is also used by DC on burst writes (multiple overflow) to*/
/*      tell DRAM CONTROL that current address is the last.            */

LST_ADDR = (GASM == GASM_B4) # DC_LSTADR;

/* Place pullups on TB signals which are not always driven */

.PULLUP ID=0xFFFFFFFF, IA=0x3FFFFFF;
.PULLUP IBEb=0xF, IMIOb=1b, IDCb=0b, IWRb=0b, IRTNCMD=0b;
.PULLUP IDC_REQOVb=1b, IWB_REQHCb=1b, IRMVLD=0b, IBUSYb=1b;
.PULLUP BLOCK_DR=0x0, IDN=00b, IDR_VCMDb=1b;
.PULLUP IRAM_DP=0xF, IWB_REQOVb=1b, I486BURST=0b;

/* DEFINE PARITY GENERATOR BLOCK ON TRANSACTION BUS               */
/*  -Automatically generate parity for every TB data and address */
/* Address Parity generated on LA -> IAP (Abits 25-18, 17-10, 9-6-0000b)*/

parity(ID[7:0],dpa);
gIDP[0] = dpa;
parity(ID[15:8],dpb);
gIDP[1] = dpb;
parity(ID[23:16],dpc);
gIDP[2] = dpc;
parity(ID[31:24],dpd);
gIDP[3] = dpd;
parity(IA[25:18],apc);
IAP[2] = apc;
parity(IA[17:10],apb);
IAP[1] = apb;
lowAtag[7:4] = IA[9:6];
lowAtag[3:0] = %0x0;
parity(lowAtag[7:0],apa);
IAP[0] = apa;

/* Set IDP Data Parity (generated version) from generator or from XPAR */

Mux2(XPAR[7],gIDP[3:0],XPAR[3:0],IDP[3:0]);

/* Check the parity for each byte of data on the transaction bus.
            - IE:  Compare the generated parity bits above with the data parity
                   bus which is driven by the RAMs supplying the data.  These
                   two parity busses should be equal for every bit whose
                   respective data byte is valid on the TB.
*/

TB_DP[3:0] = IDP[3:0] & !IBEb[3:0];
RAM_DP[3:0] = IRAM_DP[3:0] & !IBEb[3:0];
XOR(TB_DP[3:0],RAM_DP[3:0],TB_DPE[3:0]);
Comparator(TB_DP[3:0],RAM_DP[3:0],DERROR);
```

23

```
/* Output a Non-maskable interrupt on any tag parity error or on any
   Data parity error occurs during cache reads (IHIT) or DRAM return commands
   or cache write commands.
*/

IPERR := ILEG_IOC # ((DC_TPERR # WB_TPERR # PFQ_TPERR) & !TEST & !INIT)
        # DERROR & IMIOb & (IHIT # !ICS_VCMDb # !IDR_VCMDb & !BIOSRD);

/* On a parity error, save the current TB address and where the parity error
   occured (ie:  DC, WB, PQ, DR) in registers.
*/

PEfromDR = (!BLOCK_DR[0] & TB_DPE[0] # !BLOCK_DR[1] & TB_DPE[1]
           # !BLOCK_DR[2] & TB_DPE[2] # !BLOCK_DR[3] & TB_DPE[3]) & IDR_VCMDb;
PEfromWB = WB_HIT[0] & TB_DPE[0] # WB_HIT[1] & TB_DPE[1]
         # WB_HIT[2] & TB_DPE[2] # WB_HIT[3] & TB_DPE[3] # WB_TPERR
         # DERROR & (WBS_OVFL # (MCSM == MC_IDLE_WBHC)) & ICS_VCMDb;
PEfromPQ = PFQ_HIT & (!WB_HIT[0] & !DC_HIT[0] & TB_DPE[0]
                   #  !WB_HIT[1] & !DC_HIT[1] & TB_DPE[1]
                   #  !WB_HIT[2] & !DC_HIT[2] & TB_DPE[2]
                   #  !WB_HIT[3] & !DC_HIT[3] & TB_DPE[3]) # PFQ_TPERR;
PEfromDC = DC_HIT[0] & TB_DPE[0] # DC_HIT[1] & TB_DPE[1]
         # DC_HIT[2] & TB_DPE[2] # DC_HIT[3] & TB_DPE[3] # DC_TPERR
         # DERROR & (M_OVFL # DCS_OVFL) & ICS_VCMDb;

/*****************************************************/
/* Define I/O registers resident in the cache subsection */
/*      - This section not tied to the state machines    */
/*****************************************************/

/* Latch TB Address bits necessary to decode which IO register in caches
   is being addressed.  Since cs_match guarantees that the register is in
   the caches, only 3 bits are needed to distinguish the 5 configuration
   registers.  These 3 bits and inactive ICONFIG will distinguish the one
   non-config IO register for the caches (MEC3).
*/

ERREGISTER(CAPTR_IORC,XRDYb,HIGH,CS_IORC);
ERREGISTER(CAPTR_IORC,XRDYb,IA[4:2],IOADDR[2:0]);
ERREGISTER(CAPTR_IORC,XRDYb,ICONFIG,LCONFIG);
CAPTR_IOC   = !IVCMDb & !CS_MATCHb & !IMIOb & !IRTNCMD
            & !IMCABURST & !I486BURST;
CAPTR_IORC = CAPTR_IOC & !IWRb;
CSIO_WCMD   = CAPTR_IOC & IWRb;

/* Allow latching of Register on Write CMD (T2 includes cs_match) */

LD_CACR = 0; /*TEST & (IA[4:2] == ADR_CACR[2:0]);*//* <-- revise later */
LD_CACT = ICONFIG & CSIO_WCMD & (IA[4:2] == ADR_CACT[2:0]);
LD_CMOD = ICONFIG & CSIO_WCMD & (IA[4:2] == ADR_CMOD[2:0]);
LD_XPAR = ICONFIG & CSIO_WCMD & (IA[4:2] == ADR_XPAR[2:0]);
```

24

```
LD_CSTA = ICONFIG  & CSIO_WCMD & (IA[4:2] == ADR_CSTA[2:0]) # IPERR;
LD_MEC3 = !ICONFIG & CSIO_WCMD & (IA[4:2] == ADR_MEC3[2:0]);

/* Drive TB bus on reads - Request TB bus and give data on T3on & GRANT
          - Use DC request because it is the highest (for data return)
*/

!ICS_REQIOb  = (CS_IORC # CAPTR_IORC) & CSIO_RCMDb;
!CSIO_RCMDb := !ICS_REQIOb & !ICS_GNTIOb;

!DRV_CACTb = LCONFIG  & !CSIO_RCMDb & (IOADDR[2:0] == ADR_CACT[2:0]);
!DRV_CACRb = LCONFIG  & !CSIO_RCMDb & (IOADDR[2:0] == ADR_CACR[2:0]);
!DRV_CMODb = LCONFIG  & !CSIO_RCMDb & (IOADDR[2:0] == ADR_CMOD[2:0]);
!DRV_CSTAb = LCONFIG  & !CSIO_RCMDb & (IOADDR[2:0] == ADR_CSTA[2:0]);
!DRV_XPARb = LCONFIG  & !CSIO_RCMDb & (IOADDR[2:0] == ADR_XPAR[2:0]);
!DRV_MEC3b = !LCONFIG & !CSIO_RCMDb & (IOADDR[2:0] == ADR_MEC3[2:0]);

/* Define Registers and Buffers driving TB bus */

RESb     = !IRESET;
IN_MEC3b = !ID[21];
MEC3[5]  = !MEC3b;
ERregister(LD_CACT,RESb, ID[7:0]  ,CACT[7:0]); /* TEST & win_addr      */
ERregister(LD_CACR,RESb, ID[7:0]  ,CACR[7:0]); /* Test result          */
ERregister(LD_CMOD,RESb, ID[5:1]  ,CMOD[5:1]); /* Disables, CS BIOS? & INIT*/
ERregister(LD_XPAR,RESb, ID[7]    ,XPAR[7] ); /* Parity inject enable   */
ERregister(LD_XPAR,RESb, ID[3:0]  ,XPAR[3:0]); /* Parity inject lines   */
ERregister(LD_CSTA,RESb,MUXCS_PSTA,CSTA[7:3]); /* Error status of blocks */
ERregister(LD_MEC3,RESb, ID[20]   ,MEC3[4] ); /* IBM REG, CS FLSH & LOCKb */
ERregister(LD_MEC3,RESb, IN_MEC3b ,MEC3b   ); /* IBM REG, CS FLSH & LOCKb */
ERregister(LD_MEC3,RESb, ID[16]   ,MEC3[0] ); /*      - Cache Enable bit  */

Buffer(DRV_CACTb, CACT[7:0]   ,B4ID[7:0]);
Buffer(DRV_CACRb, CACR[7:0]   ,B4ID[7:0]);
Buffer(DRV_CMODb, CMOD[5:1]   ,B4ID[5:1]);
Buffer(DRV_CSTAb, CSTA[7:3]   ,B4ID[7:3]);
Buffer(DRV_XPARb, XPAR[3:0]   ,B4ID[3:0]);
Buffer(DRV_XPARb, XPAR[7]     ,B4ID[7]);
Buffer(DRV_MEC3b, MEC3[5:4]   ,B4ID[5:4]);
Buffer(DRV_MEC3b, MEC3[0]     ,B4ID[0]);
Buffer(CSIO_RCMDb,HIGH        ,IRTNCMD);
Buffer(CSIO_RCMDb,HPM_ID[1:0],IDN[1:0]);

.PULLUP B4ID=0xFF;

Buffer(CSIO_RCMDb,B4ID[7:0],ID[7:0]);

/* Define outputs of MEC3 register */

ENCACHEb = MEC3[0];
```

25

```
/* Define outputs of CMOD register */

INIT   = CMOD[1]; /* IN INIT MODE           */
CB     = CMOD[2]; /* CACHE BIOS IN MIB CACHE */
PF_DIS = ENCACHEb # !CMOD[3]; /* Disable PFQ          */
WB_DIS = ENCACHEb # !CMOD[4]; /* Disable Write Buffer  */
DC_DIS = ENCACHEb # !CMOD[5]; /* Disable Data Cache    */


/* Define Parity status of caches/DRAM */

CS_PSTA[4] = PEfromDR;
CS_PSTA[3] = PEfromWB;
CS_PSTA[2] = PEfromPQ;
CS_PSTA[1] = PEfromDC;
CS_PSTA[0] = ILEG_IOC;

Mux2(CSIO_WCMD,CS_PSTA[4:0],ID[7:3],MUXCS_PSTA);

eregister(IPERR,IA[25:2],PES_A[25:2]);

/* Determine when caches are being addressed in TEST mode */

TEST = CACT[7];
WIN_ADDR[6:0] = CACT[6:0];
Comparator(WIN_ADDR[6:0],LA[22:16],win_matchb);
INVLD_TST = TEST & win_matchb;

.end;
```

26

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
 *
 * Filename:           dc.cdl
 *
 * Description:
 *
 * dc.cdl is the Data Cache block of the MIB.  This code covers the
 * physical structure of the Data Cache, the functional performance
 * of the cache as controlled by combinatorial logic internal to
 * the block, and the interface to the Transaction Bus, Master Cache^[
 * State Machine (MCSM), and the General Activity State Machine (GASM).
 *
 */

/* Define Input Configuration Status Lines from DRAM and HPM */

.define DCZ_DW0 00b
.define DCZ_DW1 01b
.define DCZ_DW2 10b
.define DCZ_DW3 11b
.define DCZ_HPM_ID 00b
.define DCZ_WAY0 00b
.define DCZ_WAY1 01b
.define DCZ_WAY2 10b
.define DCZ_WAY3 11b
.define DCZ_T386 0b
.define DCZ_T486 1b
.define DCZ_EMCA 11b
.define DCZ_TAGGROUP 000b
.define DCZ_DATAGROUP 011b
.define DCZ_LRUGROUP 100b


.IFLEVEL TOP
.clock PCLK;
.edge rising PCLK;
.vector 0;
.ELSE
.input PCLK;
.assign PCLK;
.edge rising PCLK;
.ENDIF


/* Define I/O Terminals in Transaction Bus:  */

.bidi    ID[31:0],        /* Data Bus                                  */
         IDN[1:0],        /* ID Number of Master Device in Command     */
         IA[25:2],        /* Address Bus                               */
         IAP[2:1],        /* IAP == LAP, addr Bus upper two parity bits */
```

27

```
        IMIOb,            /* Memory or I/O (bar) Instruction              */
        IDCb,             /* Data or Code (bar) Instruction               */
        IWRb,             /* Write or Read (bar) Instruction              */
        IBEb[3:0];        /* Byte Enables                                 */

.input  IVCMDb,           /* TB valid command signal                      */
        IDC_GRANTb,       /* Data Cache Permission Grant                  */
        IDPIN[3:0],       /* Data Bus Parity lines                        */
        SYS_PROC,         /* Type of HOST CPU:  0 == 386, 1 == 486        */
        RTCMD,            /* Slave Valid Return Command                   */
        IPORSTb,          /* MIB Cold Reset                               */
        ICT[1:0],         /* CPU type:  00-386sx, 01-386, 10-486, 11-EMCA */
        IADSb,            /* Buffered Version of ADSb                     */
        AA[25:2],         /* Buffered Version of the Advanced Address     */
        LA[25:2],         /* Latched Advanced Address                     */
        IBLASTb,          /* Buffered Version of BLASTb                   */
        NADDRb,           /* next addr req line from DRAM                 */
        IDR_BUSYb,        /* DRAM is Busy                                 */
        RDYb,             /* PM bus RDY assertion                         */
        BRDYb,            /* PM bus BRDY assertion                        */
        BLA1[1:0],        /* dly 1 of Burst Lower Address bits caches rcv */
        BLA2[1:0],        /* dly 2 of Burst Lower Address ... for gate out */
        WB_MERGING,       /* WB is merging DIRTY data onto the ID lines   */
        WB_OWNER;         /* DO NOT UPDATE!! WB to remain OWNER of data   */

/* state machine inputs:    */

.input  RDCMD,            /* Current Operation is a MEMORY READ           */
        WTCMD,            /* Current Operation is a MEMORY WRITE          */
        DATA,             /* Current Operation is a data access           */
        CODE,             /* Current Operation is a code access           */
        DC_DIS,           /* DISABLE DATA CACHE                           */
        INIT,             /* Current Status of MIB is INIT                */
        IN_TEST,          /* Current Status of MIB is TEST                */
        T2,               /* Current GASM state is T2                     */
        T3on,             /* Current GASM state is T3 and on              */
        BIOSRD,           /* BIOS Rd ongoing for '486                     */
        DC_BURSTb,        /* Work Bit from state machine for locking TB   */
        IN_BHIT,
        IN_SOVFL,
        IN_SBRST,
        IN_SRNOP,
        IN_SWNOP,
        IN_SW4WB,
        IN_SREVAL,
        IN_SWEVAL,
        IN_W4DRR,
        IN_W4GR,
        IN_OVFL,
        IN_WTSOV,
        IN_BEVAL,
```

28

```
        IN_RRMSU,
        IN_RRMS,
        IN_MULOV,
        IN_CRTRV,
        IN_MULOVEVAL,
        IN_FEVAL,
        IN_MULOVNOP,
        IN_NOPIGN,
        IN_VCMD,        /* GASM SM in valid cmd state         (T2)    */
        WAIT,           /* GASM SM in WAIT state              (T3+)   */
        SWAIT,          /* GASM SM in Streaming WAIT state    (T3+)   */
        SCMD,           /* GASM SM in valid streaming cmd state (T2)  */
        BCMD,           /* GASM SM in valid 486 Burst states  (T3on)  */
        IDLE;           /* GASM SM in IDLE  (T1 w/ no knowledge of ADS) */

/* Define hit reporting bits:  */

.output DC_HIT[3:0],    /* Byte hits from MSB to LSB for requested dword */
        IDC_VCMDb,      /* Data Cache valid command is on TB for ovflows */
        DC_TPERR,       /* Critical Parity Error (Crash System)       */
        BLOCK_DR[3:0],  /*                                            */
        SMPLOF2SM,      /* Single overflow indicator                  */
        SNGLOF2SM,      /* Single overflow indicator                  */
        MOF2SM,         /* Multiple overflow indicator                */
        DC_LSTADR,      /* Indicator for overflow addressing on IA    */
        UPDATE,         /* Indicator to state machine that DC will updt */
        IDPOUT[3:0],    /* TB data parity from caches.                */
        I486BURST,      /* ONLY DRIVEN BY DC ON MULTIPLE OVERFLOWS;   */
        IDC_RETRYb,     /* TB request retry signal                    */

        IDC_REQb;       /* Request to HPM for TB from Data Cache      */


/* .signals; really needed?  */

.signal ZERO4[3:0],ONE,
        ONE4[3:0];

.signal TOWIP[3:0],
        TOWJP[3:0],
        TOWKP[3:0],
        TOWLP[3:0];

.signal THW0,
        THW1,
        THW2,
        THW3,

        PICKA4CH,
        PICKB4CH,
        PICKC4CH,
```

29



```
            PICKD4CH,

            PICKA4LE,
            PICKB4LE,
            PICKC4LE,
            PICKD4LE,

            PICKA4GO,
            PICKB4GO,
            PICKC4GO,
            PICKD4GO,

            DATI_CHOP,
            DATJ_CHOP,
            DATK_CHOP,
            DATL_CHOP,
            LA_ANDP[17:0],
            DVINb[3:0],
            DRA[9:2],

            FIRST_OA[3:2],
            SEC_OA[3:2],
            TH_OA[3:2],
            OFTOTAL[1:0],
            OFCOUNT[1:0],
            OFTOTb[1:0],
            FOAR[3:2],
            SOAR[3:2],
            TOAR[3:2],
            FOA_INLTCH[3:2],
            D_W0DV[19:0],
            D_W1DV[19:0],
            D_W2DV[19:0],
            D_W3DV[19:0],

            D_W0TD[18:0],
            D_W1TD[18:0],
            D_W2TD[18:0],
            D_W3TD[18:0];

.signal DYINW0[3:0],
            DYINW1[3:0],
            DYINW2[3:0],
            DYINW3[3:0],
            SETDTY[3:0],
            CHGDTY[3:0],
            TODYW0[3:0],
            TODYW1[3:0],
            TODYW2[3:0],
            TODYW3[3:0];
```

30

```
.signal TLPE0,
        THPE0,
        TLPE1,
        THPE1,
        TLPE2,
        THPE2,
        TLPE3,
        THPE3;


.signal RA[9:2],
        LRAI[9:2],
        LRAJ[9:2],
        LRAK[9:2],
        LRAL[9:2],
        LRAT[9:4],
        DLY2_IA[3:2],
        OA[3:2],
        DLY1_IA[9:2];

.signal TST_LRU_WEb,
        TST_WE0b[3:0],
        TST_WE1b[3:0],
        TST_WE2b[3:0],
        TST_WE3b[3:0],
        TST_TOb[3:0],
        TST_PO2b[3:0],
        TST_PO3b[3:0],
        TST_DVOb[3:0],
        TST_DVWEb[3:0],
        NEW_LRU[2:0],
        TO_LRU[2:0],
        D2NADDRb;

.signal D_WID[31:0],
        D_WJD[31:0],
        D_WKD[31:0],
        D_WLD[31:0],
        LDI[31:0],
        LDJ[31:0],
        LDK[31:0],
        LDL[31:0],
        LLRU[2:0],
        D_LRU[2:0],
        CHG_LRU[2:0],
        CLR_LRU[2:0],

        GO_W0Db[3:0],
        GO_W1Db[3:0],
        GO_W2Db[3:0],
        GO_W3Db[3:0],
```

31

```
GO_WIDb[3:0],
GO_WJDb[3:0],
GO_WKDb[3:0],
GO_WLDb[3:0],

WTB[3:0],
WD_WID[31:0],
WD_WJD[31:0],
WD_WKD[31:0],
WD_WLD[31:0],

D_WIP[3:0],
D_WJP[3:0],
D_WKP[3:0],
D_WLP[3:0],

LDPI[3:0],
LDPJ[3:0],
LDPK[3:0],
LDPL[3:0],

BPS[3:0],
TL_ENb[3:0],
LW0T[18:0],
LW1T[18:0],
LW2T[18:0],
LW3T[18:0],
TOb[3:0],
TINb[3:0],
W0BEb[3:0],
W1BEb[3:0],
W2BEb[3:0],
W3BEb[3:0],

SNVDA[3:0],
SNVDB[3:0],
SNVDC[3:0],
SNVDD[3:0],

LSNVDA[3:0],
LSNVDB[3:0],
LSNVDC[3:0],
LSNVDD[3:0],

REFBEb[3:0],
REGBE_CLKEN,
RIBEb[3:0],

LSELA_ENb,
LSELB_ENb,
LSELC_ENb,
```

32

```
        LSELD_ENb,

        TRENW[3:0],
        TRWEb[3:0],
        W0WEb[3:0],
        W1WEb[3:0],
        W2WEb[3:0],
        W3WEb[3:0];

.signal WIREN,
        WJREN,
        WKREN,
        WLREN,
        WIWEb,
        WJWEb,
        WKWEb,
        WLWEb,
        DVWEb[3:0],
        LRURE,
        LRUWEb,
        DCTARGET;




/*---------------------------------------------------------------*/
/* Coding begins here for Data Cache                             */
/*---------------------------------------------------------------*/


/*---------------------------------------------------------------*/
/* Coding for Data Cache Dataflow Structures:                    */
/*---------------------------------------------------------------*/


/*---------------------------------------------------------------*/
/* Need output latches to store data read out of cache data      */
/* rams for use during write operations:                         */
/*---------------------------------------------------------------*/


rlatch(WILRD_ENb,IPORSTb, D_WID[31:0], LDI[31:0]);
rlatch(WJLRD_ENb,IPORSTb, D_WJD[31:0], LDJ[31:0]);
rlatch(WKLRD_ENb,IPORSTb, D_WKD[31:0], LDK[31:0]);
rlatch(WLLRD_ENb,IPORSTb, D_WLD[31:0], LDL[31:0]);

/*---------------------------------------------------------------*/
/* now, need buffers to dump out onto TB and also back onto      */
/* Dbus into rams: (on a BYTE basis)                             */
/* first, handle LSB gating out to TB:                           */
/*---------------------------------------------------------------*/
```

33

```
buffer(GO_WIDb[0], LDI[7:0], ID[7:0]);
buffer(GO_WJDb[0], LDJ[7:0], ID[7:0]);
buffer(GO_WKDb[0], LDK[7:0], ID[7:0]);
buffer(GO_WLDb[0], LDL[7:0], ID[7:0]);

/*----------------------------------------------------------*/
/* now, gating of second LSB onto TB:                       */
/*----------------------------------------------------------*/


buffer(GO_WIDb[1], LDI[15:8], ID[15:8]);
buffer(GO_WJDb[1], LDJ[15:8], ID[15:8]);
buffer(GO_WKDb[1], LDK[15:8], ID[15:8]);
buffer(GO_WLDb[1], LDL[15:8], ID[15:8]);

/*----------------------------------------------------------*/
/* now, gating of third LSB onto TB:                        */
/*----------------------------------------------------------*/

buffer(GO_WIDb[2], LDI[23:16], ID[23:16]);
buffer(GO_WJDb[2], LDJ[23:16], ID[23:16]);
buffer(GO_WKDb[2], LDK[23:16], ID[23:16]);
buffer(GO_WLDb[2], LDL[23:16], ID[23:16]);

/*----------------------------------------------------------*/
/* now, do gating out of MSB:                               */
/*----------------------------------------------------------*/

buffer(GO_WIDb[3], LDI[31:24], ID[31:24]);
buffer(GO_WJDb[3], LDJ[31:24], ID[31:24]);
buffer(GO_WKDb[3], LDK[31:24], ID[31:24]);
buffer(GO_WLDb[3], LDL[31:24], ID[31:24]);

/*----------------------------------------------------------*/
/* now, add bufferring for routing latched or TB data back into */
/* ram:                                                     */
/* feedback bufferring for MSB thru LSB all together:       */
/*----------------------------------------------------------*/

buffer(FBDIb, WD_WID[31:0], D_WID[31:0]);
buffer(FBDJb, WD_WJD[31:0], D_WJD[31:0]);
buffer(FBDKb, WD_WKD[31:0], D_WKD[31:0]);
buffer(FBDLb, WD_WLD[31:0], D_WLD[31:0]);

/*----------------------------------------------------------*/
/* now need some way of reading in information off of the TB, so*/
/* mux in the TB data with the latched data to create a     */
/* write-data bus to be sent to the drivers back onto the DRAM */
/* DIO pins:                                                */
/*----------------------------------------------------------*/
```

34

```
mux2(WTB[0], LDI[7:0]  , ID[7:0]   ,  WD_WID[7:0]);
mux2(WTB[0], LDJ[7:0]  , ID[7:0]   ,  WD_WJD[7:0]);
mux2(WTB[0], LDK[7:0]  , ID[7:0]   ,  WD_WKD[7:0]);
mux2(WTB[0], LDL[7:0]  , ID[7:0]   ,  WD_WLD[7:0]);


mux2(WTB[1], LDI[15:8] , ID[15:8]  ,  WD_WID[15:8]);
mux2(WTB[1], LDJ[15:8] , ID[15:8]  ,  WD_WJD[15:8]);
mux2(WTB[1], LDK[15:8] , ID[15:8]  ,  WD_WKD[15:8]);
mux2(WTB[1], LDL[15:8] , ID[15:8]  ,  WD_WLD[15:8]);

mux2(WTB[2], LDI[23:16], ID[23:16] ,  WD_WID[23:16]);
mux2(WTB[2], LDJ[23:16], ID[23:16] ,  WD_WJD[23:16]);
mux2(WTB[2], LDK[23:16], ID[23:16] ,  WD_WKD[23:16]);
mux2(WTB[2], LDL[23:16], ID[23:16] ,  WD_WLD[23:16]);

mux2(WTB[3], LDI[31:24], ID[31:24] ,  WD_WID[31:24]);
mux2(WTB[3], LDJ[31:24], ID[31:24] ,  WD_WJD[31:24]);
mux2(WTB[3], LDK[31:24], ID[31:24] ,  WD_WKD[31:24]);
mux2(WTB[3], LDL[31:24], ID[31:24] ,  WD_WLD[31:24]);


/*------------------------------------------------------------*/
/* enter data parity checking structure:  (data parity generation*/
/* done by DRAM controller for reads, and for writes, the HPM   */
/* generates the parity, so only need to check it in the        */
/* Data Cache upon reading out of cache)                        */

/*------------------------------------------------------------*/


/*------------------------------------------------------------*/
/* need to latch parity bits coming out of parity rams:       */
/*------------------------------------------------------------*/

rlatch(WILRD_ENb, IPORSTb, D_WIP[3:0], LDPI[3:0]);
rlatch(WJLRD_ENb, IPORSTb, D_WJP[3:0], LDPJ[3:0]);
rlatch(WKLRD_ENb, IPORSTb, D_WKP[3:0], LDPK[3:0]);
rlatch(WLLRD_ENb, IPORSTb, D_WLP[3:0], LDPL[3:0]);

/*------------------------------------------------------------*/
/* now need to buffer (4 bits each) this latched data out onto */
/* the TB: note that this must be on a bit basis:             */
/*------------------------------------------------------------*/

/* first, for way I:  */

buffer(GO_WIDb[0], LDPI[0], IDPOUT[0]);
buffer(GO_WIDb[1], LDPI[1], IDPOUT[1]);
buffer(GO_WIDb[2], LDPI[2], IDPOUT[2]);
buffer(GO_WIDb[3], LDPI[3], IDPOUT[3]);
```

35

```
/* next, for way J:   */

buffer(GO_WJDb[0], LDPJ[0], IDPOUT[0]);
buffer(GO_WJDb[1], LDPJ[1], IDPOUT[1]);
buffer(GO_WJDb[2], LDPJ[2], IDPOUT[2]);
buffer(GO_WJDb[3], LDPJ[3], IDPOUT[3]);

/* and for way K:      */

buffer(GO_WKDb[0], LDPK[0], IDPOUT[0]);
buffer(GO_WKDb[1], LDPK[1], IDPOUT[1]);
buffer(GO_WKDb[2], LDPK[2], IDPOUT[2]);
buffer(GO_WKDb[3], LDPK[3], IDPOUT[3]);

/* finally, for way L:  */

buffer(GO_WLDb[0], LDPL[0], IDPOUT[0]);
buffer(GO_WLDb[1], LDPL[1], IDPOUT[1]);
buffer(GO_WLDb[2], LDPL[2], IDPOUT[2]);
buffer(GO_WLDb[3], LDPL[3], IDPOUT[3]);


/*--------------------------------------------------------------*/
/* path needed to write back parity information into the parity */
/* rams; note that this information must be muxed on a bit by    */
/* bit basis between TB parity bits and latched parity bits      */
/* so start off with the muxing required to select the correct   */
/* parity to write in:                                          */
/* handle the four sets of four parity bits for way I:          */
/*--------------------------------------------------------------*/

/* CAN USE A GLOBAL MUX SELECT FOR ALL COLUMNS (I,J,K,L) SINCE   */
/* ONLY WRITE TO ONE COLUMN AT A TIME:                          */

mux2(BPS[0], LDPI[0], IDPIN[0], TOWIP[0]);
mux2(BPS[1], LDPI[1], IDPIN[1], TOWIP[1]);
mux2(BPS[2], LDPI[2], IDPIN[2], TOWIP[2]);
mux2(BPS[3], LDPI[3], IDPIN[3], TOWIP[3]);

/*--------------------------------------------------------------*/
/* handle the four sets of four parity bits for way J:          */
/*--------------------------------------------------------------*/

mux2(BPS[0], LDPJ[0], IDPIN[0], TOWJP[0]);
mux2(BPS[1], LDPJ[1], IDPIN[1], TOWJP[1]);
mux2(BPS[2], LDPJ[2], IDPIN[2], TOWJP[2]);
mux2(BPS[3], LDPJ[3], IDPIN[3], TOWJP[3]);

/*--------------------------------------------------------------*/
/* handle the four sets of four parity bits for way K:          */
/*--------------------------------------------------------------*/
```

36

```
mux2(BPS[0], LDPK[0], IDPIN[0], TOWKP[0]);
mux2(BPS[1], LDPK[1], IDPIN[1], TOWKP[1]);
mux2(BPS[2], LDPK[2], IDPIN[2], TOWKP[2]);
mux2(BPS[3], LDPK[3], IDPIN[3], TOWKP[3]);

/*----------------------------------------------------------*/
/* handle the four sets of four parity bits for way L:      */
/*----------------------------------------------------------*/

mux2(BPS[0], LDPL[0], IDPIN[0], TOWLP[0]);
mux2(BPS[1], LDPL[1], IDPIN[1], TOWLP[1]);
mux2(BPS[2], LDPL[2], IDPIN[2], TOWLP[2]);
mux2(BPS[3], LDPL[3], IDPIN[3], TOWLP[3]);

/*----------------------------------------------------------*/
/* now, need to use drivers to gate this muxed parity information*/
/* back onto the data parity lines to the parity rams to be  */
/* driven in: (4-bit drivers)                               */
/*----------------------------------------------------------*/

/* WHEN CHOPPED TO COLUMNS NOT WRITTEN TO, SO CAN SHARE     */
/* BUFFER CTRL:                                             */

buffer(FBDIb, TOWIP[3:0], D_WIP[3:0]);
buffer(FBDJb, TOWJP[3:0], D_WJP[3:0]);
buffer(FBDKb, TOWKP[3:0], D_WKP[3:0]);
buffer(FBDLb, TOWLP[3:0], D_WLP[3:0]);

/*----------------------------------------------------------*/
/* now, enter dataflow structures for tag information:      */
/*                                                          */
/* first, the tag information must be gated to a comparator */
/* to be compared with the 'requested' incoming address for */
/* a hit:                                                   */
/*----------------------------------------------------------*/

rlatch(TL_ENb[0], IPORSTb, D_W0TD[18:0], LW0T[18:0]);
rlatch(TL_ENb[1], IPORSTb, D_W1TD[18:0], LW1T[18:0]);
rlatch(TL_ENb[2], IPORSTb, D_W2TD[18:0], LW2T[18:0]);
rlatch(TL_ENb[3], IPORSTb, D_W3TD[18:0], LW3T[18:0]);

/*----------------------------------------------------------*/
/* Test Mode Access:                                        */
/*----------------------------------------------------------*/

buffer(TST_TRWE0b, ID[25:10], D_W0TD[15:0]);
buffer(TST_TRWE0b, ID[31:30], D_W0TD[17:16]);
buffer(TST_TRWE0b, ID[4]    , D_W0TD[18]);

buffer(TST_TRWE1b, ID[25:10], D_W1TD[15:0]);
buffer(TST_TRWE1b, ID[31:30], D_W1TD[17:16]);
```

37

```
buffer(TST_TRWE1b, ID[4]     , D_W1TD[18]);

buffer(TST_TRWE2b, ID[25:10], D_W2TD[15:0]);
buffer(TST_TRWE2b, ID[31:30], D_W2TD[17:16]);
buffer(TST_TRWE2b, ID[4]     , D_W2TD[18]);

buffer(TST_TRWE3b, ID[25:10], D_W3TD[15:0]);
buffer(TST_TRWE3b, ID[31:30], D_W3TD[17:16]);
buffer(TST_TRWE3b, ID[4]     , D_W3TD[18]);

/* and need path for testware to write dirty/validity bits from ID bus: */

buffer(TST_DVWEb[0], ID[15:12], D_W0DV[19:16]);
buffer(TST_DVWEb[1], ID[15:12], D_W1DV[19:16]);
buffer(TST_DVWEb[2], ID[15:12], D_W2DV[19:16]);
buffer(TST_DVWEb[3], ID[15:12], D_W3DV[19:16]);

buffer(TST_DVWEb[0], ID[31:16], D_W0DV[15:0]);
buffer(TST_DVWEb[1], ID[31:16], D_W1DV[15:0]);
buffer(TST_DVWEb[2], ID[31:16], D_W2DV[15:0]);
buffer(TST_DVWEb[3], ID[31:16], D_W3DV[15:0]);

/*-----------------------------------------------------------*/
/* Test access to data rams:                                 */
/*-----------------------------------------------------------*/

buffer(TST_WE0b[0], ID[31:0], D_WID[31:0]);
buffer(TST_WE0b[1], ID[31:0], D_WLD[31:0]);
buffer(TST_WE0b[2], ID[31:0], D_WKD[31:0]);
buffer(TST_WE0b[3], ID[31:0], D_WJD[31:0]);

buffer(TST_WE1b[0], ID[31:0], D_WJD[31:0]);
buffer(TST_WE1b[1], ID[31:0], D_WID[31:0]);
buffer(TST_WE1b[2], ID[31:0], D_WLD[31:0]);
buffer(TST_WE1b[3], ID[31:0], D_WKD[31:0]);

buffer(TST_WE2b[0], ID[31:0], D_WKD[31:0]);
buffer(TST_WE2b[1], ID[31:0], D_WJD[31:0]);
buffer(TST_WE2b[2], ID[31:0], D_WID[31:0]);
buffer(TST_WE2b[3], ID[31:0], D_WLD[31:0]);

buffer(TST_WE3b[0], ID[31:0], D_WLD[31:0]);
buffer(TST_WE3b[1], ID[31:0], D_WKD[31:0]);
buffer(TST_WE3b[2], ID[31:0], D_WJD[31:0]);
buffer(TST_WE3b[3], ID[31:0], D_WID[31:0]);

/*-----------------------------------------------------------*/
/* and need a path to the TB data lines for test mode reads:  */
/*-----------------------------------------------------------*/

buffer(TST_LRU_RDb , LLRU[2:0] , ID[2:0]   );
```

38

```
buffer(TST_LRU_WEb , ID[2:0]    , D_LRU[2:0]);

/*------------------------------------------------------------*/
/* tag information must also be gated out onto ID lines of TB for*/
/* testware:                                                  */
/*------------------------------------------------------------*/

buffer(TST_TOb[0], LW0T[15:0], ID[25:10]);
buffer(TST_TOb[1], LW1T[15:0], ID[25:10]);
buffer(TST_TOb[2], LW2T[15:0], ID[25:10]);
buffer(TST_TOb[3], LW3T[15:0], ID[25:10]);

/* same for tag parity: */

buffer(TST_TOb[0], LW0T[17:16], ID[31:30]);
buffer(TST_TOb[1], LW1T[17:16], ID[31:30]);
buffer(TST_TOb[2], LW2T[17:16], ID[31:30]);
buffer(TST_TOb[3], LW3T[17:16], ID[31:30]);

/* same for disable bit:   */

buffer(TST_TOb[0], LW0T[18], ID[4]);
buffer(TST_TOb[1], LW1T[18], ID[4]);
buffer(TST_TOb[2], LW2T[18], ID[4]);
buffer(TST_TOb[3], LW3T[18], ID[4]);

/* data parity bits for dwords are also mapped into tag test space:   */

buffer(TST_TOb[0], LDPL[3:0], ID[3:0]);
buffer(TST_TOb[1], LDPI[3:0], ID[3:0]);
buffer(TST_TOb[2], LDPJ[3:0], ID[3:0]);
buffer(TST_TOb[3], LDPK[3:0], ID[3:0]);

buffer(TST_PO2b[0], LDPK[3:0], ID[3:0]);
buffer(TST_PO2b[1], LDPL[3:0], ID[3:0]);
buffer(TST_PO2b[2], LDPI[3:0], ID[3:0]);
buffer(TST_PO2b[3], LDPJ[3:0], ID[3:0]);

buffer(TST_PO3b[0], LDPJ[3:0], ID[3:0]);
buffer(TST_PO3b[1], LDPK[3:0], ID[3:0]);
buffer(TST_PO3b[2], LDPL[3:0], ID[3:0]);
buffer(TST_PO3b[3], LDPI[3:0], ID[3:0]);

/*------------------------------------------------------------*/
/* need to gate latched Dirty and Validity bits out onto TB for */
/* testware:                                                  */
/*------------------------------------------------------------*/

buffer(TST_DVOb[0], LDV0[15:0], ID[31:16]);
buffer(TST_DVOb[1], LDV1[15:0], ID[31:16]);
buffer(TST_DVOb[2], LDV2[15:0], ID[31:16]);
```

39

```
buffer(TST_DVOb[3], LDV3[15:0], ID[31:16]);

buffer(TST_DVOb[0], LDV0[19:16], ID[15:12]);
buffer(TST_DVOb[1], LDV1[19:16], ID[15:12]);
buffer(TST_DVOb[2], LDV2[19:16], ID[15:12]);
buffer(TST_DVOb[3], LDV3[19:16], ID[15:12]);

/*-------------------------------------------------------------*/
/* end of test mode access.                                    */
/*-------------------------------------------------------------*/

LA_ANDP[15:0]  = LA[25:10];
LA_ANDP[17:16] = IAP[2:1];

/* make sure that all non-test writes to tag rams use the
   originally stored disable bit and use parity generated
   from the latched address:  */

buffer(TINb[0], LW0T[18]     , D_W0TD[18]);
buffer(TINb[0], LA_ANDP[17:0], D_W0TD[17:0]);

buffer(TINb[1], LW1T[18]     , D_W1TD[18]);
buffer(TINb[1], LA_ANDP[17:0], D_W1TD[17:0]);

buffer(TINb[2], LW2T[18]     , D_W2TD[18]);
buffer(TINb[2], LA_ANDP[17:0], D_W2TD[17:0]);

buffer(TINb[3], LW3T[18]     , D_W3TD[18]);
buffer(TINb[3], LA_ANDP[17:0], D_W3TD[17:0]);

comparator(LA[25:10] , LW0T[15:0]  , TMATCH0b);
comparator(LA[25:10] , LW1T[15:0]  , TMATCH1b);
comparator(LA[25:10] , LW2T[15:0]  , TMATCH2b);
comparator(LA[25:10] , LW3T[15:0]  , TMATCH3b);

/*-------------------------------------------------------------*/
/* tag information must also be gated out onto the TB:         */
/*-------------------------------------------------------------*/

buffer(TOb[0], LW0T[15:0], IA[25:10]);
buffer(TOb[1], LW1T[15:0], IA[25:10]);
buffer(TOb[2], LW2T[15:0], IA[25:10]);
buffer(TOb[3], LW3T[15:0], IA[25:10]);

/* set, dword, and valid bytes also needed to be gated out:   */
/* (clocked/stored off to the side for overflows) */

RA_CLKEN = T2 # PCLK & (IN_MULOV # IN_MULOVEVAL # IN_CRTRV);

erregister(RA_CLKEN, IPORSTb, RA[9:2], DRA[9:2]);
```

40

```
mux4(DRA[2],DRA[3],LDV0[3:0],LDV0[7:4],LDV0[11:8],LDV0[15:12],W0BEb[3:0]);
mux4(DRA[2],DRA[3],LDV1[3:0],LDV1[7:4],LDV1[11:8],LDV1[15:12],W1BEb[3:0]);
mux4(DRA[2],DRA[3],LDV2[3:0],LDV2[7:4],LDV2[11:8],LDV2[15:12],W2BEb[3:0]);
mux4(DRA[2],DRA[3],LDV3[3:0],LDV3[7:4],LDV3[11:8],LDV3[15:12],W3BEb[3:0]);

TO_ANYb = TOb[0] # TOb[1] # TOb[2] # TOb[3];

buffer(TO_ANYb, DRA[9:2] , IA[9:2]);

buffer(TOb[0], W0BEb[3:0] , IBEb[3:0]);
buffer(TOb[1], W1BEb[3:0] , IBEb[3:0]);
buffer(TOb[2], W2BEb[3:0] , IBEb[3:0]);
buffer(TOb[3], W3BEb[3:0] , IBEb[3:0]);

/*------------------------------------------------------------*/
/* Validity and Dirty bit data flow paths:                    */
/* need to latch dirty and validity bits coming out of the rams */
/*------------------------------------------------------------*/

rlatch(TL_ENb[0], IPORSTb, D_W0DV[19:0], LDV0[19:0]);
rlatch(TL_ENb[1], IPORSTb, D_W1DV[19:0], LDV1[19:0]);
rlatch(TL_ENb[2], IPORSTb, D_W2DV[19:0], LDV2[19:0]);
rlatch(TL_ENb[3], IPCRSTb, D_W3DV[19:0], LDV3[19:0]);

/*------------------------------------------------------------*/
/* need to drive new validity bits (coming from LV or muxes)  */
/* onto ram inputs:                                           */
/*------------------------------------------------------------*/

buffer(DVINb[0], DVIN0[15:0] , D_W0DV[15:0]);

buffer(DVINb[1], DVIN1[15:0] , D_W1DV[15:0]);

buffer(DVINb[2], DVIN2[15:0] , D_W2DV[15:0]);

buffer(DVINb[3], DVIN3[15:0] , D_W3DV[15:0]);


/*------------------------------------------------------------*/
/* need to mux between latched data and incoming BE's from    */
/* TB; the TB BE's need to first go through one level of muxing */
/* based on whether there is an invalidate ongoing or not:    */
/* (Terms are Latched Select New Validity Data for dw x byte y: */
/*------------------------------------------------------------*/

mux2(LSNVDA[0] , LDV0[0]   , INVALIDATE , DVIN0[0] );
mux2(LSNVDA[1] , LDV0[1]   , INVALIDATE , DVIN0[1] );
mux2(LSNVDA[2] , LDV0[2]   , INVALIDATE , DVIN0[2] );
mux2(LSNVDA[3] , LDV0[3]   , INVALIDATE , DVIN0[3] );

mux2(LSNVDB[0] , LDV0[4]   , INVALIDATE , DVIN0[4] );
```

41

```
mux2(LSNVDB[1] , LDV0[5]  , INVALIDATE , DVIN0[5] );
mux2(LSNVDB[2] , LDV0[6]  , INVALIDATE , DVIN0[6] );
mux2(LSNVDB[3] , LDV0[7]  , INVALIDATE , DVIN0[7] );

mux2(LSNVDC[0] , LDV0[8]  , INVALIDATE , DVIN0[8] );
mux2(LSNVDC[1] , LDV0[9]  , INVALIDATE , DVIN0[9] );
mux2(LSNVDC[2] , LDV0[10] , INVALIDATE , DVIN0[10] );
mux2(LSNVDC[3] , LDV0[11] , INVALIDATE , DVIN0[11] );

mux2(LSNVDD[0] , LDV0[12] , INVALIDATE , DVIN0[12] );
mux2(LSNVDD[1] , LDV0[13] , INVALIDATE , DVIN0[13] );
mux2(LSNVDD[2] , LDV0[14] , INVALIDATE , DVIN0[14] );
mux2(LSNVDD[3] , LDV0[15] , INVALIDATE , DVIN0[15] );

/* FOR WAY 1:  */

mux2(LSNVDA[0] , LDV1[0]  , INVALIDATE , DVIN1[0] );
mux2(LSNVDA[1] , LDV1[1]  , INVALIDATE , DVIN1[1] );
mux2(LSNVDA[2] , LDV1[2]  , INVALIDATE , DVIN1[2] );
mux2(LSNVDA[3] , LDV1[3]  , INVALIDATE , DVIN1[3] );

mux2(LSNVDB[0] , LDV1[4]  , INVALIDATE , DVIN1[4] );
mux2(LSNVDB[1] , LDV1[5]  , INVALIDATE , DVIN1[5] );
mux2(LSNVDB[2] , LDV1[6]  , INVALIDATE , D IN1[6] );
mux2(LSNVDB[3] , LDV1[7]  , INVALIDATE , DVIN1[7] );

mux2(LSNVDC[0] , LDV1[8]  , INVALIDATE , DVIN1[8] );
mux2(LSNVDC[1] , LDV1[9]  , INVALIDATE , DVIN1[9] );
mux2(LSNVDC[2] , LDV1[10] , INVALIDATE , DVIN1[10] );
mux2(LSNVDC[3] , LDV1[11] , INVALIDATE , DVIN1[11] );

mux2(LSNVDD[0] , LDV1[12] , INVALIDATE , DVIN1[12] );
mux2(LSNVDD[1] , LDV1[13] , INVALIDATE , DVIN1[13] );
mux2(LSNVDD[2] , LDV1[14] , INVALIDATE , DVIN1[14] );
mux2(LSNVDD[3] , LDV1[15] , INVALIDATE , DVIN1[15] );

/* FOR WAY 2:  */

mux2(LSNVDA[0] , LDV2[0]  , INVALIDATE , DVIN2[0] );
mux2(LSNVDA[1] , LDV2[1]  , INVALIDATE , DVIN2[1] );
mux2(LSNVDA[2] , LDV2[2]  , INVALIDATE , DVIN2[2] );
mux2(LSNVDA[3] , LDV2[3]  , INVALIDATE , DVIN2[3] );

mux2(LSNVDB[0] , LDV2[4]  , INVALIDATE , DVIN2[4] );
mux2(LSNVDB[1] , LDV2[5]  , INVALIDATE , DVIN2[5] );
mux2(LSNVDB[2] , LDV2[6]  , INVALIDATE , DVIN2[6] );
mux2(LSNVDB[3] , LDV2[7]  , INVALIDATE , DVIN2[7] );

mux2(LSNVDC[0] , LDV2[8]  , INVALIDATE , DVIN2[8] );
mux2(LSNVDC[1] , LDV2[9]  , INVALIDATE , DVIN2[9] );
mux2(LSNVDC[2] , LDV2[10] , INVALIDATE , DVIN2[10] );
```

42

```
mux2(LSNVDC[3] , LDV2[11] , INVALIDATE , DVIN2[11] );

mux2(LSNVDD[0] , LDV2[12] , INVALIDATE , DVIN2[12] );
mux2(LSNVDD[1] , LDV2[13] , INVALIDATE , DVIN2[13] );
mux2(LSNVDD[2] , LDV2[14] , INVALIDATE , DVIN2[14] );
mux2(LSNVDD[3] , LDV2[15] , INVALIDATE , DVIN2[15] );

/* FOR WAY 3:  */

mux2(LSNVDA[0] , LDV3[0]  , INVALIDATE , DVIN2[0] );
mux2(LSNVDA[1] , LDV3[1]  , INVALIDATE , DVIN2[1] );
mux2(LSNVDA[2] , LDV3[2]  , INVALIDATE , DVIN2[2] );
mux2(LSNVDA[3] , LDV3[3]  , INVALIDATE , DVIN2[3] );

mux2(LSNVDB[0] , LDV3[4]  , INVALIDATE , DVIN3[4] );
mux2(LSNVDB[1] , LDV3[5]  , INVALIDATE , DVIN3[5] );
mux2(LSNVDB[2] , LDV3[6]  , INVALIDATE , DVIN3[6] );
mux2(LSNVDB[3] , LDV3[7]  , INVALIDATE , DVIN3[7] );

mux2(LSNVDC[0] , LDV3[8]  , INVALIDATE , DVIN3[8] );
mux2(LSNVDC[1] , LDV3[9]  , INVALIDATE , DVIN3[9] );
mux2(LSNVDC[2] , LDV3[10] , INVALIDATE , DVIN3[10] );
mux2(LSNVDC[3] , LDV3[11] , INVALIDATE , DVIN3[11] );

mux2(LSNVDD[0] , LDV3[12] , INVALIDATE , DVIN3[12] );
mux2(LSNVDD[1] , LDV3[13] , INVALIDATE , DVIN3[13] );
mux2(LSNVDD[2] , LDV3[14] , INVALIDATE , DVIN3[14] );
mux2(LSNVDD[3] , LDV3[15] , INVALIDATE , DVIN3[15] );

/*------------------------------------------------------------*/
/* end of validity bit data flow paths:                       */
/*------------------------------------------------------------*/


/*------------------------------------------------------------*/
/* Data flow paths for Data Cache Dirty Bits:                 */
/* Need to mux dirty bits written back in two levels:         */
/* the first level determines whether or not the current      */
/* write into the DIRTY rams is due to an actual HPM          */
/* write command (which will cause setting of dirty bits),    */
/* or if the current write into the DIRTY rams is due to      */
/* an UPDATE of the data cache resulting from a HPM read      */
/* command (in which case the dirty bits may or may not be set*/
/* since the data may come from memory or the other caches):  */
/* See description by coding of control terms for more details. */
/*------------------------------------------------------------*/

/* so first, mux between setting or clearing based on
   read update in progress:
 */
```

43

```
ONE4[3:0]  = %1111b;
ZERO4[3:0]  = %0000b;

mux2(SETDTY[0], ZERO4[3:0], ONE4[3:0] , DYINW0[0]);

mux2(SETDTY[1], ZERO4[3:0], ONE4[3:0] , DYINW0[1]);

mux2(SETDTY[2], ZERO4[3:0], ONE4[3:0] , DYINW0[2]);

mux2(SETDTY[3], ZERO4[3:0], ONE4[3:0] , DYINW0[3]);


mux2(SETDTY[0], ZERO4[3:0], ONE4[3:0] , DYINW1[0]);

mux2(SETDTY[1], ZERO4[3:0], ONE4[3:0] , DYINW1[1]);

mux2(SETDTY[2], ZERO4[3:0], ONE4[3:0] , DYINW1[2]);

mux2(SETDTY[3], ZERO4[3:0], ONE4[3:0] , DYINW1[3]);


mux2(SETDTY[0], ZERO4[3:0], ONE4[3:0] , DYINW2[0]);

mux2(SETDTY[1], ZERO4[3:0], ONE4[3:0] , DYINW2[1]);

mux2(SETDTY[2], ZERO4[3:0], ONE4[3:0] , DYINW2[2]);

mux2(SETDTY[3], ZERO4[3:0], ONE4[3:0] , DYINW2[3]);


mux2(SETDTY[0], ZERO4[3:0], ONE4[3:0] , DYINW3[0]);

mux2(SETDTY[1], ZERO4[3:0], ONE4[3:0] , DYINW3[1]);

mux2(SETDTY[2], ZERO4[3:0], ONE4[3:0] , DYINW3[2]);

mux2(SETDTY[3], ZERO4[3:0], ONE4[3:0] , DYINW3[3]);


/* then need to mux between the outputs above and the latched
   dirty information:
 */

mux2(CHGDTY[0] , LDV0[16] , DYINW0[0] , TODYW0[0]);
mux2(CHGDTY[1] , LDV0[17] , DYINW0[1] , TODYW0[1]);
mux2(CHGDTY[2] , LDV0[18] , DYINW0[2] , TODYW0[2]);
mux2(CHGDTY[3] , LDV0[19] , DYINW0[3] , TODYW0[3]);

mux2(CHGDTY[0] , LDV1[16] , DYINW1[0] , TODYW1[0]);
mux2(CHGDTY[1] , LDV1[17] , DYINW1[1] , TODYW1[1]);
```

44

```
mux2(CHGDTY[2] , LDV1[18] , DYINW1[2] , TODYW1[2]);
mux2(CHGDTY[3] , LDV1[19] , DYINW1[3] , TODYW1[3]);

mux2(CHGDTY[0] , LDV2[16] , DYINW2[0] , TODYW2[0]);
mux2(CHGDTY[1] , LDV2[17] , DYINW2[1] , TODYW2[1]);
mux2(CHGDTY[2] , LDV2[18] , DYINW2[2] , TODYW2[2]);
mux2(CHGDTY[3] , LDV2[19] , DYINW2[3] , TODYW2[3]);

mux2(CHGDTY[0] , LDV3[16] , DYINW3[0] , TODYW3[0]);
mux2(CHGDTY[1] , LDV3[17] , DYINW3[1] , TODYW3[1]);
mux2(CHGDTY[2] , LDV3[18] , DYINW3[2] , TODYW3[2]);
mux2(CHGDTY[3] , LDV3[19] , DYINW3[3] , TODYW3[3]);

/* need to be able to drive the selected dirty bits back onto
   the dirty/validity ram inputs:
 */

buffer(DVINb[0], TODYW0[0], D_W0DV[16]);
buffer(DVINb[0], TODYW0[1], D_W0DV[17]);
buffer(DVINb[0], TODYW0[2], D_W0DV[18]);
buffer(DVINb[0], TODYW0[3], D_W0DV[19]);

buffer(DVINb[1], TODYW1[0], D_W1DV[16]);
buffer(DVINb[1], TODYW1[1], D_W1DV[17]);
buffer(DVINb[1], TODYW1[2], D_W1DV[18]);
buffer(DVINb[1], TODYW1[3], D_W1DV[19]);

buffer(DVINb[2], TODYW2[0], D_W2DV[16]);
buffer(DVINb[2], TODYW2[1], D_W2DV[17]);
buffer(DVINb[2], TODYW2[2], D_W2DV[18]);
buffer(DVINb[2], TODYW2[3], D_W2DV[19]);

buffer(DVINb[3], TODYW3[0], D_W3DV[16]);
buffer(DVINb[3], TODYW3[1], D_W3DV[17]);
buffer(DVINb[3], TODYW3[2], D_W3DV[18]);
buffer(DVINb[3], TODYW3[3], D_W3DV[19]);

/*-----------------------------------------------------------*/
/* End of data flow paths for the dirty bits.                */
/*-----------------------------------------------------------*/

/*-----------------------------------------------------------*/
/* implement LRU access:                                     */
/* now in ram, so need latching, muxing, and bufferring      */
/* first, need to latch LRU bits read out:                   */
/*-----------------------------------------------------------*/

rlatch(LRU_LEb , IPORSTb, D_LRU[2:0]  , LLRU[2:0] );

/*-----------------------------------------------------------*/
/* also need to allow changing of LRU bits through muxing and */
```

45

```
/* bufferring:                                                    */
/*--------------------------------------------------------------*/

buffer(LRU_INb , TO_LRU[2:0] , D_LRU[2:0]);


mux2(CHG_LRU[0], LLRU[0]    ,  NEW_LRU[0] , TO_LRU[0]  );
mux2(CHG_LRU[1], LLRU[1]    ,  NEW_LRU[1] , TO_LRU[1]  );
mux2(CHG_LRU[2], LLRU[2]    ,  NEW_LRU[2] , TO_LRU[2]  );

NEW_LRU[2:0] = !CLR_LRU[2:0];


/*--------------------------------------------------------------*/
/* end of coding for LRU structure                              */
/*--------------------------------------------------------------*/
/*--------------------------------------------------------------*/
/* end of coding for DC dataflow structures;                    */
/*--------------------------------------------------------------*/
/*............................................. ................*/
/*..............................................................*/
/*--------------------------------------------------------------*/
/* Data Cache Control Equations start here:                     */
/*--------------------------------------------------------------*/


/*--------------------------------------------------------------*/
/* Equations for ram address (RA[9:4]) bus gating:              */
/*                                                              */
/* Use AA when:                                                 */
/*      - DC disabled                                           */
/*      - or DC enabled and the following:                      */
/*      - IPORSTb on;                                           */
/*      - IDLE but DC not overflowing;                          */
/*      - IN_WTSOV but DC not overflowing;                      */
/*      - IN_SW4WB (waiting for WB to end Streaming Write)       */
/*                                                              */
/* Use LA when:                                                 */
/*      - in T2;                                                */
/*      - IN_SBRST;                                             */
/*      - IN_RRMS or IN_RRMSU;                                  */
/*      - during 486 Burst Read commands;                       */
/*      - during any DC overflows (9:4 is constant here);       */
/*                                                              */
/* Use IA when:                                                 */
/*      - in streaming read;                                    */
/*      - in streaming write;                                   */
/*                                                              */
/*--------------------------------------------------------------*/

!GO_94AAb = DC_DIS #
            !DC_DIS &
            (!IPORSTb #
```

46

```
                 IN_SW4WB  #
                 (IDLE & !(SNGLOF2SM # MOF2SM)) #
                 (IN_WTSOV & !(SNGLOF2SM # MOF2SM))
                );

!GO_94LAb = !DC_DIS &
               (T2 #
                IN_SBRST #
                IN_RRMSU #
                IN_RRMS #
                T3on & BCMD & RDCMD #
                (IN_OVFL # IN_SOVFL # IN_W4GR) & (SNGLOF2SM # MOF2SM)
               );

!GO_94IAb = !DC_DIS & (
                         IN_SRNOP  #
                         IN_SREVAL #
                         IN_SWNOP  #
                         IN_SWEVAL);

/*------------------------------------------------------------------*/
/* Equations for ram address (RA[3:2]) bus gating:                  */
/*                                                                  */
/* Use AA when:                                                     */
/*      - DC disabled                                               */
/*      - or DC enabled and the following:                          */
/*      - IPORSTb on;                                               */
/*      - IDLE but DC not overflowing;                              */
/*      - IN_WTSOV but DC not overflowing;                          */
/*      - IN_SW4WB (waiting for WB to end Streaming Write)           */
/*                                                                  */
/* Use LA when:                                                     */
/*      - in T2;                                                    */
/*      - IN_SBRST;                                                 */
/*      - IN_RRMS or IN_RRMSU;                                      */
/*                                                                  */
/* Use IA when:                                                     */
/*      - in streaming read;                                        */
/*      - in streaming write;                                       */
/*                                                                  */
/* Use BLA1 when:                                                   */
/*      - hitting on a 486 Burst Read Hit;                          */
/*                                                                  */
/* Use DLY1_IA when:                                                */
/*      - missed on a 486 Burst Read and synch'ing up w/ DRC;       */
/*                                                                  */
/* Use OA when:                                                     */
/*      - DC overflowing;                                           */
/*                                                                  */
/*------------------------------------------------------------------*/
```

47

```
!GO_32AAb  = DC_DIS #
             !DC_DIS &
             (!IPORSTb #
              IN_SW4WB  #
              IDLE & !(SNGLOF2SM # MOF2SM) #
              (IN_WTSOV & !(SNGLOF2SM # MOF2SM))
             );

!GO_32LAb  = !DC_DIS &
              (T2 #
               IN_SBRST #
               IN_RRMSU #
               IN_RRMS
              );

!GO_32L2b  = !DC_DIS & IN_BHIT;

!GO_32LIAb = !DC_DIS & (IN_BEVAL  #
                        IN_NOPIGN #
                        IN_W4DRR
                       );

!GO_32IAb  = !DC_DIS & (IN_SRNOP  #
                        IN_SREVAL #
                        IN_SWNOP  #
                        IN_SWEVAL
                       );

!GO_32OVFb = !DC_DIS & (
                        (SNGLOF2SM # MOF2SM) &
                        ( IN_OVFL  #
                          IN_SOVFL #
                          IN_W4GR
                        ));


DLYIA_EN = STR  # !IN_BEVAL;

erregister(DLYIA_EN , IPORSTb, IA[9:2]      , DLY1_IA[9:2] );
erregister(DLYIA_EN , IPORSTb, DLY1_IA[3:2] , DLY2_IA[3:2] );

/*------------------------------------------------------------*/
/* Define ram address buffering:                              */
/*------------------------------------------------------------*/

buffer(GO_94AAb ,AA[9:4]  , RA[9:4]); /* to start ram addr */
buffer(GO_94LAb ,LA[9:4]  , RA[9:4]); /* to hold ram addr  */
buffer(GO_94IAb ,IA[9:4]  , RA[9:4]); /* to switch to TB   */

buffer(GO_32AAb ,AA[3:2]  , RA[3:2]); /* to start ram addr lower bits */
buffer(GO_32LAb ,LA[3:2]  , RA[3:2]); /* to hold ram addr  lower bits */
```

48

```
buffer(GO_32L2b   ,BLA1[1:0] , RA[3:2]); /* to use 486 burst lower bits  */
buffer(GO_32IAb   ,IA[3:2]   , RA[3:2]); /* to switch to TB lower bits    */
buffer(GO_32LIAb  ,DLY1_IA[3:2] , RA[3:2]); /* use when miss on 486 burst
rd*/
buffer(GO_32OVFb  ,OA[3:2]   , RA[3:2]);        /* for overflow lower bits
*/

/*-----------------------------------------------------------------*/
/* Define lower address bit latching (to prevent addresses from */
/* changing in other columns (I,J,K,L) while they need to change*/
/* for one column:                                             */
/*-----------------------------------------------------------------*/

!CHG_RAIb = PRECHARGE # DATI_CHOP;
!CHG_RAJb = PRECHARGE # DATJ_CHOP;
!CHG_RAKb = PRECHARGE # DATK_CHOP;
!CHG_RALb = PRECHARGE # DATL_CHOP;

rlatch(CHG_RAIb, IPORSTb, RA[9:2], LRAI[9:2]);
rlatch(CHG_RAJb, IPORSTb, RA[9:2], LRAJ[9:2]);
rlatch(CHG_RAKb, IPORSTb, RA[9:2], LRAK[9:2]);
rlatch(CHG_RALb, IPORSTb, RA[9:2], LRAL[9:2]);


/* similarly, for tag, other rams:  */

!CHG_RATb = PRECHARGE # TAG_CHOP;

rlatch(CHG_RATb, IPORSTb, RA[9:4], LRAT[9:4]);

/*-----------------------------------------------------------------*/
/* LRU ramen/WEbs:                                                 */
/*-----------------------------------------------------------------*/

LRURE     = TREN;
!LRUWEb   = !DC_DIS & (!PCLK & IN_VCMD & !IN_TEST # !TST_LRU_WEb);
!LRU_INb  = !LRUWEb # !LRURE;
!LRU_LEb  = !DC_DIS & (PCLK & IN_VCMD);

/*-----------------------------------------------------------------*/
/* Equations for ramen chop generation:                           */
/*-----------------------------------------------------------------*/

DNADDRb  := NADDRb;
D2NADDRb := DNADDRb;

/*-----------------------------------------------------------------*/
/* for streaming accesses, newnextline indicates that the next   */
/* address about to appear on the IA will reference a new tag    */
/* and therefore, must do a tag precharge right away:            */
/*-----------------------------------------------------------------*/
```

49

```
STR     = (SCMD # SWAIT);

!NEWNXTLNb := (IA[3] & IA[2] & !NADDRb & STR);
!NEWTAGT1b := !NEWNXTLNb;   /* indicates first cycle with new tag access */
!NEWTAGT2b := !NEWTAGT1b;   /* indicates 2nd   cycle with new tag access */

SREAD  = STR & RDCMD;  /* in streaming read operation  */
SWRITE = STR & WTCMD;  /* in streaming write operation */

/*----------------------------------------------------------*/
/*  Streaming access tag chop:                              */
/*----------------------------------------------------------*/

/*----------------------------------------------------------*/
/* Chop the tag and dirty/validity ramens during a stream. mode */
/* r/w operation once a new tag line causes a new tag and    */
/* dirty/validity, so need to do a precharge:                */
/*----------------------------------------------------------*/

ST_CHOP =    (!NEWNXTLNb & PCLK & SREAD)  /* these are for precharge */
          # (!NEWNXTLNb & !PCLK & SWRITE);
/*----------------------------------------------------------*/
/* Streaming data ramen chop is or of sread and swrite chops:  */
/*----------------------------------------------------------*/

/* no data ram accesses required during streaming writes, so chop all:  */

SWD_CHOP =  SWRITE;

/* streaming read data ramen chop:  */
/* these are for precharge          */
/* CHANGE THWi SIGNALS LATER TO SOMETHING THAT REFLECTS DIRTY & VALID TOO */

SRD0_CHOP = THW0 & IN_SREVAL & (!NEWTAGT1b & !PCLK # NEWTAGT1b & PCLK);
SRD1_CHOP = THW1 & IN_SREVAL & (!NEWTAGT1b & !PCLK # NEWTAGT1b & PCLK);
SRD2_CHOP = THW2 & IN_SREVAL & (!NEWTAGT1b & !PCLK # NEWTAGT1b & PCLK);
SRD3_CHOP = THW3 & IN_SREVAL & (!NEWTAGT1b & !PCLK # NEWTAGT1b & PCLK);

/* if the timing permits, ^^^ last part of equation above could be modified
*/
/* to check to see if any bytes in line are valid and dirty before
*/
/* preventing the chop from occurring.
*/

SD0_CHOP = SRD0_CHOP # SWD_CHOP;
SD1_CHOP = SRD1_CHOP # SWD_CHOP;
SD2_CHOP = SRD2_CHOP # SWD_CHOP;
SD3_CHOP = SRD3_CHOP # SWD_CHOP;

/*----------------------------------------------------------*/
```

50

```
/*  Equations for ramen generation:                              */
=------------------------------------------------------------------=

PRECHARGE = IDLE & PCLK;

/* non-streaming access data and tag ramen chops:  */

/* notes:
    chop during burst read hits to get to next element in way;
    chop during burst read misses (tag hit but data missed due
    to invalidity) also to get to next element in way;
    chop during complex or multiple overflows " " " " " ";

 */

DCHOP0 =  (THW0 & !(!RDYb # (!IBLASTb & !BRDYb)) ) &
            (   ( IN_BHIT & PCLK )
              # ( IN_W4DRR & PCLK )
              # ( (IN_NOPIGN # IN_BEVAL) & PCLK)
            )
          # ( PCLK &
              /* complex overflow in way 0 or  */
              /* multiple overflow in way 0    */

              (  (IN_CRTRV & (LSNGLOF0 & !LSMPLOF0 # LMOF0 & !LSMPLOF0))

               # ((IN_MULOV # IN_MULOVEVAL) & LMOF0)
              )
            );


DCHOP1 =  (THW1 & !(!RDYb # (!IBLASTb & !BRDYb)) ) &
            (   ( IN_BHIT & PCLK )
              # ( IN_W4DRR & PCLK )
              # ( (IN_NOPIGN # IN_BEVAL) & PCLK)
            )
          # ( PCLK &
              /* complex overflow in way 1 or  */
              /* multiple overflow in way 1    */

              (  (IN_CRTRV & (LSNGLOF1 & !LSMPLOF1 # LMOF1 & !LSMPLOF1))
               # ((IN_MULOV # IN_MULOVEVAL) & LMOF1)
              )
            );

DCHOP2 =  (THW2 & !(!RDYb # (!IBLASTb & !BRDYb)) ) &
            (   ( IN_BHIT & PCLK )
              # ( IN_W4DRR & PCLK )
              # ( (IN_NOPIGN # IN_BEVAL) & PCLK)
            )
          # ( PCLK &
```

51

```
                /* complex overflow in way 2 or  */
                /* multiple overflow in way 2     */

                ( (IN_CRTRV & (LSNGLOF2 & !LSMPLOF2 # LMOF2 & !LSMPLOF2))

                 # ((IN_MULOV # IN_MULOVEVAL) & LMOF2)
                 )
              );

DCHOP3 =  (THW3 & !(!RDYb # (!IBLASTb & !BRDYb)) ) &
              ( ( IN_BHIT & PCLK )
              # ( IN_W4DRR & PCLK)
              # ( (IN_NOPIGN # IN_BEVAL) & PCLK)
              )
         # ( PCLK &
              /* complex overflow in way 3 or  */
              /* multiple overflow in way 3     */

              ( (IN_CRTRV & (LSNGLOF3 & !LSMPLOF3 # LMOF3 & !LSMPLOF3))

               # ((IN_MULOV # IN_MULOVEVAL) & LMOF3)
               )
             );


TCHOP = 0;     /* may require in the future */

TAG_CHOP = (ST_CHOP) # (!STR & TCHOP);

DAT0_CHOP = (SD0_CHOP) # (!STR & DCHOP0);
DAT1_CHOP = (SD1_CHOP) # (!STR & DCHOP1);
DAT2_CHOP = (SD2_CHOP) # (!STR & DCHOP2);
DAT3_CHOP = (SD3_CHOP) # (!STR & DCHOP3);

!STRT_REb = !IADSb   & !PRECHARGE;
!THLD_REb = !IDLE    & !TAG_CHOP;

PICKA4CH = STR & (DLY2_IA[3:2] == DCZ_DW0) # !STR & (BLA1[1:0] == DCZ_DW0);
PICKB4CH = STR & (DLY2_IA[3:2] == DCZ_DW1) # !STR & (BLA1[1:0] == DCZ_DW1);
PICKC4CH = STR & (DLY2_IA[3:2] == DCZ_DW2) # !STR & (BLA1[1:0] == DCZ_DW2);
PICKD4CH = STR & (DLY2_IA[3:2] == DCZ_DW3) # !STR & (BLA1[1:0] == DCZ_DW3);

DATI_CHOP = PICKA4CH & DAT0_CHOP #
            PICKB4CH & DAT1_CHOP #
            PICKC4CH & DAT2_CHOP #
            PICKD4CH & DAT3_CHOP;

DATJ_CHOP = PICKA4CH & DAT1_CHOP #
            PICKB4CH & DAT2_CHOP #
            PICKC4CH & DAT3_CHOP #
```

52

```
            PICKD4CH  &  DAT0_CHOP;

DATK_CHOP = PICKA4CH  &  DAT2_CHOP #
            PICKB4CH  &  DAT3_CHOP #
            PICKC4CH  &  DAT0_CHOP #
            PICKD4CH  &  DAT1_CHOP;

DATL_CHOP = PICKA4CH  &  DAT3_CHOP #
            PICKB4CH  &  DAT0_CHOP #
            PICKC4CH  &  DAT1_CHOP #
            PICKD4CH  &  DAT2_CHOP;


!DHLDI_REb = !IDLE   &   !DATI_CHOP;
!DHLDJ_REb = !IDLE   &   !DATJ_CHOP;
!DHLDK_REb = !IDLE   &   !DATK_CHOP;
!DHLDL_REb = !IDLE   &   !DATL_CHOP;

TREN       = !STRT_REb # !THLD_REb;

DRENI      = !STRT_REb # !DHLDI_REb;
DRENJ      = !STRT_REb # !DHLDJ_REb;
DRENK      = !STRT_REb # !DHLDK_REb;
DRENL      = !STRT_REb # !DHLDL_REb;

/* ramen and ram we's follow, but need some other equations first: */

/*-------------------------------------------------------------*/
/* Ramen terms for the different ways, before mapping:         */
/*-------------------------------------------------------------*/

WIREN = DRENI;
WJREN = DRENJ;
WKREN = DRENK;
WLREN = DRENL;

/*-------------------------------------------------------------*/
/* tag, tag parity, validity, and dirty ram enables and we's:  */
/*-------------------------------------------------------------*/

TRENW[0]  = TREN;
TRENW[1]  = TREN;
TRENW[2]  = TREN;
TRENW[3]  = TREN;

/*-------------------------------------------------------------*/
/* LRU register control terms:                                 */
/*                                                             */
/* LRU[0]: if 0 then ways 1,0 more LRU than ways 3,2           */
/* LRU[1]: if 0 then way 0 is LRU else way 1 is LRU            */
/* LRU[2]: if 0 then way 2 is LRU else way 3 is LRU            */
```

53

```
/*                                                              */
/* thus:                                                        */
/*                                                              */
/* LRU [0] should change of EVERY hit or update;               */
/* LRU [1] should change on EVERY hit or update to ways 0,1;   */
/* LRU [2] should change on EVERY hit or update to ways 2,3.   */
/*                                                              */
/* Note for future revision:  balance code/data as part of LRU */
/* algorithm.                                                   */
/*                                                              */
/*------------------------------------------------------------*/

CHG_LRU[0] =     (SYS_PROC == DCZ_T386) & CODE & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA)
           # (SYS_PROC == DCZ_T486) & DATA & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA);

CHG_LRU[1] = ( (THW0 # W0_UPDATE # THW1 # W1_UPDATE) &
             (   (SYS_PROC == DCZ_T386) & CODE & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA)
               # (SYS_PROC == DCZ_T486) & DATA & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA)
             )
           );

CHG_LRU[2] = ( (THW2 # W2_UPDATE # THW3 # W3_UPDATE) &
             (   (SYS_PROC == DCZ_T386) & CODE & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA)
               # (SYS_PROC == DCZ_T486) & DATA & !IN_TEST & !(ICT[1:0] ==
DCZ_EMCA)
             )
           );


CLR_LRU[0] =  /* SETTING this bit clears the LRU bit 0 to 0
                 to mean ways 01 LRU than 23:   */

              ( THW2 # THW3 # W2_UPDATE # W3_UPDATE)

              &

              /* CLEARING this bit sets the LRU bit 0 to 1
                 to mean ways 23 LRU than 01:      */

              !( THW0 # THW1 # W0_UPDATE # W1_UPDATE);


CLR_LRU[1] =  /* SETTING this bit clears LRU bit 1 to 0
                 to mean way 0 is LRU wrt way 1:       */

              ( THW1 # W1_UPDATE )
```

Appx0079

```
                   &

                   /* CLEARING this bit sets LRU bit 1 to 1
                      to mean way 1 is LRU wrt way 0:          */

                   !( THW0 # W0_UPDATE);


CLR_LRU[2] = /* SETTING this bit clears LRU bit 2 to 0
                to mean way 2 is LRU wrt way 3:          */

             ( THW3 # W3_UPDATE)

             &

             /* CLEARING this bit sets LRU bit 2 to 1
                to mean way 3 is LRU wrt way 2:          */

             !( THW2 # W2_UPDATE);

/*-------------------------------------------------------------*/
/* Equations for updating information into the Data Cache;     */
/* Updating is defined to be the action of writing information */
/* into the Data Cache that is being supplied from DRAM, or the*/
/* WB, PFQ, or HPM (on writes) due to some type of data cache  */
/* miss:                                                       */
/*                                                             */
/* An update should occur under the following conditions:      */
/*                                                             */
/* -     For 386 Processor Systems:                            */
/*       --------------------------                            */
/*                                                             */
/*       WB_OWNER line inactive AND:                           */
/*                                                             */
/*       Code Read Miss by 386 will cause an update;           */
/*                                                             */
/*       i.  data coming back from WB and/or PFQ;              */
/*       ii. data coming back from DRAM;                       */
/*                                                             */
/*                                                             */
/* -     For 486 Processor Systems:                            */
/*       --------------------------                            */
/*                                                             */
/*       WB_OWNER line inactive AND:                           */
/*                                                             */
/*       Random Data Read Miss by 486 will cause an update;    */
/*       Random Code Read Miss by 486 will cause an update;    */
/*          (^^ possibly only when painless )                  */
/*       i.  data coming back from WB and/or PFQ;              */
/*       ii. data coming back from DRAM;                        */
/*       iii. random writes by 486 that result in tag misses;  */
```

55

Appx0080

```
/*            (need to specify update here so that the dirty/    */
/*             validity rams can also be 'updated')             */
/*                                                              */
/*--------------------------------------------------------------*/

/* current DMISSi specify data misses due to invalidity:        */

CURRDMISS0 = (  ((RA[3:2] == DCZ_DW0) & !(LDV0[3:0]   == 0x00)) &
                ((RA[3:2] == DCZ_DW1) & !(LDV0[7:4]   == 0x00)) &
                ((RA[3:2] == DCZ_DW2) & !(LDV0[11:8]  == 0x00)) &
                ((RA[3:2] == DCZ_DW3) & !(LDV0[15:12] == 0x00)) );

CURRDMISS1 = (  ((RA[3:2] == DCZ_DW0) & !(LDV1[3:0]   == 0x00)) &
                ((RA[3:2] == DCZ_DW1) & !(LDV1[7:4]   == 0x00)) &
                ((RA[3:2] == DCZ_DW2) & !(LDV1[11:8]  == 0x00)) &
                ((RA[3:2] == DCZ_DW3) & !(LDV1[15:12] == 0x00)) );

CURRDMISS2 = (  ((RA[3:2] == DCZ_DW0) & !(LDV2[3:0]   == 0x00)) &
                ((RA[3:2] == DCZ_DW1) & !(LDV2[7:4]   == 0x00)) &
                ((RA[3:2] == DCZ_DW2) & !(LDV2[11:8]  == 0x00)) &
                ((RA[3:2] == DCZ_DW3) & !(LDV2[15:12] == 0x00)) );

CURRDMISS3 = (  ((RA[3:2] == DCZ_DW0) & !(LDV3[3:0]   == 0x00)) &
                ((RA[3:2] == DCZ_DW1) & !(LDV3[7:4]   == 0x00)) &
                ((RA[3:2] == DCZ_DW2) & !(LDV3[11:8]  == 0x00)) &
                ((RA[3:2] == DCZ_DW3) & !(LDV3[15:12] == 0x00)) );

THW0  = !IDLE & !TMATCH0b;  /* Address Comparator outputs */
THW1  = !IDLE & !TMATCH1b;
THW2  = !IDLE & !TMATCH2b;
THW3  = !IDLE & !TMATCH3b;

ALLTAGMISS = TMATCH0b & TMATCH1b & TMATCH2b & TMATCH3b;

MISS0 = TMATCH0b # (!TMATCH0b & CURRDMISS0);
MISS1 = TMATCH1b # (!TMATCH1b & CURRDMISS1);
MISS2 = TMATCH2b # (!TMATCH2b & CURRDMISS2);
MISS3 = TMATCH3b # (!TMATCH3b & CURRDMISS3);

/*-----------------------------------------------------------------*/
/* Target ways specify the way which is to be the target            */
/* for the next overwrite operation; that is, when a miss           */
/* causes a line update or a write must overwrite a current         */
/* dword within a line.  This is determined as follows:             */
/*                                                                  */
/* Each cache access is routed to a specific dword within a line*/
/* per way, the dword being selected by ramaddr[3:2].  With a       */
/* four-way set associative cache, four such dwords will be         */
/* potential targets for an overwrite or update.  The target way*/
/* will be selected as follows:                                     */
/*                                                                  */
```

56

```
/* 1) the way containing the accessed dword that resulted in a   */
/*    tag hit and the operation was a write (random writes in    */
/*    a 486 system are the only writes intended here).           */
/*                                                               */
/* 2) the way containing the accessed dword that resulted in a   */
/*    tag hit but a data miss due to one or more invalid bytes;  */
/*                                                               */
/* 3) the way containing the accessed dword that resulted in a   */
/*    tag and data miss, with the data being entirely invalid;   */
/*    (regardless of dirty).                                     */
/*                                                               */
/* 4) the way that was LRU, as defined by the LRU bits:          */
/*                                                               */
/* Ties resolved by giving higher precedence to lower #d ways.   */
/*                                                               */
/*-------------------------------------------------------------*/

WAY0_INVALID = (       (RA[3:2] == DCZ_DW0) & (LDV0[3:0]   == 0xf)
                    #  (RA[3:2] == DCZ_DW1) & (LDV0[7:4]   == 0xf)
                    #  (RA[3:2] == DCZ_DW2) & (LDV0[11:8]  == 0xf)
                    #  (RA[3:2] == DCZ_DW3) & (LDV0[15:12] == 0xf)
                ) ;

WAY1_INVALID = (       (RA[3:2] == DCZ_DW0) & (LDV1[3:0]   == 0xf)
                    #  (RA[3:2] == DCZ_DW1) & (LDV1[7:4]   == 0xf)
                    #  (RA[3:2] == DCZ_DW2) & (LDV1[11:8]  == 0xf)
                    #  (RA[3:2] == DCZ_DW3) & (LDV1[15:12] == 0xf)
                ) ;

WAY2_INVALID = (       (RA[3:2] == DCZ_DW0) & (LDV2[3:0]   == 0xf)
                    #  (RA[3:2] == DCZ_DW1) & (LDV2[7:4]   == 0xf)
                    #  (RA[3:2] == DCZ_DW2) & (LDV2[11:8]  == 0xf)
                    #  (RA[3:2] == DCZ_DW3) & (LDV2[15:12] == 0xf)
                ) ;

WAY3_INVALID = (       (RA[3:2] == DCZ_DW0) & (LDV3[3:0]   == 0xf)
                    #  (RA[3:2] == DCZ_DW1) & (LDV3[7:4]   == 0xf)
                    #  (RA[3:2] == DCZ_DW2) & (LDV3[11:8]  == 0xf)
                    #  (RA[3:2] == DCZ_DW3) & (LDV3[15:12] == 0xf)
                ) ;

/* Information on partial dword validity necessary to determine
    during a read operation to update an entry that had a partial
    hit; i.e., a tag hit and some of the bytes were valid, but
    the rest of the dword must come from the other caches or DRAM:
 */

WAY0_PRTIALVLD = (        (RA[3:2] == DCZ_DW0) & !(LDV0[3:0]   == 0xf) &
!(LDV0[3:0]   == 0x0)
                    #  (RA[3:2] == DCZ_DW1) & !(LDV0[7:4]   == 0xf) &
!(LDV0[7:4]   == 0x0)
```

57

```
                            #  (RA[3:2]  ==  DCZ_DW2)  &  !(LDV0[11:8]     ==  0xf)  &
 !(LDV0[11:8]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW3)  &  !(LDV0[15:12]  ==  0xf)  &
 !(LDV0[15:12] == 0x0)
                              ) ;

WAY1_PRTIALVLD = (          (RA[3:2]  ==  DCZ_DW0)  &  !(LDV1[3:0]     ==  0xf)  &
 !(LDV0[3:0]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW1)  &  !(LDV1[7:4]     ==  0xf)  &
 !(LDV0[7:4]    == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW2)  &  !(LDV1[11:8]     ==  0xf)  &
 !(LDV0[11:8]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW3)  &  !(LDV1[15:12]  ==  0xf)  &
 !(LDV0[15:12] == 0x0)
                              ) ;

WAY2_PRTIALVLD = (          (RA[3:2]  ==  DCZ_DW0)  &  !(LDV2[3:0]     ==  0xf)  &
 !(LDV0[3:0]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW1)  &  !(LDV2[7:4]     ==  0xf)  &
 !(LDV0[7:4]    == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW2)  &  !(LDV2[11:8]     ==  0xf)  &
 !(LDV0[11:8]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW3)  &  !(LDV2[15:12]  ==  0xf)  &
 !(LDV0[15:12] == 0x0)
                              ) ;

WAY3_PRTIALVLD = (          (RA[3:2]  ==  DCZ_DW0)  &  !(LDV3[3:0]     ==  0xf)  &
 !(LDV0[3:0]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW1)  &  !(LDV3[7:4]     ==  0xf)  &
 !(LDV0[7:4]    == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW2)  &  !(LDV3[11:8]     ==  0xf)  &
 !(LDV0[11:8]   == 0x0)
                            #  (RA[3:2]  ==  DCZ_DW3)  &  !(LDV3[15:12]  ==  0xf)  &
 !(LDV0[15:12] == 0x0)
                              ) ;

/* need a general equation to indicate whether the current operation */
/* is intended to write to or cause an update in the internal cache: */

DCTARGET = (     ((SYS_PROC == DCZ_T486) & (ICT[1] == DCZ_T486)
                   & !(CODE & !BIOSRD))
             #
                 ((SYS_PROC == DCZ_T386) & (ICT[1] == DCZ_T386)
                   & CODE & RDCMD)
           ) & !INVALIDATE;

/* now use the general indicator above and qualify it further to */
/* pick specific cases for overwrites and updates:              */

TRGTW0 = !IN_TEST & !DC_DIS & !LWOT[18] & !STR & !BCMD & DCTARGET &
         (    (THW0 & WTCMD)
```

58

```
                      # (THW0 & (WAY0_INVALID # WAY0_PRTIALVLD) & RDCMD)
                      # (ALLTAGMISS & WAY0_INVALID)
                      # (ALLTAGMISS & !WAY0_INVALID & (LLRU[1:0] == 00b))
                 );

TRGTW1 = !IN_TEST & !DC_DIS & !LW1T[18] & !STR & !BCMD & DCTARGET &
         !TRGTW0 &
         (    (THW1 & WTCMD)
              # (THW1 & (WAY1_INVALID # WAY1_PRTIALVLD) & RDCMD)
              # (ALLTAGMISS & WAY1_INVALID)
              # (ALLTAGMISS & !WAY1_INVALID & (LLRU[1:0] == 10b))
         );

TRGTW2 = !IN_TEST & !DC_DIS & !LW2T[18] & !STR & !BCMD & DCTARGET &
         !TRGTW1 & !TRGTW0 &
         (    (THW2 & WTCMD)
              # (THW2 & (WAY2_INVALID # WAY2_PRTIALVLD) & RDCMD)
              # (ALLTAGMISS & WAY2_INVALID)
              # (ALLTAGMISS & !WAY2_INVALID & (!LLRU[2]) & (LLRU[0]))
         );

TRGTW3 = !IN_TEST & !DC_DIS & !LW3T[18] & !STR & !BCMD & DCTARGET &
         !TRGTW2 & !TRGTW1 & !TRGTW0 &
         (    (THW3 & WTCMD)
              # (THW3 & (WAY3_INVALID # WAY3_PRTIALVLD) & RDCMD)
              # (ALLTAGMISS & WAY3_INVALID)
              # (ALLTAGMISS & !WAY3_INVALID & (LLRU[2]) & (LLRU[0]))
         );

W0_UPDATE =  TRGTW0 & !WB_OWNER &
                  (   IN_RRMSU & !IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID)
                      # (IN_VCMD & RDCMD & MISS0)
                  )
                  # (IN_VCMD & WTCMD & TRGTW0);

W1_UPDATE =  TRGTW1 & !WB_OWNER &
                  (   IN_RRMSU & !IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID)
                      # (IN_VCMD & RDCMD & MISS1)
                  )
                  # (IN_VCMD & WTCMD & TRGTW1);

W2_UPDATE =  TRGTW2 & !WB_OWNER &
                  (   IN_RRMSU & !IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID)
                      # (IN_VCMD & RDCMD & MISS2)
                  )
                  # (IN_VCMD & WTCMD & TRGTW2);

W3_UPDATE =  TRGTW3 & !WB_OWNER &
                  (   IN_RRMSU & !IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID)
                      # (IN_VCMD & RDCMD & MISS3)
                  )
```

59

```
                    # (IN_VCMD & WTCMD & TRGTW3);

UPDATE = W0_UPDATE # W1_UPDATE # W2_UPDATE # W3_UPDATE;

/*----------------------------------------------------------------*/
/* Dirty/Validity ramens and WEbs:                                */
/*                                                                */
/* Setting/Clearing of Dirty Bits:                                */
/* -------------------------------                                */
/*                                                                */
/* Dirty bits (1 per dword in a line for a total of 4/line) are */
/* to be set to 1 (dirty) or Cleared to 0 (clean) as follows:    */
/*                                                                */
/* For 386 Host CPU Systems:                                      */
/* -------------------------                                      */
/*                                                                */
/* The Data Cache is for Code and is thus READ-ONLY;as such,it  */
/* should NEVER OVERFLOW. (i.e., never contain dirty info.)      */
/*                                                                */
/* To ensure that no dirty info is written in during DC updates */
/* (which for this case are the only writes possible) should    */
/* ever occur on dirty bytes from the WB.  Thus, when the WB    */
/* merges its dirty byte(s) onto the TB data lines, it will      */
/* inform the DC NOT TO UPDATE using the WB_OWNER line.         */
/*                                                                */
/* Dirty Bits set to 1 (dirty) :    NEVER                        */
/* Dirty Bits left alone (no change) : ALWAYS                    */
/*                                                                */
/*                                                                */
/* For 486 Host CPU Systems:                                      */
/* -------------------------                                      */
/*                                                                */
/* The Data Cache is for Data and is thus READ-WRITE; thus, it  */
/* will often contain dirty data and may often overflow.  The   */
/* conditions for setting/clearing the dirty bits are now as     */
/* follows:                                                       */
/*                                                                */
/* Dirty Bits are set to 1 (dirty) :                             */
/*                                                                */
/* i.  On all HPM writes to the Data Cache;                     */
/* ii. On all WB to Data Cache updates that have the WB_MERGING */
/*     signal asserted.  These occur when the Data Cache misses */
/*     on a read operation and needs to update, and the WB has  */
/*     a hit ON DIRTY DATA and responds to the request.  If the */
/*     WB has such a hit, then he will drive his WB_MERGING     */
/*     signal active either immediately (he has all the bytes   */
/*     that were requested) or synced up with the returning      */
/*     data from DRAM. NOTE:  IF THE WB_OWNER LINE IS ACTIVE,    */
/*     THEN THE DATA CACHE WILL NOT UPDATE.                      */
/*                                                                */
/*                                                                */
```

60

```
/*  Dirty Bits are cleared to 0 (clean) :                     */
/*                                                             */
/* i.  On all updates, either from the PFQ or WB or DRAM that  */
/*      do NOT have the WB_MERGING signal asserted.  NOTE: if  */
/*      the WB_OWNER signal was asserted, the update would not */
/*      have occurred.                                         */
/*                                                             */
/*                                                             */
/*-----------------------------------------------------------*/

/* Change dirty bits and set dirty bits mux selects:          */
/* WB_MERGING must only be set if WB is merging out dirty data */

SETDTY[0] = (SYS_PROC == DCZ_T486) & (WTCMD # (UPDATE & WB_MERGING)) &
(RA[3:2] == DCZ_DW0);
SETDTY[1] = (SYS_PROC == DCZ_T486) & (WTCMD # (UPDATE & WB_MERGING)) &
(RA[3:2] == DCZ_DW1);
SETDTY[2] = (SYS_PROC == DCZ_T486) & (WTCMD # (UPDATE & WB_MERGING)) &
(RA[3:2] == DCZ_DW2);
SETDTY[3] = (SYS_PROC == DCZ_T486) & (WTCMD # (UPDATE & WB_MERGING)) &
(RA[3:2] == DCZ_DW3);


CHGDTY[0] = (SYS_PROC == DCZ_T486) & (WTCMD # UPDATE) & (RA[3:2] == DCZ_DW0);
CHGDTY[1] = (SYS_PROC == DCZ_T486) & (WTCMD # UPDATE) & (RA[3:2] == DCZ_DW1);
CHGDTY[2] = (SYS_PROC == DCZ_T486) & (WTCMD # UPDATE) & (RA[3:2] == DCZ_DW2);
CHGDTY[3] = (SYS_PROC == DCZ_T486) & (WTCMD # UPDATE) & (RA[3:2] == DCZ_DW3);


DVREN[0] = (TREN);
DVREN[1] = (TREN);
DVREN[2] = (TREN);
DVREN[3] = (TREN);

/*-------------------------------------------------------------*/
/* Test access OR return data from DRAM OR return data from other caches: */
/* since it will be hard (timing wise) to predict early enough if any of  */
/* the other caches has a hit, the DV ram will go ahead and do a write on */
/* all writes from the HPM as well as all updates, that way, hits from    */
/* other caches will be reflected correctly and data back from DRAM will  */
/* result in A SECOND WRITE to the DV rams upon the RTCMD:                 */
/* in summary, write dirty/validity ram                                   */
/*      - on DRAM read return updates;                                    */
/*        (this write happens twice since we can't predict in             */
/*         time if the data is going to come back from cache              */
/*         or DRAM, so assume it comes back from cache, do the            */
/*         write, and then if it comes back from DRAM, do the             */
/*         write again.                                                   */
/*      - on random read returns from cache;                             */
/*      - on random write snoops;                                        */
/*      - on streaming write snoops; note this is performed during        */
/*        PCLK high instead of low because DVREN is same as TREN,         */
```

61

```
/*       and the TREN is chopped differently for streaming reads    */
/*       and streaming writes.                                      */
/*----------------------------------------------------------------------*/
/*  ORIGINAL DVWEb PRIOR TO MODIFICATIONS FOR EXTENDED WEbs DURING
        UPDATES AND INVALIDATES: NOTE ALSO THAT MUST BE CAREFUL NOT TO
        ASSERT THE WRITE PULSE TOO EARLY -- THIS CAN DESTROY THE
        READ-BEFORE-WRITE NATURE ALWAYS REQUIRED:

!DVWEb[0] = !DC_DIS &
            (  !TST_DVWEb[0]
            # (!IVCMDb & RTCMD & RDCMD & !PCLK & (IDN[1:0] == DCZ_HPM_ID) &
WO_UPDATE )
            # ( IN_VCMD & !PCLK & WO_UPDATE ) /* rr w/ cache return or rw */
            # ( INVALIDATE & THW0 & !PCLK & !STR & IN_VCMD) /* random wt
snoops */
            # ( INVALIDATE & THW0 & PCLK & IN_SWEVAL)       /* str wt snoops
  */
            );
  */

!DVWEb[0] = !DC_DIS &
            (  !TST_DVWEb[0]
            # (!IVCMDb & RTCMD & RDCMD & !PCLK & (IDN[1:0] == DCZ_HPM_ID) &
WO_UPDATE )
            # ( IN_VCMD & (!PCLK # T3on) & WO_UPDATE ) /* rr w/ cache return
or rw */
            # ( INVALIDATE & THW0 & !PCLK & !STR & IN_VCMD) /* random wt
snoops */
            # ( INVALIDATE & THW0 & IN_SWEVAL)   /* str wt snoops    */
            );


!DVWEb[1] = !DC_DIS &
            (  !TST_DVWEb[1]
            # (!IVCMDb & RTCMD & RDCMD & !PCLK & (IDN[1:0] == DCZ_HPM_ID) &
W1_UPDATE )
            # ( IN_VCMD & (!PCLK # T3on) & W1_UPDATE ) /* rr w/ cache return
or rw */
            # ( INVALIDATE & THW1 & !PCLK & !STR & IN_VCMD) /* random wt
snoops */
            # ( INVALIDATE & THW1 & IN_SWEVAL)   /* str wt snoops    */
            );

!DVWEb[2] = !DC_DIS &
            (  !TST_DVWEb[2]
            # (!IVCMDb & RTCMD & RDCMD & !PCLK & (IDN[1:0] == DCZ_HPM_ID) &
W2_UPDATE )
            # ( IN_VCMD & (!PCLK # T3on) & W2_UPDATE ) /* rr w/ cache return
or rw */
            # ( INVALIDATE & THW2 & !PCLK & !STR & IN_VCMD) /* random wt
snoops */
```

62

```
                 # ( INVALIDATE & THW2 & IN_SWEVAL)    /* str wt snoops    */
                 );

!DVWEb[3] = !DC_DIS &
                 (   !TST_DVWEb[3]
                 # (!IVCMDb & RTCMD & RDCMD & !PCLK & (IDN[1:0] == DCZ_HPM_ID) &
W3_UPDATE )
                 # ( IN_VCMD & (!PCLK # T3on) & W3_UPDATE ) /* rr w/ cache return
or rw */
                 # ( INVALIDATE & THW3 & !PCLK & !STR & IN_VCMD) /* random wt
snoops */
                 # ( INVALIDATE & THW3 & IN_SWEVAL)    /* str wt snoops    */
                 );

/*------------------------------------------------------------*/
/*                                                            */
/* Setting of Validity bits:                                  */
/* -------------------------                                  */
/*                                                            */
/* Read operations requiring no update --> no change to v bits; */
/* Read operations requiring an update --> set to bytes updated;*/
/*                                                            */
/* All write operations: --> set to valid bytes written in;   */
/* All Invalidate operations: --> set to invalid bytes that hit;*/
/*                                                            */
/* define INVALIDATE operation first:                         */
/*                                                            */
/* 386 Host CPU:                                              */
/* -------------                                              */
/*                                                            */
/* Invalidate on ALL Writes (Cache is for Code)               */
/*                                                            */
/*                                                            */
/* 486 Host CPU:                                              */
/* -------------                                              */
/*                                                            */
/* Invalidate on All EMCA write operations                    */
/*                                                            */
/*------------------------------------------------------------*/

INVALIDATE = !DC_DIS &
                 (   (SYS_PROC == DCZ_T386) & WTCMD & !IDLE
                 # (SYS_PROC == DCZ_T486) & WTCMD & !IDLE
                    & (ICT[1:0] == DCZ_EMCA)
                 );

/*------------------------------------------------------------*/
/* control for muxing between latched BE's and BE's from TB and */
/* from invalidations:                                        */
/*                                                            */
/* Byte enables need to be clocked-in differently depending on  */
```

63

```
/* whether the operation was a streaming write or if it was an  */
/* operation requiring an update (in T2 or upon return from DR):*/
/*-----------------------------------------------------------*/

REGBE_CLKEN = (SWRITE & !DC_DIS); /* for invalidate cycles */

erregister(REGBE_CLKEN, IPORSTb, IBEb[3:0] , RIBEb[3:0]);

/*-----------------------------------------------------------*/
/* create the REFerence Byte Enables as a function of whether */
/* or not in streaming write mode:                           */
/*-----------------------------------------------------------*/

REFBEb[3:0] = (SWRITE & RIBEb[3:0]) # (!SWRITE & IBEb[3:0]);

/*-----------------------------------------------------------*/
/* Select the Latched Validity Bits just read out of the Vram to*/
/* be written back if:                                       */
/* - a read command came in and no update was required;      */
/* - a read command came in and an update was required BUT the */
/*   update did not affect a particular byte(s), then write the */
/*   old latched validity bits back into the ram:            */
/* - an invalidate operation is ongoing and some bytes are not */
/*   being invalidated, then old info from latch needs to be */
/*   written back to the ram:                                */
/*                                                           */
/* In all other cases, write in 'new' validity information:  */
/*                                                           */
/* - so, random writes,updates,or invld's with byte hits should */
/*   write in new information.                               */
/*                                                           */
/* IMPLEMENT AS FOLLOWS:                                     */
/*                                                           */
/* Select New Validity Data: (on a bit-by-bit basis)        */
/*                                                           */
/* - when update required, and byte enables active for the  */
/*   respective dwords;                                      */
/*                                                           */
/* - when a write intended for the internal cache occurs and */
/*   the corresponding byte enables are active for the re-   */
/*   spective dwords;                                        */
/*                                                           */
/* - when an invalidate operation occurs to the Int. Cache and */
/*   the corresponding byte enables are active for the re-   */
/*   spective dwords;                                        */
/*                                                           */
/*   OTHERWISE, latched data should be routed back to the    */
/*   validity inputs of the DVram:                           */
/*-----------------------------------------------------------*/

SNVDA[0] = (UPDATE & (RA[3:2] == DCZ_DW0) & !REFBEb[0])
```

64

```
                  # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW0) & !REFBEb[0]);

SNVDA[1] = (UPDATE & (RA[3:2] == DCZ_DW0) & !REFBEb[1])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW0) & !REFBEb[1]);

SNVDA[2] = (UPDATE & (RA[3:2] == DCZ_DW0) & !REFBEb[2])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW0) & !REFBEb[2]);

SNVDA[3] = (UPDATE & (RA[3:2] == DCZ_DW0) & !REFBEb[3])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW0) & !REFBEb[3]);

/* Now, for dword B:  */

SNVDB[0] = (UPDATE & (RA[3:2] == DCZ_DW1) & !REFBEb[0])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW1) & !REFBEb[0]);

SNVDB[1] = (UPDATE & (RA[3:2] == DCZ_DW1) & !REFBEb[1])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW1) & !REFBEb[1]);

SNVDB[2] = (UPDATE & (RA[3:2] == DCZ_DW1) & !REFBEb[2])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW1) & !REFBEb[2]);

SNVDB[3] = (UPDATE & (RA[3:2] == DCZ_DW1) & !REFBEb[3])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW1) & !REFBEb[3]);


/* Now, for dword C:  */

SNVDC[0] = (UPDATE & (RA[3:2] == DCZ_DW2) & !REFBEb[0])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW2) & !REFBEb[0]);

SNVDC[1] = (UPDATE & (RA[3:2] == DCZ_DW2) & !REFBEb[1])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW2) & !REFBEb[1]);

SNVDC[2] = (UPDATE & (RA[3:2] == DCZ_DW2) & !REFBEb[2])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW2) & !REFBEb[2]);

SNVDC[3] = (UPDATE & (RA[3:2] == DCZ_DW2) & !REFBEb[3])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW2) & !REFBEb[3]);

/* Now, for dword D:  */

SNVDD[0] = (UPDATE & (RA[3:2] == DCZ_DW3) & !REFBEb[0])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW3) & !REFBEb[0]);

SNVDD[1] = (UPDATE & (RA[3:2] == DCZ_DW3) & !REFBEb[1])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW3) & !REFBEb[1]);

SNVDD[2] = (UPDATE & (RA[3:2] == DCZ_DW3) & !REFBEb[2])
           # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW3) & !REFBEb[2]);
```

65

```
SNVDD[3] = (UPDATE & (RA[3:2] == DCZ_DW3) & !REFBEb[3])
         # (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW3) & !REFBEb[3]);

/*------------------------------------------------------------*/
/* For streaming write snoops, need to qualify opening the    */
/* latch for latching the SLVDs with the single delay version */
/* of the IA[3:2] bus;                                        */
/*                                                            */
/* For normal update cycles, only 1 dword affected and the    */
/* rest need to stay as latched:                              */
/*                                                            */
/* (latches needed for snoop case so selects don't change as  */
/*  the address changes)                                      */
/*------------------------------------------------------------*/

!LSELA_ENb = (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW0)) #
             (UPDATE & !DC_DIS &
              ( (IN_VCMD) #
                (!IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID))
              )
             );

!LSELB_ENb = (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW1)) #
             (UPDATE & !DC_DIS &
              ( (IN_VCMD) #
                (!IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID))
              )
             );

!LSELC_ENb = (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW2)) #
             (UPDATE & !DC_DIS &
              ( (IN_VCMD) #
                (!IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID))
              )
             );

!LSELD_ENb = (INVALIDATE & (DLY1_IA[3:2] == DCZ_DW3)) #
             (UPDATE & !DC_DIS &
              ( (IN_VCMD) #
                (!IVCMDb & RTCMD & (IDN[1:0] == DCZ_HPM_ID))
              )
             );

rlatch(LSELA_ENb, IPORSTb, SNVDA[3:0], LSNVDA[3:0]);
rlatch(LSELB_ENb, IPORSTb, SNVDB[3:0], LSNVDB[3:0]);
rlatch(LSELC_ENb, IPORSTb, SNVDC[3:0], LSNVDC[3:0]);
rlatch(LSELD_ENb, IPORSTb, SNVDD[3:0], LSNVDD[3:0]);

/*------------------------------------------------------------*/
/* byte hit equations:                                        */
/*                                                            */
```

66

```
/* Byte hit results on READS reflect the following:          */
/*                                                           */
/* - that a tag hit occurred on a non-disabled line;         */
/* - that the data bytes, each treated on an individual basis */
/*   were valid;                                             */
/*                                                           */
/* Byte hit results on READS reflect the following:          */
/*                                                           */
/* - that the write was absorbed by the cache;               */
/*   (write comes in with >= 1 line enabled in cache)        */
/*                                                           */
/*-----------------------------------------------------------*/

WT_ABSORBED = !IN_TEST & !DC_DIS & (SYS_PROC == DCZ_T486) & WTCMD & !IDLE &
              (!LW0T[18] # !LW1T[18] # !LW2T[18] # !LW3T[18]);

DC_HIT[0] =   (THW0 & !LW0T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV0[0])
             # ((RA[3:2] == DCZ_DW1) & !LDV0[4])
             # ((RA[3:2] == DCZ_DW2) & !LDV0[8])
             # ((RA[3:2] == DCZ_DW3) & !LDV0[12])
             )
          # (THW1 & !LW1T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV1[0])
             # ((RA[3:2] == DCZ_DW1) & !LDV1[4])
             # ((RA[3:2] == DCZ_DW2) & !LDV1[8])
             # ((RA[3:2] == DCZ_DW3) & !LDV1[12])
             )
          # (THW2 & !LW2T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV2[0])
             # ((RA[3:2] == DCZ_DW1) & !LDV2[4])
             # ((RA[3:2] == DCZ_DW2) & !LDV2[8])
             # ((RA[3:2] == DCZ_DW3) & !LDV2[12])
             )
          # (THW3 & !LW3T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV3[0])
             # ((RA[3:2] == DCZ_DW1) & !LDV3[4])
             # ((RA[3:2] == DCZ_DW2) & !LDV3[8])
             # ((RA[3:2] == DCZ_DW3) & !LDV3[12])
             )
          # (WT_ABSORBED);

DC_HIT[1] =   (THW0 & !LW0T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV0[1])
             # ((RA[3:2] == DCZ_DW1) & !LDV0[5])
             # ((RA[3:2] == DCZ_DW2) & !LDV0[9])
             # ((RA[3:2] == DCZ_DW3) & !LDV0[13])
             )
          # (THW1 & !LW1T[18] & !DC_DIS)
          & (  ((RA[3:2] == DCZ_DW0) & !LDV1[1])
             # ((RA[3:2] == DCZ_DW1) & !LDV1[5])
```

67

```
                   #  ((RA[3:2] == DCZ_DW2) & !LDV1[9])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV1[13])
                   )
           #  (THW2 & !LW2T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV2[1])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV2[5])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV2[9])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV2[13])
                   )
           #  (THW3 & !LW3T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV3[1])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV3[5])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV3[9])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV3[13])
                   )
           #  (WT_ABSORBED);

DC_HIT[2] =    (THW0 & !LW0T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV0[2])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV0[6])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV0[10])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV0[14])
                   )
           #  (THW1 & !LW1T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV1[2])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV1[6])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV1[10])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV1[14])
                   )
           #  (THW2 & !LW2T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV2[2])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV2[6])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV2[10])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV2[14])
                   )
           #  (THW3 & !LW3T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV3[2])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV3[6])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV3[10])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV3[14])
                   )
           #  (WT_ABSORBED);

DC_HIT[3] =    (THW0 & !LW0T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV0[3])
                   #  ((RA[3:2] == DCZ_DW1) & !LDV0[7])
                   #  ((RA[3:2] == DCZ_DW2) & !LDV0[11])
                   #  ((RA[3:2] == DCZ_DW3) & !LDV0[15])
                   )
           #  (THW1 & !LW1T[18] & !DC_DIS)
             & (   ((RA[3:2] == DCZ_DW0) & !LDV1[3])
```

68

```
                   #  ((RA[3:2]  ==  DCZ_DW1)  &  !LDV1[7])
                   #  ((RA[3:2]  ==  DCZ_DW2)  &  !LDV1[11])
                   #  ((RA[3:2]  ==  DCZ_DW3)  &  !LDV1[15])
                   )
          #  (THW2  &  !LW2T[18]  &  !DC_DIS)
           &  (   ((RA[3:2]  ==  DCZ_DW0)  &  !LDV2[3])
                   #  ((RA[3:2]  ==  DCZ_DW1)  &  !LDV2[7])
                   #  ((RA[3:2]  ==  DCZ_DW2)  &  !LDV2[11])
                   #  ((RA[3:2]  ==  DCZ_DW3)  &  !LDV2[15])
                   )
          #  (THW3  &  !LW3T[18]  &  !DC_DIS)
           &  (   ((RA[3:2]  ==  DCZ_DW0)  &  !LDV3[3])
                   #  ((RA[3:2]  ==  DCZ_DW1)  &  !LDV3[7])
                   #  ((RA[3:2]  ==  DCZ_DW2)  &  !LDV3[11])
                   #  ((RA[3:2]  ==  DCZ_DW3)  &  !LDV3[15])
                   )
          #  (WT_ABSORBED);


/*------------------------------------------------------------*/
/* Equations for latching data read out of the tag rams:      */
/*------------------------------------------------------------*/

/* tag, tag parity, validity, and dirty information latch control:  */

!TL_ENb[0] = !DC_DIS & PCLK & (T2 # !NEWTAGT1b);
!TL_ENb[1] = !DC_DIS & PCLK & (T2 # !NEWTAGT1b);
!TL_ENb[2] = !DC_DIS & PCLK & (T2 # !NEWTAGT1b);
!TL_ENb[3] = !DC_DIS & PCLK & (T2 # !NEWTAGT1b);

/*------------------------------------------------------------*/
/* Equations for latching data read out of the data rams:     */
/*------------------------------------------------------------*/
/* Data ram latches should capture data as follows:           */
/*                                                            */
/* Random Read/Write Operations:                              */
/* -----------------------------                              */
/*                                                            */
/* -latching required in case of overflows, so latch data read */
/*  out during PCLK of every VCMD;                            */
/*                                                            */
/* 486 Burst Read Operation:                                  */
/* -------------------------                                  */
/*                                                            */
/* -latching required in order to merge data out onto the TB; */
/*  (no overflows possible), so can latch data when:          */
/*                                                            */
/* i.  in T2, enable all latches;                             */
/* ii. in T3on, only enable the latch for the specific data   */
/*      requested (could be 1, 2, or 3 at once)               */
/*                                                            */
```

69

```
/*                                                              */
/* Streaming Read Operations:                                   */
/* --------------------------                                   */
/*                                                              */
/* -latching required in order to merge data out onto the TB;   */
/*  also no overflows possible here; same as burst read, but    */
/*  of unknown duration, so each time a new tag boundary is     */
/*  crossed, then data rams will (revision?) be enabled only    */
/*  if they contain dirty data and not otherwise.(currently, do */
/*  not check for dirty -- impacts gate out equation which      */
/*  currently gates out whenever the data is valid, independent */
/*  of dirty).                                                  */
/*                                                              */
/*  Overflows:                                                  */
/*  ----------                                                  */
/*                                                              */
/*  Leave latches open while overflow to DRAM occurring since   */
/*  rams providing data will hold the data since their ramen    */
/*  signals will be held; and then close the latches when       */
/*  MCSM enters the final multiple overflow eval state (FEVAL). */
/*  this way, whatever was left to be sent to DRAM is now       */
/*  latched (*converting* the multiple or complex overflow into */
/*  a true, simple, overflow) and now GASM can go to IDLE       */
/*  and wait for a new ADSb while the simple overflow is going  */
/*  to DRAM (or waiting to go to DRAM).  Note that if an ADSb   */
/*  does come in and the simple overflow has still not been     */
/*  accepted by the DRAM, GASM uses state WTSOV to handle wait. */
/*------------------------------------------------------------- */


!W0LRD_ENb =    (T2 & PCLK)
            #   (THW0 & IN_SREVAL & NEWTAGT2b & PCLK)
            #   (THW0 & IN_SREVAL & !NEWTAGT2b)
            #   (THW0 & PCLK & (IN_BHIT # IN_BEVAL))
            #   (IN_MULOVNOP # IN_MULOVEVAL)  /* opens ALL data latches */
            #   (IN_SOVFL & IN_OVFL); /* note that simple single is not */
                                /* affected by this last stmt.     */
!W1LRD_ENb =    (T2 & PCLK)
            #   (THW1 & IN_SREVAL & NEWTAGT2b & PCLK)
            #   (THW1 & IN_SREVAL & !NEWTAGT2b)
            #   (THW1 & PCLK & (IN_BHIT # IN_BEVAL))
            #   (IN_MULOVNOP # IN_MULOVEVAL)  /* opens ALL data latches */
            #   (IN_SOVFL & IN_OVFL); /* note that simple single is not */
                                /* affected by this last stmt.     */
!W2LRD_ENb =    (T2 & PCLK)
            #   (THW2 & IN_SREVAL & NEWTAGT2b & PCLK)
            #   (THW2 & IN_SREVAL & !NEWTAGT2b)
            #   (THW2 & PCLK & (IN_BHIT # IN_BEVAL))
            #   (IN_MULOVNOP # IN_MULOVEVAL)  /* opens ALL data latches */
            #   (IN_SOVFL & IN_OVFL); /* note that simple single is not */
                                /* affected by this last stmt.     */
!W3LRD_ENb =    (T2 & PCLK)
```

70

```
              # (THW3 & IN_SREVAL & NEWTAGT2b & PCLK)
              # (THW3 & IN_SREVAL & !NEWTAGT2b)
              # (THW3 & PCLK & (IN_BHIT # IN_BEVAL))
              # (IN_MULOVNOP # IN_MULOVEVAL)  /* opens ALL data latches */
              # (IN_SOVFL & IN_OVFL); /* note that simple single is not */
                                      /* affected by this last stmt.    */


/* now, perform translation for latching data read out:  */

PICKA4LE = T2 # (IN_MULOVNOP # IN_MULOVEVAL # (IN_SOVFL & IN_OVFL)) #
              (T3on &
               (  (BCMD & (RA[3:2] == DCZ_DW0))
                # (STR & (DLY2_IA[3:2] == DCZ_DW0))
                )
              );

PICKB4LE = T2 # (IN_MULOVNOP # IN_MULOVEVAL # (IN_SOVFL & IN_OVFL)) #
              (T3on &
               (  (BCMD & (RA[3:2] == DCZ_DW1))
                # (STR & (DLY2_IA[3:2] == DCZ_DW1))
                )
              );

PICKC4LE = T2 # (IN_MULOVNOP # IN_MULOVEVAL # (IN_SOVFL & IN_OVFL)) #
              (T3on &
               (  (BCMD & (RA[3:2] == DCZ_DW2))
                # (STR & (DLY2_IA[3:2] == DCZ_DW2))
                )
              );

PICKD4LE = T2 # (IN_MULOVNOP # IN_MULOVEVAL # (IN_SOVFL & IN_OVFL)) #
              (T3on &
               (  (BCMD & (RA[3:2] == DCZ_DW3))
                # (STR & (DLY2_IA[3:2] == DCZ_DW3))
                )
              );


!WILRD_ENb = !DC_DIS &
               (
                PICKA4LE & !W0LRD_ENb #
                PICKB4LE & !W1LRD_ENb #
                PICKC4LE & !W2LRD_ENb #
                PICKD4LE & !W3LRD_ENb);

!WJLRD_ENb = !DC_DIS &
               (
                PICKA4LE & !W1LRD_ENb #
                PICKB4LE & !W2LRD_ENb #
                PICKC4LE & !W3LRD_ENb #
```

71

```
                PICKD4LE & !W0LRD_ENb);

!WKLRD_ENb = !DC_DIS &
                (
                PICKA4LE & !W2LRD_ENb #
                PICKB4LE & !W3LRD_ENb #
                PICKC4LE & !W0LRD_ENb #
                PICKD4LE & !W1LRD_ENb);

!WLLRD_ENb = !DC_DIS &
                (
                PICKA4LE & !W3LRD_ENb #
                PICKB4LE & !W0LRD_ENb #
                PICKC4LE & !W1LRD_ENb #
                PICKD4LE & !W2LRD_ENb);

/*----------------------------------------------------------------*/
/* WE pulses for data and tag rams:                               */
/* WxWEb[i] represents dword # within line of way x               */
/*----------------------------------------------------------------*/


!W0WEb[0]  = (!PCLK & (RA[3:2] == DCZ_DW0) & W0_UPDATE) # !TST_WE0b[0];
!W0WEb[1]  = (!PCLK & (RA[3:2] == DCZ_DW1) & W0_UPDATE) # !TST_WE0b[1];
!W0WEb[2]  = (!PCLK & (RA[3:2] == DCZ_DW2) & W0_UPDATE) # !TST_WE0b[2];
!W0WEb[3]  = (!PCLK & (RA[3:2] == DCZ_DW3) & W0_UPDATE) # !TST_WE0b[3];

!W1WEb[0]  = (!PCLK & (RA[3:2] == DCZ_DW0) & W1_UPDATE) # !TST_WE1b[0];
!W1WEb[1]  = (!PCLK & (RA[3:2] == DCZ_DW1) & W1_UPDATE) # !TST_WE1b[1];
!W1WEb[2]  = (!PCLK & (RA[3:2] == DCZ_DW2) & W1_UPDATE) # !TST_WE1b[2];
!W1WEb[3]  = (!PCLK & (RA[3:2] == DCZ_DW3) & W1_UPDATE) # !TST_WE1b[3];

!W2WEb[0]  = (!PCLK & (RA[3:2] == DCZ_DW0) & W2_UPDATE) # !TST_WE2b[0];
!W2WEb[1]  = (!PCLK & (RA[3:2] == DCZ_DW1) & W2_UPDATE) # !TST_WE2b[1];
!W2WEb[2]  = (!PCLK & (RA[3:2] == DCZ_DW2) & W2_UPDATE) # !TST_WE2b[2];
!W2WEb[3]  = (!PCLK & (RA[3:2] == DCZ_DW3) & W2_UPDATE) # !TST_WE2b[3];

!W3WEb[0]  = (!PCLK & (RA[3:2] == DCZ_DW0) & W3_UPDATE) # !TST_WE3b[0];
!W3WEb[1]  = (!PCLK & (RA[3:2] == DCZ_DW1) & W3_UPDATE) # !TST_WE3b[1];
!W3WEb[2]  = (!PCLK & (RA[3:2] == DCZ_DW2) & W3_UPDATE) # !TST_WE3b[2];
!W3WEb[3]  = (!PCLK & (RA[3:2] == DCZ_DW3) & W3_UPDATE) # !TST_WE3b[3];


!WIWEb = !DC_DIS &
          (!W0WEb[0] #
           !W1WEb[1] #
           !W2WEb[2] #
           !W3WEb[3]);

!WJWEb = !DC_DIS &
          (!W1WEb[0] #
```

72

```
              !W2WEb[1] #
              !W3WEb[2] #
              !W0WEb[3]);

!WKWEb = !DC_DIS &
              (!W2WEb[0] #
              !W3WEb[1] #
              !W0WEb[2] #
              !W1WEb[3]);

!WLWEb = !DC_DIS &
              (!W3WEb[0] #
              !W0WEb[1] #
              !W1WEb[2] #
              !W2WEb[3]);


!FBDIb = !WIWEb # !WIREN;
!FBDJb = !WJWEb # !WJREN;
!FBDKb = !WKWEb # !WKREN;
!FBDLb = !WLWEb # !WLREN;


/* TRWEb[x] == tag ram write pulse for way x: */

!TRWEb[0]   = !DC_DIS &
                  ((!LW0T[18] &
                   /* read with update and tagmiss:  */
                   /* and write with tagmiss         */
                   (TMATCH0b & W0_UPDATE & IN_VCMD & !PCLK)
                  ) # !TST_TRWE0b
                  );

!TRWEb[1]   = !DC_DIS &
                  ((!LW1T[18] &
                   /* read with update and tagmiss:  */
                   /* and write with tagmiss         */
                   (TMATCH1b & W1_UPDATE & IN_VCMD & !PCLK)
                  ) # !TST_TRWE1b
                  );

!TRWEb[2]   = !DC_DIS &
                  ((!LW2T[18] &
                   /* read with update and tagmiss:  */
                   /* and write with tagmiss         */
                   (TMATCH2b & W2_UPDATE & IN_VCMD & !PCLK)
                  ) # !TST_TRWE2b
                  );

!TRWEb[3]   = !DC_DIS &
                  ((!LW3T[18] &
```

73

```
                        /* read with update and tagmiss:  */
                        /* and write with tagmiss          */
                        (TMATCH3b & W3_UPDATE & IN_VCMD & !PCLK)
                      ) # !TST_TRWE3b
                  );


/* and need to 'or' tag low and high parity errors and report out:  */

TPE0 = THPE0 # TLPE0;
TPE1 = THPE1 # TLPE1;
TPE2 = THPE2 # TLPE2;
TPE3 = THPE3 # TLPE3;

DC_TPERR = !DC_DIS & (  !LW0T[18] & TPE0
                     # !LW1T[18] & TPE1
                     # !LW2T[18] & TPE2
                     # !LW3T[18] & TPE3);

/*------------------------------------------------------------*/
/* TB request signals:                                        */
/*                                                            */
/* Data Cache needs to request bus during overflow cycles; so */
/* Simple, Complex, and Multiple overflows need to issue req. */
/* for bus.  Multiple overflows need to lock the bus as well  */
/* to send up to four overflow dwords to DRAM:                */
/*                                                            */
/*------------------------------------------------------------*/

/* NOTE that these signals may need to be sent thru tri-states: */

!IDC_REQb   = !DC_DIS & (SNGLOF2SM # MOF2SM);
IDC_RETRYb  = 0;
!IDC_VCMDb  = !DC_DIS & MOF2SM & !IDC_GRANTb;


/* !LCKENb := !DC_DIS & (MOF2SM & !IDC_GRANTb # !LCKENb & SMPLOF2SM);
   KILL LATER  */

ONE = 1b;
buffer (DC_BURSTb , ONE , I486BURST);

/*------------------------------------------------------------*/
/*                                                            */
/* Terms needed to control gating out of overflow information */
/* onto TB.  The following FLUSHi terms are used in conjunction */
/* with the gate out terms GO_xxx to output the correct bytes */
/* onto the TB:                                               */
/*                                                            */
/*------------------------------------------------------------*/
```

74

```
FLUSHW0 = !DC_DIS & !LW0T[18] & (LSNGLOF0 # LMOF0);
FLUSHW1 = !DC_DIS & !LW1T[18] & (LSNGLOF1 # LMOF1);
FLUSHW2 = !DC_DIS & !LW2T[18] & (LSNGLOF2 # LMOF2);
FLUSHW3 = !DC_DIS & !LW3T[18] & (LSNGLOF3 # LMOF3);

/*-------------------------------------------------------------*/
/* Tag hit signals tailored for needs of gate out terms so that */
/* tag hits on NEW lines don't interfere with gating out OLD    */
/* line's information:                                          */
/*-------------------------------------------------------------*/

GOHW0 := THW0 & NEWNXTLNb;
GOHW1 := THW1 & NEWNXTLNb;
GOHW2 := THW2 & NEWNXTLNb;
GOHW3 := THW3 & NEWNXTLNb;

/*-------------------------------------------------------------*/
/* Control terms for gating out data bytes onto the TB:         */
/*                                                              */
/* Need to gate out onto TB under the following conditions:     */
/*                                                              */
/*                                                              */
/* Random Reads:                                                */
/* -------------                                                */
/*                                                              */
/* - gate out any bytes that hit during VCMD state  while       */
/*   turning on the corresponding DRAM BLOCK signals as well;    */
/*                                                              */
/* 486 Burst Reads:                                             */
/* ----------------                                             */
/*                                                              */
/* - gate out starting in T3 those bytes that hit, again        */
/*   blocking the appropriate DRAM bytes; can use SM flag        */
/*   WT4_DRTN to indicate when to sync up the data;              */
/*   Also need to merge any dirty data that hits after an        */
/*   earlier miss (due to tag hit with invalid data).            */
/*                                                              */
/*                                                              */
/* Streaming Reads:                                             */
/* ----------------                                             */
/*                                                              */
/* - merge all valid bytes that hit onto the TB, blocking        */
/*   DRAM again; this should achieve same effect as merging      */
/*   only dirty valid data that hits.                            */
/*                                                              */
/* Overflow Operations:                                         */
/* --------------------                                         */
/*                                                              */
/*                    TB IS **GRANTED** AND:                    */
/*                                                              */
/* - Simple, Complex, or Multiple overflows occurring and need  */
```

```
/*   to write information to DRAM.                              */
/*                                                              */
/*-------------------------------------------------------------*/


/* if you're accessing a certain dword, and the particular byte */
/* in that dword is valid, then...                              */

/* streaming reads: */
/* NOTE: STREAMING READS NEED TO USE SOMETHING OTHER THAN THWi SINCE */
/* THE BUFFERS NEED TO GATE OUT 'OLD' TAG'S DATA AND NEW TAG ACCESS  */
/* CAN CAUSE NEW TAG HITS THAT CAN MESS UP THE GATING....           */


!GO_W0Db[0] = (     (RA[3:2] == DCZ_DW0) & (!LDV0[0] )
                # (RA[3:2] == DCZ_DW1) & (!LDV0[4] )
                # (RA[3:2] == DCZ_DW2) & (!LDV0[8] )
                # (RA[3:2] == DCZ_DW3) & (!LDV0[12])
               ) & !IN_TEST

               &

               (   (THW0 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW0)
                # (THW0 & (IN_BHIT # IN_BEVAL))
               )

               #

               (GOHW0 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV0[0]  )
                 # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV0[4]  )
                 # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV0[8]  )
                 # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV0[12] )
                )
               );

!GO_W0Db[1] = (     (RA[3:2] == DCZ_DW0) & (!LDV0[1]  )
                # (RA[3:2] == DCZ_DW1) & (!LDV0[5]  )
                # (RA[3:2] == DCZ_DW2) & (!LDV0[9]  )
                # (RA[3:2] == DCZ_DW3) & (!LDV0[13]  )
               ) & !IN_TEST

               &

               (   (THW0 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW0)
                # (THW0 & (IN_BHIT # IN_BEVAL))
               )
```

76

```
                    #

            (GOHW0 & IN_SREVAL & !IN_TEST &
             (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV0[1]   )
               # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV0[5]   )
               # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV0[9]   )
               # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV0[13]  )
             )
            );

!GO_W0Db[2] = (   (RA[3:2] == DCZ_DW0) & (!LDV0[2]   )
                # (RA[3:2] == DCZ_DW1) & (!LDV0[6]   )
                # (RA[3:2] == DCZ_DW2) & (!LDV0[10]  )
                # (RA[3:2] == DCZ_DW3) & (!LDV0[14]  )
              ) & !IN_TEST

              &

              (   (THW0 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW0)
                # (THW0 & (IN_BHIT # IN_BEVAL))
              )

                    #

            (GOHW0 & IN_SREVAL & !IN_TEST &
             (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV0[2]   )
               # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV0[6]   )
               # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV0[10]  )
               # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV0[14]  )
             )
            );

!GO_W0Db[3] = (   (RA[3:2] == DCZ_DW0) & (!LDV0[3]   )
                # (RA[3:2] == DCZ_DW1) & (!LDV0[7]   )
                # (RA[3:2] == DCZ_DW2) & (!LDV0[11]  )
                # (RA[3:2] == DCZ_DW3) & (!LDV0[15]  )
              ) & !IN_TEST

              &

              (   (THW0 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW0)
                # (THW0 & (IN_BHIT # IN_BEVAL))
              )

                    #
```

77

```
               (GOHW0 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV0[3]    )
                 #  (DLY2_IA[3:2] == DCZ_DW1) & (!LDV0[7]    )
                 #  (DLY2_IA[3:2] == DCZ_DW2) & (!LDV0[11]   )
                 #  (DLY2_IA[3:2] == DCZ_DW3) & (!LDV0[15]   )
                )
               );


!GO_W1Db[0] = (   (RA[3:2] == DCZ_DW0) & (!LDV1[0]    )
               #  (RA[3:2] == DCZ_DW1) & (!LDV1[4]    )
               #  (RA[3:2] == DCZ_DW2) & (!LDV1[8]    )
               #  (RA[3:2] == DCZ_DW3) & (!LDV1[12]   )
              ) & !IN_TEST

              &

              (   (THW1 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
               #  (!IDC_GRANTb & FLUSHW1)
               #  (THW1 & (IN_BHIT # IN_BEVAL))
              )

              #

               (GOHW1 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV1[0]    )
                 #  (DLY2_IA[3:2] == DCZ_DW1) & (!LDV1[4]    )
                 #  (DLY2_IA[3:2] == DCZ_DW2) & (!LDV1[8]    )
                 #  (DLY2_IA[3:2] == DCZ_DW3) & (!LDV1[12]   )
                )
               );

!GO_W1Db[1] = (   (RA[3:2] == DCZ_DW0) & (!LDV1[1]    )
               #  (RA[3:2] == DCZ_DW1) & (!LDV1[5]    )
               #  (RA[3:2] == DCZ_DW2) & (!LDV1[9]    )
               #  (RA[3:2] == DCZ_DW3) & (!LDV1[13]   )
              ) & !IN_TEST

              &

              (   (THW1 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
               #  (!IDC_GRANTb & FLUSHW1)
               #  (THW1 & (IN_BHIT # IN_BEVAL))
              )

              #

               (GOHW1 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV1[1]    )
```

78

```
                   # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV1[5]    )
                   # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV1[9]    )
                   # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV1[13]   )
                 )
               );

!GO_W1Db[2] = (    (RA[3:2] == DCZ_DW0) & (!LDV1[2]    )
                 # (RA[3:2] == DCZ_DW1) & (!LDV1[6]    )
                 # (RA[3:2] == DCZ_DW2) & (!LDV1[10]   )
                 # (RA[3:2] == DCZ_DW3) & (!LDV1[14]   )
               ) & !IN_TEST

               &

               (    (THW1 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                 # (!IDC_GRANTb & FLUSHW1)
                 # (THW1 & (IN_BHIT # IN_BEVAL))
               )

               #

               (GOHW1 & IN_SREVAL & !IN_TEST &
                 (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV1[2]    )
                   # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV1[6]    )
                   # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV1[10]   )
                   # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV1[14]   )
                 )
               );

!GO_W1Db[3] = (    (RA[3:2] == DCZ_DW0) & (!LDV1[3]    )
                 # (RA[3:2] == DCZ_DW1) & (!LDV1[7]    )
                 # (RA[3:2] == DCZ_DW2) & (!LDV1[11]   )
                 # (RA[3:2] == DCZ_DW3) & (!LDV1[15]   )
               ) & !IN_TEST

               &

               (    (THW1 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                 # (!IDC_GRANTb & FLUSHW1)
                 # (THW1 & (IN_BHIT # IN_BEVAL))
               )

               #

               (GOHW1 & IN_SREVAL & !IN_TEST &
                 (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV1[3]    )
                   # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV1[7]    )
                   # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV1[11]   )
                   # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV1[15]   )
```

79

```
                  )
                  );

!GO_W2Db[0] = (     (RA[3:2] == DCZ_DW0) & (!LDV2[0]   )
                  # (RA[3:2] == DCZ_DW1) & (!LDV2[4]   )
                  # (RA[3:2] == DCZ_DW2) & (!LDV2[8]   )
                  # (RA[3:2] == DCZ_DW3) & (!LDV2[12]  )
               ) & !IN_TEST

               &

               (    (THW2 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                  # (!IDC_GRANTb & FLUSHW2)
                  # (THW2 & (IN_BHIT # IN_BEVAL))
               )

               #

               (GOHW2 & IN_SREVAL & !IN_TEST &
                  (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV2[0]   )
                     # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV2[4]   )
                     # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV2[8]   )
                     # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV2[12]  )
                  )
               );

!GO_W2Db[1] = (     (RA[3:2] == DCZ_DW0) & (!LDV2[1]   )
                  # (RA[3:2] == DCZ_DW1) & (!LDV2[5]   )
                  # (RA[3:2] == DCZ_DW2) & (!LDV2[9]   )
                  # (RA[3:2] == DCZ_DW3) & (!LDV2[13]  )
               ) & !IN_TEST

               &

               (    (THW2 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                  # (!IDC_GRANTb & FLUSHW2)
                  # (THW2 & (IN_BHIT # IN_BEVAL))
               )

               #

               (GOHW2 & IN_SREVAL & !IN_TEST &
                  (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV2[1]   )
                     # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV2[5]   )
                     # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV2[9]   )
                     # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV2[13]  )
                  )
               );
```

80

```
!GO_W2Db[2] = {    {RA[3:2] == DCZ_DW0} & {!LDV2[2]    }
               # (RA[3:2] == DCZ_DW1) & (!LDV2[6]    )
               # (RA[3:2] == DCZ_DW2) & (!LDV2[10]   )
               # (RA[3:2] == DCZ_DW3) & (!LDV2[14]   )
             ) & !IN_TEST

               &

             (    (THW2 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID)))))
               # (!IDC_GRANTb & FLUSHW2)
               # (THW2 & (IN_BHIT # IN_BEVAL))
             )

               #

             (GOHW2 & IN_SREVAL & !IN_TEST &
               (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV2[2]    )
               # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV2[6]    )
               # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV2[10]   )
               # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV2[14]   )
               )
             );

!GO_W2Db[3] = (    (RA[3:2] == DCZ_DW0) & (!LDV2[3]    )
               # (RA[3:2] == DCZ_DW1) & (!LDV2[7]    )
               # (RA[3:2] == DCZ_DW2) & (!LDV2[11]   )
               # (RA[3:2] == DCZ_DW3) & (!LDV2[15]   )
             ) & !IN_TEST

               &

             (    (THW2 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID)))))
               # (!IDC_GRANTb & FLUSHW2)
               # (THW2 & (IN_BHIT # IN_BEVAL))
             )

               #

             (GOHW2 & IN_SREVAL & !IN_TEST &
               (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV2[3]    )
               # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV2[7]    )
               # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV2[11]   )
               # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV2[15]   )
               )
             );


!GO_W3Db[0] = (    (RA[3:2] == DCZ_DW0) & (!LDV3[0]    )
               # (RA[3:2] == DCZ_DW1) & (!LDV3[4]    ;
```

81

```
                # (RA[3:2] == DCZ_DW2) & (!LDV3[8]    )
                # (RA[3:2] == DCZ_DW3) & (!LDV3[12]   )
            ) & !IN_TEST

            &

            (   (THW3 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW3)
                # (THW3 & (IN_BHIT # IN_BEVAL))
            )

            #

            (GOHW3 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV3[0]    )
                  # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV3[4]    )
                  # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV3[8]    )
                  # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV3[12]   )
                )
            );

!GO_W3Db[1] = (   (RA[3:2] == DCZ_DW0) & (!LDV3[1]    )
                # (RA[3:2] == DCZ_DW1) & (!LDV3[5]    )
                # (RA[3:2] == DCZ_DW2) & (!LDV3[9]    )
                # (RA[3:2] == DCZ_DW3) & (!LDV3[13]   )
            ) & !IN_TEST

            &

            (   (THW3 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                # (!IDC_GRANTb & FLUSHW3)
                # (THW3 & (IN_BHIT # IN_BEVAL))
            )

            #

            (GOHW3 & IN_SREVAL & !IN_TEST &
                (   (DLY2_IA[3:2] == DCZ_DW0) & (!LDV3[1]    )
                  # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV3[5]    )
                  # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV3[9]    )
                  # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV3[13]   )
                )
            );

!GO_W3Db[2] = (   (RA[3:2] == DCZ_DW0) & (!LDV3[2]    )
                # (RA[3:2] == DCZ_DW1) & (!LDV3[6]    )
                # (RA[3:2] == DCZ_DW2) & (!LDV3[10]   )
                # (RA[3:2] == DCZ_DW3) & (!LDV3[14]   )
            ) & !IN_TEST
```

82

```
                &

                (    (THW3 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                   # (!IDC_GRANTb & FLUSHW3)
                   # (THW3 & (IN_BHIT # IN_BEVAL))
                )

                #

                (GOHW3 & IN_SREVAL & !IN_TEST &
                (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV3[2]    )
                   # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV3[6]    )
                   # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV3[10]   )
                   # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV3[14]   )
                )
                );

!GO_W3Db[3] = (    (RA[3:2] == DCZ_DW0) & (!LDV3[3]    )
                   # (RA[3:2] == DCZ_DW1) & (!LDV3[7]    )
                   # (RA[3:2] == DCZ_DW2) & (!LDV3[11]   )
                   # (RA[3:2] == DCZ_DW3) & (!LDV3[15]   )
                ) & !IN_TEST

                &

                (    (THW3 & (IN_VCMD & RDCMD # (!IVCMDb & RTCMD & (IDN[1:0] ==
DCZ_HPM_ID))))
                   # (!IDC_GRANTb & FLUSHW3)
                   # (THW3 & (IN_BHIT # IN_BEVAL))
                )

                #

                (GOHW3 & IN_SREVAL & !IN_TEST &
                (    (DLY2_IA[3:2] == DCZ_DW0) & (!LDV3[  ]   )
                   # (DLY2_IA[3:2] == DCZ_DW1) & (!LDV3[ ]    )
                   # (DLY2_IA[3:2] == DCZ_DW2) & (!LDV3[1 ]   )
                   # (DLY2_IA[3:2] == DCZ_DW3) & (!LDV3[15]   )
                )
                );

/* translate from way control to column control: */
/* for random and burst reads, use BLA2[1:0] to pick from  A,B,C,D; */
/* for streaming reads, use DLY2_IA[3:2], and for any overflows,use */
/* the IA[3:2] bits: (DOING_OVFL just indicates to wait for the     */
/* actual overflowing operation to begin before switching over to   */
/* this.)                                                           */
```

83

```
PICKA4GO =      !STR & !MOF2SM & !SNGLOF2SM & (BLA2[1:0] == DCZ_DW0)
             #  STR  & !MOF2SM & !SNGLOF2SM & (DLY2_IA[3:2] == DCZ_DW0)
             #  DOING_OVFL & (IA[3:2] == DCZ_DW0);

PICKB4GO =      !STR & !MOF2SM & !SNGLOF2SM & (BLA2[1:0] == DCZ_DW1)
             #  STR  & !MOF2SM & !SNGLOF2SM & (DLY2_IA[3:2] == DCZ_DW1)
             #  DOING_OVFL & (IA[3:2] == DCZ_DW1);

PICKC4GO =      !STR & !MOF2SM & !SNGLOF2SM & (BLA2[1:0] == DCZ_DW2)
             #  STR  & !MOF2SM & !SNGLOF2SM & (DLY2_IA[3:2] == DCZ_DW2)
             #  DOING_OVFL & (IA[3:2] == DCZ_DW2);

PICKD4GO =      !STR & !MOF2SM & !SNGLOF2SM & (BLA2[1:0] == DCZ_DW3)
             #  STR  & !MOF2SM & !SNGLOF2SM & (DLY2_IA[3:2] == DCZ_DW3)
             #  DOING_OVFL & (IA[3:2] == DCZ_DW3);


!GO_WIDb[0] = !DC_DIS &
                   (
                       PICKA4GO & !GO_W0Db[0] & !LW0T[18]
                   #   PICKB4GO & !GO_W1Db[0] & !LW1T[18]
                   #   PICKC4GO & !GO_W2Db[0] & !LW2T[18]
                   #   PICKD4GO & !GO_W3Db[0] & !LW3T[18]
                   #   TST_GO0[0]
                   #   TST_GO1[1]
                   #   TST_GO2[2]
                   #   TST_GO3[3]);

!GO_WIDb[1] = !DC_DIS &
                   (
                       PICKA4GO & !GO_W0Db[1] & !LW0T[18]
                   #   PICKB4GO & !GO_W1Db[1] & !LW1T[18]
                   #   PICKC4GO & !GO_W2Db[1] & !LW2T[18]
                   #   PICKD4GO & !GO_W3Db[1] & !LW3T[18]
                   #   TST_GO0[0]
                   #   TST_GO1[1]
                   #   TST_GO2[2]
                   #   TST_GO3[3]);

!GO_WIDb[2] = !DC_DIS &
                   (
                       PICKA4GO & !GO_W0Db[2] & !LW0T[18]
                   #   PICKB4GO & !GO_W1Db[2] & !LW1T[18]
                   #   PICKC4GO & !GO_W2Db[2] & !LW2T[18]
                   #   PICKD4GO & !GO_W3Db[2] & !LW3T[18]
                   #   TST_GO0[0]
                   #   TST_GO1[1]
                   #   TST_GO2[2]
                   #   TST_GO3[3]);

!GO_WIDb[3] = !DC_DIS &
```

84

```
                        (
                            PICKA4GO  &  !GO_W0Db[3]  &  !LW0T[18]
                        #   PICKB4GO  &  !GO_W1Db[3]  &  !LW1T[18]
                        #   PICKC4GO  &  !GO_W2Db[3]  &  !LW2T[18]
                        #   PICKD4GO  &  !GO_W3Db[3]  &  !LW3T[18]
                        #   TST_GO0[0]
                        #   TST_GO1[1]
                        #   TST_GO2[2]
                        #   TST_GO3[3]);

!GO_WJDb[0] = !DC_DIS &
                        (
                            PICKA4GO  &  !GO_W1Db[0]  &  !LW0T[18]
                        #   PICKB4GO  &  !GO_W2Db[0]  &  !LW1T[18]
                        #   PICKC4GO  &  !GO_W3Db[0]  &  !LW2T[18]
                        #   PICKD4GO  &  !GO_W0Db[0]  &  !LW3T[18]
                        #   TST_GO0[3]
                        #   TST_GO1[0]
                        #   TST_GO2[1]
                        #   TST_GO3[2]);

!GO_WJDb[1] = !DC_DIS &
                        (
                            PICKA4GO  &  !GO_W1Db[1]  &  !LW0T[18]
                        #   PICKB4GO  &  !GO_W2Db[1]  &  !LW1T[18]
                        #   PICKC4GO  &  !GO_W3Db[1]  &  !LW2T[18]
                        #   PICKD4GO  &  !GO_W0Db[1]  &  !LW3T[18]
                        #   TST_GO0[3]
                        #   TST_GO1[0]
                        #   TST_GO2[1]
                        #   TST_GO3[2]);

!GO_WJDb[2] = !DC_DIS &
                        (
                            PICKA4GO  &  !GO_W1Db[2]  &  !LW0T[18]
                        #   PICKB4GO  &  !GO_W2Db[2]  &  !LW1T[18]
                        #   PICKC4GO  &  !GO_W3Db[2]  &  !LW2T[18]
                        #   PICKD4GO  &  !GO_W0Db[2]  &  !LW3T[18]
                        #   TST_GO0[3]
                        #   TST_GO1[0]
                        #   TST_GO2[1]
                        #   TST_GO3[2]);

!GO_WJDb[3] = !DC_DIS &
                        (
                            PICKA4GO  &  !GO_W1Db[3]  &  !LW0T[18]
                        #   PICKB4GO  &  !GO_W2Db[3]  &  !LW1T[18]
                        #   PICKC4GO  &  !GO_W3Db[3]  &  !LW2T[18]
                        #   PICKD4GO  &  !GO_W0Db[3]  &  !LW3T[18]
                        #   TST_GO0[3]
                        #   TST_GO1[0]
```

85

```
                        #   TST_GO2[1]
                        #   TST_GO3[2]);

!GO_WXDb[0] = !DC_DIS &
                        (
                            PICKA4GO & !GO_W2Db[0] & !LW0T[18]
                        #   PICKB4GO & !GO_W3Db[0] & !LW1T[18]
                        #   PICKC4GO & !GO_W0Db[0] & !LW2T[18]
                        #   PICKD4GO & !GO_W1Db[0] & !LW3T[18]
                        #   TST_GO0[2]
                        #   TST_GO1[3]
                        #   TST_GO2[0]
                        #   TST_GO3[1]);

!GO_WXDb[1] = !DC_DIS &
                        (
                            PICKA4GO & !GO_W2Db[1] & !LW0T[18]
                        #   PICKB4GO & !GO_W3Db[1] & !LW1T[18]
                        #   PICKC4GO & !GO_W0Db[1] & !LW2T[18]
                        #   PICKD4GO & !GO_W1Db[1] & !LW3T[18]
                        #   TST_GO0[2]
                        #   TST_GO1[3]
                        #   TST_GO2[0]
                        #   TST_GO3[1]);

!GO_WXDb[2] = !DC_DIS &
                        (
                            PICKA4GO & !GO_W2Db[2] & !LW0T[18]
                        #   PICKB4GO & !GO_W3Db[2] & !LW1T[18]
                        #   PICKC4GO & !GO_W0Db[2] & !LW2T[18]
                        #   PICKD4GO & !GO_W1Db[2] & !LW3T[18]
                        #   TST_GO0[2]
                        #   TST_GO1[3]
                        #   TST_GO2[0]
                        #   TST_GO3[1]);

!GO_WXDb[3] = !DC_DIS &
                        (
                            PICKA4GO & !GO_W2Db[3] & !LW0T[18]
                        #   PICKB4GO & !GO_W3Db[3] & !LW1T[18]
                        #   PICKC4GO & !GO_W0Db[3] & !LW2T[18]
                        #   PICKD4GO & !GO_W1Db[3] & !LW3T[18]
                        #   TST_GO0[2]
                        #   TST_GO1[3]
                        #   TST_GO2[0]
                        #   TST_GO3[1]);

!GO_WLDb[0] = !DC_DIS &
                        (
                            PICKA4GO & !GO_W3Db[0] & !LW0T[18]
                        #   PICKB4GO & !GO_W0Db[0] & !LW1T[18]
```

86

```
                            #    PICKC4GO & !GO_W1Db[0] & !LW2T[18]
                            #    PICKD4GO & !GO_W2Db[0] & !LW3T[18]
                            #    TST_GO0[1]
                            #    TST_GO1[2]
                            #    TST_GO2[3]
                            #    TST_GO3[0]);

   !GO_WLDb[1] = !DC_DIS &
                            (
                                 PICKA4GO & !GO_W3Db[1] & !LW0T[18]
                            #    PICKB4GO & !GO_W0Db[1] & !LW1T[18]
                            #    PICKC4GO & !GO_W1Db[1] & !LW2T[18]
                            #    PICKD4GO & !GO_W2Db[1] & !LW3T[18]
                            #    TST_GO0[1]
                            #    TST_GO1[2]
                            #    TST_GO2[3]
                            #    TST_GO3[0]);

   !GO_WLDb[2] = !DC_DIS &
                            (
                                 PICKA4GO & !GO_W3Db[2] & !LW0T[18]
                            #    PICKB4GO & !GO_W0Db[2] & !LW1T[18]
                            #    PICKC4GO & !GO_W1Db[2] & !LW2T[18]
                            #    PICKD4GO & !GO_W2Db[2] & !LW3T[18]
                            #    TST_GO0[1]
                            #    TST_GO1[2]
                            #    TST_GO2[3]
                            #    TST_GO3[0]);

   !GO_WLDb[3] =  !DC_DIS &
                            (
                                 PICKA4GO & !GO_W3Db[3] & !LW0T[18]
                            #    PICKB4GO & !GO_W0Db[3] & !LW1T[18]
                            #    PICKC4GO & !GO_W1Db[3] & !LW2T[18]
                            #    PICKD4GO & !GO_W2Db[3] & !LW3T[18]
                            #    TST_GO0[1]
                            #    TST_GO1[2]
                            #    TST_GO2[3]
                            #    TST_GO3[0]);

/*---------------------------------------------------------------*/
/* Block DRAM control terms:                                     */
/* -------------------------                                     */
/*                                                               */
/* DRAM buffers that place read data onto the TB need to be      */
/* disabled at times when the caches respond in sync with        */
/* dirty information.                                            */
/*                                                               */
/* The disable equations can be viewed as equivalent to the      */
/* equations that gate out the cache data bytes onto the bus;    */
/* Note that even though the cache may know early on which       */
```

87

```
/* bytes to disable, it should not do this until the IRTNCMD    */
/* for THIS operation comes back since the DRAM controller may  */
/* be responding to OTHER requests (such as prefetch) in the    */
/* meantime.                                                     */
/*                                                               */
/*-------------------------------------------------------------*/

BLOCK_DR[0] = !GO_WIDb[0] # !GO_WJDb[0] # !GO_WKDb[0] # !GO_WLDb[0];
BLOCK_DR[1] = !GO_WIDb[1] # !GO_WJDb[1] # !GO_WKDb[1] # !GO_WLDb[1];
BLOCK_DR[2] = !GO_WIDb[2] # !GO_WJDb[2] # !GO_WKDb[2] # !GO_WLDb[2];
BLOCK_DR[3] = !GO_WIDb[3] # !GO_WJDb[3] # !GO_WKDb[3] # !GO_WLDb[3];

/*-------------------------------------------------------------*/
/* mux control TB :  (ON A BYTE BASIS )                         */
/*                                                              */
/* selects between writing in latched or TB data into the data */
/* rams:                                                        */
/*-------------------------------------------------------------*/

!WRTLBEb = !DC_DIS & IN_VCMD;

rlatch(WRTLBEb, IPORSTb, IBEb[3:0], L4W_BEb[3:0]);

WTB[0]  = !DC_DIS & WTCMD & !L4W_BEb[0];
WTB[1]  = !DC_DIS & WTCMD & !L4W_BEb[1];
WTB[2]  = !DC_DIS & WTCMD & !L4W_BEb[2];
WTB[3]  = !DC_DIS & WTCMD & !L4W_BEb[3];


/* Parity Select Mux controls:  */


BPS[0]  = WTCMD & !L4W_BEb[0];
BPS[1]  = WTCMD & !L4W_BEb[1];
BPS[2]  = WTCMD & !L4W_BEb[2];
BPS[3]  = WTCMD & !L4W_BEb[3];


/* control for gating out tag information onto the TB IA lines */

!TOb[0] = FLUSHW0 & !IDC_GRANTb;
!TOb[1] = FLUSHW1 & !IDC_GRANTb;
!TOb[2] = FLUSHW2 & !IDC_GRANTb;
!TOb[3] = FLUSHW3 & !IDC_GRANTb;

/*-------------------------------------------------------------*/
/* control for gating in tag information (TAG, TAG parity, and  */
/* [latched] Disable bit) from the LA bus (or dirty bit latch)  */
/* to the tag ram:                                              */
/*-------------------------------------------------------------*/
```

88

```
!TINb[0] = !DC_DIS & !TRWEb[0] # !TREN;
!TINb[1] = !DC_DIS & !TRWEb[1] # !TREN;
!TINb[2] = !DC_DIS & !TRWEb[2] # !TREN;
!TINb[3] = !DC_DIS & !TRWEb[3] # !TREN;

/*------------------------------------------------------------*/
/* control for gating in dirty/validity ram information from the*/
/* the TB for the dirty and validity bits:                    */
/* These must be written in on:                               */
/* -invalidates, -writes, and read updates:                  */
/*------------------------------------------------------------*/

!DVINb[0] = !DC_DIS & !DVWEb[0] # !TREN;
!DVINb[1] = !DC_DIS & !DVWEb[1] # !TREN;
!DVINb[2] = !DC_DIS & !DVWEb[2] # !TREN;
!DVINb[3] = !DC_DIS & !DVWEb[3] # !TREN;

/*------------------------------------------------------------*/
/* Now, determine the equations for Simple,Single,and Multiple */
/* Overflow:                                                  */
/*                                                            */
/* Overflow can occur as a result of any read operation that  */
/* could result in an update to the Data Cache, or from any   */
/* write operation intended for the data cache, which needs to */
/* overwrite a dirty, valid location in the cache.            */
/*                                                            */
/* SIMPLE OVERFLOW indicates the following:                   */
/*                                                            */
/* If the operation that caused the overflow resulted in dirty */
/* valid data being placed in the pending latches of the cache, */
/* then this line is set and will stay set until GASM_IDLE    */
/* resets it.  If the information in the pending latch was NOT */
/* dirty, or was dirty but invalid, then this line remains    */
/* inactive, except for the following times: this line will   */
/* be activated during the SINOV and the FEVAL states of MCSM */
/* in order to help state machine transitions. Also note that */
/* this line only has meaning when the SINGLE or MULTIPLE lines */
/* are also active.                                           */
/*                                                            */
/*                                                            */
/* SINGLE OVERFLOW indicates that the incoming operation caused */
/* an overflow that can be flushed to DRAM in ONE CYCLE (the  */
/* cycle immediately following the current operation that     */
/* caused the overflow).  This is possible under the following */
/* conditions:                                                */
/*                                                            */
/* - the line about to be overwritten in the cache contains   */
/*   dirty information and contains only one dword which has   */
/*   valid information in it.  Thus, whether this dword is     */
/*   the one currently accessed or now needs to be accessed    */
/*   in order to latch and flush its data, then a SINGLE       */
```

89

```
/*    OVERFLOW is possible.                                      */
/*                                                               */
/*                                                               */
/* MULTIPLE OVERFLOW indicates that the incoming operation       */
/* caused an overflow, and this time, the dirty and validity     */
/* bits indicated that > 1 dword in the line about to be over-   */
/* written is dirty and valid, thus multiple cycles will be      */
/* required to flush this information to DRAM: (note that this    */
/* line is inactivated upon transition to FEVAL:)                */
/*                                                               */
/*-------------------------------------------------------------*/

SMPLOF0 = (    ( (RA[3:2] == DCZ_DW0) & (LDV0[16]  ))
           # ( (RA[3:2] == DCZ_DW1) & (LDV0[17]  ))
           # ( (RA[3:2] == DCZ_DW2) & (LDV0[18]  ))
           # ( (RA[3:2] == DCZ_DW3) & (LDV0[19]  ))
         );

SMPLOF1 = (    ( (RA[3:2] == DCZ_DW0) & (LDV1[16]  ))
           # ( (RA[3:2] == DCZ_DW1) & (LDV1[17]  ))
           # ( (RA[3:2] == DCZ_DW2) & (LDV1[18]  ))
           # ( (RA[3:2] == DCZ_DW3) & (LDV1[19]  ))
         );

SMPLOF2 = (    ( (RA[3:2] == DCZ_DW0) & (LDV2[16]  ))
           # ( (RA[3:2] == DCZ_DW1) & (LDV2[17]  ))
           # ( (RA[3:2] == DCZ_DW2) & (LDV2[18]  ))
           # ( (RA[3:2] == DCZ_DW3) & (LDV2[19]  ))
         );

SMPLOF3 = (    ( (RA[3:2] == DCZ_DW0) & (LDV3[16]  ))
           # ( (RA[3:2] == DCZ_DW1) & (LDV3[17]  ))
           # ( (RA[3:2] == DCZ_DW2) & (LDV3[18]  ))
           # ( (RA[3:2] == DCZ_DW3) & (LDV3[19]  ))
         );


SMP._OVFLO = SMPLOF0 # SMPLOF1 # SMPLOF2 # SMPLOF3;

!OFLENb = !DC_DIS & IN_VCMD;

rlatch(OFLENb, IPORSTb, SMPL_OVFLO, LSMPLOF);
rlatch(OFLENb, IPORSTb, SMPLOF0, LSMPLOF0);
rlatch(OFLENb, IPORSTb, SMPLOF1, LSMPLOF1);
rlatch(OFLENb, IPORSTb, SMPLOF2, LSMPLOF2);
rlatch(OFLENb, IPORSTb, SMPLOF3, LSMPLOF3);

SMPLOF2SM = LSMPLOF # IN_OVFL & (IN_SOVFL # IN_FEVAL);

SNGLOF0 = (TRGTW0) & !THW0                /* in way 0 and        */
        & ( (   (LDV0[19:16] == 0001b)    /* only ONE dirty dword */
```

90

```
                                          /* and >= 1 byte valid  */
             & (!(LDV0[3] & LDV0[2] & LDV0[1] & LDV0[0]))
             )

          #
          (    (LDV0[19:16] == 0010b)
           & (!(LDV0[7] & LDV0[6] & LDV0[5] & LDV0[4]))
           )

          #
          (    (LDV0[19:16] == 0100b)
           & (!(LDV0[11] & LDV0[10] & LDV0[9] & LDV0[8]))
           )

          #
          (    (LDV0[19:16] == 1000b)
           & (!(LDV0[15] & LDV0[14] & LDV0[13] & LDV0[12]))
           )
       );

SNGLOF1 = (TRGTW1) & !THW1              /* in way 1 and      */
       & (  (    (LDV1[19:16] == 0001b)  /* only ONE dirty dword */
                                          /* and >= 1 byte valid  */
             & (!(LDV1[3] & LDV1[2] & LDV1[1] & LDV1[0]))
             )

          #
          (    (LDV1[19:16] == 0010b)
           & (!(LDV1[7] & LDV1[6] & LDV1[5] & LDV1[4]))
           )

          #
          (    (LDV1[19:16] == 0100b)
           & (!(LDV1[11] & LDV1[10] & LDV1[9] & LDV1[8]))
           )

          #
          (    (LDV1[19:16] == 1000b)
           & (!(LDV1[15] & LDV1[14] & LDV1[13] & LDV1[12]))
           )
       );

SNGLOF2 = (TRGTW2) & !THW2              /* in way 2 and      */
       & (  (    (LDV2[19:16] == 0001b)  /* only ONE dirty dword */
                                          /* and >= 1 byte valid  */
             & (!(LDV2[3] & LDV2[2] & LDV2[1] & LDV2[0]))
             )

          #
          (    (LDV2[19:16] == 0010b)
           & (!(LDV2[7] & LDV2[6] & LDV2[5] & LDV2[4]))
```

91

```
              )
          #
          (    (LDV2[19:16] == 0100b)
           & (!(LDV2[11] & LDV2[10] & LDV2[9] & LDV2[8]))
           )

          #
          (    (LDV2[19:16] == 1000b)
           & (!(LDV2[15] & LDV2[14] & LDV2[13] & LDV2[12]))
           )
        );

SNGLOF3 = (TRGTW3) & !THW3                    /* in way 3 and      */
        & (   (    (LDV3[19:16] == 0001b)     /* only ONE dirty dword */
                                              /* and >= 1 byte valid  */
            & (!(LDV3[3] & LDV3[2] & LDV3[1] & LDV3[0]))
            )

          #
          (    (LDV3[19:16] == 0010b)
           & (!(LDV3[7] & LDV3[6] & LDV3[5] & LDV3[4]))
           )

          #
          (    (LDV3[19:16] == 0100b)
           & (!(LDV3[11] & LDV3[10] & LDV3[9] & LDV3[8]))
           )

          #
          (    (LDV3[19:16] == 1000b)
           & (!(LDV3[15] & LDV3[14] & LDV3[13] & LDV3[12]))
           )
        );

SNGL_OF = SNGLOF0 # SNGLOF1 # SNGLOF2 # SNGLOF3;

rlatch(OFLENb, IPORSTb, SNGL_OF, SNGLOF2SM);
rlatch(OFLENb, IPORSTb, SNGLOF0, LSNGLOF0 );
rlatch(OFLENb, IPORSTb, SNGLOF1, LSNGLOF1 );
rlatch(OFLENb, IPORSTb, SNGLOF2, LSNGLOF2 );
rlatch(OFLENb, IPORSTb, SNGLOF3, LSNGLOF3 );


/* ramen inserts for single overflows:  */

MOF0    =  !THW0 & TRGTW0
        &  (
                (LDV0[19:16] == 0011b)
                & (!(LDV0[7] & LDV0[6] & LDV0[5] & LDV0[4] & LDV0[3] &
                    LDV0[2] & LDV0[1] & LDV0[0]))
```

92

```
                #   (LDV0[19:16] == 0101b)
                    & (!(LDV0[11] & LDV0[10] & LDV0[9] & LDV0[8] & LDV0[3] &
                        LDV0[2] & LDV0[1] & LDV0[0]))

                #   (LDV0[19:16] == 0110b)
                    & (!(LDV0[8] & LDV0[9] & LDV0[15] & LDV0[14] & LDV0[13] &
                        LDV0[12] & LDV0[11] & LDV0[10]))

                #   (LDV0[19:16] == 0111b)
                    & (!(LDV0[11] & LDV0[10] & LDV0[9] & LDV0[8] & LDV0[7] &
                        LDV0[6] & LDV0[5] & LDV0[4] & LDV0[3] & LDV0[2] &
                        LDV0[1] & LDV0[0]))

                #   (LDV0[19:16] == 1011b)
                    & (!(LDV0[15] & LDV0[14] & LDV0[13] & LDV0[12] & LDV0[7] &
                        LDV0[6] & LDV0[5] & LDV0[4] & LDV0[3] & LDV0[2] &
                        LDV0[1] & LDV0[0]))

                #   (LDV0[19:16] == 1101b)
                    & (!(LDV0[11] & LDV0[10] & LDV0[3] & LDV0[2] & LDV0[1] &
                        LDV0[0] & LDV0[15] & LDV0[14] & LDV0[13] & LDV0[12] &
                        LDV0[9] & LDV0[8]))

                #   (LDV0[19:16] == 1110b)
                    & (!(LDV0[11] & LDV0[10] & LDV0[9] & LDV0[8] & LDV0[7] &
                        LDV0[6] & LDV0[5] & LDV0[4] & LDV0[15] & LDV0[14] &
                        LDV0[13] & LDV0[12]))

                #   (LDV0[19:16] == 1111b)
                    & (!(LDV0[15] & LDV0[14] & LDV0[13] & LDV0[12] & LDV0[11] &
                        LDV0[10] & LDV0[9] & LDV0[8] & LDV0[7] & LDV0[6] &
                        LDV0[5] & LDV0[4] & LDV0[3] & LDV0[2] & LDV0[1]
                        & LDV0[0]))
                );

MOF1   =  !THW1 & TRGTW1
          & (
                    (LDV1[19:16] == 0011b)
                    & (!(LDV1[7] & LDV1[6] & LDV1[5] & LDV1[4] & LDV1[3] &
                        LDV1[2] & LDV1[1] & LDV1[0]))

                #   (LDV1[19:16] == 0101b)
                    & (!(LDV1[11] & LDV1[10] & LDV1[9] & LDV1[8] & LDV1[3] &
                        LDV1[2] & LDV1[1] & LDV1[0]))

                #   (LDV1[19:16] == 0110b)
                    & (!(LDV1[8] & LDV1[9] & LDV1[15] & LDV1[14] & LDV1[13] &
                        LDV1[12] & LDV1[11] & LDV1[10]))

                #   (LDV1[19:16] == 0111b)
```

93

```
                    & (!(LDV1[11] & LDV1[10] & LDV1[9] & LDV1[8] & LDV1[7] &
                        LDV1[6] & LDV1[5] & LDV1[4] & LDV1[3] & LDV1[2] &
                        LDV1[1] & LDV1[0]))

          #    (LDV1[19:16] == 1011b)
                    & (!(LDV1[15] & LDV1[14] & LDV1[13] & LDV1[12] & LDV1[7] &
                        LDV1[6] & LDV1[5] & LDV1[4] & LDV1[3] & LDV1[2] &
                        LDV1[1] & LDV1[0]))

          #    (LDV1[19:16] == 1101b)
                    & (!(LDV1[11] & LDV1[10] & LDV1[3] & LDV1[2] & LDV1[1] &
                        LDV1[0] & LDV1[15] & LDV1[14] & LDV1[13] & LDV1[12] &
                        LDV1[9] & LDV1[8]))

          #    (LDV1[19:16] == 1110b)
                    & (!(LDV1[11] & LDV1[10] & LDV1[9] & LDV1[8] & LDV1[7] &
                        LDV1[6] & LDV1[5] & LDV1[4] & LDV1[15] & LDV1[14] &
                        LDV1[13] & LDV1[12]))

          #    (LDV1[19:16] == 1111b)
                    & (!(LDV1[15] & LDV1[14] & LDV1[13] & LDV1[12] & LDV1[11] &
                        LDV1[10] & LDV1[9] & LDV1[8] & LDV1[7] & LDV1[6] &
                        LDV1[5] & LDV1[4] & LDV1[3] & LDV1[2] & LDV1[1]
                        & LDV1[0]))
          );


MOF2   =  !THW2 & TRGTW2
       &  (
                    (LDV2[19:16] == 0011b)
                    & (!(LDV2[7] & LDV2[6] & LDV2[5] & LDV2[4] & LDV2[3] &
                        LDV2[2] & LDV2[1] & LDV2[0]))

          #    (LDV2[19:16] == 0101b)
                    & (!(LDV2[11] & LDV2[10] & LDV2[9] & LDV2[8] & LDV2[3] &
                        LDV2[2] & LDV2[1] & LDV2[0]))

          #    (LDV2[19:16] == 0110b)
                    & (!(LDV2[8] & LDV2[9] & LDV2[15] & LDV2[14] & LDV2[13] &
                        LDV2[12] & LDV2[11] & LDV2[10]))

          #    (LDV2[19:16] == 0111b)
                    & (!(LDV2[11] & LDV2[10] & LDV2[9] & LDV2[8] & LDV2[7] &
                        LDV2[6] & LDV2[5] & LDV2[4] & LDV2[3] & LDV2[2] &
                        LDV2[1] & LDV2[0]))

          #    (LDV2[19:16] == 1011b)
                    & (!(LDV2[15] & LDV2[14] & LDV2[13] & LDV2[12] & LDV2[7] &
                        LDV2[6] & LDV2[5] & LDV2[4] & LDV2[3] & LDV2[2] &
                        LDV2[1] & LDV2[0]))
```

94

```
        #   (LDV2[19:16] == 1101b)
            & (!(LDV2[11] & LDV2[10] & LDV2[3] & LDV2[2] & LDV2[1] &
                LDV2[0] & LDV2[15] & LDV2[14] & LDV2[13] & LDV2[12] &
                LDV2[9] & LDV2[8]))

        #   (LDV2[19:16] == 1110b)
            & (!(LDV2[11] & LDV2[10] & LDV2[9] & LDV2[8] & LDV2[7] &
                LDV2[6] & LDV2[5] & LDV2[4] & LDV2[15] & LDV2[14] &
                LDV2[13] & LDV2[12]))

        #   (LDV2[19:16] == 1111b)
            & (!(LDV2[15] & LDV2[14] & LDV2[13] & LDV2[12] & LDV2[11] &
                LDV2[10] & LDV2[9] & LDV2[8] & LDV2[7] & LDV2[6] &
                LDV2[5] & LDV2[4] & LDV2[3] & LDV2[2] & LDV2[1]
                & LDV2[0]))
        );


MOF3    =   !THW3 & TRGTW3
        &   (
                (LDV3[19:16] == 0011b)
                & (!(LDV3[7] & LDV3[6] & LDV3[5] & LDV3[4] & LDV3[3] &
                    LDV3[2] & LDV3[1] & LDV3[0]))

        #   (LDV3[19:16] == 0101b)
            & (!(LDV3[11] & LDV3[10] & LDV3[9] & LDV3[8] & LDV3[3] &
                LDV3[2] & LDV3[1] & LDV3[0]))

        #   (LDV3[19:16] == 0110b)
            & (!(LDV3[8] & LDV3[9] & LDV3[15] & LDV3[14] & LDV3[13] &
                LDV3[12] & LDV3[11] & LDV3[10]))

        #   (LDV3[19:16] == 0111b)
            & (!(LDV3[11] & LDV3[10] & LDV3[9] & LDV3[8] & LDV3[7] &
                LDV3[6] & LDV3[5] & LDV3[4] & LDV3[3] & LDV3[2] &
                LDV3[1] & LDV3[0]))

        #   (LDV3[19:16] == 1011b)
            & (!(LDV3[15] & LDV3[14] & LDV3[13] & LDV3[12] & LDV3[7] &
                LDV3[6] & LDV3[5] & LDV3[4] & LDV3[3] & LDV3[2] &
                LDV3[1] & LDV3[0]))

        #   (LDV3[19:16] == 1101b)
            & (!(LDV3[11] & LDV3[10] & LDV3[3] & LDV3[2] & LDV3[1] &
                LDV3[0] & LDV3[15] & LDV3[14] & LDV3[13] & LDV3[12] &
                LDV3[9] & LDV3[8]))

        #   (LDV3[19:16] == 1110b)
            & (!(LDV3[11] & LDV3[10] & LDV3[9] & LDV3[8] & LDV3[7] &
                LDV3[6] & LDV3[5] & LDV3[4] & LDV3[15] & LDV3[14] &
                LDV3[13] & LDV3[12]))
```

95

```
            #  (LDV3[19:16] == 1111b)
               & (!(LDV3[15] & LDV3[14] & LDV3[13] & LDV3[12] & LDV3[11] &
                    LDV3[10] & LDV3[9] & LDV3[8] & LDV3[7] & LDV3[6] &
                    LDV3[5] & LDV3[4] & LDV3[3] & LDV3[2] & LDV3[1]
                    & LDV3[0]))
            );

M_OVFL = MOF0 # MOF1 # MOF2 # MOF3;

!MRESETb = !IPORSTb # IN_FEVAL; /* double check whether FEVAL is good enough
*/

rlatch(OFLENb, MRESETb, M_OVFL, MOF2SM);
rlatch(OFLENb, MRESETb, MOF0  , LMOF0 );
rlatch(OFLENb, MRESETb, MOF1  , LMOF1 );
rlatch(OFLENb, MRESETb, MOF2  , LMOF2 );
rlatch(OFLENb, MRESETb, MOF3  , LMOF3 );


/*-----------------------------------------------------------------*/
/*                                                                 */
/*  Overflow handling:                                             */
/*                                                                 */
/*  Simple Overflows:                                              */
/*  ----------------                                               */
/*                                                                 */
/*  At the end of the operation that caused the overflow and       */
/*  upon receiving the bus grant, drive out the appropriate        */
/*  latched data and the corresponding overflow address as well    */
/*  as IDC_VALIDb until the information is taken by the DRAM        */
/*  controller. (request for bus should have occurred as soon      */
/*  as the overflow condition was detected and is removed when     */
/*  the overflow operation is complete.)                           */
/*                                                                 */
/*  Complex Overflows:                                             */
/*  -----------------                                              */
/*                                                                 */
/*  At the end of the operation that caused the overflow, begin    */
/*  accessing the location within the overflowing way that is      */
/*  valid and dirty and needs to be flushed to memory.  When       */
/*  this has been latched, and the bus has been granted, drive     */
/*  bus with overflow information as in the Simple overflow         */
/*  case above.                                                    */
/*                                                                 */
/*  Multiple Overflows:                                            */
/*  ------------------                                             */
/*                                                                 */
/*  The information about which entries within the overflowing     */
/*  way need to be flushed was obtained during the initial tag     */
/*  access for this way.  Thus, overflow information may reside     */
/*  partly in the latch and the rest in other locations within     */
```

96

```
/*   the cache, or entirely in locations within the cache other  */
/*   than that just latched. So, upon completion of the operation*/
/*   that caused the overflow, need to flush the information in   */
/*   the latch if required, and then access the other locations   */
/*   needed to complete the overflow.  Note that for the case     */
/*   of multiple overflows, need to drive the I486BURST and WT    */
/*   lines, as well as any TB locking mechanism, so that the      */
/*   DRAM knows it is a multiple overflow and that it can be      */
/*   placed on the TB without interruptions from others.          */
/*                                                                */
/*--------------------------------------------------------------*/

DOING_OVFL = IN_MULOVNOP # IN_MULOVEVAL # IN_FEVAL # IN_SOVFL;

!IDC_VALIDb = !IDC_GRANTb & (IN_OVFL # IN_WTSOV);


/*--------------------------------------------------------------*/
/* Set up overflow address bits to assert for complex and       */
/* multiple overflows:                                          */
/*                                                              */
/* Simple, Single Overflows:  OA not needed;                    */
/*                                                              */
/* Complex, Single Overflows: set OA to dword # dirty using     */
/* FIRST_OA equations.                                          */
/*                                                              */
/* Multiple Overflows:                                          */
/*                                                              */
/* Generate FIRST_OA[3:2], SEC_OA[3:2], and TH_OA[3:2] using    */
/* Karnaugh maps.                                               */
/*                                                              */
/* First_OA[3:2] will contain the two LSBs for the overflow     */
/* address for the first overflow (after whatever was in the    */
/* latch already, if anything);                                 */
/*                                                              */
/* SEC_OA[3:2] will contain the two LSBs for the overflow       */
/* address in cases where a second overflow address is required;*/
/* i.e., when the latch contains overflow information, and two  */
/* additional entries in the line need to be flushed, or when   */
/* the latch does not contain overflow information, and two or  */
/* three other entries in the line need flushing.               */
/*                                                              */
/* TH_OA[3:2] is similarly defined in that it represents the    */
/* address bits required for overflowing the third and last     */
/* overflowing entry in a line.                                 */
/*                                                              */
/*--------------------------------------------------------------*/

!FOALENb = !DC_DIS & IDLE;

rlatch(FOALENb , IPORSWb, RA[3:2]  , FOA_INLTCH[3:2] );
```

97

```
/* remember to check byte validity too!   */


FIRST_OA[2] = (FOA_INLTCH[3:2] == DCZ_DW0) &
                (
                  LMOF0 & (LDV0[16] & LDV0[17] #
                           LDV0[17] & LDV0[18] #
                           LDV0[17] & LDV0[19] #
                           LDV0[16] & !LDV0[18] & LDV0[19])
                  #
                  LMOF1 & (LDV1[16] & LDV1[17] #
                           LDV1[17] & LDV1[18] #
                           LDV1[17] & LDV1[19] #
                           LDV1[16] & !LDV1[18] & LDV1[19])
                  #
                  LMOF2 & (LDV2[16] & LDV2[17] #
                           LDV2[17] & LDV2[18] #
                           LDV2[17] & LDV2[19] #
                           LDV2[16] & !LDV2[18] & LDV2[19])
                  #
                  LMOF3 & (LDV3[16] & LDV3[17] #
                           LDV3[17] & LDV3[18] #
                           LDV3[17] & LDV3[19] #
                           LDV3[16] & !LDV3[18] & LDV3[19])
                )
                #
                (FOA_INLTCH[3:2] == DCZ_DW1) &
                (
                  LMOF0 & (!LDV0[16] & LDV0[17] & !LDV0[18] & LDV0[19]) #
                  LMOF1 & (!LDV1[16] & LDV1[17] & !LDV1[18] & LDV1[19]) #
                  LMOF2 & (!LDV2[16] & LDV2[17] & !LDV2[18] & LDV2[19]) #
                  LMOF3 & (!LDV3[16] & LDV3[17] & !LDV3[18] & LDV3[19])
                )
                #
                (FOA_INLTCH[3:2] == DCZ_DW3) &
                (
                  LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[19] #
                           !LDV0[16] & LDV0[17] & LDV0[18])
                  #
                  LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[19] #
                           !LDV1[16] & LDV1[17] & LDV1[18])
                  #
                  LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[19] #
                           !LDV2[16] & LDV2[17] & LDV2[18])
                  #
                  LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[19] #
                           !LDV3[16] & LDV3[17] & LDV3[18])
                )
                #
                (FOA_INLTCH[3:2] == DCZ_DW2) &
                (
```

98

```
              LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[19] #
                        !LDV0[16] & LDV0[17] & LDV0[18] #
                        !LDV0[16] & LDV0[18] & LDV0[19])
              #
              LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[19] #
                        !LDV1[16] & LDV1[17] & LDV1[18] #
                        !LDV1[16] & LDV1[18] & LDV1[19])
              #
              LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[19] #
                        !LDV2[16] & LDV2[17] & LDV2[18] #
                        !LDV2[16] & LDV2[18] & LDV2[19])
              #
              LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[19] #
                        !LDV3[16] & LDV3[17] & LDV3[18] #
                        !LDV3[16] & LDV3[18] & LDV3[19])
            )

            # /* for SINGLE COMPLEX case: */

            (LSNGLOF0 & !LSMPLOF0 &
            ((LDV0[19:16] == 1000b) # (LDV0[19:16] == 0010b)))
            #
            (LSNGLOF1 & !LSMPLOF1 &
            ((LDV1[19:16] == 1000b) # (LDV1[19:16] == 0010b)))
            #
            (LSNGLOF2 & !LSMPLOF2 &
            ((LDV2[19:16] == 1000b) # (LDV2[19:16] == 0010b)))
            #
            (LSNGLOF3 & !LSMPLOF3 &
            ((LDV3[19:16] == 1000b) # (LDV3[19:16] == 0010b))) ;


FIRST_OA[3] = (FOA_INLTCH[3:2] == DCZ_DW0) &
            ( LMOF0 & (LDV0[16] & !LDV0[17] & LDV0[18] #
                        !LDV0[17] & LDV0[18] & LDV0[19] #
                        LDV0[16] & !LDV0[17] & LDV0[19])
              #
              LMOF1 & (LDV1[16] & !LDV1[17] & LDV1[18] #
                        !LDV1[17] & LDV1[18] & LDV1[19] #
                        LDV1[16] & !LDV1[17] & LDV1[19])
              #
              LMOF2 & (LDV2[16] & !LDV2[17] & LDV2[18] #
                        !LDV2[17] & LDV2[18] & LDV2[19] #
                        LDV2[16] & !LDV2[17] & LDV2[19])
              #
              LMOF3 & (LDV3[16] & !LDV3[17] & LDV3[18] #
                        !LDV3[17] & LDV3[18] & LDV3[19] #
                        LDV3[16] & !LDV3[17] & LDV3[19])
            )
            #
            (FOA_INLTCH[3:2] == DCZ_DW1) &
```

99

```
(LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[18] #
          !LDV0[16] & !LDV0[17] & LDV0[18] & LDV0[19] #
          !LDV0[16] & LDV0[17] & LDV0[19])
 #
 LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[18] #
          !LDV1[16] & !LDV1[17] & LDV1[18] & LDV1[19] #
          !LDV1[16] & LDV1[17] & LDV1[19])
 #
 LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[18] #
          !LDV2[16] & !LDV2[17] & LDV2[18] & LDV2[19] #
          !LDV2[16] & LDV2[17] & LDV2[19])
 #
 LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[18] #
          !LDV3[16] & !LDV3[17] & LDV3[18] & LDV3[19] #
          !LDV3[16] & LDV3[17] & LDV3[19])
)
#
(FOA_INLTCH[3:2] == DCZ_DW3) &
(LMOF0 & !LDV0[16] & !LDV0[17] & LDV0[18] & LDV0[19] #
 LMOF1 & !LDV1[16] & !LDV1[17] & LDV1[18] & LDV1[19] #
 LMOF2 & !LDV2[16] & !LDV2[17] & LDV2[18] & LDV2[19] #
 LMOF3 & !LDV3[16] & !LDV3[17] & LDV3[18] & LDV3[19]
)
#
(FOA_INLTCH[3:2] == DCZ_DW2) &
(LMOF0 & !LDV0[16] & !LDV0[17] & LDV0[18] & LDV0[19] #
 LMOF1 & !LDV1[16] & !LDV1[17] & LDV1[18] & LDV1[19] #
 LMOF2 & !LDV2[16] & !LDV2[17] & LDV2[18] & LDV2[19] #
 LMOF3 & !LDV3[16] & !LDV3[17] & LDV3[18] & LDV3[19]
 )

 # /* for SINGLE COMPLEX case: */

 (LSNGLOF0 & !LSMPLOF0 &
 ((LDV0[19:16] == 1000b) # (LDV0[19:16] == 0100b)))
 #
 (LSNGLOF1 & !LSMPLOF1 &
 ((LDV1[19:16] == 1000b) # (LDV1[19:16] == 0100b)))
 #
 (LSNGLOF2 & !LSMPLOF2 &
 ((LDV2[19:16] == 1000b) # (LDV2[19:16] == 0100b)))
 #
 (LSNGLOF3 & !LSMPLOF3 &
 ((LDV3[19:16] == 1000b) # (LDV3[19:16] == 0100b))) ;

SEC_OA[2] = (FOA_INLTCH[3:2] == DCZ_DW0) &
         (LMOF0 & (LDV0[17] & !LDV0[18] & LDV0[19] #
                   LDV0[16] & LDV0[17] & !LDV0[18] #
                   !LDV0[17] & LDV0[18] & LDV0[19])
          #
          LMOF1 & (LDV1[17] & !LDV1[18] & LDV1[19] #
```

100

```
                   LDV1[16] & LDV1[17] & !LDV1[18] #
                   !LDV1[17] & LDV1[18] & LDV1[19])
      #
    LMOF2 & (LDV2[17] & !LDV2[18] & LDV2[19] #
             LDV2[16] & LDV2[17] & !LDV2[18] #
             !LDV2[17] & LDV2[18] & LDV2[19])
      #
    LMOF3 & (LDV3[17] & !LDV3[18] & LDV3[19] #
             LDV3[16] & LDV3[17] & !LDV3[18] #
             !LDV3[17] & LDV3[18] & LDV3[19])
  )
  #
  (FOA_INLTCH[3:2] == DCZ_DW1) &
  (LMOF0 & (!LDV0[16] & LDV0[18] & LDV0[19] #
              LDV0[16] & !LDV0[18] & LDV0[19])
    #
    LMOF1 & (!LDV1[16] & LDV1[18] & LDV1[19] #
              LDV1[16] & !LDV1[18] & LDV1[19])
    #
    LMOF2 & (!LDV2[16] & LDV2[18] & LDV2[19] #
              LDV2[16] & !LDV2[18] & LDV2[19])
    #
    LMOF3 & (!LDV3[16] & LDV3[18] & LDV3[19] #
              LDV3[16] & !LDV3[18] & LDV3[19])
  )
  #
  (FOA_INLTCH[3:2] == DCZ_DW3) &
  (LMOF0 & LDV0[16] & LDV0[17] #
   LMOF1 & LDV1[16] & LDV1[17] #
   LMOF2 & LDV2[16] & LDV2[17] #
   LMOF3 & LDV3[16] & LDV3[17])
  #
  (FOA_INLTCH[3:2] == DCZ_DW2) &
  (LMOF0 & (LDV0[16] & LDV0[17]  #
              LDV0[16] & LDV0[19]  #
              LDV0[17] & LDV0[19])
    #
    LMOF1 & (LDV1[16] & LDV1[17]   #
              LDV1[16] & LDV1[19]   #
              LDV1[17] & LDV1[19])
    #
    LMOF2 & (LDV2[16] & LDV2[17]   #
              LDV2[16] & LDV2[19]   #
              LDV2[17] & LDV2[19])
    #
    LMOF3 & (LDV3[16] & LDV3[17]   #
              LDV3[16] & LDV3[19]   #
              LDV3[17] & LDV3[19])
  );
```

101

```
SEC_OA[3] = (FOA_INLTCH == DCZ_DW0) &
            (LMOF0 & (LDV0[17] & LDV0[18] #
                      LDV0[17] & LDV0[19] #
                      LDV0[18] & LDV0[19]
                     )
            #
            LMOF1 & (LDV1[17] & LDV1[18] #
                     LDV1[17] & LDV1[19] #
                     LDV1[18] & LDV1[19]
                    )
            #
            LMOF2 & (LDV2[17] & LDV2[18] #
                     LDV2[17] & LDV2[19] #
                     LDV2[18] & LDV2[19]
                    )
            #
            LMOF3 & (LDV3[17] & LDV3[18] #
                     LDV3[17] & LDV3[19] #
                     LDV3[18] & LDV3[19]
                    )
            )
            #
            (FOA_INLTCH[3:2] == DCZ_DW1) &
            (LMOF0 & (LDV0[16] & LDV0[18] #
                      LDV0[16] & LDV0[19] #
                      LDV0[18] & LDV0[19]
                     )
             #
            LMOF1 & (LDV1[16] & LDV1[18] #
                     LDV1[16] & LDV1[19] #
                     LDV1[18] & LDV1[19]
                    )
            #
            LMOF2 & (LDV2[16] & LDV2[18] #
                     LDV2[16] & LDV2[19] #
                     LDV2[18] & LDV2[19]
                    )
            #
            LMOF3 & (LDV3[16] & LDV3[18] #
                     LDV3[16] & LDV3[19] #
                     LDV3[18] & LDV3[19]
                    )
            )
            #
            (FOA_INLTCH[3:2] == DCZ_DW3) &
            (LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[18] #
                      LDV0[16] & !LDV0[17] & LDV0[18])
             #
            LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[18] #
                     LDV1[16] & !LDV1[17] & LDV1[18])
                 #
```

102

```
                    LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[18] #
                             LDV2[16] & !LDV2[17] & LDV2[18])
                    #
                    LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[18] #
                             LDV3[16] & !LDV3[17] & LDV3[18])
                    )
                    #
                    (FOA_INLTCH[3:2] == DCZ_DW2) &
                    (LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[19] #
                             LDV0[16] & !LDV0[17] & LDV0[19])
                    #
                    LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[19] #
                             LDV1[16] & !LDV1[17] & LDV1[19])
                    #
                    LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[19] #
                             LDV2[16] & !LDV2[17] & LDV2[19])
                    #
                    LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[19] #
                             LDV3[16] & !LDV3[17] & LDV3[19])
                    );
TH_OA[2] =  (FOA_INLTCH[3:2] == DCZ_DW0) &
            (LMOF0 & LDV0[17] & LDV0[18] & LDV0[19] #
             LMOF1 & LDV1[17] & LDV1[18] & LDV1[19] #
             LMOF2 & LDV2[17] & LDV2[18] & LDV2[19] #
             LMOF3 & LDV3[17] & LDV3[18] & LDV3[19])
            #
            (FOA_INLTCH[3:2] == DCZ_DW1) &
            (LMOF0 & LDV0[16] & LDV0[18] & LDV0[19] #
             LMOF1 & LDV1[16] & LDV1[18] & LDV1[19] #
             LMOF2 & LDV2[16] & LDV2[18] & LDV2[19] #
             LMOF3 & LDV3[16] & LDV3[18] & LDV3[19])
            #
            (FOA_INLTCH[3:2] == DCZ_DW2) &
            (LMOF0 &  LDV0[16] & LDV0[17] & LDV0[19]   #
             LMOF1 &  LDV1[16] & LDV1[17] & LDV1[19]   #
             LMOF2 &  LDV2[16] & LDV2[17] & LDV2[19]   #
             LMOF3 &  LDV3[16] & LDV3[17] & LDV3[19])  ;
TH_OA[3] =  (FOA_INLTCH[3:2] == DCZ_DW0) &
            (LMOF0 & LDV0[17] & LDV0[18] & LDV0[19] #
             LMOF1 & LDV1[17] & LDV1[18] & LDV1[19] #
             LMOF2 & LDV2[17] & LDV2[18] & LDV2[19] #
             LMOF3 & LDV3[17] & LDV3[18] & LDV3[19])
            #
            (FOA_INLTCH[3:2] == DCZ_DW1) &
            (LMOF0 & LDV0[16] & LDV0[18] & LDV0[19] #
             LMOF1 & LDV1[16] & LDV1[18] & LDV1[19] #
             LMOF2 & LDV2[16] & LDV2[18] & LDV2[19] #
             LMOF3 & LDV3[16] & LDV3[18] & LDV3[19])
            #
```

103

```
              (FOA_INLTCH[3:2] == DCZ_DW3) &
              (LMOF0 & LDV0[16] & LDV0[18] & LDV0[17] #
               LMOF1 & LDV1[16] & LDV1[18] & LDV1[17] #
               LMOF2 & LDV2[16] & LDV2[18] & LDV2[17] #
               LMOF3 & LDV3[16] & LDV3[18] & LDV3[17])
              #
              (FOA_INLTCH[3:2] == DCZ_DW2) &
              (LMOF0 &   LDV0[16] & LDV0[17] & LDV0[19]   #
               LMOF1 &   LDV1[16] & LDV1[17] & LDV1[19]   #
               LMOF2 &   LDV2[16] & LDV2[17] & LDV2[19]   #
               LMOF3 &   LDV3[16] & LDV3[17] & LDV3[19]);

/*-----------------------------------------------------------*/
/* Note that since the above overflow address and counts need */
/* to be initialized at the beginning of each operation to 0  */
/* (i.e., sometimes 00 *IS* the first address,etc.) these terms */
/* must be stored in a resetable register.                    */
/*-----------------------------------------------------------*/

OA_CLKEN = IN_VCMD;
!OA_RESETb = IDLE # !IPORSTb;

erregister(OA_CLKEN, OA_RESETb, FIRST_OA[3:2], FOAR[3:2]);
erregister(OA_CLKEN, OA_RESETb, SEC_OA[3:2]  , SOAR[3:2]);
erregister(OA_CLKEN, OA_RESETb, TH_OA[3:2]   , TOAR[3:2]);

/*-----------------------------------------------------------*/
/* provide bufferring to all selection of final OA[3:2] from the*/
/* three possible sources: FOAR,SOAR, and TOAR:               */
/*-----------------------------------------------------------*/

!GO_FIRSTb  = (SNGLOF2SM & !SMPLOF2SM) #
              (OFTOTAL[1:0] == 10b) & (OFCOUNT[1:0] == 01b) #
              (OFTOTAL[1:0] == 11b) & (OFCOUNT[1:0] == 00b) #
              (GO_SECONDb & GO_THIRDb);  /* in case no one driving */

!GO_SECONDb = (OFTOTAL[1:0] == 10b) & (OFCOUNT[1:0] == 10b) #
              (OFTOTAL[1:0] == 11b) & (OFCOUNT[1:0] == 01b);

!GO_THIRDb  = (OFTOTAL[1:0] == 11b) & (OFCOUNT[1:0] == 10b);


buffer(GO_FIRSTb , FOAR[3:2], OA[3:2]);
buffer(GO_SECONDb, SOAR[3:2], OA[3:2]);
buffer(GO_THIRDb , TOAR[3:2], OA[3:2]);

/*-----------------------------------------------------------*/
/* OFTOTAL is a 2-bit bus that holds a value to be loaded into a*/
/* two-bit counter meant to hold the count for the           */
/* number of overflow accesses required to the cache rams     */
/* themselves in order to retrieve and then flush data to DRAM. */
```

104

```
/*                                                              */
/* The equations below are based on the remaining information   */
/* obtained from the Karnaugh maps used in the addressing       */
/* equations above.                                             */
/*------------------------------------------------------------*/

OFTOTAL[0] = (FOA_INLTCH[3:2] == DCZ_DW0) &
             (LMOF0 & (LDV0[17] & LDV0[18] & LDV0[19] #
                       LDV0[16] & !LDV0[17] & !LDV0[18] & LDV0[19] #
                       LDV0[16] & !LDV0[17] & LDV0[18] & !LDV0[19])
              #
              LMOF1 & (LDV1[17] & LDV1[18] & LDV1[19] #
                       LDV1[16] & !LDV1[17] & !LDV1[18] & LDV1[19] #
                       LDV1[16] & !LDV1[17] & LDV1[18] & !LDV1[19])
              #
              LMOF2 & (LDV2[17] & LDV2[18] & LDV2[19] #
                       LDV2[16] & !LDV2[17] & !LDV2[18] & LDV2[19] #
                       LDV2[16] & !LDV2[17] & LDV2[18] & !LDV2[19])
              #
              LMOF3 & (LDV3[17] & LDV3[18] & LDV3[19] #
                       LDV3[16] & !LDV3[17] & !LDV3[18] & LDV3[19] #
                       LDV3[16] & !LDV3[17] & LDV3[18] & !LDV3[19])
             )
             #
             (FOA_INLTCH[3:2] == DCZ_DW1) &
             (LMOF0 & (LDV0[16] & LDV0[17] & !LDV0[18] & !LDV0[19] #
                      !LDV0[16] & LDV0[17] & !LDV0[18] & LDV0[19] #
                      !LDV0[16] & LDV0[17] & LDV0[18] & !LDV0[19] #
                       LDV0[16] & LDV0[18] & LDV0[19])
              #
              LMOF1 & (LDV1[16] & LDV1[17] & !LDV1[18] & !LDV1[19] #
                      !LDV1[16] & LDV1[17] & !LDV1[18] & LDV1[19] #
                      !LDV1[16] & LDV1[17] & LDV1[18] & !LDV1[19] #
                       LDV1[16] & LDV1[18] & LDV1[19])
              #
              LMOF2 & (LDV2[16] & LDV2[17] & !LDV2[18] & !LDV2[19] #
                      !LDV2[16] & LDV2[17] & !LDV2[18] & LDV2[19] #
                      !LDV2[16] & LDV2[17] & LDV2[18] & !LDV2[19] #
                       LDV2[16] & LDV2[18] & LDV2[19])
              #
              LMOF3 & (LDV3[16] & LDV3[17] & !LDV3[18] & !LDV3[19] #
                      !LDV3[16] & LDV3[17] & !LDV3[18] & LDV3[19] #
                      !LDV3[16] & LDV3[17] & LDV3[18] & !LDV3[19] #
                       LDV3[16] & LDV3[18] & LDV3[19])
             )
             #
             (FOA_INLTCH[3:2] == DCZ_DW3) &
             (LMOF0 & (LDV0[16] & LDV0[17] & LDV0[18] #
                      !LDV0[16] & LDV0[17] & !LDV0[18] & LDV0[19] #
                       LDV0[16] & !LDV0[17] & !LDV0[18] & LDV0[19] #
                      !LDV0[16] & !LDV0[17] & LDV0[18] & LDV0[19])
```

105

```
                #
        LMOF1 & (LDV1[16] & LDV1[17] & LDV1[18] #
                !LDV1[16] & LDV1[17] & !LDV1[18] & LDV1[19] #
                LDV1[16] & !LDV1[17] & !LDV1[18] & LDV1[19] #
                !LDV1[16] & !LDV1[17] & LDV1[18] & LDV1[19])
                #
        LMOF2 & (LDV2[16] & LDV2[17] & LDV2[18] #
                !LDV2[16] & LDV2[17] & !LDV2[18] & LDV2[19] #
                LDV2[16] & !LDV2[17] & !LDV2[18] & LDV2[19] #
                !LDV2[16] & !LDV2[17] & LDV2[18] & LDV2[19])
                #
        LMOF3 & (LDV3[16] & LDV3[17] & LDV3[18] #
                !LDV3[16] & LDV3[17] & !LDV3[18] & LDV3[19] #
                LDV3[16] & !LDV3[17] & !LDV3[18] & LDV3[19] #
                !LDV3[16] & !LDV3[17] & LDV3[18] & LDV3[19])
        )
        #
        (FOA_INLTCH == DCZ_DW2) &
        (LMOF0 & (!LDV0[16] & LDV0[17] & LDV0[18] & !LDV0[19] #
                LDV0[16] & !LDV0[17] & LDV0[18] & !LDV0[19] #
                !LDV0[16] & !LDV0[17] & LDV0[18] & LDV0[19] #
                LDV0[16] & LDV0[17] & LDV0[19])
                #
        LMOF1 & (!LDV1[16] & LDV1[17] & LDV1[18] & !LDV1[19] #
                LDV1[16] & !LDV1[17] & LDV1[18] & !LDV1[19] #
                !LDV1[16] & !LDV1[17] & LDV1[18] & LDV1[19] #
                LDV1[16] & LDV1[17] & LDV1[19])
                #
        LMOF2 & (!LDV2[16] & LDV2[17] & LDV2[18] & !LDV2[19] #
                LDV2[16] & !LDV2[17] & LDV2[18] & !LDV2[19] #
                !LDV2[16] & !LDV2[17] & LDV2[18] & LDV2[19] #
                LDV2[16] & LDV2[17] & LDV2[19])
                #
        LMOF3 & (!LDV3[16] & LDV3[17] & LDV3[18] & !LDV3[19] #
                LDV3[16] & !LDV3[17] & LDV3[18] & !LDV3[19] #
                !LDV3[16] & !LDV3[17] & LDV3[18] & LDV3[19] #
                LDV3[16] & LDV3[17] & LDV3[19])
        );


OFTOTAL[1] = (FOA_INLTCH == DCZ_DW0) &
            ( LMOF0 & (LDV0[16] & LDV0[17] #
                    LDV0[18] & LDV0[19] #
                    LDV0[17] & LDV0[19] #
                    LDV0[17] & LDV0[18]
                        )
                #
            LMOF1 & (LDV1[16] & LDV1[17] #
                    LDV1[18] & LDV1[19] #
                    LDV1[17] & LDV1[19] #
                    LDV1[17] & LDV1[18]
```

106

```
                )
        #
        LMOF2 & (LDV2[16] & LDV2[17] #
                 LDV2[18] & LDV2[19] #
                 LDV2[17] & LDV2[19] #
                 LDV2[17] & LDV2[18]
                )
        #
        LMOF3 & (LDV3[16] & LDV3[17] #
                 LDV3[18] & LDV3[19] #
                 LDV3[17] & LDV3[19] #
                 LDV3[17] & LDV3[18]
                )
)
#
(FOA_INLTCH == DCZ_DW1) &
( LMOF0 & (LDV0[18] & LDV0[19] #
           LDV0[16] & LDV0[19] #
           LDV0[16] & LDV0[17])
    #
    LMOF1 & (LDV1[18] & LDV1[19] #
             LDV1[16] & LDV1[19] #
             LDV1[16] & LDV1[17])
    #
    LMOF2 & (LDV2[18] & LDV2[19] #
             LDV2[16] & LDV2[19] #
             LDV2[16] & LDV2[17])
    #
    LMOF3 & (LDV3[18] & LDV3[19] #
             LDV3[16] & LDV3[19] #
             LDV3[16] & LDV3[17])
)
#
(FOA_INLTCH == DCZ_DW3) &
(  LMOF0 & (LDV0[16] & LDV0[17] #
            LDV0[17] & LDV0[18] #
            LDV0[16] & LDV0[18])
    #
    LMOF1 & (LDV1[16] & LDV1[17] #
             LDV1[17] & LDV1[18] #
             LDV1[16] & LDV1[18])
    #
    LMOF2 & (LDV2[16] & LDV2[17] #
             LDV2[17] & LDV2[18] #
             LDV2[16] & LDV2[18])
    #
    LMOF3 & (LDV3[16] & LDV3[17] #
             LDV3[17] & LDV3[18] #
             LDV3[16] & LDV3[18])
)
#
```

107

```
                (FOA_INLTCH == DCZ_DW2) &
                ( LMOF0 & (LDV0[16] & LDV0[17]   #
                           LDV0[17] & LDV0[19]   #
                           LDV0[16] & LDV0[19])
                   #
                  LMOF1 & (LDV1[16] & LDV1[17]   #
                           LDV1[17] & LDV1[19]   #
                           LDV1[16] & LDV1[19])
                   #
                  LMOF2 & (LDV2[16] & LDV2[17]   #
                           LDV2[17] & LDV2[19]   #
                           LDV2[16] & LDV2[19])
                   #
                  LMOF3 & (LDV3[16] & LDV3[17]   #
                           LDV3[17] & LDV3[19]   #
                           LDV3[16] & LDV3[19])
                );

/*-------------------------------------------------------------*/
/* Now, need to load a counter with the count for the overflow */
/* just determined.  The counter should:                       */
/*                                                             */
/* 1. DECREMENT by 1 every time the rams are precharged for     */
/*    asserting their next overflow data retrieve address;      */
/*                                                             */
/* 2. When the counter DECREMENTS to the value 1, the next      */
/*    data retrieve precharge signifies the last such retrieve. */
/*                                                             */
/* Note that since no DOWN counter was available, use the UP    */
/* counter, invert the inputs that load it, and interpret the   */
/* the 1 state differently ( ie., wait for the 2 state)         */
/*-------------------------------------------------------------*/

!LD_OFCb = !DC_DIS & IN_VCMD;
OFCNT_EN = !DC_DIS & (IN_MULOV # IN_MULOVEVAL # IN_CRTRV);
OFTOTb[1:0] = !OFTOTAL[1:0];

ecounter(OFCNT_EN, LD_OFCb, OFTOTb[1:0], OFCOUNT[1:0]);

DC_LSTADR = (OFCOUNT[1:0] == 10b);


/*-------------------------------------------------------------*/
/* Test Mode access control:                                    */
/*-------------------------------------------------------------*/


!TST_TRWE0b  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
             & (LA[11:10] == DCZ_WAY0)
             & (LA[3:2] == DCZ_DW1)
             & WTCMD & IN_VCMD & !PCLK;
```

108

```
!TST_TRWE1b   =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY1)
              & (LA[3:2] == DCZ_DW1)
              & WTCMD & IN_VCMD & !PCLK;

!TST_TRWE2b   =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY2)
              & (LA[3:2] == DCZ_DW1)
              & WTCMD & IN_VCMD & !PCLK;

!TST_TRWE3b   =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY3)
              & (LA[3:2] == DCZ_DW1)
              & WTCMD & IN_VCMD & !PCLK;


!TST_DVWEb[0]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY0)
              & (LA[3:2] == DCZ_DW0)
              & WTCMD & IN_VCMD & !PCLK;

!TST_DVWEb[1]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY1)
              & (LA[3:2] == DCZ_DW0)
              & WTCMD & IN_VCMD & !PCLK;

!TST_DVWEb[2]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY2)
              & (LA[3:2] == DCZ_DW0)
              & WTCMD & IN_VCMD & !PCLK;

!TST_DVWEb[3]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY3)
              & (LA[3:2] == DCZ_DW0)
              & WTCMD & IN_VCMD & !PCLK;

/* read out READ-ONLY data parity bits:  */

!TST_PO2b[0]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY0)
              & (LA[3:2] == DCZ_DW2)
              & IN_VCMD & RDCMD;

!TST_PO2b[1]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY1)
              & (LA[3:2] == DCZ_DW2)
              & IN_VCMD & RDCMD;

!TST_PO2b[2]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
              & (LA[11:10] == DCZ_WAY2)
              & (LA[3:2] == DCZ_DW2)
```

109

```
                        & IN_VCMD & RDCMD;

    !TST_PO2b[3]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY3)
                        & (LA[3:2] == DCZ_DW2)
                        & IN_VCMD & RDCMD;

    !TST_PO3b[0]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY0)
                        & (LA[3:2] == DCZ_DW3)
                        & IN_VCMD & RDCMD;

    !TST_PO3b[1]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY1)
                        & (LA[3:2] == DCZ_DW3)
                        & IN_VCMD & RDCMD;

    !TST_PO3b[2]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY2)
                        & (LA[3:2] == DCZ_DW3)
                        & IN_VCMD & RDCMD;

    !TST_PO3b[3]  = IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY3)
                        & (LA[3:2] == DCZ_DW3)
                        & IN_VCMD & RDCMD;

/* read out of tag rams:  */

    !TST_TOb[0]   =  IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY0)
                        & (LA[3:2] == DCZ_DW1)
                        & IN_VCMD & RDCMD;

    !TST_TOb[1]   =  IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY1)
                        & (LA[3:2] == DCZ_DW1)
                        & IN_VCMD & RDCMD;

    !TST_TOb[2]   =  IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY2)
                        & (LA[3:2] == DCZ_DW1)
                        & IN_VCMD & RDCMD;

    !TST_TOb[3]   =  IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                        & (LA[11:10] == DCZ_WAY3)
                        & (LA[3:2] == DCZ_DW1)
                        & IN_VCMD & RDCMD;

/* read out dirty/validity rams:  */
```

110

```
!TST_DVOb[0]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                & (LA[11:10] == DCZ_WAY0)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

!TST_DVOb[1]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                & (LA[11:10] == DCZ_WAY1)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

!TST_DVOb[2]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                & (LA[11:10] == DCZ_WAY2)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

!TST_DVOb[3]  =   IN_TEST & (LA[14:12] == DCZ_TAGGROUP)
                & (LA[11:10] == DCZ_WAY3)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

/* LRU test access:  */

!TST_LRU_RDb  =   IN_TEST & (LA[14:12] == DCZ_LRUGROUP)
                & IN_VCMD & RDCMD;

!TST_LRU_WEb  =   IN_TEST & (LA[14:12] == DCZ_LRUGROUP)
                & IN_VCMD & WTCMD & !PCLK;


/* data ram test access */

!TST_WE0b[0]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY0)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & WTCMD & !PCLK;

!TST_WE0b[1]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY0)
                & (LA[3:2] == DCZ_DW1)
                & IN_VCMD & WTCMD & !PCLK;

!TST_WE0b[2]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY0)
                & (LA[3:2] == DCZ_DW2)
                & IN_VCMD & WTCMD & !PCLK;

!TST_WE0b[3]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY0)
                & (LA[3:2] == DCZ_DW3)
                & IN_VCMD & WTCMD & !PCLK;
```

111

```
!TST_WE1b[0]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY1)
                &  (LA[3:2] == DCZ_DW0)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE1b[1]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY1)
                &  (LA[3:2] == DCZ_DW1)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE1b[2]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY1)
                &  (LA[3:2] == DCZ_DW2)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE1b[3]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY1)
                &  (LA[3:2] == DCZ_DW3)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE2b[0]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY2)
                &  (LA[3:2] == DCZ_DW0)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE2b[1]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY2)
                &  (LA[3:2] == DCZ_DW1)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE2b[2]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY2)
                &  (LA[3:2] == DCZ_DW2)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE2b[3]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY2)
                &  (LA[3:2] == DCZ_DW3)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE3b[0]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY3)
                &  (LA[3:2] == DCZ_DW0)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE3b[1]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                &  (LA[11:10] == DCZ_WAY3)
                &  (LA[3:2] == DCZ_DW1)
                &  IN_VCMD & WTCMD & !PCLK;

!TST_WE3b[2]    =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
```

112

```
                    & (LA[11:10] == DCZ_WAY3)
                    & (LA[3:2] == DCZ_DW2)
                    & IN_VCMD & WTCMD & !PCLK;

!TST_WE3b[3]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY3)
                    & (LA[3:2] == DCZ_DW3)
                    & IN_VCMD & WTCMD & !PCLK;

/* provide test access read control of data rams; note that the dword  */
/* number in brackets is NOT the byte number, and is only required to   */
/* allow mapping from WAYs 0,1,2,3 to COLUMNS I,J,K,L:                   */

TST_GO0[0]   = IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY0)
                    & (LA[3:2] == DCZ_DW0)
                    & IN_VCMD & RDCMD;

TST_GO0[1]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY0)
                    & (LA[3:2] == DCZ_DW1)
                    & IN_VCMD & RDCMD;

TST_GO0[2]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY0)
                    & (LA[3:2] == DCZ_DW2)
                    & IN_VCMD & RDCMD;

TST_GO0[3]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY0)
                    & (LA[3:2] == DCZ_DW3)
                    & IN_VCMD & RDCMD;

TST_GO1[0]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY1)
                    & (LA[3:2] == DCZ_DW0)
                    & IN_VCMD & RDCMD;

TST_GO1[1]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY1)
                    & (LA[3:2] == DCZ_DW1)
                    & IN_VCMD & RDCMD;

TST_GO1[2]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY1)
                    & (LA[3:2] == DCZ_DW2)
                    & IN_VCMD & RDCMD;

TST_GO1[3]   =  IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                    & (LA[11:10] == DCZ_WAY1)
                    & (LA[3:2] == DCZ_DW3)
```

113

```
                    & IN_VCMD & RDCMD;

TST_GO2[0]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY2)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

TST_GO2[1]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY2)
                & (LA[3:2] == DCZ_DW1)
                & IN_VCMD & RDCMD;

TST_GO2[2]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY2)
                & (LA[3:2] == DCZ_DW2)
                & IN_VCMD & RDCMD;

TST_GO2[3]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY2)
                & (LA[3:2] == DCZ_DW3)
                & IN_VCMD & RDCMD;

TST_GO3[0]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY3)
                & (LA[3:2] == DCZ_DW0)
                & IN_VCMD & RDCMD;

TST_GO3[1]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY3)
                & (LA[3:2] == DCZ_DW1)
                & IN_VCMD & RDCMD;

TST_GO3[2]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY3)
                & (LA[3:2] == DCZ_DW2)
                & IN_VCMD & RDCMD;

TST_GO3[3]  =   IN_TEST & (LA[14:12] == DCZ_DATAGROUP)
                & (LA[11:10] == DCZ_WAY3)
                & (LA[3:2] == DCZ_DW3)
                & IN_VCMD & RDCMD;

/*-------------------------------------------------------------*/
/*              Data Cache Ram Structures:                     */
/*-------------------------------------------------------------*/

/*-------------------------------------------------------------*/
/* Define Data ram required for Data Cache:                    */
/*-------------------------------------------------------------*/

.block rblk rb0
```

114

```
    WIREN          =           WIREN,
    WJREN          =           WJREN,
    WKREN          =           WKREN,
    WLREN          =           WLREN,

    WIWEb          =           WIWEb,
    WJWEb          =           WJWEb,
    WKWEb          =           WKWEb,
    WLWEb          =           WLWEb,

    LRAI[7:0]      =           LRAI[9:2],
    LRAJ[7:0]      =           LRAJ[9:2],
    LRAK[7:0]      =           LRAK[9:2],
    LRAL[7:0]      =           LRAL[9:2],

    TRENW[3:0]     =           TRENW[3:0],
    DVREN[3:0]     =           DVREN[3:0],
    LRURE          =           LRURE,
    LRUWEb         =           LRUWEb,
    TRWEb[3:0]     =           TRWEb[3:0],
    DVWEb[3:0]     =           DVWEb[3:0],
    LRAT[5:0]      =           LRAT[9:4],

    D_WID[31:0]    =           D_WID[31:0],
    D_WIP[3:0]     =           D_WIP[3:0],

    D_WJD[31:0]    =           D_WJD[31:0],
    D_WJP[3:0]     =           D_WJP[3:0],

    D_WKD[31:0]    =           D_WKD[31:0],
    D_WKP[3:0]     =           D_WKP[3:0],

    D_WLD[31:0]    =           D_WLD[31:0],
    D_WLP[3:0]     =           D_WLP[3:0],


    D_W0TD[18:0]   =           D_W0TD[18:0],
    D_W1TD[18:0]   =           D_W1TD[18:0],
    D_W2TD[18:0]   =           D_W2TD[18:0],
    D_W3TD[18:0]   =           D_W3TD[18:0],

    D_W0DV[19:0]   =           D_W0DV[19:0],
    D_W1DV[19:0]   =           D_W1DV[19:0],
    D_W2DV[19:0]   =           D_W2DV[19:0],
    D_W3DV[19:0]   =           D_W3DV[19:0],

    D_LRU[2:0]     =           D_LRU[2:0];

/*--------------------------------------------------------------*/
/*                end of DC Ram Structures                      */
/*--------------------------------------------------------------*/
```

115

```
/*------------------------------------------------------------*/
/* No need to check data coming out of DC data rams for       */
/* parity errors since this will be done cumulatively at the top*/
/* level; do need to check tag parity, however:               */
/*------------------------------------------------------------*/
/*------------------------------------------------------------*/
/* need parity checking logic for tag data read out:          */
/*------------------------------------------------------------*/

parity(LW0T[7:0],GEN_TLP0);
xor(GEN_TLP0,LW0T[16],TO_TLPE0);
TLPE0 = !(LW0T[18]) & TO_TLPE0;  /* qualify with disable bit */

parity(LW0T[15:8],GEN_THP0);
xor(GEN_THP0,LW0T[17],TO_THPE0);
THPE0 = !(LW0T[18]) & TO_THPE0;  /* qualify with disable bit */

parity(LW1T[7:0],GEN_TLP1);
xor(GEN_TLP1,LW1T[16],TO_TLPE1);
TLPE1 = !(LW1T[18]) & TO_TLPE1;  /* qualify with disable bit */

parity(LW1T[15:8],GEN_THP1);
xor(GEN_THP1,LW1T[17],TO_THPE1);
THPE1 = !(LW1T[18]) & TO_THPE1;  /* qualify with disable bit */

parity(LW2T[7:0],GEN_TLP2);
xor(GEN_TLP2,LW2T[16],TO_TLPE2);
TLPE2 = !(LW2T[18]) & TO_TLPE2;  /* qualify with disable bit */

parity(LW2T[15:8],GEN_THP2);
xor(GEN_THP2,LW2T[17],TO_THPE2);
THPE2 = !(LW2T[18]) & TO_THPE2;  /* qualify with disable bit */

parity(LW3T[7:0],GEN_TLP3);
xor(GEN_TLP3,LW3T[16],TO_TLPE3);
TLPE3 = !(LW3T[18]) & TO_TLPE3;  /* qualify with disable bit */

parity(LW3T[15:8],GEN_THP3);
xor(GEN_THP3,LW3T[17],TO_THPE3);
THPE3 = !(LW3T[18]) & TO_THPE3;  /* qualify with disable bit */

.end;
```

116

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990        */
/*                                                                     */
/* FILENAME      :          DR_ADDRL.CDL                              */
   */
/*                                                                     */
/* CONTENTS      :          This file contains CDL code for the DRAM  */
/*                          Controller Block Address Counters/Registers */
/*                          Contents:  Address Pointer Counter/Register */
/*                                     Prefetch Pointer Counter/Register */
/*                                     Split Address Register           */
/*                                     Two Least Significant Bits for 486BURST */
/*                                                                     */

.iflevel TOP
.include STATES.DEF
.endif


.input    CMDVLDb, IW_Rb, DCMDVLDb, BUSYb, VALIDALLb, RW_Rb,
          MBUSYb, BGb, D_RAM[6:0], NMLB, NAVLDb, INT, DNMLB, IMCABURST,
          I486BURST, TBPEb, PRF23E, PORESb, ENSPLb, spaB[5:0],PRF_C,
          LBAB, ST_PRF, MSADR, LPFCb, TBVb, RRD, RRD_C, DCbACC, BRD486
          NPRFA, MBUSYb, ROMAD;

.output   RW_Rb, APINC, APA[25:2], NADDRb, INA[25:2], PREFOEb, ADROEb,
EPRFJMP;

.bidi  IA[25:2];

.clock  CLK;
.edge rising CLK;

/*********************************************************************/
/* ADDRESS COUNTERS/REGISTERS                                        */
/*********************************************************************/

/*-----------------------------------------------------------------*/
/* Address Pointer Counter/register                                 */
/*-----------------------------------------------------------------*/

RW_Rb     :=  (!CMDVLDb & IW_Rb) # (CMDVLDb & RW_Rb);

APINC   =( (!DCMDVLDb & IMCABURST)                     /* 1st incr in Stream */
          # (IMCABURST &
               BUSYb & !VALIDALLb & RW_Rb & CMDVLDb) /* Incr during BWR    */
          # (IMCABURST &
               ((MBUSYb & !BGb & !RW_Rb & CMDVLDb)    /* Incr during BRD    */
               #(D_RAM==D_54) # (D_RAM==D_58)))
          # (!DNMLB & NMLB & !INT)                     /* Line Incr in nonINT Burst*/
          # (RRD_C & !DCMDVLDb)                        /* 1st incr in Regular */
                                                       /* Code Read          */
          # ((RRD_C # RRD) & !DCbACC &
```

117

```
                    ((MBUSYb & !BGb & !RW_Rb & CMDVLDb)    /* Incr during Reg.    */
                     #(D_RAM==D_54) # (D_RAM==D_58)))      /* Code Read           */
            # (BRD486 & NAVLDb & !BGb & MBUSYb &           /* Incr in BDR486 flow*/
                  ( (D_RAM == D_57) # (D_RAM == D_5A) ))   /* before Prefetch     */
            # ((D_RAM == D_36) & MBUSYb & BRD486)          /* Extra non-int incr */
                                                           /* before prefetch    */
            # (D_RAM == D_42) # (D_RAM == D_43)            /* Interleaved pref inc. */
            # (D_RAM == D_45) # (D_RAM == D_46)
            # (D_RAM == D_49)                              /* Non-Int. pref incr. */
            # ((D_RAM == D_4D) # (D_RAM == D_4E))
            # (((D_RAM == D_40) # (D_RAM == D_41)
                 #(D_RAM == D_44)                          ) & MBUSYb)
            # (PRF_C & !DCMDVLDb)                          /* 1st incr in Prefetch */
            # (PRF_C &                                     /* Pref Read            */
                  ((D_RAM==D_54) # (D_RAM==D_58))) ) & !ROMAD;

!APLb   = (!CMDVLDb # ST_PRF);

.signal IA_BU[25:2];
IA_BU[25:4] = IA[25:4];                              /* Go to end of line and inc.  */
IA_BU[2] = (IA[2] & !I486BURST) # I486BURST;/* to next line if 486BURST */
IA_BU[3] = (IA[3] & !I486BURST) # I486BURST;

.signal APA[25:2];
ecounter(APINC,APLb,IA_BU[19:2],APA[19:2]);     /*Low order Address Pionter*/

APINCH  = (APA[19:2]==0x3FFFF) & APINC;          /*Low order overflow       */

ecounter(APINCH,APLb,IA_BU[25:20],APAB[25:20]); /*High ord. Address Pionter*/

subtract(IA_BU[25:20],MSADR[25:20],IA_SU[25:20]);
ecounter(APINCH,APLb,IA_SU[25:20],APA[25:20]); /*Substract Address Pionter*/

!ADROEb    = ((!TBVb & !IMCABURST & !I486BURST)
                # ((IMCABURST # I486BURST) & RW_Rb & CMDVLDb)) & PORESb;
!ADROEb_BR = (IMCABURST # I486BURST) & !RW_Rb & CMDVLDb & PORESb;

buffer(ADROEb,APAB[25:20],IA[25:20]);
buffer(ADROEb,APA[19:4],  IA[19:4]);
buffer(ADROEb,INA[3:2],   IA[3:2]);

register(CLK,APAB[25:20],APAB_BR[25:20]);
register(CLK,APA[19:4],  APA_BR[19:4]);
register(CLK,INA[3:2],   INA_BR[3:2]);

buffer(ADROEb_BR,APAB_BR[25:20],IA[25:20]);
buffer(ADROEb_BR,APA_BR[19:4],  IA[19:4]);
buffer(ADROEb_BR,INA_BR[3:2],   IA[3:2]);

/*-----------------------------------------------------------------*/
/* Prefetch Pointer Counter/Register                               */
/*-----------------------------------------------------------------*/
```

118

```
PRINC    = (  (D_RAM == D_42, # (D_RAM == D_43)  /* Interleaved pref inc. */
              # (D_RAM == D_45) # (D_RAM == D_46)
              # (D_RAM == D_49)                   /* Non-Int. pref incr.   */
                  # ((D_RAM == D_36) & MBUSYb) );

!PREFOEb=  !TBPEb # ST_PRF;

ecounter(PRINC,LPFCb,IA_BU[25:2],PRP[25:2]);/* Prefetch Pionter/Counter  */
buffer(PREFOEb,PRP[25:2],IA[25:2]);

/*-------------------------------------------------------------------------*/
/* Split Address register                                                  */
/*-------------------------------------------------------------------------*/

comparator(APA[25:20],spaB[5:0],SPACb);     /* Split Address Compare      */
SPACL    = (!SPACb & !APA[19] & !APA[18] & !ENSPLb);
                                            /* Split Addr Comp in low 256K */
.signal INA[25:2];
VAR02    = %0x02;
mux2(SPACL,APA[25:18],VAR02,INA[25:18]);    /* Set bits A[25:20] to 0 and  */
                                            /* A19 to 1 and A18 to 0 .     */

/*-------------------------------------------------------------------------*/
/* Two least significant bits for 486BURST                                 */
/*-------------------------------------------------------------------------*/

BSEL     = I486BURST & !PRF23E
                   & (!DNMLB # !NMLB); /* Select two least sign. bits */
mux2(BSEL,APA[3:2],LBAB[3:2],INA[3:2]);      /* generated by cache state.m. */

INA[17:4] = APA[17:4];                       /* Port bits A[17:4]         */

RAFINC  := APINC;
!NADDRb =  (APINC & IMCABURST & RW_Rb)            /* BWR                   */

         # (RAFINC & IMCABURST & !RW_Rb)          /* BRD                  */
         # (I486BURST & !DCMDVLDb)
         # (I486BURST &
             BUSYb & !VALIDALLb & RW_Rb & CMDVLDb) /* BWRCSH              */
         # (I486BURST &
             ((MBUSYb & !BGb & !RW_Rb & CMDVLDb)   /* BRD486              */
             #(D_RAM==D_54) # (D_RAM==D_58)));

EPRFJMP := ( ((D_RAM == D_58) # (D_RAM == D_5B) # (D_RAM == D_56))
             & BRD486 & NMLB & NPRFA & !DCbACC)
             & !(D_RAM == D_45);              /* This is to prevent looking */
                                              /* for busy in the prefetch flow*/
                                              /* after a even termination of */
                                              /* the 486 burst read          */
```

119

```
.end;
```

Appx0145

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990          */
/*                                                                      */
/* FILENAME      :        DR_C.CDL                                      */
/*                                                                      */
/* CONTENTS      :        This file contains CDL code for the DRAM      */
/*                        Controller Block of the Memory Interface      */
/*                        Block (MIB) for SUMMIT II.                    */
/*                                                                      */
/* DESCRIPTION  :                                                       */
/*                                                                      */
/*  Breakdown of the  file structure:                                  */
/*  --------------------------------                                    */
/*                                                                      */
/*  SECTION                                                     NUMBER  */
/*                                                                      */
/*  INPUT AND OUTPUT DEFINITIONS                                        */
/*                                                                      */
/*  DEFINE STATEMENTS                                                   */
/*                                                                      */
/*  DRAM CONTROLLER CONFIGURATION REGISTERS                            */
/*        Memory Encoding Register 1           MEC1                    */
/*        Memory Encoding Register 2           MEC2                    */
/*        DRAM Configuration register          DCON                    */
/*        System Board POS3 Register           POS103                  */
/*        Extended SPlit Address Register      ESPA                    */
/*        Processor Speed Register             PSPE                    */
/*        DRAM Status Register                 DSTA                    */
/*        Register Address Decoding                                    */
/*                                                                      */
/*  STATE DEFINITIONS FOR MAIN STATE MACHINE                           */
/*  STATE MACHINE                                                       */
/*        State-to-State jump Conditions for BIOS                      */
/*        State-to-State jump Conditions for REFRESH                   */
/*        State-to-State jump Conditions for N.I. RRD,RWR,BRD & BRW  20^MHz */
/*        State-to-State jump Conditions for INT. RRD,BRD,RWR & BWR  ^20MHz */
/*        State-to-State jump Conditions for Page bound or RAS Timeout ^20MHz*/
/*        State-to-State jump Conditions for 16MHz (NI) RRD,RWR,BWR,BRD */
/*        State-to-State jump Conditions for IRD and IWR              */
/*        State machine Flag Equations                               */
/*                                                                      */
/*  TRANSACTION BUS HANDSHAKE EQUATIONS                                 */
/*                                                                      */
/*  COMMAND REGISTER EQUATIONS                                          */
/*  200 nS DELAY COUNTER AFTER POWER_UP BEFORE 8 RFR GENERATIONS        */
/*  RFR GENERATION DURING POWER FAIL MODE                              */
/*  RAS LO TIMER COUNTER                                               */
/*                                                                      */
/*  ADDRESS LOGIC                                                       */
/*        ADDRESS COUNTERS/REGISTERS                                   */
/*                Address Pointer Counter/register                     */
/*                Prefetch Pointer Counter/Register                    */
```

121

```
/*            Split Address register                      */
/*            Two least significant bits for 486BURST     */
/*     MEMORY CONFIGURATION DECODING LOGIC                */
/*     DRAM CONTROL SIGNAL GENERATION                     */
/*            RAS Generation                              */
/*            CAS Generation                              */
/*            WRITE Generation                            */
/*            External Address LATCH Strobes              */
/*            BIOS ROM Select signal                      */
/*     Address Router Select Signals                      */
/*     ROW and COL Address Router                         */
/*     Page register/comparators and Output Latch         */
/*     Current Page Register                              */
/*     Page Boundary Comparator                           */
/*     ROW/COLUMN Mux/Register                            */
/*                                                        */
/*  DRAM CONTROLLER DATA PATH                             */
/*                                                        */
/*  VALIDb(N), BUSYb(N) & ID_NUMBER HANDLING              */
/*  MODEL DEFINITIONS, USED FOR SIMULATION ONLY!          */
/*                                                        */

.iflevel TOP
.include STATES.DEF
.endif


/******************************************************************/
/*   INPUT AND OUTPUT DEFINITIONS                               */
/******************************************************************/

/*** GENERAL INPUTS ***/

.input  PORESb;          /* POWER ON RESET                        */



.clock CLK;
.edge rising CLK;


/*** TRANSACTION BUS COMMAND LINE INPUTS ***/

.bidi   IM_IOb,          /* MEMORY OR I/O ACCESS                 */
        IW_Rb,           /* WRITE OR READ ACCESS                 */
        ID_Cb,           /* DATA OR CODE ACCESS                  */
        IRTNCMD,         /* READ RETURN COMMAND                  */
        I486BURST,       /* 486 INITIATED BURST                  */
        IMCABURST,       /* MCA INITIATED BURST                  */
        ICONFIG,         /* I/O CONFIGURATION MODE               */
        IREFRESH;        /* REFRESH                              */
```

122

```
/*** TRANSACTION BUS CONTROL LINES AND HANDSHAKE LINES ***/

.input  MBUSYb,          /* MASTER BUSY SIGNAL FROM HPM            */
        BGb,             /* TRANSACTION BUS GRANT SIGNAL           */
        PGb_P,           /* TRANSACTION BUS PREFETCH GRANT SIGNAL  */
        VALIDALLb,       /* MASTER VALID SIGNAL FROM OTHER BLOCKS  */
        IRM_VLD,         /* CACHE REMOVE VALID SIGNAL              */
        NPRFA,           /* NEXT PREFETCH ADDRESS                  */
        LPFCb,           /* PREFETCH QUEUE TAG MATCH               */
        NAVLDb,          /* NEXT ADDRESS VALID 2 LS BURST ADDRESS BITS */
        BLOCK_DR[3:0],   /* BLOCK DRAM DATA BYTE OUPUTS            */
        PWR_FAILb,       /* POWER FAIL STATUS LINE                 */
        DRC_SEL,         /* DRAM CONTROLLER SELECT SIGNAL          */
        SYS_PROC;        /* CPU TYPE ( 1 = 486 )                   */
.output BUSYb,           /* DRAM CONTROLLER BUSY SIGNAL            */
        BRb,             /* TRANSACTION BUS REQUEST SIGNAL         */
        TBVOb,           /* DRAM CONTROLLER TRANS.BUS VALID SIGNAL */
        NADDRb,          /* NEXT ADDRESS (LOWER BURST ADDRESS BITS) */
        ENCACHEb,        /* ENABLE SIGNAL FOR THE CACHES           */
        LOCKb;           /* LOCK SIGNAL FOR THE CACHES             */
.bidi   IBEb[3:0],       /* BYTE ENABLES                          */
        IDN[1:0];        /* BLOCK ID-NUMBER                       */

/*** TRANSACTION BUS DATA AND ADDRESS LINES ***/

.bidi   ID[31:0];        /* TRNASACTION DATA BUS                  */
.bidi   IA[25:2];        /* TRANSACTION ADDRESS BUS               */
.input  LBAB[3:2],       /* LOW BURST ADDRESS BITS                */
        IDP[3:0];        /* TRANSACTION BUS GENERATED PARITY BITS  */
.output IRAM_DP[3:0],    /* DRAM PARITY BITS                      */
        PAR_BLOCK;       /* BIOS READ PARITY DISABLE SIGNAL       */


/*** DRAM DATA AND ADDRESS BUS AND CONTROL OUTPUTS ***/

.bidi   MD1_LOW[17:0],   /* MEMORY DATA BUS BANK1 LOW ORDER WORD   */
        MD1_HOW[17:0],   /* MEMORY DATA BUS BANK1 HIGH ORDER WORD  */
        MD2_LOW[17:0],   /* MEMORY DATA BUS BANK2 LOW ORDER WORD   */
        MD2_HOW[17:0];   /* MEMORY DATA BUS BANK2 HIGH ORDER WORD  */

.output MADR[10:0],      /* MEMORY ADDRESS BUS BANK 1&2 MULTIPLEXED */
        LATCH1,          /* EXTERNAL LATCH SIGNAL FOR DRAM BANK 1 (& 3) */
        LATCH2,          /* EXTERNAL LATCH SIGNAL FOR DRAM BANK 2 (& 4) */
        RASb[3:0],       /* EXTERNAL RAS SIGNALS 0,1,2 & 3         */
        CASb[3:0],       /* EXTERNAL CAS SIGNALS 0,1,2 & 3         */
        WEb[7:0],        /* EXTERNAL WRITE ENABLE 0,1,2,3,4,5,6 & 7 */
        CS1b;            /* BIOS ROM CHIP SELECT                  */

/*****************************************************************/
/*  DEFINE STATEMENTS                                          */
/*****************************************************************/
```

123

```
/*** DEFINE TRANSACTION BUS COMMANDS ***/

.define     IO_RD_REQx                              (!IM_IOb&!IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define IO_RD_REQ          IO_RD_REQx            & !ICONFIG&!IREFRESH)
.define     IO_RD_RETx                       (!IM_IOb&!IW_Rb&     ID_Cb&
IRTNCMD&!I486BURST&!IMCABURST
.define IO_RD_RET          IO_RD_RET           & !ICONFIG&!IREFRESH)
.define     IO_WRx                                  (!IM_IOb&    IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define IO_WR              IO_WRx              & !ICONFIG&!IREFRESH)
.define   IO_IRD_REQx                             (!IM_IOb&!IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define IO_IRD_REQ         IO_IRD_REQx          & ICONFIG&!IREFRESH)
.define     IO_IRD_RETx                      (!IM_IOb&!IW_Rb&     ID_Cb&
IRTNCMD&!I486BURST&!IMCABURST
.define IO_IRD_RET         IO_IRD_RET          & ICONFIG&!IREFRESH)
.define     IO_IWRx                                 (!IM_IOb&    IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define IO_IWR             IO_IWRx             & ICONFIG&!IREFRESH)
.define   CODE_RD_REQx                             (
IM_IOb&!IW_Rb&!ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define CODE_RD_REQ        CODE_RD_REQx         & !ICONFIG&!IREFRESH)
.define     CODE_RD_RETx                     (    IM_IOb&!IW_Rb&!ID_Cb&
IRTNCMD&!I486BURST&!IMCABURST
.define CODE_RD_RET        CODE_RD_RETx         & !ICONFIG&!IREFRESH)
.define    DATA_RD_REQx                      (   IM_IOb&!IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define DATA_RD_REQ        DATA_RD_REQx         & !ICONFIG&!IREFRESH)
.define     DATA_RD_RETx                     (   IM_IOb&!IW_Rb&     ID_Cb&
IRTNCMD&!I486BURST&!IMCABURST
.define DATA_RD_RET        DATA_RD_RETx         & !ICONFIG&!IREFRESH)
.define     MEM_WRx                           (    IM_IOb&     IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define MEM_WR             MEM_WRx             & !ICONFIG&!IREFRESH)
.define   MCA_IO_RD_B_REQx    (!IM_IOb&!IW_Rb&    ID_Cb&!IRTNCMD&!I486BURST&
IMCABURST
.define MCA_IO_RD_B_REQ  MCA_IO_RD_B_REQx       & !ICONFIG&!IREFRESH)
.define   MCA_IO_RD_B_RETx    (!IM_IOb&!IW_Rb&    ID_Cb&   IRTNCMD&!I486BURST&
IMCABURST
.define MCA_IO_RD_B_RET  MCA_IO_RD_B_RETx       & !ICONFIG&!IREFRESH)
.define   MCA_IO_WR_Bx        (!IM_IOb&   IW_Rb&  ID_Cb&!IRTNCMD&!I486BURST&
IMCABURST
.define MCA_IO_WR_B      MCA_IO_WR_Bx          & !ICONFIG&!IREFRESH)
.define   MCA_M_RD_B_REQx     (   IM_IOb&!IW_Rb&  ID_Cb&!IRTNCMD&!I486BURST&
IMCABURST
.define MCA_M_RD_B_REQ   MCA_M_RD_B_REQx        & !ICONFIG&!IREFRESH)
.define   MCA_M_RD_B_RETx     (   IM_IOb&!IW_Rb&  ID_Cb&   IRTNCMD&!I486BURST&
IMCABURST
.define MCA_M_RD_B_RET   MCA_M_RD_B_RETx        & !ICONFIG&!IREFRESH)
.define   MCA_M_WR_Bx         (   IM_IOb&   IW_Rb&  ID_Cb&!IRTNCMD&!I486BURST&
```

124

```
IMCABURST
.define MCA_M_WR_B        MCA_M_WR_Bx               & !ICONFIG&!IREFRESH)
.define    486_CO_RD_B_REQx    (    IM_IOb&!IW_Rb&!ID_Cb&!IRTNCMD&
I486BURST&!IMCABURST
.define 486_CO_RD_B_REQ  486_CO_RD_B_REQx        & !ICONFIG&!IREFRESH)
.define    486_CO_RD_B_RETx    (    IM_IOb&!IW_Rb&!ID_Cb&    IRTNCMD&
I486BURST&!IMCABURST
.define 486_CO_RD_B_RET  486_CO_RD_B_RETx        & !ICONFIG&!IREFRESH)
.define    486_DA_RD_B_REQx    (    IM_IOb&!IW_Rb&    ID_Cb&!IRTNCMD&
I486BURST&!IMCABURST
.define 486_DA_RD_B_REQ  486_DA_RD_B_REQx        & !ICONFIG&!IREFRESH)
.define    486_DA_RD_B_RETx    (    IM_IOb&!IW_Rb&    ID_Cb&    IRTNCMD&
I486BURST&!IMCABURST
.define 486_DA_RD_B_RET  486_DA_RD_B_RETx        & !ICONFIG&!IREFRESH)
.define    CSH_CO_WR_B_REQx    (    IM_IOb&    IW_Rb&!ID_Cb&!IRTNCMD&
I486BURST&!IMCABURST
.define CSH_CO_WR_B_REQ  CSH_CO_WR_B_REQx        & !ICONFIG&!IREFRESH)
.define    CSH_DA_WR_B_REQx    (    IM_IOb&    IW_Rb&    ID_Cb&!IRTNCMD&
I486BURST&!IMCABURST
.define CSH_DA_WR_B_REQ  CSH_DA_WR_B_REQx        & !ICONFIG&!IREFRESH)
.define    REFRESHx                          (    IM_IOb&!IW_Rb&
ID_Cb&!IRTNCMD&!I486BURST&!IMCABURST
.define REFRESH        REFRESHx               & !ICONFIG& IREFRESH)


.block dr_stm stm
        D_RAM[6:0]      =  D_RAM[6:0],
        PORESb          =  PORESb,
        OK_PRFR         =  OK_PRFR,
        ROMCNT[1:0]     =  ROMCNT[1:0],
        PWR_FAILb       =  PWR_FAILb,
        INITFL          =  INITFL,
        APF             =  APF,
        OPF             =  OPF,
        PRF             =  PRF,
        RWR             =  RWR,
        BWR             =  BWR,
        BWRCSH          =  BWRCSH,
        BRD             =  BRD,
        BRD486          =  BRD486,
        FC0             =  FC0,
        FC1             =  FC1,
        VLDb            =  VLDb,
        DNMLB           =  DNMLB,
        BURSTb          =  BURSTb,
        ROP             =  ROP,
        OPC             =  OPC,
        RLTT            =  RLTT,
        PBND            =  PBND,
        BGb             =  BGb,
```

125

```
        MBUSYb              =     MBUSYb,
        NPRFA               =     NPRFA,
        DCbACC              =     DCbACC,
        RFR                 =     RFR,
        EVEN                =     EVEN,
        RRD                 =     RRD,
        NMLB                =     NMLB,
        INT                 =     INT,
        PRF_C               =     PRF_C,
        RFR_C               =     RFR_C,
        BGb_P               =     BGb_P,
        IRD_C               =     IRD_C,
        IWR_C               =     IWR_C,
        ROMAD               =     ROMAD,
        RRD_C               =     RRD_C,
        BRD486_C            =     BRD486_C,
        BRD_C               =     BRD_C,
        RWR_C               =     RWR_C,
        NEWCMD              =     NEWCMD,
        BWR_C               =     BWR_C,
        BWRCSH_C            =     BWRCSH_C,
        LAT                 =     LAT,
        LAT1                =     LAT1,
        LAT2                =     LAT2,
        SMRASb              =     SMRASb,
        SMCAS1b             =     SMCAS1b,
        SMCAS2b             =     SMCAS2b,
        R_SMRASb            =     R_SMRASb,
        R_SMCAS1b           =     R_SMCAS1b,
        R_SMCAS2b           =     R_SMCAS2b,
        WR1b                =     WR1b,
        WR2b                =     WR2b,
        BRb                 =     BRb,
        TBVb                =     TBVb,
        RCM                 =     RCM,
        CPM                 =     CPM,
        SMAPINC             =     SMAPINC,
        SMBUSYb             =     SMBUSYb,
        PRF23E              =     PRF23E,
        BFLB                =     BFLB,
        R_BFLB              =     R_BFLB,
        EPRFJMP             =     EPRFJMP,
        CLK                 =     CLK;

.block dr_path path
        CASb[3:0]           =     CASb[3:0],
        MBUSYb              =     MBUSYb,
        ROMCNT[3:0]         =     ROMCNT[3:0],
        ROMAD               =     ROMAD,
        D_RAM[6:0]          =     D_RAM[6:0],
        BURSTb              =     BURSTb,
```

126

```
        BUSYb           =    BUSYb,
        INA[2]          =    INA[2],
        INT             =    INT,
        CMDVLDb         =    CMDVLDb,
        VALIDALLb       =    VALIDALLb,
        PORESb          =    PORESb,
        WEb[7:0]        =    WEb[7:0],
        BGb_P           =    BGb_P,
        TBVb            =    TBVb,
        BLOCK_DR[3:0]   =    BLOCK_DR[3:0],
        DJ_LOW[17:0]    =    DJ_LOW[17:0],
        DH_LOW[17:0]    =    DH_LOW[17:0],
        DH_HOW[17:0]    =    DH_HOW[17:0],
        MD1_LOW[17:0]   =    MD1_LOW[17:0],
        MD1_HOW[17:0]   =    MD1_HOW[17:0],
        MD2_LOW[17:0]   =    MD2_LOW[17:0],
        MD2_HOW[17:0]   =    MD2_HOW[17:0],
        IRAM_DP[3:0]    =    IRAM_DP[3:0],
        ID[31:0]        =    ID[31:0],
        IDP[3:0]        =    IDP[3:0],
        TBDI1           =    TBDI1,
        TBDI2           =    TBDI2,
        TBPEb           =    TBPEb,
        CLK             =    CLK;

.block dr_reg reg
        PORESb          =    PORESb,
        DH_LOW[17:0]    =    DH_LOW[17:0],
        DH_HOW[17:0]    =    DH_HOW[17:0],
        DJ_LOW[17:0]    =    DJ_LOW[17:0],
        APA[15:0]       =    APA[15:0],
        BYTE1b[3:0]     =    BYTE1b[3:0],
        D_RAM[6:0]      =    D_RAM[6:0],
        ICONFIG         =    ICONFIG,
        CMDVLDb         =    CMDVLDb,
        DRC_SEL         =    DRC_SEL,
        ENPCKb          =    ENPCKb,
        ROMEN           =    ROMEN,
        ENSPLb          =    ENSPLb,
        CE1B            =    CE1B,
        CE1A            =    CE1A,
        CE2B            =    CE2B,
        CE2A            =    CE2A,
        spaB[5:0]       =    spaB[5:0],
        CE3B            =    CE3B,
        CE3A            =    CE3A,
        CE4B            =    CE4B,
        CE4A            =    CE4A,
        ENCACHEb        =    ENCACHEb,
        LOCKb           =    LOCKb,
        MSADR[25:20]    =    MSADR[25:20],
```

127

```
        mconfB[7:0]        =    mconfB[7:0],
        FC0                =    FC0,
        FC1                =    FC1,
        ID[31:0]           =    ID[31:0],
        CLK                =    CLK;

.block dr_cnf cnf
        CE1A          =    CE1A,
        CE1B          =    CE1B,
        CE2A          =    CE2A,
        CE2B          =    CE2B,
        CE3A          =    CE3A,
        CE3B          =    CE3B,
        CE4A          =    CE4A,
        CE4B          =    CE4B,
        INA[25:0]     =    INA[25:0],
        D_RAM[6:0]    =    D_RAM[6:0],
        mconfB[7:0]   =    mconfB[7:0],
        IN[1:0]       =    IN[1:0],
        ROMADb        =    ROMADb,
        ROMAD         =    ROMAD,
        ROMCNT[1:0]   =    ROMCNT[1:0],
        iRASb[3:0]    =    iRASb[3:0],
        RADR[10:0]    =    RADR[10:0],
        CADR[10:0]    =    CADR[10:0],
        INT           =    INT,
        RCE           =    RCE,
        CLK           =    CLK;

.block dr_cnt cnt
        D_RAM[6:0]         =    D_RAM[6:0],
        PWR_FAILb          =    PWR_FAILb,
        FC1                =    FC1,
        FC0                =    FC0,
        RASb               =    RASb,
        PORESb             =    PORESb,
        OK_PRFR            =    OK_PRFR,
        INITFL             =    INITFL,
        PFCNT2             =    PFCNT2,
        PFCNT27            =    PFCNT27,
        RLTT               =    RLTT,
        IN[18:0]           =    IN[18:0],
        CLK                =    CLK;

.block dr_addrl addrl
        CMDVLDb            =    CMDVLDb,
        IW_Rb              =    IW_Rb,
        DCMDVLDb           =    DCMDVLDb,
        BUSYb              =    BUSYb,
        VALIDALLb          =    VALIDALLb,
        RW_Rb              =    RW_Rb,
```

128

```
          BGb               =    BGb,
          MBUSTb            =    MBUSYb,
          D_RAM[6:0]        =    D_RAM[6:0],
          NMLB              =    NMLB,
          NAVLDb            =    NAVLDb,
          INT               =    INT,
          DNMLB             =    DNMLB,
          IMCABURST         =    IMCABURST,
          I486BURST         =    I486BURST,
          BRD486            =    BRD486,
          APA[25:2]         =    APA[25:2],
          TBPEb             =    TBPEb,
          PRF23E            =    PRF23E,
          PORESb            =    PORESb,
          ENSPLb            =    ENSPLb,
          EPRFJMP           =    EPRFJMP,
          spaB[5:0]         =    spaB[5:0],
          LBAB              =    LBAB,
          ST_PRF            =    ST_PRF,
          PRF_C             =    PRF_C,
          MSADR             =    MSADR,
          LPFCb             =    LPFCb,
          TBVb              =    TBVb,
          NADDRb            =    NADDRb,
          INA[25:2]         =    INA[25:2],
          IA[25:2]          =    IA[25:2],
          RRD               =    RRD,
          RRD_C             =    RRD_C,
          DCbACC            =    DCbACC,
          NPRFA             =    NPRFA,
          MBUSYb            =    MBUSYb,
          ADROEb            =    ADROEb,
          PREFOEb           =    PREFOEb,
          ROMAD             =    ROMAD,
          CLK               =    CLK;


/*********************************************************************/
/* TRANSACTION BUS HANDSHAKE EQUATIONS                             */

/*********************************************************************/

EVEN      := ((!CMDVLDb & !IA[2]) # ((D_RAM==D_62) & !INA[2]))
              # (CMDVLDb & !(D_RAM==D_62) & EVEN);
!BUSYb    = (!SMBUSYb # NEWCMD) &
            !(((D_RAM==D_66) # (D_RAM==D_69)) & !BURSTb);
                                    /* To accept data early when burst */
                                    /* is started on open page.        */

!BURSTb   = I486BURST # IMCABURST;

!TBVOb    = (!TBVb # !PREFOEb) & PORESb;
```

                                129

```
NMLB     := NAVLDb;
DNMLB    := NMLB;

!RTNVLDb = (!TBVb # !TBPEb) & PORESb;
buffer (RTNVLDb, 1, IRTNCMD);

/*******************************************************************/
/* COMMAND REGISTER EQUATIONS                                      */
/*******************************************************************/

DVALIDb  := VLDb;

BURSTMODE:= (!CMDVLDb # BURSTMODE) & !BURSTb;
                          /* To prevent a CMDVLD to be generated   */
                          /* during burst modes                    */
!CMDVLDb = (!VLDb & DVALIDb & !BURSTMODE & TBVOb) # ST_PRF;

DCMDVLDb := CMDVLDb;

NEWCMD   := ( (!CMDVLDb & (IM_IOb # (!IM_IOb & DRC_SEL)) )
           # (PFCNT2 & !PWR_FAILb)
           # ST_PRF # NEWCMD ) & !BFLB;

RFR_C    := (REFRESH & !CMDVLDb & PWR_FAILb)
           # (PFCNT2 & !PWR_FAILb)
           # (RFR_C & CMDVLDb);

RWR_C    := (((MEM_WR) & !CMDVLDb) # (RWR_C & CMDVLDb));

IWR_C    := (((IO_WR
               # IO_IWR) & DRC_SEL & !CMDVLDb) # (IWR_C & CMDVLDb));

BWR_C    := (((MCA_M_WR_B) & !CMDVLDb) # (BWR_C & CMDVLDb));

BWRCSH_C := (((CSH_CO_WR_B_REQ
               # CSH_DA_WR_B_REQ) & !CMDVLDb) # (BWRCSH_C & CMDVLDb));

RRD_C    := (((DATA_RD_REQ # CODE_RD_REQ) & !CMDVLDb) # (RRD_C & CMDVLDb));

IRD_C    := (((IO_RD_REQ
               # IO_IRD_REQ) & DRC_SEL & !CMDVLDb) # (IRD_C & CMDVLDb));

BRD_C    := (((MCA_M_RD_B_REQ) & !CMDVLDb) # (BRD_C & CMDVLDb));

BRD486_C := (((486_CO_RD_B_REQ # 486_DA_RD_B_REQ) & !CMDVLDb)
            # (BRD486_C & CMDVLDb));

ROP_C    := (((((!ID_Cb & !SYS_PROC) #
               ( ID_Cb &  SYS_PROC) #
               ( IMCABURST))
            & !CMDVLDb) # (ROP_C & CMDVLDb));
```

130

```
ST_PRF    := (NPRFA & !EGb_P & !NEWCMD & ((D_RAM == IDLE) #
                                          (D_RAM == IDLE_OP)));

PRF_1     := ST_PRF # (PRF_1 & !((D_RAM == IDLE) #
                                 (D_RAM == IDLE_OP)));
PRF_2     := PRF_1;
PRF_C      = PRF_1 # PRF_2;

DCbACC_C := (((ID_Cb # !LPFCb) & !CMDVLDb) # (DCbACC_C & CMDVLDb));
                                /* ored with LPFC to disable prefetch   */
                                /* in a non-load-prefetch-code-read     */

/*** LATCH COMMAND REGISTER TO ENABLE THE POSSIBILITY OF HAVING ***/
/*** BACK-TO-BACK CYCLES.                                       ***/

DECCMD_C[11]= DCbACC_C;      DCbACC = DECCMD_L[11];
DECCMD_C[10]= ROP_C;         ROP    = DECCMD_L[10];
DECCMD_C[9] = RFR_C;         RFR    = DECCMD_L[9];
DECCMD_C[8] = PRF_C;         PRF    = DECCMD_L[8];
DECCMD_C[7] = BWR_C;         BWR    = DECCMD_L[7];
DECCMD_C[6] = BRD_C;         BRD    = DECCMD_L[6];
DECCMD_C[5] = BWRCSH_C;      BWRCSH = DECCMD_L[5];
DECCMD_C[4] = BRD486_C;      BRD486 = DECCMD_L[4];
DECCMD_C[3] = RWR_C;         RWR    = DECCMD_L[3];
DECCMD_C[2] = RRD_C;         RRD    = DECCMD_L[2];
DECCMD_C[1] = IWR_C;         IWR    = DECCMD_L[1];
DECCMD_C[0] = IRD_C;         IRD    = DECCMD_L[0];

eregister(R_BFLB,DECCMD_C[11:0],DECCMD_L[11:0]); /* What about hold times? */


/*********************************************************************/
/*  DRAM CONTROL SIGNAL GENERATION                                   */
/*********************************************************************/

/*** RAS GENERATION ***/

RFR_ST = (  ((D_RAM == IDLE) & RFR_C & NEWCMD)
         # (D_RAM == INIT)
         # (D_RAM == D_11)
         # (D_RAM == D_12)
         #((D_RAM == D_22) & RFR & BWR & !BURSTb)
         #((D_RAM == D_26) & RFR & BRD & !BURSTb)
         #((D_RAM == D_6F) & RFR)
         #((D_RAM == D_5D) & RFR & BRD)
         # (D_RAM == D_30)
         # (D_RAM == D_13)
         # (D_RAM == D_14)
         # (D_RAM == D_15)
         # (D_RAM == D_16)
         # (D_RAM == D_31)
```

131

Appx0156

```
                # (D_RAM == D_32)
                # (D_RAM == D_33)
                # (D_RAM == D_34)
                #((D_RAM == D_35) & INITFL) );

/* Internal RASb Signals */

CP_S       := (CPM # CP_S) & !((!DCMDVLDb & OPC2b)
                          # (D_RAM==D_62));
CP_SEL     = CPM # CP_S;              /* To hold page open till new access or  */
                                     /* crossing page boundary                */

mux2(CP_SEL,iRASb[3:0],CPR2[3:0],MRASb[3:0]); /* Current page mux          */

.signal SRASb[3:0];
!SRASb[0] = !R_SMRASb & (!MRASb[0] # RFR_ST);
!SRASb[1] = !R_SMRASb & (!MRASb[1] # RFR_ST);
!SRASb[2] = !R_SMRASb & (!MRASb[2] # RFR_ST);
!SRASb[3] = !R_SMRASb & (!MRASb[3] # RFR_ST);

/* External RASb Signals */

register(CLK,SRASb[3:0],RASb[3:0]);


/*** CAS GENERATION ***/

/* Internal CAS signals to be latched for appropriate                       */
/* SAR / BP / CP / Pref Registers */                                        */

.signal SCASb[3:0];
!SCASb[0] = !R_SMCAS1b & (!iRASb[0] # RFR_ST);
!SCASb[1] = !R_SMCAS2b & (!iRASb[1] # RFR_ST);
!SCASb[2] = !R_SMCAS1b & (!iRASb[2] # RFR_ST);
!SCASb[3] = !R_SMCAS2b & (!iRASb[3] # RFR_ST);

/* External CAS generation */

register(CLK,SCASb[3:0],CASb[3:0]);


/*** WRITE GENERATION ***/

.SIGNAL WEb[7:0];
!WEb[0] = !BYTE1b[0] & !WR1b & PORESb;
!WEb[1] = !BYTE1b[1] & !WR1b & PORESb;
!WEb[2] = !BYTE1b[2] & !WR1b & PORESb;
!WEb[3] = !BYTE1b[3] & !WR1b & PORESb;
!WEb[4] = !BYTE2b[0] & !WR2b & PORESb;
!WEb[5] = !BYTE2b[1] & !WR2b & PORESb;
!WEb[6] = !BYTE2b[2] & !WR2b & PORESb;
```

132

```
!WEb[7] = !BYTE2b[3] & !WR2b & PORESb;


/*** EXTERNAL ADDRESS LATCH STROBES ***/

!LATCH1 = ((CLK & !LAT1) # !LAT);
!LATCH2 = ((CLK & !LAT2) # !LAT);


/*** BIOS ROM SELECT SIGNAL ***/

CS1    := ((D_RAM == D_4) # !CS1b)
          & !((D_RAM == D_B) # !PORESb);
CS1b   = !CS1;

/* Logic to support ROM access */

!ROMACCb = (ROMEN & (IA[25:17]==0x7) & (CODE_RD_REQ # DATA_RD_REQ));
ROMAD   := ((!ROMACCb & !CMDVLDb) # (CMDVLDb & ROMAD));
ROMADb   = !ROMAD;
PAR_BLOCK= ROMAD # ENPCKb;


/***********************************************************************/
/* Page register/comparators and Output Latch                        */
/***********************************************************************/

/*-------------------------------------------------------------------*/
/* Current Page Register                                             */
/*-------------------------------------------------------------------*/

CPRL   := ((!ID_Cb & SYS_PROC) # (ID_Cb & !SYS_PROC))
                     & !CMDVLDb & IM_IOb & !IMCABURST;

eregister(CPRL,RADR[10:0],CPR1[10:0]);/* ROW Address into Current page reg */
eregister(CPRL,iRASb[3:0],CPR2[3:0]); /* RAS Signals into Current page reg */

/*** Open Page Comparator ***/     /* The Open page comparator flag is set  */
                                   /* by a valid command in the open page.  */
                                   /* The flag is reseted by crossing a     */
                                   /* page boundary.                        */

comparator(CPR1[10:0],RADR[10:0],OPC1b);
comparator(CPR2[3:0],iRASb[3:0],OPC2b);

OPCC  = !OPC1b & !OPC2b & FIRSTOP & !DCMDVLDb;
OPCR := (OPCC # (OPCR & DCMDVLDb)) & !(D_RAM == D_62);
OPC   = OPCC # (OPCR & DCMDVLDb);

FIRSTOP := (CPRL # FIRSTOP) & !(!PORESb # (D_RAM == D_1));
OPF     := ((CPRL & FIRSTOP) # OPF) & !(!PORESb # (D_RAM == D_1));
```

133

```
APF  := (D_RAM == D_30) & !APF
      # !(D_RAM == D_16) &  APF;


/*---------------------------------------------------------------------*/
/* Page Boundary Comparator                                            */
/*---------------------------------------------------------------------*/

PBND_C = (CADR[10:0]==0x7FF);              /* End of page signal       */

PBND_R := (PBND_C # PBND_R) & !(!CMDVLDb # (D_RAM==D_62));
PBND   = PBND_C # PBND_R;

/*---------------------------------------------------------------------*/
/* ROW/COLUMN/CPR Mux/Register                                         */
/*---------------------------------------------------------------------*/

STADDRE:= !CMDVLDb;
EADRR  =  STADDRE                          /* Enable after CMD Start*/
          #(D_RAM == D_B)                  /* Enable during BIOSflow*/
          #(!BURSTb & BUSYb & !VALIDALLb &    /* Enable during BWR    */
                         (BWR # BWRCSH))
          #(!BURSTb &
                 ((MBUSYb & !BGb & (BRD # BRD486))/* Enable during BRD   */
                  #(D_RAM==D_54) # (D_RAM==D_58)))
          #(MBUSYb & !BGb & (D_RAM == D_23))    /* Enable during code   */
                                           /* Read before prefetch  */
                                /* probably to be anded with CODE&RRD   */
          #(PRF &                          /* Pref Read             */
                ((D_RAM==D_54) # (D_RAM==D_58)))
          #(( D_RAM == D_40) # (D_RAM == D_41)    /* Enable during Prefetch*/
             #(D_RAM == D_44)
             #(D_RAM == D_45) # (D_RAM == D_46)) & MBUSYb)
          #(  (D_RAM == D_4D) # (D_RAM == D_4E)
             #(D_RAM == D_42) # (D_RAM == D_43)
             #(D_RAM == D_4A) # (D_RAM == D_4B))
          # (D_RAM == D_48);               /* Enable for N.I. Pref  */

eregister(EADRR,RADR[10:0],RRADR[10:0]);        /* ROW output register   */
eregister(EADRR,CADR[10:0],RCADR[10:0]);        /* COL output register   */

mux2(RCM,RCADR[10:0],RRADR[10:0],MADR_RC[10:0]);/* ROW or COL (RCM=1 > ROW)*/
mux2(CPM,MADR_RC[10:0],CPR1[10:0],MADR[10:0]);  /* ADR or CPR (CPM=1 > CPR)*/


/*********************************************************************/
/* BYTE ENABLE HANDLING                                             */
/*********************************************************************/

eregister(TBDI1,IBEb[3:0],BE1b[3:0]);
eregister(TBDI2,IBEb[3:0],BE2b[3:0]);
```

134

```
.signal BYTE1b[3:0];
BYTE1b[0] = (iRASb[0] # iRASb[2]) & BE1b[0];
BYTE1b[1] = (iRASb[0] # iRASb[2]) & BE1b[1];
BYTE1b[2] = (iRASb[0] # iRASb[2]) & BE1b[2];
BYTE1b[3] = (iRASb[0] # iRASb[2]) & BE1b[3];

.signal BYTE2b[3:0];
BYTE2b[0] = (iRASb[1] # iRASb[3]) & BE2b[0];
BYTE2b[1] = (iRASb[1] # iRASb[3]) & BE2b[1];
BYTE2b[2] = (iRASb[1] # iRASb[3]) & BE2b[2];
BYTE2b[3] = (iRASb[1] # iRASb[3]) & BE2b[3];

!BOE1b  = !ADROEb & !INA[2] & !BURSTb & !RW_Rb;
!BOE2b  = !ADROEb &  INA[2] & !BURSTb & !RW_Rb;
buffer(BOE1b,BYTE1b[3:0], IBEb[3:0]);
buffer(BOE2b,BYTE2b[3:0], IBEb[3:0]);

/***********************************************************************/
/* VALIDb & ID_NUMBER HANDLING                                         */
/***********************************************************************/

/*** VLDb GENERATION ***/

!VLDb = !IRM_VLD & !VALIDALLb;

/***  PUT IDN [#] BACK ONTO TRANSACTION BUS ***/

latch (CMDVLDb, IDN[1:0], IDN_L[1:0]);
buffer (TBVb,  IDN_L[1:0], IDN[1:0]);

PQIDN[1:0]= %11b;
buffer (PREFOEb, PQIDN[1:0], IDN[1:0]);

.end;
```

135

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990       */
/*                                                                   */
/* FILENAME      :       DR_CNF.CDL
*/
/*                                                                   */
/* CONTENTS      :       This file contains CDL code for the DRAM    */
/*                       Controller Block Memory Configuration Logic */
/*                       Contents:   Memory Configuration Decoding Logic */
/*                                   Address Router Select Signals   */
/*                                   Row & Column Address Router      */
/*                                   Bios Routing                     */
/*                                                                   */
.iflevel TOP
.include STATES.DEF
.endif

.input  CE1A, CE1B, CE2A, CE2B, CE3A, CE3B, CE4A, CE4B, INA[25:0],
        mconfB[7:0],D_RAM[6:0],IN[1:0],ROMADb,ROMAD;

.output  iRASb[3:0],RADR[10:0],CADR[10:0],INT,RCE,ROMCNT[1:0];


.clock CLK;
.edge rising CLK;

/***********************************************************************/
/* MEMORY CONFIGURATION DECODING LOGIC                                 */
/***********************************************************************/

.signal MEMCONFB[7:0];
MEMCONFB[0] = mconfB[0] & !CE1A & !CE1B;
MEMCONFB[1] = mconfB[1] & !CE1A & !CE1B;
MEMCONFB[2] = mconfB[2] & !CE2A & !CE2B;
MEMCONFB[3] = mconfB[3] & !CE2A & !CE2B;
MEMCONFB[4] = mconfB[4] & !CE3A & !CE3B;
MEMCONFB[5] = mconfB[5] & !CE3A & !CE3B;
MEMCONFB[6] = mconfB[6] & !CE4A & !CE4B;
MEMCONFB[7] = mconfB[7] & !CE4A & !CE4B;


.define MC___Q (MEMCONFB[7:0]==0x01)

.define MC__QQ (MEMCONFB[7:0]==0x05)
.define MC__Q_ (MEMCONFB[7:0]==0x04)

.define MC_QQQ (MEMCONFB[7:0]==0x15)
.define MC_QQ_ (MEMCONFB[7:0]==0x14)
.define MC_Q_Q (MEMCONFB[7:0]==0x11)
.define MC_Q__ (MEMCONFB[7:0]==0x10)

.define MCQQQQ (MEMCONFB[7:0]==0x55)
.define MCQQQ_ (MEMCONFB[7:0]==0x54)
```

136



```
.define MCQQ_Q   (MEMCONFB[7:0]==0x51)
.define MCQ_QQ   (MEMCONFB[7:0]==0x45)
.define MCQQ__   (MEMCONFB[7:0]==0x50)
.define MCQ__Q   (MEMCONFB[7:0]==0x41)
.define MCQ_Q_   (MEMCONFB[7:0]==0x44)
.define MCQ___   (MEMCONFB[7:0]==0x40)

.define MC_1QQ   (MEMCONFB[7:0]==0x25)
.define MC_1_Q   (MEMCONFB[7:0]==0x21)
.define MC_1Q_   (MEMCONFB[7:0]==0x24)
.define MC_1__   (MEMCONFB[7:0]==0x20)

.define MC11QQ   (MEMCONFB[7:0]==0xA5)
.define MC11Q_   (MEMCONFB[7:0]==0xA4)
.define MC11_Q   (MEMCONFB[7:0]==0xA1)
.define MC1_QQ   (MEMCONFB[7:0]==0x85)
.define MC11__   (MEMCONFB[7:0]==0xA0)
.define MC1__Q   (MEMCONFB[7:0]==0x81)
.define MC1_Q_   (MEMCONFB[7:0]==0x84)
.define MC1___   (MEMCONFB[7:0]==0x80)

.define MC___1   (MEMCONFB[7:0]==0x02)

.define MC__11   (MEMCONFB[7:0]==0x0A)
.define MC__1_   (MEMCONFB[7:0]==0x08)

.define MC_111   (MEMCONFB[7:0]==0x2A)
.define MC_11_   (MEMCONFB[7:0]==0x28)
.define MC_1_1   (MEMCONFB[7:0]==0x22)

.define MC1111   (MEMCONFB[7:0]==0xAA)
.define MC111_   (MEMCONFB[7:0]==0xA8)
.define MC11_1   (MEMCONFB[7:0]==0xA2)
.define MC1_11   (MEMCONFB[7:0]==0x8A)
.define MC1__1   (MEMCONFB[7:0]==0x82)
.define MC1_1_   (MEMCONFB[7:0]==0x88)

.define MC4111   (MEMCONFB[7:0]==0xEA)
.define MC411_   (MEMCONFB[7:0]==0xE8)
.define MC4__1   (MEMCONFB[7:0]==0xE2)
.define MC4_11   (MEMCONFB[7:0]==0xCA)
.define MC41__   (MEMCONFB[7:0]==0xE0)
.define MC4__1   (MEMCONFB[7:0]==0xC2)
.define MC4_1_   (MEMCONFB[7:0]==0xC8)
.define MC4___   (MEMCONFB[7:0]==0xC0)

.define MC_411   (MEMCONFB[7:0]==0x3A)
.define MC_41_   (MEMCONFB[7:0]==0x38)
.define MC_4_1   (MEMCONFB[7:0]==0x32)
.define MC_4__   (MEMCONFB[7:0]==0x30)

.define MC4411   (MEMCONFB[7:0]==0xFA)
```

137

```
.define MC441_ (MEMCONFB[7:0]==0xF8)
.define MC44_1 (MEMCONFB[7:0]==0xF2)
.define MC44__ (MEMCONFB[7:0]==0xF0)

.define MC__41 (MEMCONFB[7:0]==0x0E)
.define MC__4_ (MEMCONFB[7:0]==0x0C)

.define MC_441 (MEMCONFB[7:0]==0x3E)
.define MC_44_ (MEMCONFB[7:0]==0x3C)

.define MC4441 (MEMCONFB[7:0]==0xFE)
.define MC444_ (MEMCONFB[7:0]==0xFC)
.define MC4_41 (MEMCONFB[7:0]==0xCE)
.define MC4_4_ (MEMCONFB[7:0]==0xCC)

.define MC___4 (MEMCONFB[7:0]==0x03)

.define MC__44 (MEMCONFB[7:0]==0x0F)

.define MC_444 (MEMCONFB[7:0]==0x3F)
.define MC_4_4 (MEMCONFB[7:0]==0x33)

.define MC4444 (MEMCONFB[7:0]==0xFF)
.define MC44_4 (MEMCONFB[7:0]==0xF3)
.define MC4_44 (MEMCONFB[7:0]==0xCF)
.define MC4__4 (MEMCONFB[7:0]==0xC3)


!iRASb[0] =
        ((MC___Q # MC_Q_Q # MCQQ_Q # MCQ__Q # MC_1_Q # MC11_Q # MC1__Q)
         & (INA[25:20]==0x0))    /* QM device non-int         */
      #((MC__QQ # MC_QQQ # MCQQQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
         & (INA[25:21]==0x0))    /* QM device    int          */
      #((MC___1 # MC_1_1 # MC11_1 # MC1__1 # MC41_1 # MC4__1 # MC_4_1
              # MC44_1 # MC__41 # MC_441 # MC4441 # MC4_41)
         & (INA[25:22]==0x0))    /* 1M device non-int         */
      #((MC__11 # MC_111 # MC1111 # MC1_11 # MC4111 # MC4_11 # MC_411 #
MC4411)
         & (INA[25:23]==0x0))    /* 1M device    int          */
      #((MC___4 # MC_4_4 # MC44_4 # MC4__4)
         & (INA[25:24]==0x0))    /* 4M device non-int         */
      #((MC__44 # MC_444 # MC4444 # MC4_44)
         & (INA[25]==0x0));      /* 4M device    int          */

!iRASb[1] =
        ((MC_Q_ # MC_QQ_ # MCQQQ_ # MCQ_Q_ # MC_1Q_ # MC11Q_ # MC1_Q_)
         & (INA[25:20]==0x0))    /* QM device non-int from 0M */
      #((MC_QQ # MC_QQQ # MCQQQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
         & (INA[25:21]==0x0))    /* QM device    int          */
      #((MC__1_ # MC_11_ # MC111_ # MC1_1_ # MC411_ # MC4_1_ # MC_41_ #
MC441_)
         & (INA[25:22]==0x0))    /* 1M device non-int from 0M */
```

138

```
        #((MC__11 # MC_111 # MC1111 # MC1_11 # MC4111 # MC4_11 # MC_411 #
MC4411)
            & (INA[25:23]==0x0))    /* 1M device     int               */
        #((MC__4 # MC_44_ # MC444_ # MC4_4_)
            & (INA[25:24]==0x0))    /* 4M device non-int from 0M        */
        #((MC__41 # MC_441 # MC4441 # MC4_41)
            &((INA[25:22]==0x1)
            #(INA[25:22]==0x2)
            #(INA[25:22]==0x3)
            #(INA[25:22]==0x4)))    /* 4M device non-int from 1M        */
        #((MC__44 # MC_444 # MC4444 # MC4_44)
            & (INA[25]==0x0));      /* 4M device     int                */

!iRASb[2] =
        ((MC_Q__)
            & (INA[25:20]==0x0))    /* QM device non-int from 0M        */
        #((MCQQ__)
            & (INA[25:21]==0x0))    /* QM device     int from 0M        */
        #((MC_Q_Q # MC_QQ_)
            & (INA[25:20]==0x1))    /* QM device non-int from QM        */
        #((MCQQ_Q # MCQQQ_)
            &((INA[25:22]==0x1)
            #(INA[25:22]==0x2)))    /* QM device     int from QM        */
        #((MC_QQQ)
            & (INA[25:20]==0x2))    /* QM device non-int from .5M       */
        #((MCQQQQ)
            & (INA[25:21]==0x1))    /* QM device     int from .5M       */
        #((MC_1__ # MC41__)
            & (INA[25:22]==0x0))    /* 1M device non-int from 0M        */
        #((MC11__)
            & (INA[25:23]==0x0))    /* 1M device     int from 0M        */
        #((MC_1_Q # MC_1Q_)
            &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)))    /* 1M device non-int from QM        */
        #((MC11Q_ # MC11_Q)
            &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)
            #(INA[25:20]==0x5)
            #(INA[25:20]==0x6)
            #(INA[25:20]==0x7)
            #(INA[25:20]==0x8)))    /* 1M device     int from QM        */
        #((MC_1QQ)
            &((INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)
            #(INA[25:20]==0x5)))    /* 1M device non-int from .5M       */
        #((MC11QQ)
            &((INA[25:20]==0x2)
```

139

Appx0164

```
        #(INA[25:20]==0x3)
        #(INA[25:20]==0x4)
        #(INA[25:20]==0x5)
        #(INA[25:20]==0x6)
        #(INA[25:20]==0x7)
        #(INA[25:20]==0x8)
        #(INA[25:20]==0x9)))    /* 1M device     int from .5M        */
#((MC_11_ # MC_1_1 # MC411_ # MC41_1)
      & (INA[25:22]==0x1))     /* 1M device non-int from 1M         */
#((MC111_ # MC11_1)
      &((INA[25:22]==0x1)
        #(INA[25:22]==0x2)))    /* 1M device     int from 1M         */
#((MC_111 # MC4111)
      & (INA[25:22]==0x2))     /* 1M device non-int from 2M         */
#((MC1111)
      &((INA[25:22]==0x2)
        #(INA[25:22]==0x3)))    /* 1M device     int from 2M         */
#((MC_4__)
      & (INA[25:24]==0x0))     /* 4M device non-int from 0M         */
#((MC44__)
      & (INA[25]==0x0))        /* 4M device     int from 0M         */
#((MC_41_ # MC_4_1)
      &((INA[25:22]==0x1)
        #(INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)))    /* 4M device non-int from 1M         */
#((MC441_ # MC44_1)
      &((INA[25:22]==0x1)
        #(INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)
        #(INA[25:22]==0x5)
        #(INA[25:22]==0x6)
        #(INA[25:22]==0x7)
        #(INA[25:22]==0x8)))    /* 4M device     int from 1M         */
#((MC_411)
      &((INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)
        #(INA[25:22]==0x5)))    /* 4M device non-int from 2M         */
#((MC4411)
      &((INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)
        #(INA[25:22]==0x5)
        #(INA[25:22]==0x6)
        #(INA[25:22]==0x7)
        #(INA[25:22]==0x8)
        #(INA[25:22]==0x9)))    /* 4M device     int from 2M         */
#((MC_44_ # MC_4_4)
      & (INA[25:24]==0x1))     /* 4M device non-int from 4M         */
#((MC444_ # MC44_4)
```

140

```
             &((INA[25:24]==0x1)
              #(INA[25:24]==0x2)))   /* 4M device     int from 4M           */
         #((MC_441)
          &((INA[25:22]==0x5)
            #(INA[25:22]==0x6)
            #(INA[25:22]==0x7)
            #(INA[25:22]==0x8)))    /* 4M device non-int from 5M           */
         #((MC4441)
          &((INA[25:22]==0x5)
            #(INA[25:22]==0x6)
            #(INA[25:22]==0x7)
            #(INA[25:22]==0x8)
            #(INA[25:22]==0x9)
            #(INA[25:22]==0xA)
            #(INA[25:22]==0xB)
            #(INA[25:22]==0xC)))    /* 4M device     int from 5M           */
         #((MC_444)
          & (INA[25:24]==0x2))      /* 4M device non-int from 8M           */
         #((MC4444)
          & (INA[25]==0x1));        /* 4M device     int from 8M           */

!iRASb[3] =
             ((MCQ___)
          & (INA[25:20]==0x2))      /* QM device non-int from 0M           */
         #((MCQQ__)
          & (INA[25:21]==0x0))      /* QM device     int from 0M           */
         #((MCQ__Q # MCQ_Q_)
          & (INA[25:20]==0x1))      /* QM device non-int from QM           */
         #((MCQ_QQ)
          & (INA[25:20]==0x2))      /* QM device non-int from .5M          */
         #((MCQQQ_ # MCQQ_Q)
          &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)))    /* QM device     int from QM           */
         #((MCQQQQ)
          & (INA[25:21]==0x1))      /* QM device     int from .5M          */
         #((MC1___)
          & (INA[25:22]==0x0))      /* 1M device non-int from 0M           */
         #((MC1__Q # MC1_Q_)
          &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)))    /* 1M device non-int from QM           */
         #((MC1_QQ)
          &((INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)
            #(INA[25:20]==0x5)))    /* 1M device non-int from .5M          */
         #((MC1__1 # MC1_1_)
          & (INA[25:22]==0x1))      /* 1M device non-int from 1M           */
         #((MC11__)
          & (INA[25:23]==0x0))      /* 1M device     int from 0M           */
         #((MC11Q_ # MC11_Q)
```

                              141
```

```
      &((INA[25:20]==0x1)
       #(INA[25:20]==0x2)
       #(INA[25:20]==0x3)
       #(INA[25:20]==0x4)
       #(INA[25:20]==0x5)
       #(INA[25:20]==0x6)
       #(INA[25:20]==0x7)
       #(INA[25:20]==0x8)))     /* 1M device      int from QM              */
#((MC11QQ)
      &((INA[25:20]==0x2)
       #(INA[25:20]==0x3)
       #(INA[25:20]==0x4)
       #(INA[25:20]==0x5)
       #(INA[25:20]==0x6)
       #(INA[25:20]==0x7)
       #(INA[25:20]==0x8)
       #(INA[25:20]==0x9)))     /* 1M device      int from QM              */
#((MC1_11)
      & (INA[25:22]==0x2))      /* 1M device non-int from 2M               */
#((MC11_1 # MC111_)
      &((INA[25:22]==0x1)
       #(INA[25:22]==0x2)))     /* 1M device      int from 1M              */
#((MC1111)
      & (INA[25:23]==0x1))      /* 1M device      int from 2M              */
#((MC4___)
      & (INA[25:24]==0x0))      /* 4M device non-int from 0M               */
#((MC4__1 # MC41__ # MC4_1_)
      &((INA[25:22]==0x1)
       #(INA[25:22]==0x2)
       #(INA[25:22]==0x3)
       #(INA[25:22]==0x4)))     /* 4M device non-int from 1M               */
#((MC411_ # MC41_1 # MC4_11)
      &((INA[25:22]==0x2)
       #(INA[25:22]==0x3)
       #(INA[25:22]==0x4)
       #(INA[25:22]==0x5)))     /* 4M device non-int from 2M               */
#((MC4111)
      &((INA[25:22]==0x3)
       #(INA[25:22]==0x4)
       #(INA[25:22]==0x5)
       #(INA[25:22]==0x6)))     /* 4M device non-int from 3M               */
#((MC4_4_ # MC4__4)
      & (INA[25:24]==0x1))      /* 4M device non-int from 4M               */
#((MC44__)
      & (INA[25]==0x0))         /* 4M device      int from 0M              */
#((MC4_41)
      &((INA[25:22]==0x5)
       #(INA[25:22]==0x6)
       #(INA[25:22]==0x7)
       #(INA[25:22]==0x8)))     /* 4M device non-int from 5M               */
#((MC441_ # MC44_1)
      &((INA[25:22]==0x1)
```

142

```
            #(INA[25:22]==0x2)
            #(INA[25:22]==0x3)
            #(INA[25:22]==0x4)
            #(INA[25:22]==0x5)
            #(INA[25:22]==0x6)
            #(INA[25:22]==0x7)
            #(INA[25:22]==0x8))     /* 4M device    int from 1M      */
        #((MC4411)
            &((INA[25:22]==0x2)
            #(INA[25:22]==0x3)
            #(INA[25:22]==0x4)
            #(INA[25:22]==0x5)
            #(INA[25:22]==0x6)
            #(INA[25:22]==0x7)
            #(INA[25:22]==0x8)
            #(INA[25:22]==0x9)))    /* 4M device    int from 2M      */
        #((MC4_44)
            & (INA[25:24]==0x2))    /* 4M device non-int from 8M     */
        #((MC44_ # MC44_4)
            &((INA[25:24]==0x1)
            #(INA[25:24]==0x2)))    /* 4M device    int from 4M      */
        #((MC4441)
            &((INA[25:22]==0x5)
            #(INA[25:22]==0x6)
            #(INA[25:22]==0x7)
            #(INA[25:22]==0x8)
            #(INA[25:22]==0x9)
            #(INA[25:22]==0xA)
            #(INA[25:22]==0xB)
            #(INA[25:22]==0xC)))    /* 4M device    int from 5M      */
        #((MC4444)
            & (INA[25]==0x1));      /* 4M device    int from 8M      */


/*******************************************************************/
/* Address Router Select Signals                                   */
/*******************************************************************/

!NIQMSELb =
     (  (MC___Q # MC__Q_ # MC_QQ_ # MC_Q_Q # MC_Q__ #
         MCQ__Q # MCQ_Q_ # MCQ___)
            /* INA = don't care */
        #((MCQQQ_ # MCQQ_Q)
            & (INA[25:20]==0x0))
        #((MC_QQQ # MCQ_QQ)
            & (INA[25:20]==0x2))
        #((MC_1_Q # MC_1Q_ # MC11Q_ # MC11_Q # MC1__Q # MC1_Q_)
            & (INA[25:20]==0x0)) ) & !ROMAD;

!IQMSELb =
     (  (MC__QQ # MCQQQQ # MCQQ__)
            /* INA = don't care */
```

143

```
        #((MC_QQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
            & (INA[25:21]==0x0))
        #((MCQQQ_ # MCQQ_Q)
            &((INA[25:20]==0x1)
             #(INA[25:20]==0x2)) ) & !ROMAD;

!NI1MSELb =
        ( ((MC_1__ # MC1___ # MC__1 # MC_1_ # MC111_ # MC11_1 # MC41__ #
            MC4__1 # MC4_1_ # MC_41_ # MC_4_1 # MC441_ # MC44_1 # MC__41 #
            MC_441 # MC4441 # MC4_41)
            & (INA[25:22]==0x0))
        #((MC_1_Q # MC_1Q_ # MC1__Q # MC1_Q_)
            &((INA[25:20]==0x1)
             #(INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4)))
        #((MC_1QQ # MC1_QQ)
            &((INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4)
             #(INA[25:20]==0x5)))
        #((MC_11_ # MC_1_1 # MC1__1 # MC1_1_ # MC411_ # MC41_1)
            & (INA[25:22]==0x1))
        #((MC_111 # MC1_11 # MC4111)
            & (INA[25:22]==0x2)) ) & !ROMAD;

!I1MSELb =
        ( ((MC11__ # MC__11 # MC_111 # MC1_11 # MC4111 # MC4_11 #
            MC_411 # MC4411)
            & (INA[25:23]==0x0))
        #((MC11Q_ # MC11_Q)
            &((INA[25:20]==0x1)
             #(INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4)
             #(INA[25:20]==0x5)
             #(INA[25:20]==0x6)
             #(INA[25:20]==0x7)
             #(INA[25:20]==0x8)))
        #((MC11QQ)
            &((INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4)
             #(INA[25:20]==0x5)
             #(INA[25:20]==0x6)
             #(INA[25:20]==0x7)
             #(INA[25:20]==0x8)
             #(INA[25:20]==0x9)))
        #((MC111_ # MC11_1)
            &((INA[25:21]==0x1)
             #(INA[25:21]==0x2)
             #(INA[25:21]==0x3)
```

144

```
                #(INA[25:21]==0x4)))
        #((MC1111)) ) & !ROMAD;

!NI4MSELb =
     (   (MC___4 # MC4___ # MC_4__ # MC__4_ # MC_44_ # MC4_4_ #
         MC_4_4 # MC4__4)
         /* INA is don't care ! */
     #((MC44_4 # MC444_)
         & (INA[25:24]==0x0))
     #((MC41__ # MC4__1 # MC4_1_ # MC_41_ # MC_4_1 # MC__41 # MC4441)
         &((INA[25:22]==0x1)
         #(INA[25:22]==0x2)
         #(INA[25:22]==0x3)
         #(INA[25:22]==0x4)))
     #((MC_441 # MC4_41)
         &((INA[25:22]==0x1)
         #(INA[25:22]==0x2)
         #(INA[25:22]==0x3)
         #(INA[25:22]==0x4)
         #(INA[25:22]==0x5)
         #(INA[25:22]==0x6)
         #(INA[25:22]==0x7)
         #(INA[25:22]==0x8)))
     #((MC411_ # MC41_1 # MC4_11 # MC_411)
         &((INA[25:22]==0x2)
         #(INA[25:22]==0x3)
         #(INA[25:22]==0x4)
         #(INA[25:22]==0x5)))
     #((MC4111)
         &((INA[25:22]==0x3)
         #(INA[25:22]==0x4)
         #(INA[25:22]==0x5)
         #(INA[25:22]==0x6)))
     #((MC_444 # MC4_44)
         & (INA[25:24]==0x2)) ) & !ROMAD;


!I4MSELb =
     (   (MC44__ # MC__44 # MC4444)
         /* INA is don't care */
     #((MC_444 # MC4_44)
         & (INA[25]==0x0))
     #((MC441_ # MC44_1)
         &((INA[25:22]==0x1)
         #(INA[25:22]==0x2)
         #(INA[25:22]==0x3)
         #(INA[25:22]==0x4)
         #(INA[25:22]==0x5)
         #(INA[25:22]==0x6)
         #(INA[25:22]==0x7)
         #(INA[25:22]==0x8)))
     #((MC4411)
```

145

```
            &((INA[25:22]==0x2)
             #(INA[25:22]==0x3)
             #(INA[25:22]==0x4)
             #(INA[25:22]==0x5)
             #(INA[25:22]==0x6)
             #(INA[25:22]==0x7)
             #(INA[25:22]==0x8)
             #(INA[25:22]==0x9)))
      #((MC444_ # MC44_4)
          &((INA[25:24]==0x1)
           #(INA[25:24]==0x2)))
      #((MC4441)
          &((INA[25:22]==0x5)
           #(INA[25:22]==0x6)
           #(INA[25:22]==0x7)
           #(INA[25:22]==0x8)
           #(INA[25:22]==0x9)
           #(INA[25:22]==0xA)
           #(INA[25:22]==0xB)
           #(INA[25:22]==0xC))) ) & !ROMAD;


!COL11_3SELb      = !IQMSELb  # !I1MSELb # !I4MSELb;
!COL10_2SELb      = !NIQMSELb # !NI1MSELb # !NI4MSELb;
!COL9FR12SELb     = !I4MSELb  # !I1MSELb;
!COL9FR11SELb     = !NI4MSELb # !NI1MSELb;
!ROW20_12SELb     = !IQMSELb  # !NI1MSELb;
!ROW22_13SELb     = !I1MSELb  # !NI4MSELb;
!GEN9TO1SELb      = !NIQMSELb # !IQMSELb;
!GEN10TO1SELb     = !NIQMSELb # !IQMSELb # !NI1MSELb # !I1MSELb;

INT = !IQMSELb # !I1MSELb # !I4MSELb;

/*****************************************************************************/
/* ROW and COL Address Router                                              */
/*****************************************************************************/

.signal CADR[10:0];
.signal RADR[10:0];

.pullup CADR=0x7FF;
.pullup RADR=0x7FF;

buffer(COL11_3SELb ,INA[11:3],CADR[8:0]);
buffer(COL10_2SELb ,INA[10:2],CADR[8:0]);
buffer(COL9FR11SELb,INA[11]  ,CADR[9]  );
buffer(COL9FR12SELb,INA[12]  ,CADR[9]  );
buffer(I4MSELb     ,INA[13]  ,CADR[10] );
buffer(NI4MSELb    ,INA[12]  ,CADR[10] );
buffer(GEN9TO1SELb ,1        ,CADR[9]  );
buffer(GEN10TO1SELb,1        ,CADR[10] );
```

146

```
buffer(ROW20_12SELb,INA[20:12],RADR[8:0] );
buffer(NIQMSELb,    INA[19:11],RADR[8:0] );
buffer(NI1MSELb,    INA[21]   ,RADR[9]   );
buffer(NI4MSELb,    INA[23]   ,RADR[10]  );
buffer(GEN9TO1SELb ,1         ,RADR[9]   );
buffer(GEN10TO1SELb,1         ,RADR[10]  );
buffer(I4MSELb,     INA[24:14],RADR[10:0]);
buffer(ROW22_13SELb,INA[22:13],RADR[9:0] );

/* BIOS ROUTING */

RCE  = (D_RAM==D_9) # (D_RAM==D_F);
!RCLb = (D_RAM==IDLE) # (D_RAM==IDLE_OP);
ecounter(RCE,RCLb,IN[1:0],ROMCNT[1:0] );

buffer(ROMADb,INA[16:11], RADR[5:0] );
buffer(ROMADb,INA[10:2],  CADR[10:2]);
buffer(ROMADb,ROMCNT[1:0],CADR[1:0] );


.end;
```

147

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990      */
/*                                                                  */
/* FILENAME     :           DR_CNF.CDL                              */
/*                                                                  */
/* CONTENTS     :           This file contains CDL code for the DRAM */
/*                          Controller Block Memory Configuration Logic */
/*                          Contents:  Memory Configuration Decoding Logic */
/*                                     Address Router Select Signals */
/*                                     Row & Column Address Router   */
/*                                     Bios Routing                  */
/*                                                                  */
.iflevel TOP
.include STATES.DEF
.endif

.input  CE1A, CE1B, CE2A, CE2B, CE3A, CE3B, CE4A, CE4B, INA[25:0],
        mconfB[7:0],D_RAM[6:0],IN[1:0],ROMADb,ROMAD;

.output  iRASb[3:0],RADR[10:0],CADR[10:0],INT,RCE,ROMCNT[1:0];


.clock CLK;
.edge rising CLK;

/*******************************************************************/
/* MEMORY CONFIGURATION DECODING LOGIC                           */
/*******************************************************************/

.signal MEMCONFB[7:0];
MEMCONFB[0] = mconfB[0]  & !CE1A & !CE1B;
MEMCONFB[1] = mconfB[1]  & !CE1A & !CE1B;
MEMCONFB[2] = mconfB[2]  & !CE2A & !CE2B;
MEMCONFB[3] = mconfB[3]  & !CE2A & !CE2B;
MEMCONFB[4] = mconfB[4]  & !CE3A & !CE3B;
MEMCONFB[5] = mconfB[5]  & !CE3A & !CE3B;
MEMCONFB[6] = mconfB[6]  & !CE4A & !CE4B;
MEMCONFB[7] = mconfB[7]  & !CE4A & !CE4B;


.define MC___Q  (MEMCONFB[7:0]==0x01)

.define MC__QQ  (MEMCONFB[7:0]==0x05)
.define MC__Q_  (MEMCONFB[7:0]==0x04)

.define MC_QQQ  (MEMCONFB[7:0]==0x15)
.define MC_QQ_  (MEMCONFB[7:0]==0x14)
.define MC_Q_Q  (MEMCONFB[7:0]==0x11)
.define MC_Q__  (MEMCONFB[7:0]==0x10)


.define MCQQQQ  (MEMCONFB[7:0]==0x55)
.define MCQQQ_  (MEMCONFB[7:0]==0x54)
```

148

```
.define MCQQ_Q  (MEMCONFB[7:0]==0x51)
.define MCQ_QQ  (MEMCONFB[7:0]==0x45)
.define MCQQ__  (MEMCONFB[7:0]==0x50)
.define MCQ__Q  (MEMCONFB[7:0]==0x41)
.define MCQ_Q_  (MEMCONFB[7:0]==0x44)
.define MCQ___  (MEMCONFB[7:0]==0x40)

.define MC_1QQ  (MEMCONFB[7:0]==0x25)
.define MC_1_Q  (MEMCONFB[7:0]==0x21)
.define MC_1Q_  (MEMCONFB[7:0]==0x24)
.define MC_1__  (MEMCONFB[7:0]==0x20)

.define MC11QQ  (MEMCONFB[7:0]==0xA5)
.define MC11Q_  (MEMCONFB[7:0]==0xA4)
.define MC11_Q  (MEMCONFB[7:0]==0xA1)
.define MC1_QQ  (MEMCONFB[7:0]==0x85)
.define MC11__  (MEMCONFB[7:0]==0xA0)
.define MC1__Q  (MEMCONFB[7:0]==0x81)
.define MC1_Q_  (MEMCONFB[7:0]==0x84)
.define MC1___  (MEMCONFB[7:0]==0x80)

.define MC___1  (MEMCONFB[7:0]==0x02)

.define MC__11  (MEMCONFB[7:0]==0x0A)
.define MC__1_  (MEMCONFB[7:0]==0x08)

.define MC_111  (MEMCONFB[7:0]==0x2A)
.define MC_11_  (MEMCONFB[7:0]==0x28)
.define MC_1_1  (MEMCONFB[7:0]==0x22)

.define MC1111  (MEMCONFB[7:0]==0xAA)
.define MC111_  (MEMCONFB[7:0]==0xA8)
.define MC11_1  (MEMCONFB[7:0]==0xA2)
.define MC1_11  (MEMCONFB[7:0]==0x8A)
.define MC1__1  (MEMCONFB[7:0]==0x82)
.define MC1_1_  (MEMCONFB[7:0]==0x88)

.define MC4111  (MEMCONFB[7:0]==0xEA)
.define MC411_  (MEMCONFB[7:0]==0xE8)
.define MC41_1  (MEMCONFB[7:0]==0xE2)
.define MC4_11  (MEMCONFB[7:0]==0xCA)
.define MC41__  (MEMCONFB[7:0]==0xE0)
.define MC4__1  (MEMCONFB[7:0]==0xC2)
.define MC4_1_  (MEMCONFB[7:0]==0xC8)
.define MC4___  (MEMCONFB[7:0]==0xC0)

.define MC_411  (MEMCONFB[7:0]==0x3A)
.define MC_41_  (MEMCONFB[7:0]==0x38)
.define MC_4_1  (MEMCONFB[7:0]==0x32)
.define MC_4__  (MEMCONFB[7:0]==0x30)

.define MC4411  (MEMCONFB[7:0]==0xFA)
```

149

```
.define MC441_ (MEMCONFB[7:0]==0xF8)
.define MC44_1 (MEMCONFB[7:0]==0xF2)
.define MC44__ (MEMCONFB[7:0]==0xF0)

.define MC__41 (MEMCONFB[7:0]==0x0E)
.define MC__4_ (MEMCONFB[7:0]==0x0C)

.define MC_441 (MEMCONFB[7:0]==0x3E)
.define MC_44_ (MEMCONFB[7:0]==0x3C)

.define MC4441 (MEMCONFB[7:0]==0xFE)
.define MC444_ (MEMCONFB[7:0]==0xFC)
.define MC4_41 (MEMCONFB[7:0]==0xCE)
.define MC4_4_ (MEMCONFB[7:0]==0xCC)

.define MC___4 (MEMCONFB[7:0]==0x03)

.define MC__44 (MEMCONFB[7:0]==0x0F)

.define MC_444 (MEMCONFB[7:0]==0x3F)
.define MC_4_4 (MEMCONFB[7:0]==0x33)

.define MC4444 (MEMCONFB[7:0]==0xFF)
.define MC44_4 (MEMCONFB[7:0]==0xF3)
.define MC4_44 (MEMCONFB[7:0]==0xCF)
.define MC4_4 (MEMCONFB[7:0]==0xC3)


!iRASb[0] =
     ((MC___Q # MC_Q_Q # MCQQ_Q # MCQ__Q # MC_1_Q # MC11_Q # MC1__Q)
      & (INA[25:20]==0x0))     /* QM device non-int         */
     #((MC__QQ # MC_QQQ # MCQQQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
      & (INA[25:21]==0x0))     /* QM device     int         */
     #((MC___1 # MC_1_1 # MC11_1 # MC1__1 # MC41_1 # MC4__1 # MC_4_1
            # MC44_1 # MC__41 # MC_441 # MC4441 # MC4_41)
      & (INA[25:22]==0x0))     /* 1M device non-int         */
     #((MC__11 # MC_111 # MC1111 # MC1_11 # MC4111 # MC4_11 # MC_411 #
MC4411)
      & (INA[25:23]==0x0))     /* 1M device     int         */
     #((MC___4 # MC_4_4 # MC44_4 # MC4__4)
      & (INA[25:24]==0x0))     /* 4M device non-int         */
     #((MC__44 # MC_444 # MC4444 # MC4_44)
      & (INA[25]==0x0));       /* 4M device     int         */

!iRASb[1] =
     ((MC_Q_ # MC_QQ_ # MCQQQ_ # MCQ_Q_ # MC_1Q_ # MC11Q_ # MC1_Q_)
      & (INA[25:20]==0x0))     /* QM device non-int from 0M */
     #((MC__QQ # MC_QQQ # MCQQQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
      & (INA[25:21]==0x0))     /* QM device     int         */
     #((MC_1_ # MC_11_ # MC111_ # MC1_1_ # MC411_ # MC4_1_ # MC_41_ #
MC441_)
      & (INA[25:22]==0x0))     /* 1M device non-int from 0M */
```

150

```
        #((MC__11 # MC_111 # MC1111 # MC1_11 # MC4111 # MC4_11 # MC_411 #
MC4411)
            & (INA[25:23]==0x0))      /* 1M device     int                    */
        #((MC__4_ # MC_44_ # MC444_ # MC4_4_)
            & (INA[25:24]==0x0))      /* 4M device non-int from 0M            */
        #((MC__41 # MC_441 # MC4441 # MC4_41)
            &((INA[25:22]==0x1)
            &((INA[25:22]==0x2)
            &((INA[25:22]==0x3)
            #(INA[25:22]==0x4)))     /* 4M device non-int from 1M            */
        #((MC__44 # MC_444 # MC4444 # MC4_44)
            & (INA[25]==0x0));        /* 4M device     int                    */

!iRASb[2] =
        ((MC_Q__)
            & (INA[25:20]==0x0))      /* QM device non-int from 0M            */
        #((MCQQ__)
            & (INA[25:21]==0x0))      /* QM device     int from 0M            */
        #((MC_Q_Q # MC_QQ_)
            & (INA[25:20]==0x1))      /* QM device non-int from QM            */
        #((MCQQ_Q # MCQQQ_)
            &((INA[25:22]==0x1)
            #(INA[25:22]==0x2)))     /* QM device     int from QM            */
        #((MC_QQQ)
            & (INA[25:20]==0x2))      /* QM device non-int from .5M           */
        #((MCQQQQ)
            & (INA[25:21]==0x1))      /* QM device     int from .5M           */
        #((MC_1__ # MC41__)
            & (INA[25:22]==0x0))      /* 1M device non-int from 0M            */
        #((MC11__)
            & (INA[25:23]==0x0))      /* 1M device     int from 0M            */
        #((MC_1_Q # MC_1Q_)
            &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)))     /* 1M device non-int from QM            */
        #((MC11Q_ # MC11_Q)
            &((INA[25:20]==0x1)
            #(INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)
            #(INA[25:20]==0x5)
            #(INA[25:20]==0x6)
            #(INA[25:20]==0x7)
            #(INA[25:20]==0x8)))     /* 1M device     int from QM            */
        #((MC_1QQ)
            &((INA[25:20]==0x2)
            #(INA[25:20]==0x3)
            #(INA[25:20]==0x4)
            #(INA[25:20]==0x5)))     /* 1M device non-int from .5M           */
        #((MC11QQ)
            &((INA[25:20]==0x2)
```

151

```
    #(INA[25:20]==0x3)
    #(INA[25:20]==0x4)
    #(INA[25:20]==0x5)
    #(INA[25:20]==0x6)
    #(INA[25:20]==0x7)
    #(INA[25:20]==0x8)
    #(INA[25:20]==0x9)))    /* 1M device    int from .5M         */
#((MC_11_ # MC_1_1 # MC411_ # MC41_1)
  & (INA[25:22]==0x1))     /* 1M device non-int from 1M         */
#((MC111_ # MC11_1)
  &((INA[25:22]==0x1)
    #(INA[25:22]==0x2)))    /* 1M device    int from 1M          */
#((MC_111 # MC4111)
  & (INA[25:22]==0x2))      /* 1M device non-int from 2M         */
#((MC1111)
  &((INA[25:22]==0x2)
    #(INA[25:22]==0x3)))    /* 1M device    int from 2M          */
#((MC_4__)
  & (INA[25:24]==0x0))      /* 4M device non-int from 0M         */
#((MC44__)
  & (INA[25]==0x0))         /* 4M device    int from 0M          */
#((MC_41_ # MC_4_1)
  &((INA[25:22]==0x1)
    #(INA[25:22]==0x2)
    #(INA[25:22]==0x3)
    #(INA[25:22]==0x4)))    /* 4M device non-int from 1M         */
#((MC441_ # MC44_1)
  &((INA[25:22]==0x1)
    #(INA[25:22]==0x2)
    #(INA[25:22]==0x3)
    #(INA[25:22]==0x4)
    #(INA[25:22]==0x5)
    #(INA[25:22]==0x6)
    #(INA[25:22]==0x7)
    #(INA[25:22]==0x8)))    /* 4M device    int from 1M          */
#((MC_411)
  &((INA[25:22]==0x2)
    #(INA[25:22]==0x3)
    #(INA[25:22]==0x4)
    #(INA[25:22]==0x5)))    /* 4M device non-int from 2M         */
#((MC4411)
  &((INA[25:22]==0x2)
    #(INA[25:22]==0x3)
    #(INA[25:22]==0x4)
    #(INA[25:22]==0x5)
    #(INA[25:22]==0x6)
    #(INA[25:22]==0x7)
    #(INA[25:22]==0x8)
    #(INA[25:22]==0x9)))    /* 4M device    int from 2M          */
#((MC_44_ # MC_4_4)
  & (INA[25:24]==0x1))      /* 4M device non-int from 4M         */
#((MC444_ # MC44_4)
```

152

```
            &((INA[25:24]==0x1)
             #(INA[25:24]==0x2))      /* 4M device     int from 4M           */
        #((MC_441)
            &((INA[25:22]==0x5)
             #(INA[25:22]==0x6)
             #(INA[25:22]==0x7)
             #(INA[25:22]==0x8))      /* 4M device non-int from 5M           */
        #((MC4441)
            &((INA[25:22]==0x5)
             #(INA[25:22]==0x6)
             #(INA[25:22]==0x7)
             #(INA[25:22]==0x8)
             #(INA[25:22]==0x9)
             #(INA[25:22]==0xA)
             #(INA[25:22]==0xB)
             #(INA[25:22]==0xC))      /* 4M device     int from 5M           */
        #((MC_444)
            & (INA[25:24]==0x2))      /* 4M device non-int from 8M           */
        #((MC4444)
            & (INA[25]==0x1));        /* 4M device     int from 8M           */

!iRASb[3] =
            ((MCQ___)
            & (INA[25:20]==0x2))      /* QM device non-int from 0M           */
        #((MCQQ__)
            & (INA[25:21]==0x0))      /* QM device     int from 0M           */
        #((MCQ__Q # MCQ_Q_)
            & (INA[25:20]==0x1))      /* QM device non-int from QM           */
        #((MCQ_QQ)
            & (INA[25:20]==0x2))      /* QM device non-int from .5M          */
        #((MCQQQ_ # MCQQ_Q)
            &((INA[25:20]==0x1)
             #(INA[25:20]==0x2))      /* QM device     int from QM           */
        #((MCQQQQ)
            & (INA[25:21]==0x1))      /* QM device     int from .5M          */
        #((MC1___)
            & (INA[25:22]==0x0))      /* 1M device non-int from 0M           */
        #((MC1__Q # MC1_Q_)
            &((INA[25:20]==0x1)
             #(INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4))      /* 1M device non-int from QM           */
        #((MC1_QQ)
            &((INA[25:20]==0x2)
             #(INA[25:20]==0x3)
             #(INA[25:20]==0x4)
             #(INA[25:20]==0x5))      /* 1M device non-int from .5M          */
        #((MC1__1 # MC1_1_)
            & (INA[25:22]==0x1))      /* 1M device non-int from 1M           */
        #((MC11__)
            & (INA[25:23]==0x0))      /* 1M device     int from 0M           */
        #((MC11Q_ # MC11_Q)
```

153

```
        &((INA[25:20]==0x1)
        #(INA[25:20]==0x2)
        #(INA[25:20]==0x3)
        #(INA[25:20]==0x4)
        #(INA[25:20]==0x5)
        #(INA[25:20]==0x6)
        #(INA[25:20]==0x7)
        #(INA[25:20]==0x8)))     /* 1M device    int from QM         */
#((MC11QQ)
        &((INA[25:20]==0x2)
        #(INA[25:20]==0x3)
        #(INA[25:20]==0x4)
        #(INA[25:20]==0x5)
        #(INA[25:20]==0x6)
        #(INA[25:20]==0x7)
        #(INA[25:20]==0x8)
        #(INA[25:20]==0x9)))     /* 1M device    int from QM         */
#((MC1_11)
        & (INA[25:22]==0x2))     /* 1M device non-int from 2M        */
#((MC11_1 # MC111_)
        &((INA[25:22]==0x1)
        #(INA[25:22]==0x2)))     /* 1M device    int from 1M         */
#((MC1111)
        & (INA[25:23]==0x1))     /* 1M device    int from 2M         */
#((MC4___)
        & (INA[25:24]==0x0))     /* 4M device non-int from 0M        */
#((MC4__1 # MC41__ # MC4_1_)
        &((INA[25:22]==0x1)
        #(INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)))     /* 4M device non-int from 1M        */
#((MC411_ # MC41_1 # MC4_11)
        &((INA[25:22]==0x2)
        #(INA[25:22]==0x3)
        #(INA[25:22]==0x4)
        #(INA[25:22]==0x5)))     /* 4M device non-int from 2M        */
#((MC4111)
        &((INA[25:22]==0x3)
        #(INA[25:22]==0x4)
        #(INA[25:22]==0x5)
        #(INA[25:22]==0x6)))     /* 4M device non-int from 3M        */
#((MC4_4_ # MC4__4)
        & (INA[25:24]==0x1))     /* 4M device non-int from 4M        */
#((MC44__)
        & (INA[25]==0x0))        /* 4M device    int from 0M         */
#((MC4_41)
        &((INA[25:22]==0x5)
        #(INA[25:22]==0x6)
        #(INA[25:22]==0x7)
        #(INA[25:22]==0x8)))     /* 4M device non-int from 5M        */
#((MC441_ # MC44_1)
        &((INA[25:22]==0x1)
```

154

```
                  # (INA[25:22]==0x2)
                  # (INA[25:22]==0x3)
                  # (INA[25:22]==0x4)
                  # (INA[25:22]==0x5)
                  # (INA[25:22]==0x6)
                  # (INA[25:22]==0x7)
                  # (INA[25:22]==0x8)))    /* 4M device    int from 1M        */
              # ((MC4411)
                 & ((INA[25:22]==0x2)
                  # (INA[25:22]==0x3)
                  # (INA[25:22]==0x4)
                  # (INA[25:22]==0x5)
                  # (INA[25:22]==0x6)
                  # (INA[25:22]==0x7)
                  # (INA[25:22]==0x8)
                  # (INA[25:22]==0x9)))    /* 4M device    int from 2M        */
              # ((MC4_44)
                 & (INA[25:24]==0x2))      /* 4M device non-int from 8M       */
              # ((MC444_ # MC44_4)
                 & ((INA[25:24]==0x1)
                  # (INA[25:24]==0x2)))    /* 4M device    int from 4M        */
              # ((MC4441)
                 & ((INA[25:22]==0x5)
                  # (INA[25:22]==0x6)
                  # (INA[25:22]==0x7)
                  # (INA[25:22]==0x8)
                  # (INA[25:22]==0x9)
                  # (INA[25:22]==0xA)
                  # (INA[25:22]==0xB)
                  # (INA[25:22]==0xC)))    /* 4M device    int from 5M        */
              # ((MC4444)
                 & (INA[25]==0x1));        /* 4M device    int from 8M        */


/*********************************************************************/
/* Address Router Select Signals                                     */
/*********************************************************************/

!NIQMSELb =
      (   (MC___Q # MC__Q_ # MC_QQ_ # MC_Q_Q # MC_Q__ #
           MCQ__Q # MCQ_Q_ # MCQ___)
           /* INA = don't care */
       # ((MCQQQ_ # MCQQ_Q)
           & (INA[25:20]==0x0))
       # ((MC_1Q # MCQ_QQ)
           & (INA[25:20]==0x2))
       # ((MC_1_Q # MC_1Q_ # MC11Q_ # MC11_Q # MC1__Q # MC1_Q_)
           & (INA[25:20]==0x0)) ) & !ROMAD;

!IQMSELb =
      (   (MC__QQ # MCQQQQ # MCQQ__)
           /* INA = don't care */
```

155

```
        #((MC_QQQ # MCQ_QQ # MC_1QQ # MC11QQ # MC1_QQ)
           & (INA[25:21]==0x0))
        #((MCQQQ_ # MCQQ_Q)
           &((INA[25:20]==0x1)
           #(INA[25:20]==0x2)) ) & !ROMAD;

!NI1MSELb =
      ( ((MC_1__ # MC1___ # MC__1 # MC_1_ # MC111_ # MC11_1 # MC41__ #
          MC4_1_ # MC4_1_ # MC_41_ # MC_4_1 # MC441_ # MC44_1 # MC__41 #
          MC_441 # MC4441 # MC4_41)
           & (INA[25:22]==0x0))
        #((MC_1_Q # MC_1Q_ # MC1__Q # MC1_Q_)
           &((INA[25:20]==0x1)
           #(INA[25:20]==0x2)
           #(INA[25:20]==0x3)
           #(INA[25:20]==0x4)))
        #((MC_1QQ # MC1_QQ)
           &((INA[25:20]==0x2)
           #(INA[25:20]==0x3)
           #(INA[25:20]==0x4)
           #(INA[25:20]==0x5)))
        #((MC_1_1 # MC_1_1 # MC1__1 # MC1_1_ # MC411_ # MC41_1)
           & (INA[25:22]==0x1))
        #((MC_111 # MC1_11 # MC4111)
           & (INA[25:22]==0x2)) ) & !ROMAD;

!I1MSELb =
      ( ((MC11__ # MC__11 # MC_111 # MC1_11 # MC4111 # MC4_11 #
          MC_411 # MC4411)
           & (INA[25:23]==0x0))
        #((MC11Q_ # MC11_Q)
           &((INA[25:20]==0x1)
           #(INA[25:20]==0x2)
           #(INA[25:20]==0x3)
           #(INA[25:20]==0x4)
           #(INA[25:20]==0x5)
           #(INA[25:20]==0x6)
           #(INA[25:20]==0x7)
           #(INA[25:20]==0x8)))
        #((MC11QQ)
           &((INA[25:20]==0x2)
           #(INA[25:20]==0x3)
           #(INA[25:20]==0x4)
           #(INA[25:20]==0x5)
           #(INA[25:20]==0x6)
           #(INA[25:20]==0x7)
           #(INA[25:20]==0x8)
           #(INA[25:20]==0x9)))
        #((MC111_ # MC11_1)
           &((INA[25:21]==0x1)
           #(INA[25:21]==0x2)
           #(INA[25:21]==0x3)
```

156

```
            #(INA[25:21]==0x4)))
        #((MC1111)) ) & !ROMAD;

!NI4MSELb =
        (   (MC___4 # MC4___ # MC_4__ # MC__4_ # MC_44_ # MC4_4_ #
             MC_4_4 # MC4__4)
             /* INA is don't care ! */
        #((MC44_4 # MC444_)
             & (INA[25:24]==0x0))
        #((MC41__ # MC4__1_ # MC_41_ # MC_4_1 # MC__41 # MC4441)
             &((INA[25:22]==0x1)
              #(INA[25:22]==0x2)
              #(INA[25:22]==0x3)
              #(INA[25:22]==0x4)))
        #((MC_441 # MC4_41)
             &((INA[25:22]==0x1)
              #(INA[25:22]==0x2)
              #(INA[25:22]==0x3)
              #(INA[25:22]==0x4)
              #(INA[25:22]==0x5)
              #(INA[25:22]==0x6)
              #(INA[25:22]==0x7)
              #(INA[25:22]==0x8)))
        #((MC411_ # MC41_1 # MC4_11 # MC_411)
             &((INA[25:22]==0x2)
              #(INA[25:22]==0x3)
              #(INA[25:22]==0x4)
              #(INA[25:22]==0x5)))
        #((MC4111)
             &((INA[25:22]==0x3)
              #(INA[25:22]==0x4)
              #(INA[25:22]==0x5)
              #(INA[25:22]==0x6)))
        #((MC_444 # MC4_44)
             & (INA[25:24]==0x2)) ) & !ROMAD;


!I4MSELb =
        (   (MC44__ # MC__44 # MC4444)
             /* INA is don't care */
        #((MC_444 # MC4_44)
             & (INA[25]==0x0))
        #((MC441_ # MC44_1)
             &((INA[25:22]==0x1)
              #(INA[25:22]==0x2)
              #(INA[25:22]==0x3)
              #(INA[25:22]==0x4)
              #(INA[25:22]==0x5)
              #(INA[25:22]==0x6)
              #(INA[25:22]==0x7)
              #(INA[25:22]==0x8)))
        #((MC4411)
```

157

```
            &((INA[25:22]==0x2)
             #(INA[25:22]==0x3)
             #(INA[25:22]==0x4)
             #(INA[25:22]==0x5)
             #(INA[25:22]==0x6)
             #(INA[25:22]==0x7)
             #(INA[25:22]==0x8)
             #(INA[25:22]==0x9)))
          #((MC444_ # MC44_4)
            &((INA[25:24]==0x1)
             #(INA[25:24]==0x2)))
          #((MC4441)
            &((INA[25:22]==0x5)
             #(INA[25:22]==0x6)
             #(INA[25:22]==0x7)
             #(INA[25:22]==0x8)
             #(INA[25:22]==0x9)
             #(INA[25:22]==0xA)
             #(INA[25:22]==0xB)
             #(INA[25:22]==0xC))) ) & !ROMAD;


!COL11_3SELb   = !IQMSELb  # !I1MSELb # !I4MSELb;
!COL10_2SELb   = !NIQMSELb # !NI1MSELb # !NI4MSELb;
!COL9FR12SELb  = !I4MSELb  # !I1MSELb;
!COL9FR11SELb  = !NI4MSELb # !NI1MSELb;
!ROW20_12SELb  = !IQMSELb  # !NI1MSELb;
!ROW22_13SELb  = !I1MSELb  # !NI4MSELb;
!GEN9TO1SELb   = !NIQMSELb # !IQMSELb;
!GEN10TO1SELb  = !NIQMSELb # !IQMSELb # !NI1MSELb # !I1MSELb;

INT = !IQMSELb # !I1MSELb # !I4MSELb;

/************************************************************************/
/* ROW and COL Address Router                                         */
/************************************************************************/

.signal CADR[10:0];
.signal RADR[10:0];

.pullup CADR=0x7FF;
.pullup RADR=0x7FF;

buffer(COL11_3SELb ,INA[11:3],CADR[8:0]);
buffer(COL10_2SELb ,INA[10:2],CADR[8:0]);
buffer(COL9FR11SELb,INA[11]  ,CADR[9] );
buffer(COL9FR12SELb,INA[12]  ,CADR[9] );
buffer(I4MSELb     ,INA[13]  ,CADR[10] );
buffer(NI4MSELb    ,INA[12]  ,CADR[10] );
buffer(GEN9TO1SELb ,1        ,CADR[9] );
buffer(GEN10TO1SELb,1        ,CADR[10] );
```

                                    158

Appx0183

```
buffer(ROW20_12SELb,INA[20:12],RADR[8:0] );
buffer(NIQMSELb,    INA[19:11],RADR[8:0] );
buffer(NI1MSELb,    INA[21]   ,RADR[9]   );
buffer(NI4MSELb,    INA[23]   ,RADR[10]  );
buffer(GEN9TO1SELb ,1         ,RADR[9]   );
buffer(GEN10TO1SELb,1         ,RADR[10]  );
buffer(I4MSELb,     INA[24:14],RADR[10:0]);
buffer(ROW22_13SELb,INA[22:13],RADR[9:0] );

/* BIOS ROUTING */

RCE  = (D_RAM==D_9) # (D_RAM==D_F);
!RCLb = (D_RAM==IDLE) # (D_RAM==IDLE_OP);
ecounter(RCE,RCLb,IN[1:0],ROMCNT[1:0] );

buffer(ROMADb,INA[16:11], RADR[5:0] );
buffer(ROMADb,INA[10:2],  CADR[10:2]);
buffer(ROMADb,ROMCNT[1:0],CADR[1:0] );


.end;
```

159

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990      */
/*                                                                  */
/* FILENAME     :        DR_path.CDL
 */
/*                                                                  */
/* CONTENTS     :        This file contains CDL code for the DRAM   */
/*                       Controller Data Path Block                 */
/*                       This block contains the coding for the data */
/*                       path (Transaction Bus to DRAM)             */
/*                                                                  */
.iflevel TOP
.include STATES.DEF
.endif

.input   ROMAD, CASb[3:0], MBUSYb, ROMCNT[3:0], D_RAM[6:0],
         BURSTb, BUSYb, INA[2], INT, CMDVLDb, VALIDALLb, PORESb, WEb[7:0],
         BGb_P, TBVb, BLOCK_DR[3:0];

.output  MD1_LOW[17:0], MD1_HOW[17:0], MD2_LOW[17:0], MD2_HOW[17:0],
         IRAM_DP[3:0], TBPEb, TBDI1, TBDI2, DJ_LOW[17:0],
         DH_LOW[17:0], DH_HOW[17:0];

.bidi    ID[31:0], IDP[3:0];

.clock CLK;
.edge rising CLK;

/*******************************************************************/
/* DRAM CONTROLLER DATA PATH                                       */
/*******************************************************************/

/* This section contains the registers, multiplexers and parity */
/* logic between the transaction bus and the DRAM busses */


/* DATAPATH CONTROL SIGNAL EQUATIONS */

IDM   =  !CASb[1] # !CASb[3];
TBDO  =  (!CASb[0] # !CASb[1] # !CASb[2] # !CASb[3]) & MBUSYb;

TBDO0 = (!ROMAD & TBDO) # (ROMAD & (D_RAM==D_B) & !ROMCNT[1] &  ROMCNT[0]);
TBDO1 = (!ROMAD & TBDO) # (ROMAD & (D_RAM==D_B) &  ROMCNT[1] & !ROMCNT[0]);
TBDO2 = (!ROMAD & TBDO) # (ROMAD & (D_RAM==D_B) &  ROMCNT[1] &  ROMCNT[0]);
TBDO3 = (!ROMAD & TBDO) # (ROMAD & (D_RAM==D_B) & !ROMCNT[1] & !ROMCNT[0]);

TBDI1 = !CMDVLDb
          # (!BURSTb & BUSYb & !INA[2] & INT & CMDVLDb & !VALIDALLb)
          # (!BURSTb & BUSYb & !INT & CMDVLDb & !VALIDALLb);
TBDI2 = !CMDVLDb
          # (!BURSTb & BUSYb &  INA[2] & INT & CMDVLDb & !VALIDALLb)
          # (!BURSTb & BUSYb & !INT & CMDVLDb & !VALIDALLb);
```

160

Appx0185

```
TBPO    =  (D_RAM == D_48)
        #  ((D_RAM == D_43) # (D_RAM == D_44)
        #  (D_RAM == D_40) # (D_RAM == D_41)
        #  (D_RAM == D_42) # (D_RAM == D_43)
        #  (D_RAM == D_4A) # (D_RAM == D_4B);

!TBPEb  = (( (D_RAM == D_49)
        #  (D_RAM == D_42) # (D_RAM == D_43)
        #  (D_RAM == D_4A) # (D_RAM == D_4B)
        #  (D_RAM == D_4C) )
        #  (((D_RAM == IDLE)#(D_RAM == IDLE_OP)) & !PRRE & !BGb_P)) &
PORESb;

!PRRE := ((( (D_RAM == D_48)
        #  (D_RAM == D_45) # (D_RAM == D_46)
        #  (D_RAM == D_4D) # (D_RAM == D_4E)
        #  (D_RAM == D_42) # (D_RAM == D_43)
        #  (D_RAM == D_4A) # (D_RAM == D_4B)
        #  (D_RAM == D_4C) ) & BGb_P) # !PRRE) & !TBPEb & PORESb;

!TBDEB0 = !TBVb & !BLOCK_DR[0] & PORESb;
!TBDEB1 = !TBVb & !BLOCK_DR[1] & PORESb;
!TBDEB2 = !TBVb & !BLOCK_DR[2] & PORESb;
!TBDEB3 = !TBVb & !BLOCK_DR[3] & PORESb;

/* Internal Buffer Assignments */

.signal DE_LOW[17:0];
.signal DE_HOW[17:0];
.signal DD_LOW[17:0];
.signal DD_HOW[17:0];
.signal DE_LCW[17:0];
.signal DE_HOW[17:0];
.signal DF_LOW[17:0];
.signal DF_HOW[17:0];
.signal DH_LOW[17:0];
.signal DH_HOW[17:0];
.signal DJ_LOW[17:0];
.signal DJ_HOW[17:0];

DA_LOW[17:0] = MD1_LOW[17:0];
DA_HOW[17:0] = MD1_HOW[17:0];

DB_LOW[17:0] = MD2_LOW[17:0];
DB_HOW[17:0] = MD2_HOW[17:0];

/* Data input Multiplexer */

mux2(IDM, DA_LOW[17:0], DB_LOW[17:0], DC_LOW[17:0]);
mux2(IDM, DA_HOW[17:0], DB_HOW[17:0], DC_HOW[17:0]);

/* Data input Multiplexer for the BIOS flow */
```

161

```
mux2 (ROMAD,DC_LOW[17:9], DC_LOW[8:0], DF_LOW[17:9]);
mux2 (ROMAD,DC_HOW [8:0], DC_LOW[8:0], DF_HOW[8:0]);
mux2 (ROMAD,DC_HOW[17:9], DC_LOW[8:0], DF_HOW[17:9]);


/*** Transaction Bus Data Output Register ***/

eregister (TBDO0,  DC_LOW[8:0],  DE_LOW[8:0]);
eregister (TBDO1, DF_LOW[17:9], DE_LOW[17:9]);
eregister (TBDO2,  DF_HOW[8:0],  DE_HOW[8:0]);
eregister (TBDO3, DF_HOW[17:9], DE_HOW[17:9]);

buffer(TBDEB0, DE_LOW[7:0],  ID[7:0]);
buffer(TBDEB1, DE_LOW[16:9], ID[15:8]);
buffer(TBDEB2, DE_HOW[7:0],  ID[23:16]);
buffer(TBDEB3, DE_HOW[16:9], ID[31:24]);
buffer(TBDEB0, DE_LOW[8],  IRAM_DP[0]);
buffer(TBDEB1, DE_LOW[17], IRAM_DP[1]);
buffer(TBDEB2, DE_HOW[8],  IRAM_DP[2]);
buffer(TBDEB3, DE_HOW[17], IRAM_DP[3]);

/*** Transaction Bus Prefetch Data Output Register ***/

eregister(TBPO, DC_LOW[8:0],  DD_LOW[8:0]);
eregister(TBPO, DC_LOW[17:9], DD_LOW[17:9]);
eregister(TBPO, DC_HOW[8:0],  DD_HOW[8:0]);
eregister(TBPO, DC_HOW[17:9], DD_HOW[17:9]);

buffer(TBPEb, DD_LOW[7:0],  ID[7:0]);
buffer(TBPEb, DD_LOW[16:9], ID[15:8]);
buffer(TBPEb, DD_HOW[7:0],  ID[23:16]);
buffer(TBPEb, DD_HOW[16:9], ID[31:24]);
buffer(TBPEb, DD_LOW[8],  IRAM_DP[0]);
buffer(TBPEb, DD_LOW[17], IRAM_DP[1]);
buffer(TBPEb, DD_HOW[8],  IRAM_DP[2]);
buffer(TBPEb, DD_HOW[17], IRAM_DP[3]);


/*** Transaction Bus Data Input Register ***/

eregister(TBDI1, ID[7:0], DH_LOW[7:0]);
eregister(TBDI1, IDP[0], DH_LOW[8]);
eregister(TBDI1, ID[15:8], DH_LOW[16:9]);
eregister(TBDI1, IDP[1], DH_LOW[17]);
eregister(TBDI1, ID[23:16], DH_HOW[7:0]);
eregister(TBDI1, IDP[2], DH_HOW[8]);
eregister(TBDI1, ID[31:24], DH_HOW[16:9]);
eregister(TBDI1, IDP[3], DH_HOW[17]);

buffer(WEb[0], DH_LOW[8:0], MD1_LOW[8:0]);
buffer(WEb[1], DH_LOW[17:9],MD1_LOW[17:9]);
buffer(WEb[2], DH_HOW[8:0], MD1_HOW[8:0]);
```

162

```
buffer(WEb[3], DH_HOW[17:9],MD1_HOW[17:9]);

eregister(TBDI2, ID[7:0], DJ_LOW[7:0]);
eregister(TBDI2, IDP[0], DJ_LOW[8]);
eregister(TBDI2, ID[15:8], DJ_LOW[16:9]);
eregister(TBDI2, IDP[1], DJ_LOW[17]);
eregister(TBDI2, ID[23:16], DJ_HOW[7:0]);
eregister(TBDI2, IDP[2], DJ_HOW[8]);
eregister(TBDI2, ID[31:24], DJ_HOW[16:9]);
eregister(TBDI2, IDP[3], DJ_HOW[17]);

buffer(WEb[4], DJ_LOW[8:0], MD2_LOW[8:0]);
buffer(WEb[5], DJ_LOW[17:9],MD2_LOW[17:9]);
buffer(WEb[6], DJ_HOW[8:0], MD2_HOW[8:0]);
buffer(WEb[7], DJ_HOW[17:9],MD2_HOW[17:9]);

.end;
```

163

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990        */
/*                                                                    */
/* FILENAME    :        DR_REG.CDL                                    */
/*                                                                    */
/* CONTENTS    :        This file contains CDL code for the DRAM      */
/*                      Controller Configuration Registers            */
/*                      Registers: MEC1, MEC2, MEC3, MMSLO            */
/*                                 MMSHI, DCON, ESPA, PSPE, DSTA       */
/*                                                                    */
/*                      Also: CONFIG REG ADDRESS DECODE LATCH          */
/*                            WRITE CONFIG REGISTER SIGNALS            */
/*                            READ CONFIG REGISTER SIGNALS             */
/*                            TRANSACTION BUS HANDSHAKE SIGNALS        */
/*                            COMMAND REGISTER EQUATIONS               */
/*                                                                    */
.iflevel TOP
.include STATES.DEF
.endif

.input   DH_LOW[17:0], DH_HOW[17:0], DJ_LOW[17:0], ICONFIG, D_RAM[6:0],
         APA[15:0], BYTE1b[3:0], ICONFIG, CMDVLDb, DRC_SEL, PORESb;

.output  ENPCKb, ROMEN, ENSPLb, CE1B, CE1A, CE2B, CE2A,
         spaB[5:0], CE3B, CE3A, CE4B, CE4A,
         ENCACHEb, LOCKb, MSADR[25:20], mconfB[7:0], FC0, FC1;

.bidi    ID[31:0];

.clock CLK;
.edge rising CLK;

/*********************************************************************/
/* DRAM CONTROLLER CONFIGURATION REGISTERS                          */
/*********************************************************************/

/*-----------------------------------------------------------------*/
/*** Memory Encoding Register 1        MEC1    Address (dir) 00E1h   ***/
/*-----------------------------------------------------------------*/

DH_LOWb[16:0]  = !DH_LOW[16:0];

rlatch(MENC1,PORESb,DH_LOWb[9], ENPCK);
rlatch(MENC1,PORESb,DH_LOW[10],ROMENb);
rlatch(MENC1,PORESb,DH_LOWb[12], ENSPLb);
rlatch(MENC1,PORESb,DH_LOW[13], CE1B);
rlatch(MENC1,PORESb,DH_LOW[14], CE1A);
rlatch(MENC1,PORESb,DH_LOWb[15],CE2Bb);
rlatch(MENC1,PORESb,DH_LOWb[16],CE2Ab);

ENPCKb  = !ENPCK;
ROMEN   = !ROMENb;
CE2B    = !CE2Bb;
```

164

```
CE2A    = !CE2Ab;

buffer(RMENC1,ENPCKb,ID[8]);
buffer(RMEN 1,ROMEN ,ID[9]);
buffer(RMFNC1,ENSPLb,ID[11]);
buffer(RMENC1,CE1B  ,ID[12]);
buffer(RMENC1,CE1A  ,ID[13]);
buffer(RMENC1,CE2B  ,ID[14]);
buffer(RMENC1,CE2A  ,ID[15]);

/*------------------------------------------------------------------*/
/*** Memory Encoding Register 2       MEC2   Address (dir) 00E0h   ***/
/*------------------------------------------------------------------*/

.signal spaB[5:0];
rlatch(MENC2,PORESb,DH_LOW[3:0],spaB[3:0]);
rlatch(MENC2,PORESb,DH_LOWb[4], CE3Bb);
rlatch(MENC2,PORESb,DH_LOWb[5], CE3Ab);
rlatch(MENC2,PORESb,DH_LOWb[6], CE4Bb);
rlatch(MENC2,PORESb,DH_LOWb[7], CE4Ab);

CE3B    = !CE3Bb;
CE3A    = !CE3Ab;
CE4B    = !CE4Bb;
CE4A    = !CE4Ab;

buffer(RMENC2,spaB[3:0],ID[3:0]);
buffer(RMENC2,CE3B  ,ID[4]);
buffer(RMENC2,CE3A  ,ID[5]);
buffer(RMENC2,CE4B  ,ID[6]);
buffer(RMENC2,CE4A  ,ID[7]);

/*------------------------------------------------------------------*/
/*** Memory Encoding Register 3       MEC3   Address (dir) 00E2h   ***/
/*------------------------------------------------------------------*/

!DH_H0b  = DH_HOW[0];

rlatch(MENC3,PORESb,DH_H0b,   ENCACHE);
rlatch(MENC3,PORESb,DH_HOW[4],LOCKb);

ENCACHEb = !ENCACHE;

buffer(RMENC3,ENCACHEb,ID[16]);
buffer(RMENC3,LOCKb   ,ID[20]);

/*------------------------------------------------------------------*/
/*** MEMORY START ADDRESS LOW RESISTER  MMSLO Address (indir) 86h  ***/
/*------------------------------------------------------------------*/

.signal MSADR[25:20];
rlatch(MMSLO,PORESb,DH_LOW[7:4],MSADR[23:20]);
```

165

```
buffer(RMSLO,MSADR[23:20],ID[7:4]);

/*-------------------------------------------------------------------*/
/*** MEMORY START ADDRESS HIGH RESISTER  MMSHI  Address (indir) 87h  ***/
/*-------------------------------------  ----------------------------*/

rlatch(MMSHI,PORESb,DH_LOW[1:0],MSADR[25:24]);

buffer(RMSHI,MSADR[25:24],ID[1:0]);

/*-------------------------------------------------------------------*/
/*** DRAM Configuration register        DCON    Address (ind) 83h   ***/
/***             and read only                                      ***/
/*** System Board POS3 Register         POS103  Address (dir) 0103h ***/
/*-------------------------------------------------------------------*/

.signal mconfB[7:0];
rlatch(MCONF,PORESb,DH_LOW[7:1],mconfB[7:1]);
rlatch(MCONF,PORESb,DH_LOWb[0],mconf0);

mconfB[0] = !mconf0;

buffer(RCONFI, mconfB[7:0], ID[7:0]);
buffer(RCONFD, mconfB[7:0], ID[31:24]);

/*-------------------------------------------------------------------*/
/*** Extended SPlit Address Register  ESPA    Address (ind) 84h     ***/
/*-------------------------------------------------------------------*/

rlatch(ESPA,PORESb,DH_LOW[1:0],spaB[5:4]);

buffer(RESPA, spaB[5:4], ID[1:0]);

/*-------------------------------------------------------------------*/
/*** Processor Speed Register         PSPE    Address (ind) 85h     ***/
/*-------------------------------------------------------------------*/

rlatch(CCONF,PORESb,DH_LOWb[0],FC0b);       /* FC1 FC0 Speed */
rlatch(CCONF,PORESb,DH_LOWb[1],FC1b);       /*  0   0  16MHz */
                                            /*  0   1  20MHz */
                                            /*  1   0  25MHz */
                                            /*  1   1  33MHz */
FC0     = !FC0b;
FC1     = !FC1b;

buffer( RCCONF, FC0, ID[0]);
buffer( RCCONF, FC1, ID[1]);


/*-------------------------------------------------------------------*/
/*** REGISTER ADDRESS DECODING                                      ***/
/*-------------------------------------------------------------------*/
```

166

Appx0191

```
D1512_0 = !APA[15] & !APA[14] & !APA[13] & !APA[12];
D1108_1 = !APA[11] & !APA[10] & !APA[9] & APA[8];
D1108_0 = !APA[11] & !APA[10] & !APA[9] & !APA[8];
D74_E   = APA[7] & APA[6] & APA[5] & !APA[4];
D74_0   = !APA[7] & !APA[6] & !APA[5] & !APA[4];


D00E0   = D1512_0 & D1108_0 & D74_E & !BYTE1b[0];
D00E1   = D1512_0 & D1108_0 & D74_E & !BYTE1b[1];
D00E2   = D1512_0 & D1108_0 & D74_E & !BYTE1b[2];
D0103   = D1512_0 & D1108_1 & D74_0 & !BYTE1b[3];


D83     = !APA[4] &  APA[3] &  APA[2];
D84     =  APA[4] & !APA[3] & !APA[2];
D85     =  APA[4] & !APA[3] &  APA[2];
D86     =  APA[4] &  APA[3] & !APA[2];
D87     =  APA[4] &  APA[3] &  APA[2];


/*** CONFIG REGISTER ADDRESS DECODE LATCHES ***/
RCONFIG := (ICONFIG & !CMDVLDb) # (RCONFIG & CMDVLDb);

 DL_00E0 =  D00E0 & !RCONFIG;
 DL_00E1 =  D00E1 & !RCONFIG;
 DL_00E2 =  D00E2 & !RCONFIG;
 DL_0103 =  D0103 & !RCONFIG;
 DL_83   =  D83   &  RCONFIG;
 DL_84   =  D84   &  RCONFIG;
 DL_85   =  D85   &  RCONFIG;
 DL_86   =  D86   &  RCONFIG;
 DL_87   =  D87   &  RCONFIG;

/*** WRITE CONFIG REGISTER SIGNALS ***/

WRSTR   = (D_RAM == D_3A);

MENC1   = !(WRSTR & DL_00E1);
MENC2   = !(WRSTR & DL_00E0);
MENC3   = !(WRSTR & DL_00E2);
ESPA    = !(WRSTR & DL_84);
CCONF   = !(WRSTR & DL_85);
MCONF   = !(WRSTR & DL_83);
MMSLO   = !(WRSTR & DL_86);
MMSHI   = !(WRSTR & DL_87);

/*** READ CONFIG REGISTER SIGNALS ***/

RPSTR   = (D_RAM == D_39);

RMENC1  = !(RPSTR & DL_00E1);
RMENC2  = !(RPSTR & DL_00E0);
RMENC3  = !(RPSTR & DL_00E2);
RESPA   = !(RPSTR & DL_84);
```

167

Appx0192

```
RCCONF = !(RPSTR & DL_85);
RCONFD = !(RPSTR & DL_0103);
RCONFI = !(RPSTR & DL_83);
RMSLO  = !(RPSTR & DL_86);
RMSHI  = !(RPSTR & DL_87);


.end;
```

168

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990        */
/*                                                                    */
/* FILENAME      :       DR_STM.CDL                                   
*/
/*                                                                    */
/* CONTENTS      :       This file contains CDL code for the DRAM     */
/*                       Controller State Machine Block               */
/*                                                                    */
/* DRAM Controller state machine block  */

.input OK_PRFR, ROMCNT[0], ROMCNT[1], PWR_FAILb, INITFL, APF, OPF,
       PRF, RWR, RRD, BWR, BWRCSH, BRD, BRD486,FC0, FC1, VLDb, DNMLB,
       BURSTb,ROP, OPC, RLTT, PBND, BGb, MBUSYb, NPRFA, DCbACC, RFR,
       EVEN, RRD, NMLB, INT, PRF_C, RFR_C,  BGb_P, IRD_C, IWR_C, PORESb,
       ROMAD, RRD_C, BRD486_C, BRD_C, RWR_C, NEWCMD, BWR_C, BWRCSH_C,
       EPRFJMP;


.output LAT, LAT1, LAT2, SMRASb, SMCAS1b, SMCAS2b, WR1b, WR2b,
                        R_SMRASb,R_SMCAS1b, R_SMCAS2b,
        BRb, TBVb, RCM, CPM, SMAPINC, SMBUSYb, PRF23E, BFLB, R_BFLB,
        D_RAM[6:0];

.clock CLK;
.edge rising CLK;


/*** DEFINE JUMPS FROM CLOSED PAGE IDLE ***/

.define JFI1    if (RFR_C & NEWCMD) then D_12
.define JFI2    else if (RRD_C & NEWCMD & ROMAD) then D_1

.define JFI3    else if (IWR_C & NEWCMD) then D_3A
.define JFI4    else if (IRD_C & NEWCMD) then D_38

.define JFI5    else if ((RWR_C # RRD_C # BWR_C # BRD_C
.define JFI6            # BWRCSH_C # BRD486_C # PRF_C)
.define JFI7            & NEWCMD & !INT) then D_1A

.define JFI8    else if ((RWR_C # RRD_C # BWR_C # BRD_C
.define JFI9            # BWRCSH_C # BRD486_C # PRF_C)
.define JFIa            & NEWCMD & INT) then D_51

.define JFIf    else IDLE

.define CL_P_JMP JFI1 JFI2 JFI3 JFI4 JFI5 JFI6 JFI7 JFI8 JFI9 JFIa JFIf


/*** DEFINE JUMPS FROM OPEN PAGE IDLE ***/

.define JO1    if (RFR_C & NEWCMD) then D_11
.define JO2    else if (RRD_C & NEWCMD & ROMAD) then D_1
```

169

```
.define JO3    else if (IWR_C & NEWCMD) then D_3A
.define JO4    else if (IRD_C & NEWCMD) then D_38

.define JO5    else if ((RWR_C # RRD_C # BWR_C # BRD_C
.define JO6            # BWRCSH_C # BRD486_C # PRF_C)
.define JO7            & NEWCMD & !INT & !OPC) then D_19

.define JO8    else if ((RWR_C # BWR_C # BWRCSH_C)
.define JO9            & NEWCMD & !INT & OPC) then D_1D

.define JOa    else if ((RRD_C # BRD_C # BRD486_C #PRF_C)
.define JOb            & NEWCMD & !INT & OPC) then D_1E

.define JOc    else if ((RWR_C # RRD_C # BWR_C # BRD_C
.define JOd            # BWRCSH_C # BRD486_C # PRF_C)
.define JOe            & NEWCMD & INT & !OPC) then D_50

.define JOf    else if ((RWR_C # BWR_C # BWRCSH_C)
.define JOg            & NEWCMD & INT & OPC & EVEN) then D_69

.define JOh    else if ((RRD_C # BRD_C # BRD486_C #PRF_C)
.define JOi            & NEWCMD & INT & OPC & EVEN) then D_58

.define JOj    else if ((RWR_C # BWR_C # BWRCSH_C)
.define JOk            & NEWCMD & INT & OPC & !EVEN) then D_66

.define JOl    else if ((RRD_C # BRD_C # BRD486_C #PRF_C)
.define JOm            & NEWCMD & INT & OPC & !EVEN) then D_54

.define JOu    else IDLE_OP

.define JFOPI1 JO1 JO2 JO3 JO4 JO5 JO6 JO7 JO8 JO9 JOa JOb JOc JOd JOe JOf
JOg
.define JFOPI2 JOh JOi JOj JOk JOl JOm JOu
.define O_P_JMP JFOPI1 JFOPI2

.define JFOPI1B JO1 JO2 JO3 JO4 JO5 JO6 JO7 JO8 JO9 JOa JOb JOc JOd JOe JOf
JOg
.define JFOPI2B JOh JOi JOj JOk JOl JOm    JOu
.define O_P_JMP_NBB JFOPI1B JFOPI2B


/********************************************************************/
/*    STATE DEFINITIONS FOR MAIN STATE MACHINE                   */
/********************************************************************/

/*** WORK BIT ASSIGNMENTS ***/

/*  LAT   = CTRL0[0]     NON-INTERLEAVED EXTERNAL LATCH TIMING        */
/*  LAT1  = CTRL0[1]     INTERLEAVED EXTERNAL LATCH TIMING BANK1 (& 3)  */
/*  LAT2  = CTRL0[2]     INTERLEAVED EXTERNAL LATCH TIMING BANK2 (& 4)  */
```

170

```
/*   SMRASb = CTRL0[3]       ROW ADDRESS STROBE TIMING                    */
/*   SMCAS1b= CTRL1[0]       COL.ADDRESS STROBE TIMING BANK 1 & 3         */
/*   SMCAS2b= CTRL1[1]       COL.ADDRESS STROBE TIMING BANK 2 & 4         */
/*   WR1b   = CTRL1[2]       WRITE TIMING SIGNAL FOR BANK 1 (& 3)         */
/*   WR2b   = CTRL1[3]       WRITE TIMING SIGNAL FOR BANK 2 (& 4)         */
/*   BRb    = CTRL2[0]       TRANS. BUS REQUEST                           */
/*   TBVb   = CTRL2[1]       TRANSACTION BUS VALID                        */
/*   PRF23E = CTRL2[2]       ENABLE ADDRESS BITS 2&3 DURING PREFETCH      */
/*   BFLB   = CTRL2[3]       "BUSY" FLOW BUBBLE                           */
/*   RCM    = CTRL3[0]       ROW / COLUMN MUX                             */
/*   CPM    = CTRL3[1]       CURRENT PAGE / NORMAL ADDRESS MUX            */
/*   SMAPINC= CTRL3[2]       ADDRES POINTER INCREMENT                     */
/*   SMBUSYb= CTRL3[3]       STATE MACHINE BUSY                           */

/*** READ BIOS STATE DEFINITIONS   ***/

/*                 CTRL3         CTRL2         CTRL1         CTRL0     STATE
*/
.statedef  INIT    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  7Eh;
.statedef  IDLE    1b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  7Dh;
.statedef  IDLE_OP 1b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  7Fh;
.statedef  D_1     0b,0b,0b,1b,  1b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,0b,1b,  01h;
.statedef  D_4     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  04h;
.statedef  D_5     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,0b,1b,1b,  05h;
.statedef  D_6     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  06h;
.statedef  D_7     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  07h;
.statedef  D_8     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  08h;
.statedef  D_9     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  09h;
.statedef  D_A     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Ah;
.statedef  D_B     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Bh;
.statedef  D_C     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Ch;
.statedef  D_D     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Dh;
.statedef  D_E     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Eh;
.statedef  D_F     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  0Fh;
.statedef  D_2     0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  02h;
.statedef  D_3     0b,0b,0b,0b,  0b,0b,0b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  03h;

/*** REFRESH STATE DEFINITIONS   ***/

/*                 CTRL3         CTRL2         CTRL1         CTRL0     STATE
*/
.statedef  D_11    0b,0b,0b,0b,  1b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  11h;
.statedef  D_12    0b,0b,0b,0b,  1b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  12h;
.statedef  D_30    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  1b,1b,1b,1b,  30h;
.statedef  D_13    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,1b,1b,1b,  13h;
.statedef  D_14    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  14h;
.statedef  D_15    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  15h;
.statedef  D_16    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  16h;
.statedef  D_31    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,1b,  1b,1b,1b,1b,  31h;
.statedef  D_32    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,1b,  0b,1b,1b,1b,  32h;
.statedef  D_33    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  33h;
.statedef  D_34    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  34h;
```

171

```
.statedef   D_35      0b,0b,0b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   35h;
.statedef   D_17      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   17h;
.statedef   D_18      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   18h;
```

/*** 20/25/33 RRD,RWR,BRD,BWR (N.I.) STATE DEFINITIONS   ***/

```
/*                    CTRL3          CTRL2          CTRL1          CTRL0     STATE
*/
.statedef   D_19      0b,0b,0b,0b,   1b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   19h;
.statedef   D_1A      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   1Ah;
.statedef   D_1B      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   1Bh;
.statedef   D_1C      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   1Ch;
.statedef   D_1D      0b,0b,0b,0b,   1b,0b,1b,1b,   0b,0b,1b,1b,   0b,0b,0b,1b,   1Dh;
.statedef   D_1E      0b,0b,0b,0b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,0b,0b,1b,   1Eh;
.statedef   D_1F      0b,0b,0b,0b,   0b,0b,1b,1b,   0b,0b,1b,1b,   0b,0b,0b,1b,   1Fh;
.statedef   D_20      1b,1b,0b,0b,   0b,0b,1b,1b,   0b,0b,0b,0b,   0b,1b,1b,1b,   20h;
.statedef   D_21      1b,0b,0b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   21h;
.statedef   D_22      1b,0b,0b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   22h;
.statedef   D_23      0b,1b,0b,0b,   0b,0b,1b,0b,   1b,1b,0b,0b,   0b,1b,1b,1b,   23h;
.statedef   D_24      0b,0b,0b,0b,   0b,0b,0b,0b,   1b,1b,1b,1b,   0b,0b,0b,1b,   24h;
.statedef   D_25      0b,0b,0b,0b,   0b,0b,0b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   25h;
.statedef   D_26      0b,0b,0b,0b,   0b,0b,0b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   26h;
.statedef   D_27      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   27h;
.statedef   D_2B      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   2Bh;
.statedef   D_2C      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   2Ch;
.statedef   D_28      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   28h;
```

/***   20/25/33 RRD,BRD (I.) STATE DEFINITIONS   ***/

```
/*                    CTRL3          CTRL2          CTRL1          CTRL0     STATE
*/
.statedef D_50      0b,0b,0b,0b,   1b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   50h;
.statedef D_51      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   51h;
.statedef D_52      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   52h;
.statedef D_53      0b,0b,0b,1b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   53h;
.statedef D_54      0b,1b,0b,0b,   1b,0b,1b,1b,   1b,1b,1b,1b,   0b,0b,1b,1b,   54h;
.statedef D_55      0b,0b,0b,0b,   0b,0b,1b,0b,   1b,1b,0b,1b,   0b,1b,1b,1b,   55h;
.statedef D_56      0b,1b,0b,0b,   0b,0b,0b,0b,   1b,1b,0b,1b,   0b,1b,0b,1b,   56h;
.statedef D_57      0b,1b,0b,0b,   0b,0b,0b,0b,   1b,1b,1b,0b,   0b,0b,1b,1b,   57h;
.statedef D_58      0b,1b,0b,0b,   1b,1b,1b,1b,   1b,1b,1b,1b,   0b,1b,0b,1b,   58h;
.statedef D_59      0b,0b,0b,0b,   0b,0b,1b,0b,   1b,1b,1b,0b,   0b,1b,1b,1b,   59h;
.statedef D_5A      0b,1b,0b,0b,   0b,0b,1b,0b,   1b,1b,1b,0b,   0b,0b,1b,1b,   5Ah;
.statedef D_5B      0b,1b,0b,0b,   0b,0b,0b,0b,   1b,1b,0b,1b,   0b,1b,0b,1b,   5Bh;
.statedef D_5C      0b,0b,0b,0b,   0b,0b,0b,0b,   1b,1b,1b,0b,   1b,1b,1b,1b,   5Ch;
.statedef D_5D      0b,0b,0b,0b,   0b,0b,0b,1b,   1b,1b,1b,1b,   1b,1b,1b,1b,   5Dh;
.statedef D_5E      0b,0b,0b,0b,   0b,0b,0b,0b,   1b,1b,0b,1b,   0b,1b,1b,1b,   5Eh;
.statedef D_5F      0b,0b,0b,0b,   0b,0b,0b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   5Fh;
.statedef D_60      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   60h;
.statedef D_72      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   72h;
.statedef D_73      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   73h;
.statedef D_61      1b,0b,1b,0b,   0b,0b,1b,1b,   1b,1b,1b,1b,   0b,1b,1b,1b,   61h;
.statedef D_62      0b,0b,0b,1b,   0b,0b,1b,1b,   1b,1b,1b,1b,   1b,1b,1b,0b,   62h;
```

172

```
.statedef D_63      0b,0b,0b,1b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  63h;
.statedef D_64      0b,0b,0b,0b,  0b,0b,1b,0b,  1b,1b,1b,1b,  0b,0b,1b,1b,  64h;
.statedef D_65      0b,0b,0b,0b,  0b,0b,1b,0b,  1b,1b,1b,1b,  0b,1b,0b,1b,  65h;
```

/*** 20/25/33 RWR,BWR (I.) STATE DEFINITIONS  ***/

```
/*                  CTRL3         CTRL2         CTRL1         CTRL0        STATE
*/
.statedef D_66      1b,1b,0b,0b,  1b,0b,1b,1b,  0b,1b,1b,1b,  0b,0b,1b,1b,  66h;
.statedef D_67      1b,0b,0b,0b,  0b,0b,1b,1b,  0b,1b,0b,1b,  0b,1b,1b,1b,  67h;
.statedef D_68      1b,1b,0b,0b,  0b,0b,1b,1b,  0b,0b,0b,1b,  0b,1b,0b,1b,  68h;
.statedef D_69      1b,1b,0b,0b,  1b,0b,1b,1b,  1b,0b,1b,1b,  0b,1b,0b,1b,  69h;
.statedef D_6A      1b,0b,0b,0b,  0b,0b,1b,1b,  1b,0b,1b,0b,  0b,1b,1b,1b,  6Ah;
.statedef D_6B      1b,1b,0b,0b,  0b,0b,1b,1b,  0b,0b,1b,0b,  0b,0b,1b,1b,  6Bh;
.statedef D_6C      1b,0b,0b,0b,  0b,0b,1b,1b,  1b,0b,1b,0b,  0b,1b,1b,1b,  6Ch;
.statedef D_6D      1b,0b,0b,0b,  0b,0b,1b,1b,  0b,1b,0b,1b,  0b,1b,1b,1b,  6Dh;
.statedef D_6E      1b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  6Eh;
.statedef D_6F      1b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  6Fh;
.statedef D_70      0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  70h;
.statedef D_71      0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  0b,1b,1b,1b,  71h;
```

/*** 20/25/33 PREFETCH (I.) STATE DEFINITIONS  ***/

```
/*                  CTRL3         CTRL2         CTRL1         CTRL0        STATE */

.statedef D_40      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,1b,  0b,1b,0b,1b,  40h;
.statedef D_41      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,0b,1b,1b,  41h;
.statedef D_42      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,0b,  0b,1b,0b,1b,  42h;
.statedef D_43      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,1b,0b,1b,  43h;
.statedef D_44      0b,1b,0b,0b,  0b,0b,0b,1b,  1b,1b,0b,1b,  0b,1b,0b,1b,  44h;
.statedef D_45      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,0b,1b,1b,  45h;
.statedef D_46      0b,1b,0b,0b,  0b,0b,0b,1b,  1b,1b,0b,1b,  0b,1b,0b,1b,  46h;
.statedef D_4A      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,0b,  0b,1b,1b,1b,  4Ah;
.statedef D_4B      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,1b,1b,1b,  4Bh;
.statedef D_4C      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  4Ch;
.statedef D_4D      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,0b,0b,  0b,1b,0b,1b,  4Dh;
.statedef D_4E      0b,1b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,0b,  0b,0b,1b,1b,  4Eh;
```

/*** 20/25/33 PREFETCH (N.I.) STATE DEFINITIONS  ***/

```
/*                  CTRL3         CTRL2         CTRL1         CTRL0        STATE
*/
.statedef D_48      0b,1b,0b,0b,  0b,1b,1b,1b,  1b,1b,0b,0b,  0b,1b,1b,1b,  48h;
.statedef D_49      0b,0b,0b,0b,  0b,1b,1b,1b,  1b,1b,1b,1b,  0b,0b,0b,1b,  49h;
.statedef D_36      0b,0b,0b,0b,  0b,1b,0b,1b,  1b,1b,1b,1b,  0b,0b,0b,1b,  36h;
.statedef D_37      0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  37h;
```

/*** IO READ and WRITE STATE DEFINITIONS  ***/

```
/*                  CTRL3         CTRL2         CTRL1         CTRL0        STATE
*/
.statedef D_38      0b,0b,0b,0b,  1b,0b,1b,0b,  1b,1b,1b,0b,  1b,1b,1b,1b,  38h;
```

173

```
.statedef  D_39    0b,0b,0b,0b,  0b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  39h;
.statedef  D_3A    1b,0b,0b,0b,  1b,0b,1b,1b,  1b,1b,1b,1b,  1b,1b,1b,1b,  3Ah;


/************************************************************************/
/************************************************************************/
/*    STATE MACHINE                                                     */
/************************************************************************/
/************************************************************************/

.statemachine D_RAM[6..0];
.smextend      SMBUSYb,SMAPINC,CPM,RCM,BFLB,PRF23E,TBVb,BRb,
               WR2b,WR1b,SMCAS2b,SMCAS1b,SMRASb,LAT2,LAT1,LAT;

.default IDLE;
.reset   PORESb    0    INIT;

.state INIT:                       /* state machine stays 200 nS in the   */
       if !(OK_PRFR) then INIT     /* INIT state, then it goes executing   */
       else D_12;                  /* the refresh routine 8 times          */

.state IDLE:                       /* Normal IDLE state (closed page RASb=1)*/
       CL_P_JMP;

.state IDLE_OP:                    /* OPEN PAGE IDLE state (RASb=0)        */
       O_P_JMP;


/************************************************************************/
/* STATE-TO-STATE JUMP CONDITIONS FOR BIOS                              */
/************************************************************************/

.state D_1:                        /* LAT1=0 latch high order Address     */
       goto D_4;

.state D_4:                        /* Wait                                 */
       goto D_5;

.state D_5:                        /* LAT2=0 latch low order Address Gen.CS */
       goto D_6;

.state D_6:                        /* Wait                                 */
       goto D_7;

.state D_7:
       if(FC1) then D_A            /* 25/33MHZ Branch                      */
       else D_8;                   /* 16/20MHZ Branch                      */

.state D_8:                        /* Wait                                 */
       goto D_9;

.state D_9:                        /* Wait                                 */
```

174

```
        goto D_B;

.state D_A:                     /* Wait                          */
        goto D_C;

.state D_C:                     /* Wait                          */
        goto D_D;

.state D_D:                     /* Wait                          */
        goto D_E;

.state D_E:                     /* Wait                          */
        goto D_F;

.state D_F:                     /* Wait                          */
        goto D_B;

.state D_B:                     /* READ Data                     */
        if !(!ROMCNT[0] & !ROMCNT[1]) then D_1
          else D_2;

.state D_2:                     /* Generate Bus Request          */
          if (BGb) then D_2
          else D_3;

.state D_3:                     /* Output code to transaction bus */
          if (!MBUSYb) then D_2
          else IDLE;

/*******************************************************************/
/* STATE-TO-STATE JUMP CONDITIONS FOR REFRESH                    */
/*******************************************************************/

.state D_11:                    /* RASb = low (OPF & RESRLT)     */
        goto D_12;

.state D_12:                    /* Generate CAS1b = low          */
        goto D_13;

.state D_30:                    /* Generate CAS1b = low          */
        goto D_13;

.state D_13:                    /* Generate RASb = low           */
        goto D_14;

.state D_14:                    /* End CAS1b low Period          */
          if (!PWR_FAILb) then D_16
          else D_15;

.state D_15:                    /* Wait                          */
        goto D_16;
```

175

```
.state D_16:                    /* End first RASb low Period           */
      goto D_31;

.state D_31:                    /* Generate CAS2b = low                */
      goto D_32;

.state D_32:                    /* Generate RASb = LOW                 */
      goto D_33;

.state D_33:                    /* End CAS2b low Period                */
      IF (!PWR_FAILb) then D_35
      else D_34;

.state D_34:                    /* Wait                               */
      goto D_35;

.state D_35:                    /* Branch to active Page               */
      IF (INITFL) then D_12
   else if (APF & !INITFL) then D_62
   else if (!INITFL & OPF) then D_17
   else IDLE;

.state D_17:                    /* Generate ROW for Old Page           */
      goto D_18;

.state D_18:                    /* Generate RASb to leave Page open     */
      goto IDLE_OP;

/*****************************************************************************/
/* MAIN STATE-TO-STATE JUMP CONDITIONS FOR RRD,RWR,BRD & BRW (20^MHz N.I.) */
/*****************************************************************************/

.state D_19:                    /* RAS Precharge to open other page     */
      goto D_1A;

.state D_1A:                    /* Generate Page ROW                   */
      if (RWR # RRD) then D_1B
      else D_1C;

.state D_1B:                    /* Generate RASb                      */
      if (RWR) then D_1D
      else D_1E;

.state D_1C:                    /* Generate RASb and Init burst pointer */
      if (BWR # BWRCSH) then D_1D
      else D_1E;

.state D_27:                    /* Generate ROW of the Old Page         */
      goto D_2B;

.state D_2B:                    /* Generate to open Old Page           */
      if (FC1 & FC0) then D_28
```

176

```
          else D_2C;

.state D_2C:                        /* Wait to garantee RASb high period    */
     goto D_28;

.state D_28:                        /* Wait to garantee RASb high period    */
     O_P_JMP;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR RWR & BWR (20^MHz N.I.)
***/

.state D_1D:                        /* Generate COL and Latch it            */
     goto D_20;

.state D_1F:                        /* Generate next COL and Latch prev.Data */
     if (!VLDb # (BWRCSH & DNMLB) # (BWR & BURSTb)) then D_20
        else D_1F;

.state D_20:                        /* Generate CASb                        */
     if (ROP & OPC & ((BWR & BURSTb) # (BWRCSH & DNMLB) # RWR)) then D_21
     else if (ROP & !OPC & ((BWR & BURSTb) # (BWRCSH & DNMLB) # RWR)) then
D_22
        else if (!ROP & ((BWR & BURSTb) # (BWRCSH & DNMLB) # RWR)) then D_21
        else if ((PBND # RLTT # RFR) & (BWR & !BURSTb)) then D_22
           else D_1F;

.state D_21:                        /* Latch Last Data and leave page open   */
     O_P_JMP;

.state D_22:                        /* RAS Precharge                        */
     if (RFR & BWR & !BURSTb) then D_30
     else if ((PBND # RLTT) & BWR & !BURSTb) then D_62
     else if (OPF) then D_27
        else CL_P_JMP;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR RRD & BRD (20^MHz N.I.)
***/

.state D_1E:                        /* Generate and Latch COL               */
     if (PRF # PRF_C) then D_48
        else D_23;

.state D_23:                        /* Generate CAS                         */
     if (BGb # !MBUSYb) then D_23
     else if ((RRD # (BRD486 & DNMLB)) & NPRFA & !DCbACC) then D_36
     else if (ROP & OPC & ((BRD & BURSTb) # (BRD486 & DNMLB) # RRD)) then
D_25
     else if (ROP & !OPC & ((BRD & BURSTb) # (BRD486 & DNMLB) # RRD)) then
D_26
     else if (!ROP & ((BRD & BURSTb) # (BRD486 & DNMLB) # RRD)) then D_25
     else if ((PBND # RLTT # RFR) & (BWR & !BURSTb)) then D_26
        else D_24;
```

177

```
.state D_24:                        /* Generate and Latch next Data        */
     if (!MBUSYb) then D_24
         else D_23;

.state D_25:                        /* Finish Read and leave page open     */
     if (!MBUSYb & (RRD # BRD # BRD486)) then D_25
         else O_P_JMP;

.state D_26:                        /* RAS Precharge                       */
     if (!MBUSYb & (RRD # BRD # BRD486)) then D_26
         else if (RFR & BRD & !BURSTb) then D_30
     else if ((PBND # RLTT) & BRD & !BURSTb) then D_62
     else if (OPF) then D_27
     else IDLE;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR NON_INT. 486_BRD (20MHz)
***/

.state D_48:                        /* Generate next CAS for Prefetching   */
     if (!BGb_P & NPRFA) then D_49
         else if ((OPC & OPF) # !ROP) then IDLE_OP
         else if (ROP & !OPC & OPF) then D_37
         else IDLE;

.state D_49:                        /* Latch prefetched Data and gen next COL*/
     if (PBND # RLTT # RFR) then D_26
         else if (!BGb_P & NPRFA) then D_48
         else if ((OPC & OPF) # !ROP) then IDLE_OP
         else if (ROP & !OPC & OPF) then D_37
         else IDLE;

.state D_36:                        /* Finish Read and start prefetch       */
     if (!MBUSYb) then D_36
         else if (PBND) then D_26
         else D_48;

.state D_37:
     if ( ROP & OPC & OPF) then D_27
         else CL_P_JMP;

/********************************************************************/
/* MAIN STATE-TO-STATE JUMP CONDITIONS FOR INT. RRD,BRD,RWR & BWR (^20MHz) */
/********************************************************************/

.state D_50: /* PRECHARGE */
     goto D_51;

.state D_51: /* GEN.ROW */
     if (BRD # BWR # BRD486 # BWRCSH # PRF) then D_53
         else D_52;

.state D_52: /* GEN RAS */
```

178

```
        if (EVEN & RRD) then D_58
            else if (!EVEN & RRD) then D_54
        else if (EVEN & RWR) then D_69
        else D_66;

.state D_53: /* GEN RAS & SET CURR PAGE */
        if (EVEN & (BRD # BRD486 # PRF)) then D_58
        else if (!EVEN & (BRD # BRD486 # PRF)) then D_54
        else if (EVEN & (BWR # BWRCSH)) then D_69
        else D_66;

.state D_60: /* GEN ROW */
        goto D_72;

.state D_72: /* GEN RAS */
        if (FC1 & FC0) then D_73
            else D_61;

.state D_73: /* WAIT */
        goto D_61;

.state D_61: /* GEN RAS */
        O_P_JMP;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR INT. RRD & BRD (20^MHz)
***/

.state D_54: /* GEN ODD COL */
        if (PRF) then D_40
        else if ((RRD # (BRD486 & NMLB)) & NPRFA & !DCbACC) then D_40
        else if (RRD # (BRD & BURSTb) # (BRD486 & NMLB)) then D_55
        else D_56;

.state D_55: /* GEN ODD CAS */
        if (BGb) then D_55
        else if ((RRD # BRD486) & (!ROP # OPC)) then D_5F
        else D_5D;

.state D_56: /* GEN EVEN COL & ODD CAS */
        if (BGb) then D_56
        else if (BRD486 & NMLB & NPRFA & !DCbACC) then D_57
        else if ((BRD & BURSTb) # (BRD486 & NMLB)) then D_5C
        else D_57;

.state D_57: /* GEN ODD COL & EVEN CAS */
        if (!MBUSYb # BGb) then D_57
        else if (BRD486 & NMLB & NPRFA & !DCbACC) then D_44
        else if ((BRD & BURSTb) # (BRD486 & NMLB)
                        # ((BRD & !BURSTb) & (PBND # RLTT # RFR)) ) then
D_5E
        else D_5B;
```

                                179

```
.state D_58: /* GEN EVEN COL */
     if (PRF) then D_4E
     else if (RRD & NPRFA & !DCbACC) then D_41
     else if (BRD486 & NMLB & NPRFA & !DCbACC) then D_5A
     else if (RRD # (BRD & BURSTb) # (BRD486 & NMLB)) then D_59
     else D_5A;

.state D_59: /* GEN EVEN CAS */
     if (BGb) then D_59
     else if ((RRD # BRD486) & (!ROP # OPC)) then D_5F
     else D_5D;

.state D_5A: /* GEN ODD COL & EVEN CAS */
     if (BGb) then D_5A
     else if (BRD486 & NMLB & NPRFA & !DCbACC) then D_44
     else if ((BRD & BURSTb) # (BRD486 & NMLB)) then D_5E
     else D_5B;

.state D_5B: /* GEN EVEN COL & ODD CAS */
     if (!MBUSYb # BGb) then D_5B
     else if (BRD486 & NMLB & NPRFA & !DCbACC) then D_57
     else if ((BRD & BURSTb) # (BRD486 & NMLB)
                          # ((BRD & !BURSTb) & (PBND # RLTT # RFR)) ) then
D_5C
     else D_57;

.state D_5C: /* GEN EVEN CAS */
     if (!MBUSYb # BGb) then D_5C
     else if (BRD486 & (!ROP # OPC)) then D_5F
     else D_5D;

.state D_5D: /* RAS PRECHARGE */
     if (!MBUSYb) then D_5D
     else if (RFR & BRD) then D_30
     else if ((PBND # RLTT) & BRD) then D_62
     else if (OPF) then D_60
     else CL_P_JMP;

.state D_5E: /* GEN ODD CAS */
     if (!MBUSYb # BGb) then D_5E
     else if (BRD486 & (!ROP # OPC)) then D_5F
     else D_5D;

.state D_5F: /* LEAVE PAGE OPEN */
     if (!MBUSYb) then D_5F
     else O_P_JMP;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR INT. RWR & BWR (20^MHz)
***/

.state D_66: /* GEN ODD COL & WR */
     if (BURSTb & BWR) # (BWRCSH & NMLB) # RWR) then D_67
```

180

```
        else D_68;

.state D_67: /* GEN ODD CAS */
        if (!ROP # OPC) then D_6E
        else D_6F;

.state D_68: /* GEN EVEN COL & WR, & ODD CAS */
        if ((BURSTb & BWR) # (BWRCSH & NMLB)
                # ((BRD & !BURSTb) & (PBND # RLTT # RFR)) ) then D_6C
        else if (!VLDb) then D_6B
           else D_68;

.state D_69: /* GEN EVEN COL & WR */
        if ((BURSTb & BWR) # (BWRCSH & NMLB) # RWR) then D_6A
        else D_6B;

.state D_6A: /* GEN EVEN CAS */
        if (!ROP # OPC) then D_6E
        else D_6F;

.state D_6B: /* GEN ODD COL & WR, & EVEN CAS */
        if ((BURSTb & BWR) # (BWRCSH & NMLB)
                # ((BRD & !BURSTb) & (PBND # RLTT # RFR)) ) then D_6D
        else if (!VLDb) then D_68
           else D_6B;

.state D_6C: /* GEN EVEN CAS, DEACTIVATE ODD WR */
        if (!ROP # OPC) then D_6E
        else D_6F;

.state D_6D: /* GEN ODD CAS, DEACTIVATE EVEN WR */
        if (!ROP # OPC) then D_6E
        else D_6F;

.state D_6E: /* LEAVE PAGE OPEN */
        O_P_JMP;

.state D_6F: /* RAS PRECHARGE */
        if (RFR) then D_30
        else if (PBND # RLTT) then D_62
        else if (OPF) then D_60
           else IDLE;

/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR INT. PREFETCH (20MHz) ***/

.state D_40:                    /* Gen even pref COL & odd CAS        */
        if (!MBUSYb) then D_40
        else D_45;

.state D_41:                    /* Gen odd pref COL & even CAS        */
        if (!MBUSYb) then D_41
        else D_46;
```

181

```
.state D_42:                    /* Gen even pref COL & odd CAS          */
     if (PBND # RLTT # RFR) then D_4B
          else if (!BGb_P & NPRFA) then D_43
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_43:                    /* Gen odd pref COL & even CAS          */
     if (PBND # RLTT # RFR) then D_4A
          else if (!BGb_P & NPRFA) then D_42
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_44:                    /* Gen even pref COL & odd CAS          */
     if (!MBUSYb) then D_44
     else D_45;

.state D_45:                    /* Gen odd pref COL & even CAS          */
     if (!MBUSYb & !EPRFJMP) then D_45
     else if (PBND # RLTT # RFR) then D_4A
          else if (!BGb_P & NPRFA) then D_42
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_46:                    /* Gen even pref COL & odd CAS          */
     if (!MBUSYb) then D_46
     else if (PBND # RLTT # RFR) then D_4B
          else if (!BGb_P & NPRFA) then D_43
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_4A:                    /* Gen odd CAS Prefetch into new page    */
     if ((PBND # RLTT # RFR) & (!BGb_P & NPRFA)) then D_4C
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_4B:                    /* Gen even CAS Prefetch into new page   */
     if ((PBND # RLTT # RFR) & (!BGb_P & NPRFA)) then D_4C
          else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_4C:                    /* Start open new page sequence          */
     goto D_62;

.state D_4D:                    /* Gen even pref COL & odd CAS          */
     if (!BGb_P & NPRFA) then D_43
     else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;

.state D_4E:                    /* Gen odd pref COL & even CAS          */
     if (!BGb_P & NPRFA) then D_42
     else if ((OPC & OPF) # !ROP) then IDLE_OP
          else IDLE;
```

182

```
/*********************************************************************/
/*** ADDITIONAL STATE-TO-STATE JUMP CONDITIONS FOR BWR & BRD (20^MHz)    ***/
/*** OPENING NEW PAGE IN CASE OF PAGE BOUNARY OR RASLOW TIMEOUT          ***/
/*********************************************************************/

.state D_62: /* GEN ROW */
      goto D_63;

.state D_63: /* GEN RAS */
      if       ( EVEN & BRD & INT) then D_65
      else if (!EVEN & BRD & INT) then D_64
      else if ( EVEN & BWR & INT) then D_71
      else if (!EVEN & BWR & INT) then D_70
         else if ( BWR & !INT ) then D_1F
         else if ( BRD & !INT ) then D_24
      else D_36;

.state D_64: /* GEN ODD COL */
      if (BURSTb) then D_55
      else D_56;

.state D_65: /* GEN EVEN COL */
      if (BURSTb) then D_59
      else D_64;

.state D_70: /* GEN ODD ROW & WR */
      if (BURSTb) then D_67
      else D_68;

.state D_71: /* GEN EVEN ROW & WR */
      if (BURSTb) then D_6A
      else D_6B;


/*********************************************************************/
/* STATE-TO-STATE JUMP CONDITIONS FOR IRD and IWR                    */
/*********************************************************************/

.state D_38:                        /* REQUEST TRANSACTION BUS        */
      if (BGb) then D_38
      else D_39;

.state D_39:                        /* IO DATA TO TRANSACTION BUS     */
      if (!MBUSYb) then D_39
      else if (OPF) then IDLE_OP
      else IDLE;

.state D_3A:                        /* GENERATE IO WRITE STROBE       */
      if (OPF) then IDLE_OP
      else IDLE;
```

183

```
/**************************************************************************/
.endstatemachine;
/**************************************************************************/

.end;
```

184

Appx0209

```
/* Copyright NCR Corporation GMEH, Augsburg, West Germany 1990
 *
 * Filename:            himib.cdl
 *
 * Description:
 *
 * The Memory Interface Block, or MIB, is one of the ASICs in the
 * Summit-II chip set.  This block defines the Host PM bus interface
 * for the MIB.  The main features of this HPI include:
 *       - Latching of the PM bus inputs
 *       - Initiation of PM commands onto the transaction bus (TB)
 *       - Provide arbitration of the TB for the internal blocks
 *       - Decode address/status to provide block selects
 *       - Interface return of data through to the PM bus (from TB)
 *       - Provide general IO registers
 *       - Absorb up to one random write and process up to one pending write
 *       - Provide advanced signals to the cache block
 *       - Provide address decode for 16 bit and 386 CPU.  Provide clock
 *         divider for 386 system.
 *       - Initiate writes/reads to IO Registers which are inside chip
 *
 * The basic control in the HPI is through a state machine.  This state
 * machine controls the basic flow of the different operations.  Additional
 * random logic exists to suppliment (and keep simple) the state machine.
 * More details exist within the state machine description.
 *
 *************************************************************************/

.IFLEVEL TOP
.clock XCLK;
.edge rising XCLK;
.vector 0;
.ELSE
.input XCLK;
.assign XCLK;
.edge rising XCLK;
.ENDIF

/*INPUTS FROM HPM IF */

.input  A[31:2],          /* PM Address Bus                             */
        EEb[3:0],         /* PM Byte Enables (active low)               */
        ADSb,             /* Address Strobe - active low when PM cmd is valid*/
        M_IOb,            /* Memory or IO command on PM bus             */
        W_Rb,             /* Write or Read command on PM bus            */
        D_Cb,             /* Data or Code command on PM bus             */
        A20Mb,            /* If active-A20 is masked;else-A20 can be 1 or 0 */
        RESET,            /* WARM System Reset                          */
        PORSTb,           /* COLD Power ON Reset                        */
        PRIMIB,           /* Primary MIB? 1==Yes 0==No (Hardwired)      */
        CT[1:0],          /* CPU Type: 00-386sx, 01-386, 10-486, 11-MCA */
        HCIN,             /* Chain Input: on 0->1 transition, begin config */
```

185

```
            CSETUPb,          /* Reset COUT Output when active low (or on reset) */
            REFb,             /* Refresh Signal to DRAM control                  */
            BLASTb,           /* Current data is the last data of Streaming cmd  */
            SBURSTb,          /* MCA Streaming Mode Burst Throttle               */
            LOCKb;            /* MCA Streaming Mode Burst PM Bus Lock            */

/* OUTPUTS TO HPM IF */

.output HCOUT,           /* Chain Output:  transition 0->1 when config done */
        HRDYBLb,         /* Return RDYb active on completion of current cmd */
        HBRDYBLb,        /* Return BRDYb active on completion of burst cmd  */
        HKENBLb,         /* When 486 read data is cachable, return active   */
        HPERR;           /* Non-Maskable critical parity error              */

/* BIDIRS FROM HOST P/M BUS */

.bidi   D[31:0];         /* PM Data Bus                                     */

/* BUFFERED VERSION OF P/M BUS GIVEN TO CACHES EARLY
          - These signals must be valid the cycle before the TB command */

.output XADSb,           /* Early version of IADSb                          */
        XRDYb,           /* Let caches know when RDYb is active             */
        XBRDYb,          /* Let caches know when BRDYb is active            */
        XWRb,            /* Early version of IWRb                           */
        XDCb,            /* Early version of IDCb                           */
        XMIOb,           /* Early version of IMIOb                          */
        XCT[1:0],        /* Early version of CT                             */
        XBLASTb,         /* Early version of BLASTb                         */
        XCS_SELb,        /* Block select - provide in-range to block (cache)*/
        XMCABURST,       /* Early version of MCABURST line for caches       */
        XAA[25:2];       /* Early version of Address Bus                    */

/* INPUTS FROM XACT */

.input  CS_HIT,          /* Cache has an early read hit, give RDY/BRDY      */
        CS_IDLEb,        /* Caches are in idle (for T1 re-generation)       */
        CS_RDY4CMD,      /* Caches are ready for a new command              */
        CS_RMVLD,        /* Allow Caches to remove the HPM valid command    */
        INVLD_TST,       /* Caches in TEST mode but Addr not in win_addr    */
        VALIDb[1:0],     /* TB cmd is valid and driven by block [i]         */
        BUSYb[1:0],      /* Block [i] is busy                               */
        REQb[4:0],       /* Block [i] request signal for the TB             */
        IPERR;           /* Parity error exists on TB or in blocks          */

/* OUTPUTS TO XACT */

.output IA[25:2],        /* TB Address Bus                                  */
        IBEb[3:0],       /* TB Byte Enable Bus                              */
        IM_IOb,          /* TB Command is to Memory or IO (Registers)       */
        ID_Cb,           /* TB Command involves Data or Code elements       */
        IW_Rb,           /* TB Command is a Write or Read                   */
```

186

```
        I486BURST,      /* TB Command is a 486 Burst (Read/Write)          */
        IRESET,         /* System Reset has occured (TB reset cmd)         */
        IPORSTb,        /* Power On Reset has occured (TB reset cmd)       */
        IREFRESHb,      /* TB Refresh command to DRAM                      */
        ICONFIG,        /* TB Command initiates an IO config register cmd  */
        IMCABURST,      /* TB Command is a MCA Burst (Read/Write)          */
        IHPI_BUSYb,     /* To DRAM Control, HPI is busy on streaming cmd   */
        PWR_FAILb,      /* Power Fail has occured (TB command)             */
        VALIDALLb,      /* The command on TB is valid (global signal)      */
        GNTb[6:0],      /* Grant permission to use TB to block [i]         */
        DRC_IOSEL,      /* Block select - IO in-range CMD to DRAM Control  */
        ILEGAL_CMD,     /* Illegal IO Cmd Currently on TB (for Status REG) */
        SYS_PROC,       /* 1==486, 0==386                                  */
        NPCLK;          /* Clock used for TB cycles (internal chip clock)  */

/* BIDIRS TO XACT */

.bidi   IDN[1:0],       /* ID Number of Initiator Device in TB Command     */
        IRTNCMD,        /* TB Command is a return of Data (to the master)  */
        ID[31:0];       /* TB Data Bus                                     */


.SIGNAL D5[31:0], D6[31:0], T_D[7:0],PEA3[7:0];
.SIGNAL ALAT[25:0],TBA[25:0];

/**********************************************/
/* Define Constants                          */
/**********************************************/

ID_NUM[1:0] = %2h;      /* own ID-Number on XACT-Bus */
ZERO        = 0;                /* connected to GND */
HIGH        = 1;                /* connected to +5V */
CT486[1:0]  = %10b;
CTMCA[1:0]  = %11b;

/* IO Register Addresses - Constants */

HPI_ALO[7:0] = %01h;
HPI_AHI[7:0] = %11h;
 CS_ALO[7:0] = %40h;
 CS_AHI[7:0] = %44h;
DRC_ALO[7:0] = %80h;
DRC_AHI[7:0] = %87h;

ADR_IDNR[7:0] = %01h;
ADR_REVC[7:0] = %02h;
ADR_BIST[7:0] = %03h;
ADR_MIEN[7:0] = %04h;
ADR_PEA2[7:0] = %05h;
ADR_PEA3[7:0] = %06h;
ADR_NS4L[7:0] = %07h;
ADR_NS4H[7:0] = %08h;
```

187

```
ADR_NE4L[7:0] = %09h;
ADR_NE4H[7:0] = %0Ah;
ADR_MELO[7:0] = %0Bh;
ADR_MEHI[7:0] = %0Ch;
ADR_PEA0[7:0] = %0Dh;
ADR_PEA1[7:0] = %0Eh;
ADR_JUNK[7:0] = %0Fh;
ADR_HPIT[7:0] = %10h;
ADR_HPIR[7:0] = %11h;

ADR_MSLO[7:0] = %86h;
ADR_MSHI[7:0] = %87h;

ADR_ADVB[7:0] = %0FFh;

ADR_SUBA[11:0] = %106h;
ADR_SUBD[11:0] = %104h;
ADR_MEC1[7:0]  = %0E1h;
ADR_MEC2[7:0]  = %0E0h;
ADR_MEC3[7:0]  = %0E2h;
ADR_P103[11:0] = %103h;

/* These two IO registers are hard wired */

IDNR[7:0]  =  %00h; /* ID Number of a MIB chip */
REVC[7:0]  =  %10h; /* Revision 1.0 of the MIB */

/*********************************************************************/
/*********************************************************************/

PWR_FAILb = 1;

/* SAMPle low to high edge occurs as RESET makes 1->0 transition */

PORST   = !PORSTb;
PORST1 := PORST;
SAMP    = PORST1 & !PORST;

/* Processor Type:  Set immediately after reset*/
/*         CT[1]  CT[0]  Proc. Type            */
/*          0      0      386sx                */
/*          0      1      386                  */
/*          1      0      486                  */
/*          1      1      Microchannel Master  */

P386SX := !CT[1] & !CT[0] & SAMP   #   P386SX & !PORST;
P386   := !CT[1] &  CT[0] & SAMP   #   P386   & !PORST;
P486   :=  CT[1] & !CT[0] & SAMP   #   P486   & !PORST;
SYS_PROC = P486;

/* Clock Divider - Required for any 386 System
        - For 386 system, make sure clk makes 0->1 transition first
```

198

```
                after reset 1->0 edge.
*/

CLKSEL    = P386 # P386SX # PORST;
HALFCLK := !HALFCLK & !SAMP;
CLKMUX      (CLKSEL, XCLK, HALFCLK, NPCLK);
.ASSIGN NPCLK;
.EDGE RISING NPCLK;

/* RESET chip immediately w/o attempting to complete last command */

IRESET    := RESET;
!IPORSTb  := PORST;
/* Pass IPERR on to PM BUS */

HPERR = IPERR;

/* Set global valid signal when any blocks valid is active */
/* Drive HPI valid anytime Address or Data is driven from HPI onto TB */

!VALIDALLb  = !ICS_VCMDb # !IDR_VCMDb # !IHPI_VCMDb;
!IHPI_VCMDb = ((!OEADb5 # !OEDWb5) & (SBURSTb5 # !SBURSTb)
            & !CS_RMVLD & MIB_SEL & !INVLD_BS) # !IOR_OEb;

/* Define HPI GRANT delayed by one cycle - used to gate onto TB */

DGNTb2 := IHPI_GNTb;


/***********************************************/
/***********************************************/
/* HPI State-Machine (SMHIN)                 */
/***********************************************/
/***********************************************/

/*       Workbits:    GAD    GDW    GDR    BRDY BSTb REQb BMCA B486b SMHIN */
.STATEDEF HI_IDLE    0b,1b, 0b,1b, 1b,1b, 1b,  1b,  0b,  0b,  1b,   00h;
.STATEDEF HI_W1      1b,0b, 0b,0b, 1b,1b, 1b,  1b,  0b,  0b,  1b,   01h;
.STATEDEF HI_WW      1b,0b, 1b,0b, 1b,1b, 1b,  1b,  0b,  0b,  1b,   02h;
.STATEDEF HI_RW      1b,0b, 1b,1b, 0b,0b, 1b,  1b,  0b,  0b,  0b,   03h;
.STATEDEF HI_RWR     1b,1b, 1b,1b, 0b,0b, 1b,  1b,  1b,  0b,  1b,   04h;
.STATEDEF HI_BRW     1b,0b, 1b,1b, 0b,0b, 1b,  1b,  0b,  1b,  0b,   05h;
.STATEDEF HI_BRWR    1b,1b, 1b,1b, 0b,0b, 0b,  0b,  1b,  1b,  0b,   06h;
.STATEDEF HI_SWB     1b,1b, 1b,1b, 1b,0b, 0b,  0b,  0b,  1b,  1b,   07h;
.STATEDEF HI_SW      1b,0b, 1b,0b, 1b,1b, 1b,  1b,  0b,  1b,  1b,   08h;
.STATEDEF HI_SWW     1b,1b, 0b,1b, 1b,1b, 1b,  0b,  0b,  1b,  1b,   09h;
.STATEDEF HI_SWB     1b,1b, 1b,0b, 1b,1b, 0b,  0b,  0b,  1b,  1b,   0Ah;
.STATEDEF HI_REF     1b,1b, 1b,1b, 1b,1b, 1b,  1b,  0b,  0b,  1b,   0Bh;
.STATEDEF HI_SM      0b,1b, 0b,1b, 1b,1b, 1b,  1b,  0b,  0b,  1b,   0Ch;
/*       Workbits:    GAD    GDW    GDR    BRDY BSTb REQb BMCA B486b SMHIN */

SM_IDLE  = (SMHIN == HI_IDLE);
```

189

```
!SM_IDLEb = SM_IDLE;

.STATEMACHINE   SMHIN[3:0];

.SMEXTEND GADb=1, OEADb=1, GDWb=1, OEDWb=1, GDRb=1, OEDRb=1, HBRDYBLb5=1,
          BURSTb5=1, REQb5=1, BMCA=0, B486b=1;

.DEFAULT HI_IDLE;

.RESET PORST 1 HI_IDLE;
.RESET RESET 1 HI_IDLE;

/* IDLE:  Always return to idle between any commands */

.STATE HI_IDLE:

        IF (!ADSb & !REFb) THEN HI_REF
        ELSE IF (        (!ADSb # PEND) & !MIB_SEL & !MCA_SCMDb) THEN HI_SM
        ELSE IF ( W_Rb & (!ADSb # PEND) &  MIB_SEL &  MCA_SCMDb) THEN HI_W1
        ELSE IF (!W_Rb & (!ADSb # PEND) &  MIB_SEL & !MCA_SCMDb) THEN HI_BRW
        ELSE IF (!W_Rb & (!ADSb # PEND) &  MIB_SEL &  MCA_SCMDb) THEN HI_RW
        ELSE IF ( W_Rb & (!ADSb # PEND) &  MIB_SEL & !MCA_SCMDb) THEN HI_SW
        ELSE HI_IDLE;


/* RANDOM WRITE BRANCH */

.STATE HI_W1: /* Send write cmd - return rdy */

        IF (DEST_BUSYb & !DGNTb2) THEN HI_IDLE
        ELSE HI_WW;

.STATE HI_WW: /* keep sending wrt cmd w/o sending rdy */

        IF (DEST_BUSYb & !DGNTb2) THEN HI_IDLE
        ELSE HI_WW;


/* RANDOM READ BRANCH (OR FIRST STATE OF BURST READ) */

.STATE HI_RW:   /* Send TB read cmd, allow early cache return */

        IF (!CS486b & DEST_BUSYb & !IHPI_VCMDb) THEN HI_BRWR
        ELSE IF (!CS486b) THEN HI_BRW
        ELSE IF (CS_HIT) THEN HI_IDLE
        /* Keep sending cmd until taken (or not removed by caches) */
        ELSE IF (!DEST_BUSYb # IHPI_VCMDb) THEN HI_RW
        ELSE HI_RWR;

.STATE HI_RWR:  /* Wait for DRAM return */

        IF (RDCMD_RTN) THEN HI_IDLE
```

190

```
        ELSE HI_RWR;


/* BURST READ BRANCH */

.STATE HI_BRW: /* Send cmd to DRAM) */

        IF (CS_HIT & !BLASTb) THEN HI_IDLE
        /* Keep sending cmd until taken (or not removed by caches) */
        ELSE IF (!DEST_BUSYb # IHPI_VCMDb) THEN HI_BRW
        ELSE HI_BRWR;

.STATE HI_BRWR: /* Pass DRAM rtns to PM bus */

        IF (!MIB_SEL & !SBURSTb & !SBURSTb5) THEN HI_SM
        ELSE IF (LOCKb & !SBURSTb5 # HBRDYBLb & !BLASTb) THEN HI_IDLE
        ELSE IF (!SBURSTb5 & SBURSTb & !HBRDYBLb) THEN HI_SRB
        ELSE HI_BRWR;

.STATE HI_SRB: /* Streaming command is throttled off by MCA */

        IF (LOCKb) THEN HI_IDLE
        ELSE IF (!MIB_SEL & !SBURSTb) THEN HI_SM
        ELSE IF (!SBURSTb) THEN HI_BRWR
        ELSE HI_SRB;

/* STREAMING WRITES */

.STATE HI_SW: /* Send DRAM Streaming write command */

        IF (DEST_BUSYb & !IHPI_VCMDb) THEN HI_SWW
        ELSE HI_SW;

.STATE HI_SWW:

        /* This could return one extra write (which MCA will ignore) */
        IF (LOCKb) THEN HI_IDLE
        ELSE IF (!MIB_SEL & !SBURSTb) THEN HI_SM
        ELSE IF (!IDR_BUSYb & !SBURSTb) THEN HI_SWB
        ELSE HI_SWW;

.STATE HI_SWB:

        IF (IDR_BUSYb) THEN HI_SWW
        ELSE HI_SWB;


/* Monitor Streaming command for entry into this MIB's address range */

.STATE HI_SM:

        IF (LOCKb # MIB_SEL & !SBURSTb) THEN HI_IDLE
```

191

```
        ELSE HI_SM;


/* Provide state for sending refresh command to DRAM */

.STATE HI_REF:

        IF (IDR_BUSYb & !IHPI_VCMDb) then HI_IDLE
        ELSE HI_REF;


    .ENDSTATEMACHINE;


/***************************************************/
/* ARBITRATION for TB BUS                          */
/***************************************************/
IDR_BUSYb = BUSYb[0];
ICS_BUSYb = BUSYb[1];
IDR_VCMDb = VALIDb[0];
ICS_VCMDb = VALIDb[1];

ICS_REQIOb = REQb[0];
IDR_REQRCb = REQb[1];
IDC_REQOVb = REQb[2];
IWB_REQOVb = REQb[3];
IWB_REQHCb = REQb[4];

GNTb[0] = ICS_GNTIOb;
GNTb[1] = IDR_GNTRCb;
GNTb[2] = IDC_GNTOVb;
GNTb[3] = IWB_GNTOVb;
GNTb[4] = IHPI_GNTb;
GNTb[5] = IWB_GNThCb;
GNTb[6] = IDR_GNTPFb;

!IDR_GNTRCb = !IDR_REQRCb & !PORST;
!ICS_GNTIOb = !ICS_REQIOb & IDR_REQRCb & !PORST;
!IDC_GNTOVb = !IDC_REQOVb & ICS_REQIOb & IDR_REQRCb & !PORST;
!IWB_GNTOVb = !IWB_REQOVb & ICS_REQIOb & IDR_REQRCb & IDC_REQOVb & !PORST;
!IHPI_GNTb = !IHPI_REQb & ICS_REQIOb & IDR_REQRCb & IDC_REQOVb & IWB_GNTOVb
             & !PORST;
!IWB_GNThCb = !IWB_REQHCb & ICS_REQIOb & IDR_REQRCb & IDC_REQOVb & IWB_GNTOVb
             & IHPI_GNTb & !PORST;
!IDR_GNTPFb =  IWB_REQHCb & ICS_REQIOb & IDR_REQRCb & IDC_REQOVb & IWB_GNTOVb
             & IHPI_GNTb & !PORST;

/* Determine BUSY status of HPI and HPI cmd destination
        - Always give caches first shot at processing a command
        - Not busy on a rising edge means that this slave was able to take a
          command during the last cycle.
```

192

```
            -- Destination is busy if DRAM is busy, until CS HIT is active.
                 (CS HIT should be set on reads and writes when caches take cmd)
*/

!DEST_BUSYb = !IDR_BUSYb & (!CS_HIT & M_IOb5 # CS_MISS & M_IOb5 # DRC_IOSEL)
              # !ICS_BUSYb & !CS_MISS & M_IOb5;
!IHPI_BUSYb = (SMHIN == HI_SRB);

/* HPI should request bus according to ADS, PEND, and State Machine
         -- UNLESS caches haven't missed yet on this command...
            IN THIS CASE, don't request TB until caches can take command.
         -- Continuously req TB in Streaming cmd (until BLAST and BRDY)
         -- Asset burst as soon caches capable of taking command
*/

!BURST2b = ( !BURST5b # (SMHIN == HI_BRW) & (ICS_BUSYb # !BURST2b) )
           & (BLASTb # HBRDYBLb);
!IHPI_REQb = (CS_MISS # !CS_MISS & CS_RDY4CMD) & ( SM_IDLE & (!ADSb # PEND)
             # BURST2b & !REQb5 & (!DEST_BUSYb # DGNTb2) )
             # !BURST2b # HIIO_RCMD;

/*******************************************************************/
/* Define MIB select (in range) signal                           */
/*      --Disable memory commands when MIEN=0 but allow IO commands */
/*******************************************************************/

MIB_MEM   = MGE & MLT & !INVLD_MEM & !INVLD_TST & MIEN;
MIB_SEL   = MIB_MEM & M_IOb5 # !M_IOb5 & MIBIO_ADDR;
!XCS_SELb = MIB_MEM & M_IOb5 & !INVLD_BS # !M_IOb5 & CSIO_ADDR;
DRC_IOSEL = !M_IOb5 & DRIO_ADDR;

/* Determine if PM Address is GREATER THAN OR EQUAL to the Lower Memory
   Address defined in MSLO and MSHI - Use this fast look ahead scheme:
         -- For each pair of bits, determine if the >= function has either a
            Success (if ALAT[i] == 1 and START_A[i] == 0) or
            Failure (if ALAT[i] == 0 and START_A[i] == 1).
         -- If all previous bits pairs haven't failed and this ith bit pair
            succeeds, then the greater than function succeeds.
         -- ELSE, If there are no failures, then the equal function succeeds.
*/

MSTART_A[31:24] = MSHI[7:0];
MSTART_A[23:20] = MSLO[7:4];

GE_S[31] = ALAT[31] & !MSTART_A[31];   GE_F[31] = !ALAT[31] & MSTART_A[31];
GE_S[30] = ALAT[30] & !MSTART_A[30];   GE_F[30] = !ALAT[30] & MSTART_A[30];
GE_S[29] = ALAT[29] & !MSTART_A[29];   GE_F[29] = !ALAT[29] & MSTART_A[29];
GE_S[28] = ALAT[28] & !MSTART_A[28];   GE_F[28] = !ALAT[28] & MSTART_A[28];
GE_S[27] = ALAT[27] & !MSTART_A[27];   GE_F[27] = !ALAT[27] & MSTART_A[27];
GE_S[26] = ALAT[26] & !MSTART_A[26];   GE_F[26] = !ALAT[26] & MSTART_A[26];
GE_S[25] = ALAT[25] & !MSTART_A[25];   GE_F[25] = !ALAT[25] & MSTART_A[25];
GE_S[24] = ALAT[24] & !MSTART_A[24];   GE_F[24] = !ALAT[24] & MSTART_A[24];
```

193

```
GE_S[23] = ALAT[23] & !MSTART_A[23];    GE_F[23] = !ALAT[23] & MSTART_A[23];
GE_S[22] = ALAT[22] & !MSTART_A[22];    GE_F[22] = !ALAT[22] & MSTART_A[22];
GE_S[21] = ALAT[21] & !MSTART_A[21];    GE_F[21] = !ALAT[21] & MSTART_A[21];
GE_S[20] = ALAT[20] & !MSTART_A[20];    GE_F[20] = !ALAT[20] & MSTART_A[20];

MGE = (GE_S[31] # !GE_F[31] & (GE_S[30] # !GE_F[30] & (GE_S[29] # !GE_F[29]
&
      (GE_S[28] # !GE_F[28] & (GE_S[27] # !GE_F[27] & (GE_S[26] # !GE_F[26]
&
      (GE_S[25] # !GE_F[25] & (GE_S[24] # !GE_F[24] & (GE_S[23] # !GE_F[23]
&
      (GE_S[22] # !GE_F[22] & (GE_S[21] # !GE_F[21] & (GE_S[20] # !GE_F[20]
      ))) ))) ))) )));

/* Determine if the PM Address is LESS THAN the Upper Memory Address
   defined in MELO and MEHI - Use a fast look ahead scheme simular to above.
*/

MEND_A[31:24] = MEHI[7:0];
MEND_A[23:20] = MELO[7:4];
MEND_A[19]    = ZERO;
MEND_A[18]    = MEMEXT;

LT_S[31] = !ALAT[31] & MEND_A[31];    LT_F[31] = ALAT[31] & !MEND_A[31];
LT_S[30] = !ALAT[30] & MEND_A[30];    LT_F[30] = ALAT[30] & !MEND_A[30];
LT_S[29] = !ALAT[29] & MEND_A[29];    LT_F[29] = ALAT[29] & !MEND_A[29];
LT_S[28] = !ALAT[28] & MEND_A[28];    LT_F[28] = ALAT[28] & !MEND_A[28];
LT_S[27] = !ALAT[27] & MEND_A[27];    LT_F[27] = ALAT[27] & !MEND_A[27];
LT_S[26] = !ALAT[26] & MEND_A[26];    LT_F[26] = ALAT[26] & !MEND_A[26];
LT_S[25] = !ALAT[25] & MEND_A[25];    LT_F[25] = ALAT[25] & !MEND_A[25];
LT_S[24] = !ALAT[24] & MEND_A[24];    LT_F[24] = ALAT[24] & !MEND_A[24];
LT_S[23] = !ALAT[23] & MEND_A[23];    LT_F[23] = ALAT[23] & !MEND_A[23];
LT_S[22] = !ALAT[22] & MEND_A[22];    LT_F[22] = ALAT[22] & !MEND_A[22];
LT_S[21] = !ALAT[21] & MEND_A[21];    LT_F[21] = ALAT[21] & !MEND_A[21];
LT_S[20] = !ALAT[20] & MEND_A[20];    LT_F[20] = ALAT[20] & !MEND_A[20];
LT_S[19] = !ALAT[19] & MEND_A[19];    LT_F[19] = ALAT[19] & !MEND_A[19];
LT_S[18] = !ALAT[18] & MEND_A[18];    LT_F[18] = ALAT[18] & !MEND_A[18];

MLT = (LT_S[31] # !LT_F[31] & (LT_S[30] # !LT_F[30] & (LT_S[29] # !LT_F[29]
&
      (LT_S[28] # !LT_F[28] & (LT_S[27] # !LT_F[27] & (LT_S[26] # !LT_F[26]
&
      (LT_S[25] # !LT_F[25] & (LT_S[24] # !LT_F[24] & (LT_S[23] # !LT_F[23]
&
      (LT_S[22] # !LT_F[22] & (LT_S[21] # !LT_F[21] & (LT_S[20] # !LT_F[20]
&
      (LT_S[19] # !LT_F[19] & (LT_S[18] )) ))) ))) ))) ))));

/* Determine if the addressed memory lays in the 256K segment between
   640K and 896K (segments A,B,C,D).  This address range lies outside of
   the MEB.  This region of DRAM is only accessed if it has been remapped.
   This range is recognized if:
```

194

```
       - ALAT[31:10] == 0
       - ALAT[9:7] >= 101 (512K+128K+downto0K)
       - ALAT[9:6] <= 110 (512K+256K+upto128K)
   The subtractors could be replaced with the quicker scheme (see above)
*/

N640K[2:0] = %101b;
N895K[2:0] = %110b;
RSUB(HIGH,ALAT[19:17],N640K[2:0],INVGE,junka);
RSUB(HIGH,N895K[2:0],ALAT[19:17],INVLE,junkb);
INVLD_MEM = INVGE & INVLE & (ALAT[31:20] == %000000000000b);

/* Determine if the addressed memory lays in the 128K segment between
   896K and 1M.  This address range holds bios ROM.  It is readable
   but not writable (unless DRAM is being written to shadow BIOS (ROMEN==1))
   This range is recognized if:
       - ALAT[31:10] == 0
       - ALAT[9:7]   == 111 (E -> F)
*/

BIOSA    = (ALAT[31:17] == %000000000000111b) & M_IOb;
INVLD_BS =  BIOSA & W_Rb & ROMENb;

/* Determine if the PM Address is in the upper (shadowed) bios range.
   The range is between FFFE0000 and FFFFFFFF.  If seen in this range,
   a delay of one cycle is incurred (pending is set to reissue the T1
   sequence) and then the PM Address is translated to the real Bios
   range of 000E0000 to 000FFFFF.
*/

BIOSA_U  = M_IOb & (A[31:17] == %111111111111111b);
!PEND_BSb = BIOSA_U & (PEND # ADSb & (!SBURSTb5 # !CS486b));


/*****************************************************************/
/* Define 486 CACHE select (in range) signal                   */
/*****************************************************************/

!CS486b = MIB_SEL & CGE & CLT & !W_Rb5 & M_IOb5 & (CT[1:0] == CT486[1:0])
        & (ROMENb # !BIOSA);

/* Determine if PM Address is greater than or equal to the Lower 486 CACHABLE
   Memory Address defined in NS4L and NS4H - Use the scheme defined above:
*/

CSTART_A[31:24] = NS4H[7:0];
CSTART_A[23:16] = NS4L[7:0];

GECS[31] = ALAT[31] & !CSTART_A[31];   GECF[31] = !ALAT[31] & CSTART_A[31];
GECS[30] = ALAT[30] & !CSTART_A[30];   GECF[30] = !ALAT[30] & CSTART_A[30];
GECS[29] = ALAT[29] & !CSTART_A[29];   GECF[29] = !ALAT[29] & CSTART_A[29];
GECS[28] = ALAT[28] & !CSTART_A[28];   GECF[28] = !ALAT[28] & CSTART_A[28];
```

195

```
GECS[27] = ALAT[27] & !CSTART_A[27];    GECF[27] = !ALAT[27] & CSTART_A[27];
GECS[26] = ALAT[26] & !CSTART_A[26];    GECF[26] = !ALAT[26] & CSTART_A[26];
GECS[25] = ALAT[25] & !CSTART_A[25];    GECF[25] = !ALAT[25] & CSTART_A[25];
GECS[24] = ALAT[24] & !CSTART_A[24];    GECF[24] = !ALAT[24] & CSTART_A[24];
GECS[23] = ALAT[23] & !CSTART_A[23];    GECF[23] = !ALAT[23] & CSTART_A[23];
GECS[22] = ALAT[22] & !CSTART_A[22];    GECF[22] = !ALAT[22] & CSTART_A[22];
GECS[21] = ALAT[21] & !CSTART_A[21];    GECF[21] = !ALAT[21] & CSTART_A[21];
GECS[20] = ALAT[20] & !CSTART_A[20];    GECF[20] = !ALAT[20] & CSTART_A[20];
GECS[19] = ALAT[19] & !CSTART_A[19];    GECF[19] = !ALAT[19] & CSTART_A[19];
GECS[18] = ALAT[18] & !CSTART_A[18];    GECF[18] = !ALAT[18] & CSTART_A[18];
GECS[17] = ALAT[17] & !CSTART_A[17];    GECF[17] = !ALAT[17] & CSTART_A[17];
GECS[16] = ALAT[16] & !CSTART_A[16];    GECF[16] = !ALAT[16] & CSTART_A[16];

CGE = (GECS[31] # !GECF[31] & (GECS[30] # !GECF[30] & (GECS[29] # !GECF[29]
&
      (GECS[28] # !GECF[28] & (GECS[27] # !GECF[27] & (GECS[26] # !GECF[26]
&
      (GECS[25] # !GECF[25] & (GECS[24] # !GECF[24] & (GECS[23] # !GECF[23]
&
      (GECS[22] # !GECF[22] & (GECS[21] # !GECF[21] & (GECS[20] # !GECF[20]
&
      (GECS[19] # !GECF[19] & (GECS[18] # !GECF[18] & (GECS[17] # !GECF[17]
&
      (GECS[16] # !GECF[16]) ))) ))) ))) ))) )));

/* Determine if PM Address is LESS THAN the Upper 486 CACHABLE
   Memory Address defined in NE4L and NE4H - Use the scheme defined above:
*/

CEND_A[31:24] = NE4H[7:0];
CEND_A[23:16] = NE4L[7:0];

LTCS[31] = !ALAT[31] & CEND_A[31];    LTCF[31] = ALAT[31] & !CEND_A[31];
LTCS[30] = !ALAT[30] & CEND_A[30];    LTCF[30] = ALAT[30] & !CEND_A[30];
LTCS[29] = !ALAT[29] & CEND_A[29];    LTCF[29] = ALAT[29] & !CEND_A[29];
LTCS[28] = !ALAT[28] & CEND_A[28];    LTCF[28] = ALAT[28] & !CEND_A[28];
LTCS[27] = !ALAT[27] & CEND_A[27];    LTCF[27] = ALAT[27] & !CEND_A[27];
LTCS[26] = !ALAT[26] & CEND_A[26];    LTCF[26] = ALAT[26] & !CEND_A[26];
LTCS[25] = !ALAT[25] & CEND_A[25];    LTCF[25] = ALAT[25] & !CEND_A[25];
LTCS[24] = !ALAT[24] & CEND_A[24];    LTCF[24] = ALAT[24] & !CEND_A[24];
LTCS[23] = !ALAT[23] & CEND_A[23];    LTCF[23] = ALAT[23] & !CEND_A[23];
LTCS[22] = !ALAT[22] & CEND_A[22];    LTCF[22] = ALAT[22] & !CEND_A[22];
LTCS[21] = !ALAT[21] & CEND_A[21];    LTCF[21] = ALAT[21] & !CEND_A[21];
LTCS[20] = !ALAT[20] & CEND_A[20];    LTCF[20] = ALAT[20] & !CEND_A[20];
LTCS[19] = !ALAT[19] & CEND_A[19];    LTCF[19] = ALAT[19] & !CEND_A[19];
LTCS[18] = !ALAT[18] & CEND_A[18];    LTCF[18] = ALAT[18] & !CEND_A[18];
LTCS[17] = !ALAT[17] & CEND_A[17];    LTCF[17] = ALAT[17] & !CEND_A[17];
LTCS[16] = !ALAT[16] & CEND_A[16];    LTCF[16] = ALAT[16] & !CEND_A[16];

CLT = (LTCS[31] # !LTCF[31] & (LTCS[30] # !LTCF[30] & (LTCS[29] # !LTCF[29]
&
      (LTCS[28] # !LTCF[28] & (LTCS[27] # !LTCF[27] & (LTCS[26] # !LTCF[26]
```

196

```
&
      (LTCS[25] # !LTCF[25] & (LTCS[24] # !LTCF[24] & (LTCS[23] # !LTCF[23]
&
      (LTCS[22] # !LTCF[22] & (LTCS[21] # !LTCF[21] & (LTCS[20] # !LTCF[20]
&
      (LTCS[19] # !LTCF[19] & (LTCS[18] # !LTCF[18] & (LTCS[17] # !LTCF[17]
&
      (LTCS[16]) ))) ))) ))) ))) )));


/***********************************************************************/
/* Address-Path from PM Bus to TB                                      */
/*      - If setup mode and address = Subdata, place Subaddr onto TB   */
/*      - If Bios range is in upper (shadowed) range, then translate   */
/*        this range down to the real Bios range (by resetting the     */
/*        leading bits of Address latch to zero)                       */
/***********************************************************************/

TBA[25:10] = ALAT[25:10];

MUX2  (LAorSAb, SUBA[7:0], ALAT[9:2], TBA[9:2]);

RLATCH (ALAT_GADb,PEND_BSb,A[31:21],ALAT[31:21]);
RLATCH (ALAT_GADb,PBorM20b,A[20]   ,ALAT[20]);
LATCH  (ALAT_GADb,         A[19:2] ,ALAT[19:2]);
ALAT[1] = !BEb7[3] # !BEb7[2];
ALAT[0] = !BEb7[3] # !BEb7[1];
BUFFER(OEADb5,   TBA[25:2], IA[25:2]);

!ALAT_GADb = !GADb # !SBURSTb5;
!OEADb5    = !OEADb & !DGNTb2;
!PBorM20b  = !PEND_BSb # !A20Mb;

/*********************************************/
/* Byte Enable Logic from PM Bus to TB */
/*********************************************/

LATCH      (GDWb,    BEb[3:0], BEb5[3:0]);
MUX2       (P386SX,  BEb5[3:0], BEb6[3:0], BEb7[3:0]);
BUFFER     (OFADb5,  BEb7[3:0], IBEb[3:0]);

/* Usage of Pins in case of 386sx:  A0=BLEb=BEb[0], A1=BEb[1], BHEb=BEb[2] */

!BEb6[0] = !BEb5[0] & !BEb5[1];    /* BLEb=0, BHE=X, A1=0 */
!BEb6[1] = !BEb5[2] & !BEb5[1];    /* BLEb=X, BHE=0, A1=0 */
!BEb6[2] = !BEb5[0] &  BEb5[1];    /* BLEb=0, BHE=X, A1=1 */
!BEb6[3] = !BEb5[2] &  BEb5[1];    /* BLEb=X, BHE=0, A1=1 */

/*********************************************/
/* Data-Path to/from TB and PM               */
/*********************************************/
```

197

```
/* BEb[1] is equal to A1 in 386 system (picks low or high word of dbl wd) */

A1 = BEb[1] & P386SX;  /* BEb[1]==A1 */

/* Provide Register for Data and buffers to drive TB            */
/*      - Only drive on active GRANT and on state machine write states */

LATCH    (GDWb,         D[31:0],    D5[31:0]);
BUFFER   (OEDLWb5,      D5[15:0],   ID[15:0]);
BUFFER   (OELHWb,       D5[15:0],   ID[31:16]);
BUFFER   (OEDHWb5,      D5[31:16],  ID[31:16]);

!GDWb    = !GDWb5 # !SWBRDYb;
!OEDWb5  = !OEDWb & !DGNTb2;
!OELHWb  = !OEDWb &  A1;
!OEDLWb5 = !OEDWb5;
!OEDHWb5 = !OEDWb5 & !A1;

/* Provide Register for read data (from TB) and buffers to drive PM BUS */

LATCH    (GDRb,         ID[31:0],   D6[31:0]);
BUFFER   (OED0Rb5,      D6[ 7:0],   D[ 7:0]);
BUFFER   (OED1Rb5,      D6[15:8],   D[15:8]);
BUFFER   (OED2Rb5,      D6[23:16],  D[23:16]);
BUFFER   (OED3Rb5,      D6[31:24],  D[31:24]);
BUFFER   (OEHL0Rb,      D6[23:16],  D[ 7:0]);
BUFFER   (OEHL1Rb,      D6[31:24],  D[15:8]);

!OEHL0Rb = !OEDRb & !BEb7[2] &  A1;
!OEHL1Rb = !OEDRb & !BEb7[3] &  A1;
!OED0Rb5 = !OEDRb & !BEb7[0] & !A1;
!OED1Rb5 = !OEDRb & !BEb7[1] & !A1;
!OED2Rb5 = !OEDRb & !BEb7[2];
!OED3Rb5 = !OEDRb & !BEb7[3];

/*****************************************************************/
/* Provide Register to capture PM Command and Buffers to drive TB */
/*****************************************************************/

LATCH    (GADb,         W_Rb,       W_Rb5);
BUFFER   (OEADb5,       W_Rb5,      IW_Rb);
LATCH    (GADb,         M_IOb,      M_IOb5);
BUFFER   (OEADb5,       M_IOb5,     IM_IOb);
LATCH    (GADb,         D_Cb,       D_Cb5);
BUFFER   (OEADb5,       D_Cb5,      ID_Cb);
LATCH    (GADb,         MCA_SCMDb,  SBURSTb5);
LATCH    (GADb,         CT[1:0],    CT5[1:0]);
BUFFER   (OEADb5,       CONFIG5,    ICONFIG);
LATCH    (GADb,         REFb,       REFb5);

!IREFRESHb = (SMHIN == HI_REF) & !DGNTb2;
!MCA_SCMDb = !LOCKb & (CT[1:0] == CTMCA[1:0]);
```

198

```
/* Only allow burst lines to be driven during T2 if grant
        - Drive burst lines for entire command after T2.
*/

CS486     = !CS486b;
XMCABURST = !SBURSTb5 & !LOCKb & (MIB_SEL # SBURSTb);
IMCABURST = XMCABURST & (BMCA & !DGNTb2 # !BURSTb5);
!BRST486b = !CS486b & (!B486b & !DGNTb2 # !BURSTb5);
BUFFER    (BRST486b,  HIGH,     I486BURST);

/* ID-Number:                                  */
/*      - Allow HPI ID to be driven to TB      */
/*      - Check if TB ID bus matches HPI ID    */

BUFFER     (OEADb5, ID_NUM, IDN[1:0]);
COMPARATOR (ID_NUM, IDN[1:0], ID_HITb);
RDCMD_RTN = !ID_HITb & IRTNCMD & !VALIDALLb;

/***********************************************/
/* KENb Generation  - for Burst Reads         */
/***********************************************/

RLATCH     (LKENb, BLASTb, HIGH, KENBL);
HKENBLb = !KENBL;
!LKENb  = (!ADSb # PEND) & !CS486b;

/*****************************************************************/
/* PENDING LOGIC      ( Caches / PM Bus)                        */
/*****************************************************************/

/* Determine when an instruction on PM Bus is pending
        - Leave Upper Bios command (in shadowed range above A=FFFE0000)
          pending for at least one cycle after ADS
*/

ERREGISTER(PEND_OFF,RPENDb,HIGH,PENDb);
!RPENDb = (!SM_IDLE # BIOSA_U) & !ADSb
        # (SMHIN == HI_SM) & !LOCKb & MIB_SEL & !SBURSTb;
PEND_OFF = SM_IDLE & (!BIOSA_U # ADSb);
PEND = !PENDb;

/* Determine when one or two T1 sequences must be regenerated for caches */

ERREGISTER(SET1_T1,CS_IDLEb,HIGH,GEN1_T1);
ERREGISTER(SET2_T1,GEN1_T1,HIGH,GEN2_T1);
SET1_T1 = !ICS_BUSYb & !ADSb # GEN2_T1;
SET2_T1 = !ICS_BUSYb & !ADSb & GEN1_T1;

/* Determine if caches have "MISSED" on the current R/W command yet */

ERREGISTER(SET_CSMS,SM_IDLEb,HIGH,CSMISS_L);
SET_CSMS = !IHPI_VCMDb & !CS_BUSYb;
```

199

```
CS_MISS = CSMISS_L & !SM_IDLE;

/* Output T1 (early) lines to caches */

!XADSb     = !ADSb # GEN1_T1;
XRDYb      = HRDYBLb;
XBRDYb     = HBRDYBLb;
XWRb       = W_Rb5;
XMIOb      = M_IOb5;
XDCb       = D_Cb5;
XCT[1:0]   = CT5[1:0];
XBLASTb    = BLASTb;
XAA[25:2]  = ALAT[25:2];

/* RETURN RDY/BRDY */

LSTC_IDL := (SMHIN == HI_IDLE); /* Last cycle was IDLE */

/* In delayed burst read states where caches can return data */
IN_DBR   := (SMHIN == HI_BRW) # ((SMHIN == HI_RW) & !CS486b);

!HRDYBLb  = (SMHIN == HI_W1) # RDCMD_RTN & (SMHIN == HI_RWR)
          # CS486b & CS_HIT & (SMHIN == HI_RW)
          # LSTC_IDL & (SMHIN == HI_REF);
!HBRDYBLb = MIB_SEL & (!HBRDYBLb5 & RDCMD_RTN # !SWBRDYb) # CS_HIT & IN_DBR;

/* In streaming cmds, return BRDY if in T2 and after DRAM was seen unbusy */

!SWBRDYb := BMCA & W_Rb5 & IDR_BUSYb;


/*****************************************************/
/*****************************************************/
/* Define I/O registers resident in the HPI subblock    */
/*        - These registers actually sit on the TB      */
/*****************************************************/
/*****************************************************/

/*****************************************************/
/* Define configure (SETUP) mode                     */
/*****************************************************/

ERREGISTER(SET_COUT,RES_COUTb,HIGH,HCOUT);
SET_COUT  = !A_ADVBb & IO_WCMD;
!RES_COUTb = PORST # CSETUPb;

CMODE   = HCIN & !HCOUT & !RESET & !CSETUPb;
CONFIG5 = !A_SUBDb;
LAorSAb = !CONFIG5;

/* Provide Address detection logic for HPI IO locations and
   Non-Config (relocatable) IO locations
```

200

```
*/

!A_ADVBb = CONFIG5 & (SUBA[7:0] == ADR_ADVB[7:0]);
!A_MSLOb = CONFIG5 & (SUBA[7:0] == ADR_MSLO[7:0]);
!A_MSHIb = CONFIG5 & (SUBA[7:0] == ADR_MSHI[7:0]);
!A_MELOb = CONFIG5 & (SUBA[7:0] == ADR_MELO[7:0]);
!A_MEHIb = CONFIG5 & (SUBA[7:0] == ADR_MEHI[7:0]);
!A_NS4Lb = CONFIG5 & (SUBA[7:0] == ADR_NS4L[7:0]);
!A_NS4Hb = CONFIG5 & (SUBA[7:0] == ADR_NS4H[7:0]);
!A_NE4Lb = CONFIG5 & (SUBA[7:0] == ADR_NE4L[7:0]);
!A_NE4Hb = CONFIG5 & (SUBA[7:0] == ADR_NE4H[7:0]);
!A_MIENb = CONFIG5 & (SUBA[7:0] == ADR_MIEN[7:0]);
!A_IDNRb = CONFIG5 & (SUBA[7:0] == ADR_IDNR[7:0]);
!A_REVCb = CONFIG5 & (SUBA[7:0] == ADR_REVC[7:0]);
!A_BISTb = CONFIG5 & (SUBA[7:0] == ADR_BIST[7:0]);
!A_HPITb = CONFIG5 & (SUBA[7:0] == ADR_HPIT[7:0]);
!A_HPIRb = CONFIG5 & (SUBA[7:0] == ADR_HPIR[7:0]);
!A_PEA0b = CONFIG5 & (SUBA[7:0] == ADR_PEA0[7:0]);
!A_PEA1b = CONFIG5 & (SUBA[7:0] == ADR_PEA1[7:0]);
!A_PEA2b = CONFIG5 & (SUBA[7:0] == ADR_PEA2[7:0]);
!A_PEA3b = CONFIG5 & (SUBA[7:0] == ADR_PEA3[7:0]);
!A_JUNKb = CONFIG5 & (SUBA[7:0] == ADR_JUNK[7:0]);

!A_SUBAb = CMODE & (ALAT[11:0]  == ADR_SUBA[11:0]);
!A_SUBDb = CMODE & (ALAT[11:0]  == ADR_SUBD[11:0]);

!A_MEC3b = !CONFIG5 & PRIMIB & (ALAT[7:0]  == ADR_MEC3[7:0]);
!A_MEC1b = !CONFIG5 & PRIMIB & (ALAT[7:0]  == ADR_MEC1[7:0]);
!A_MEC2b = !CONFIG5 & PRIMIB & (ALAT[7:0]  == ADR_MEC2[7:0]);
!A_P103b = !CONFIG5 & PRIMIB & (ALAT[11:0] == ADR_P103[11:0]);

/* Determine which block is being selected on IO command    */
/*      - The >=, <= functions could be implemented as above */

Comparator(SUBA[7:6],HPI_ALO[7:6],HIIOb);
Comparator(SUBA[7:6],CS_ALO[7:6],CSIOb);
Comparator(SUBA[7:6],DRC_ALO[7:6],DRCIOb);

RSUB(HIGH,SUBA[2:0],HPI_ALO[3:0],HIIOGE ,junk0);
RSUB(HIGH,SUBA[2:0],CS_ALO[2:0] ,CSIOGE ,junk1);
RSUB(HIGH,SUBA[3:0],DRC_ALO[3:0],DRCIOGE,junk2);
RSUB(HIGH,HPI_AHI[4:0],SUBA[4:0],HIIOLE ,junk3);
RSUB(HIGH,CS_AHI[2:0] ,SUBA[2:0],CSIOLE ,junk4);
RSUB(HIGH,DRC_AHI[3:0],SUBA[3:0],DRCIOLE,junk5);

HIIO_SHDW = !A_MSLOb # !A_MSHIb # !A_MEC1b;
DRIO_OTHR = !A_P103b # !A_MEC2b # !A_MEC1b;

HIIO_ADDR = !HIIOb & HIIOGE & HIIOLE & CONFIG5 # HIIO_SHDW
          # !A_SUBAb # !A_ADVBb;
CSIO_ADDR = !CSIOb & CSIOGE & CSIOLE & CONFIG5 # !A_MEC3b;
DRIO_ADDR = !DRCIOb & DRCIOGE & DRCIOLE & CONFIG5 # DRIO_OTHR;
```

201

```
/* SUBA is driven directly onto ID[23:16] */
!A_NONEb = HIIOb # !HIIOGE # !HIIOLE # !CONFIG5 # !A_JUNKb;

/* Return RDY on read/write if MIBIO_ADDR.  Set error flag if returning
   RDY but not addressing one of the MIB IO Registers correctly (ILEGAL_CMD)
*/

MIBIO_ADDR = !A_SUBDb # !A_SUBAb # !A_P103b # !A_MEC3b # !A_MEC2b # !A_MEC1b;
ILEGAL_CMD = MIBIO_ADDR & !IM_IOb & !IHPI_VCMDb
           & !(HIIO_ADDR # CSIO_ADDR # DRIO_ADDR);

/* Drive TB bus with return data on reads if IO Register is in HPI.
   Drive TB with return also if Illegal command
*/

HIIO_RCMD = !W_Rb5 & !M_IOb5 & (HIIO_ADDR # ILEGAL_CMD) & !GDRb;
!IOR_OEb  = !W_Rb5 & !M_IOb5 & (HIIO_ADDR # ILEGAL_CMD) & (SMHIN == HI_RWR)
          & !DGNTb2;

/* Allow latching of IO Registers in HPI on Write CMD */

IO_WCMD = IW_Rb & !IM_IOb & !IHPI_VCMDb & !IRTNCMD & !IMCABURST & !I486BURST;

LD_MSLO = IO_WCMD & !A_MSLOb;
LD_MSHI = IO_WCMD & !A_MSHIb;
LD_MELO = IO_WCMD & !A_MELOb;
LD_MEHI = IO_WCMD & !A_MEHIb;
LD_NS4L = IO_WCMD & !A_NS4Lb;
LD_NS4H = IO_WCMD & !A_NS4Hb;
LD_NE4L = IO_WCMD & !A_NE4Lb;
LD_NE4H = IO_WCMD & !A_NE4Hb;
LD_MEC1 = IO_WCMD & !A_MEC1b;
LD_SUBA = IO_WCMD & !A_SUBAb;
LD_BIST = IO_WCMD & !A_BISTb;
LD_HPIT = IO_WCMD & !A_HPITb;
LD_HPIR = IO_WCMD & !A_HPIRb;
LD_MIEN = IO_WCMD & !A_MIENb # PORST;
LD_PEA0 = IPERR;
LD_PEA1 = IPERR;
LD_PEA2 = IPERR;
LD_PEA3 = IPERR;

/* Define IO registers which load data of TB */

T_D[7:0]  =  ID[7:0];
T_Db[7:4] = !ID[7:4];
MELO[7:4] = !MELOb[7:4];
IN_ROMENb = !ID[9];
Mux2(PORST,ID[0],PRIMIB,NXT_EN);

/* HPI IO REGISTERS              */
```

```
/* MIB Enable (disable on PORST) */
/* Memory Start Addr (for MIB)   */
/*      "    - High byte         */
/* Memory End Addr (for MIB)     */
/*      "    - High byte         */
/* 486 Cachable area -start addr */
/*      "    - High byte         */
/* 486 Cachable area -end addr   */
/*      "    - High byte         */
/* Next MIB IO operation's ADDR  */
/* Result from Power on Self Test*/
/* TEST Command for HPI TEST     */
/* Test Result from HPI TEST     */
/* Add 256K to Mem End Register? */
/* BIOS Reads from ROM OR DRAM?  */
/* TB Addr on Parity Error byte0 */
/* TB Addr on Parity Error byte1 */
/* TB Addr on Parity Error byte2 */
/* TB Addr on Parity Error byte3 */

Eregister (LD_MIEN, NXT_EN               , MIEN      );
ERregister(LD_MSLO, IPORSTb, T_D[7:4]  , MSLO[7:4]);
ERregister(LD_MSHI, IPORSTb, T_D[7:0]  , MSHI[7:0]);
ERregister(LD_MELO, IPORSTb,T_Db[7:4]  ,MELOb[7:4]);
ERregister(LD_MEHI, IPORSTb, T_D[7:0]  , MEHI[7:0]);
ERregister(LD_NS4L, IPORSTb, T_D[7:0]  , NS4L[7:0]);
ERregister(LD_NS4H, IPORSTb, T_D[7:0]  , NS4H[7:0]);
ERregister(LD_NE4L, IPORSTb, T_D[7:0]  , NE4L[7:0]);
ERregister(LD_NE4H, IPORSTb, T_D[7:0]  , NE4H[7:0]);
ERregister(LD_SUBA, IPORSTb, ID[23:16], SUBA[7:0]);
ERregister(LD_BIST, IPORSTb, T_D[7:0]  , BIST[7:0]);
ERregister(LD_HPIT, IPORSTb, T_D[7:0]  , HPIT[7:0]);
ERregister(LD_HPIR, IPORSTb, T_D[7:0]  , HPIR[7:0]);
ERregister(LD_MEC1, IPORSTb, ID[11]    , MEMEXT    );
ERregister(LD_MEC1, IPORSTb,IN_ROMENb , ROMENb   );
ERregister(LD_PEA0, IPORSTb, IA[7:2]   , PEA0[7:2]);
ERregister(LD_PEA1, IPORSTb, IA[15:8]  , PEA1[7:0]);
ERregister(LD_PEA2, IPORSTb, IA[23:16], PEA2[7:0]);
ERregister(LD_PEA3, IPORSTb, IA[25:24], PEA3[1:0]);
ERregister(LD_PEA3, IPORSTb, MEHI[7:2], PEA3[7:2]);

/* Define IO Buffers driving TB bus
         - Drive parts of bus which are missing in IO REG with any data
*/

PEA0[1:0]  = %00b;
MELOO[3:0] = %0000b;
MELOO[7:4] = MELO[7:4];
MIENO[7:1] = %1111111b;
MIENO[0]   = MIEN;
Buffer(A_MIENb,MIENO[7:0]  ,IODATA[7:0]);
Buffer(A_MELOb,MELOO[7:0]  ,IODATA[7:0]);
```

203

```
Buffer(A_MEHIb,MEHI[7:0]  ,IODATA[7:0]);
Buffer(A_NS4Lb,NS4L[7:0]  ,IODATA[7:0]);
Buffer(A_NS4Hb,NS4H[7:0]  ,IODATA[7:0]);
Buffer(A_NE4Lb,NE4L[7:0]  ,IODATA[7:0]);
Buffer(A_NE4Hb,NE4H[7:0]  ,IODATA[7:0]);
Buffer(A_IDNRb,IDNR[7:0]  ,IODATA[7:0]);
Buffer(A_REVCb,REVC[7:0]  ,IODATA[7:0]);
Buffer(A_BISTb,BIST[7:0]  ,IODATA[7:0]);
Buffer(A_HPITb,HPIT[7:0]  ,IODATA[7:0]);
Buffer(A_HPIRb,HPIR[7:0]  ,IODATA[7:0]);
Buffer(A_PEA0b,PEA0[7:0]  ,IODATA[7:0]);
Buffer(A_PEA1b,PEA1[7:0]  ,IODATA[7:0]);
Buffer(A_PEA2b,PEA2[7:0]  ,IODATA[7:0]);
Buffer(A_PEA3b,PEA3[7:0]  ,IODATA[7:0]);

/* ADR_ADVB[7:0] is tied to FFh */
Buffer(A_NONEb,ADR_ADVB[7:0],IODATA[7:0]);

BUFFER(IOR_OEb,SUBA[7:0]  ,ID[23:16]);
BUFFER(IOR_OEb,IODATA[7:0],ID[7:0]);
BUFFER(IOR_OEb,HIGH,IRTNCMD);
BUFFER(IOR_OEb,ID_NUM,IDN[1:0]);

.END;
```

204

```
/* This block defines a register for the line disable bit

        creation date 6/19/90
*/


.IFLEVEL TOP
.CLOCK PCLK;
.EDGE RISING PCLK;
.VECTOR 0;
.ELSE
.INPUT PCLK;
.ASSIGN PCLK;
.EDGE RISING PCLK;
.ENDIF


.INPUT LDISIN,TTAGWR,LINE[2:0],RES;
.OUTPUT LINEDIS;


/* Define address encoder */

SELL[0]= !LINE[2] & !LINE[1] & !LINE[0];
SELL[1]= !LINE[2] & !LINE[1] &  LINE[0];
SELL[2]= !LINE[2] &  LINE[1] & !LINE[0];
SELL[3]= !LINE[2] &  LINE[1] &  LINE[0];
SELL[4]=  LINE[2] & !LINE[1] & !LINE[0];
SELL[5]=  LINE[2] & !LINE[1] &  LINE[0];
SELL[6]=  LINE[2] &  LINE[1] & !LINE[0];
SELL[7]=  LINE[2] &  LINE[1] &  LINE[0];

.SIGNAL VOUTM[1:0];

/* LINE ONE */

VIN[0]= (VOUT[0] # TTAGWR & SELL[0] & LDISIN # RES)
        & !(TTAGWR & SELL[0] & !LDISIN);
VIN[1]= (VOUT[1] # TTAGWR & SELL[1] & LDISIN # RES)
        & !(TTAGWR & SELL[1] & !LDISIN);
VIN[2]= (VOUT[2] # TTAGWR & SELL[2] & LDISIN # RES)
        & !(TTAGWR & SELL[2] & !LDISIN);
VIN[3]= (VOUT[3] # TTAGWR & SELL[3] & LDISIN # RES)
        & !(TTAGWR & SELL[3] & !LDISIN);
VIN[4]= (VOUT[4] # TTAGWR & SELL[4] & LDISIN # RES)
        & !(TTAGWR & SELL[4] & !LDISIN);
VIN[5]= (VOUT[5] # TTAGWR & SELL[5] & LDISIN # RES)
        & !(TTAGWR & SELL[5] & !LDISIN);
VIN[6]= (VOUT[6] # TTAGWR & SELL[6] & LDISIN # RES)
        & !(TTAGWR & SELL[6] & !LDISIN);
VIN[7]= (VOUT[7] # TTAGWR & SELL[7] & LDISIN # RES)
        & !(TTAGWR & SELL[7] & !LDISIN);
```

205

Appx0230

```
PCLKb= !PCLK;
REGISTER(PCLKb,VIN[7:0],VOUT[7:0]);

MUX4(LINE[1],LINE[0],VOUT[0],VOUT[1],VOUT[2],VOUT[3],VOUTM[0]);
MUX4(LINE[1],LINE[0],VOUT[4],VOUT[5],VOUT[6],VOUT[7],VOUTM[1]);

MUX2(LINE[2],VOUTM[0],VOUTM[1],LINEDIS);


.END;
```

206

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
 *
 * Filename:            mib.cdl
 *
 * Description:
 *
 * The Memory Interface Block, or MIB, is one of the ASICs in the
 * Summit-II chip set. The main features of this chip are as follows:
 *
 *      - provides access to a "statistically fast memory" through
 *        the use of multiple internal caches and interleaved fast
 *        page mode accesses to external DRAM;
 *
 *      - BIOS access is provided through the MIB;
 *
 *      - powerfail recovery will be supported.
 *
 * This module instantiates the three primary blocks of the MIB.  These
 * blocks are the DRAM Controller (DRC), the on chip cache (CS), and the
 * Host PM Interface (HPI).  Also included here are the general MIB control
 * and status register files and some random logic common common to all
 * blocks.
 *
 * The cache section includes a data cache, a write buffer, a code prefetch
 * queue, and the cache control logic. Each of these blocks represents a
 * complete cache structure designed to capture data for a specific purpose.
 * The prefetch queue guesses code from DRAM for quick return of code reads.
 * The write buffer sinks random writes from the 386 or from non-486 masters
 * in order to keep the DRAM page open and supply quick processing of stack
 * operations.  The data cache supplies a 2nd level of general caching for
 * 486 data and code or 386 code.  In a 486 system, the DC prioritizes data
 * above code to best suppliment the 486 CPU's own cache.  Each cache is
 * independently enabled/disabled from a status register.
 *
 * The DRAM control section interfaces the transaction bus with the
 * external DRAM and BIOS.  Fully, partially, and non- interleaved memories
 * are supported across several discrete configurations of DRAM.
 * The DRAM control generates the transaction bus address during streaming
 * and burst commands.  Between commands, an internal prefetch counter is
 * maintained for prefetching code data for the PFQ.  The MIB can address up
 * to 32 Mbytes of DRAM.
 *
 * The Host PM section interfaces the external Processor Memory (PM) bus
 * with the internal MIB transaction bus.  The transaction bus arbitration
 * control exists here.  Also, the HPI provides advanced versions of
 * several transaction bus signals for the caches, including ADSb, IA,
 * IWRb, IDCb, IMIOb, ICT, and IBLASTb.  The HPI aids performance by
 * absorbing up to one write in its fifo and then generating an active
 * ADSb when the caches/DRAM can respond.
 *
 * TERMINALS:  60 inputs; 24 outputs; 104 bidirectionals; 20 VDD/VSS
 ****************************************************************************/
```

207

```
/* Define the input clock pin for the MIB */

.IFLEVEL TOP

.clock XCLK;
.edge rising XCLK;

/* Declare the internal clock for the MIB (defined in HIMIB) */

.assign NPCLK;
.edge rising NPCLK;
.vector 0;
.input DUMMYCNTR[31:0]; /* Dummy Counter for autom. test vector checking   */

.ELSE
.input XCLK;
.assign XCLK;
.edge rising XCLK;
.ENDIF


/******************************************************************/
/* DEFINE MIB TERMINALS/BUSSES CONNECTING TO PM BUS              */
/******************************************************************/


.bidi   D[31:0];        /* Data Bus                                   */
.input  ADSb,           /* Address Strobe - active low when cmd is valid */
        A[31:2],        /* Address Bus                                */
        A20Mb,          /* If active-A20 is masked;else-A20 can be 1 or 0 */
        BEb[3:0],       /* Byte Enables - for each byte of data bus   */
        M_IOb,          /* Memory or I/O (bar) Instruction            */
        D_Cb,           /* Data or Code (bar) Instruction             */
        W_Rb,           /* Write or Read (bar) Instruction            */
        RESET,          /* Reset MIB (warm/power fail)                */
        PORSTb,         /* Power ON (COLD) reset                      */
        PRIMIB,         /* Hardwired high to Primary MIB, low to other MIBs*/
        REFb,           /* Refresh Signal to DRAM control             */
        CIN,            /* Chain Input:  on 0->1 transition, begin config */
        CSETUPb,        /* Reset COUT Output when active low (or on reset) */
        SBURSTb,        /* MCA Streaming Mode Burst Throttle          */
        LOCKb,          /* MCA Streaming Mode Burst PM Bus Lock        */
        BLASTb,         /* Current data is the last data of Streaming cmd */
        CT[1:0];        /* CPU Type: 00-386sx, 01-386, 10-486, 11-OTHER */
.output COUT,           /* Chain Output:  transition 0->1 when config done */
        PERR,           /* Non-Maskable Interrupt - critical parity error */
        RDYBLb,         /* Return RDYb active on completion of current cmd */
        BRDYBLb,        /* Return BRDYb active on completion of burst cmd */
        KENBLb;         /* When 486 read data is cachable, return active */


/******************************************************************/
```

208

```
/* DEFINE MIB TERMINALS/BUSSES CONNECTING TO MEMORY                   */
/*******************************************************************/

.bidi    MD1_LOW[17:0],    /* Memory Data Bus Bank1 low order word      */
         MD1_HOW[17:0],    /* Memory Data Bus Bank1 high order word     */
         MD2_LOW[17:0],    /* Memory Data Bus Bank2 low order word      */
         MD2_HOW[17:0];    /* Memory Data Bus Bank2 high order word     */
.output MADR[10:0],        /* Memory Address Bus Bank 1&2 Multiplexed   */
         LATCH1,           /* External Latch Signal for DRAM Bank 1 (& 3) */
         LATCH2,           /* External Latch Signal for DRAM Bank 2 (& 4) */
         RASb[3:0],        /* External RAS Signals 0,1,2 & 3            */
         CASb[3:0],        /* External CAS Signals 0,1,2 & 3            */
         WEb[7:0],         /* External Write Enable 0,1,2,3,4,5,6 & 7   */
         CS1b;             /* BIOS ROM Chip Select                     */


/*******************************************************************/
/* Declare block containing three caches                           */
/*******************************************************************/

.BLOCK CS CSB

        /* Transaction Bus BIDIs */
        ID[31:0]       = ID[31:0],
        IA[25:2]       = IA[25:2],
        IBEb[3:0]      = IBEb[3:0],
        IMIOb          = IM_IOb,
        IDCb           = ID_Cb,
        IWRb           = IW_Rb,
        IDN[1:0]       = IDN[1:0],
        I486BURST      = I486BURST,
        IRTNCMD        = IRTNCMD,
        IDR_VCMDb      = IDR_VCMDb,
        IRAM_DP[3:0]   = IRAM_DP[3:0],

        /* Inputs from Transaction Bus (or HPI) */
        IVCMDb         = IVALIDALLb,
        ICS_GNTIOb     = ICS_GNTIOb,
        IDC_GRANTb     = IDC_GNTOVb,
        IWB_GRANTb     = IWB_GRANTb,
        IMCABURST      = IMCABURST,
        IRESET         = IRESET,
        IPORSTb        = IPORSTb,
        IDR_BUSYb      = IDR_BUSYb,
        ICONFIG        = ICONFIG,
        IREFRESHb      = IREFRESHb,
        ILEG_IOC       = ILEG_IOC,

        /* Transaction Bus Outputs */
        ICS_VCMDb      = ICS_VCMDb,
        IDP[3:0]       = IDP[3:0],
        ICS_REQIOb     = ICS_REQIOb,
```

209

```
        IDC_REQOVb       = IDC_REQOVb,
        IWB_REQOVb       = IWB_REQOVb
        IWB_REQHCb       = IWB_REQHCb,
        IRMVLD           = IRMVLD,
        IHIT             = CS_HIT,
        IBUSYb           = ICS_BUSYb,
        RDY4CMD          = CS_RDY4CMD,
        IDLEb            = CS_IDLEb,
        INVLD_TST        = INVLD_TST,
        IPERR            = IPERR,

        /* Input Configuration Status Bits */
        SYS_PROC         = SYS_PROC,

        /* Input Burst Throttle from DRAM */
        NADDRb           = NADDRb,
        BIOSRD           = PAR_BLOCK,

        /* Output Control/Addr lines to DRAM */
        A_LSB[3:2]       = LBAB[3:2],
        LST_ADDR         = LST_ADDR,
        PREFETCH         = NPRFA,
        LPFCb            = LPFCb,
        BLOCK_DR[3:0]    = BLOCK_DR[3:0],

        /* Early Host PM Inputs for State Machine (Buffered Only) */
        XRDYb            = XRDYb,
        XBRDYb           = XBRDYb,
        XADSb            = XADSb,
        XWRb             = XWRb,
        XDCb             = XDCb,
        XMIOb            = XMIOb,
        XCT[1:0]         = XCT[1:0],
        XBLASTb          = XBLASTb,
        XCS_SELb         = XCS_SELb,
        XMCABURST        = XMCABURST,
        XAA[25:2]        = XAA[25:2],
        PCLK             = NPCLK;


!IWB_GRANTb = !IWB_GNTOVb # !IWB_GNTHCb;


/********************************************************************/
/* Declare block containing Host PM Interface                      */
/********************************************************************/

..BLOCK HIMIB HPIB

        /*INPUTS FROM HPM IF */
        A[31:2]          = A[31:2],
        BEb[3:0]         = BEb[3:0],
```

                                210
```

```
ADSb                 = ADSb,
M_IOb                = M_IOb,
W_Rb                 = W_Rb,
D_Cb                 = D_Cb,
A20Mb                = A20Mb,
RESET                = RESET,
PORSTb               = PORSTb,
PRIMIB               = PRIMIB,
CT[1:0]              = CT[1:0],
HCIN                 = CIN,
CSETUPb              = CSETUPb,
REFb                 = REFb,
BLASTb               = BLASTb,
SBURSTb              = SBURSTb,
LOCKb                = LOCKb,
XCLK                 = XCLK,

/* OUTPUTS TO HPM IF */
HCOUT                = COUT,
HRDYBLb              = RDYBLb,
HBRDYBLb             = BRDYBLb,
HKENBLb              = KENBLb,
HPERR                = PERR,

/* BIDIRS FROM HOST P/M BUS */
D[31:0]              = D[31:0],

/* BUFFERED VERSION OF P/M BUS GIVEN TO CACHES EARLY */
XADSb                = XADSb,
XRDYb                = XRDYb,
XBRDYb               = XBRDYb,
XWRb                 = XWRb,
XDCb                 = XDCb,
XMIOb                = XMIOb,
XCT[1:0]             = XCT[1:0],
XCS_SELb             = XCS_SELb,
XBLASTb              = XBLASTb,
XAA[25:2]            = XAA[25:2],
XMCABURST            = XMCABURST,

/* INPUTS FROM XACT */
CS_HIT               = CS_HIT,
CS_IDLEb             = CS_IDLEb,
CS_RDY4CMD           = CS_RDY4CMD,
CS_RMVLD             = IRMVLD,
INVLD_TST            = INVLD_TST,
VALIDb[1:0]          = VALIDb[1:0],
BUSYb[1:0]           = BUSYb[1:0],
REQb[4:0]            = REQb[4:0],
IPERR                = IPERR,

/* OUTPUTS TO XACT */
```

211

```
        IA[25:2]          = IA[25:2],
        IBEb[3:0]         = IBEb[3:0],
        IM_IOb            = IM_IOb,
        ID_Cb             = ID_Cb,
        IW_Rb             = IW_Rb,
        I486BURST         = I486BURST,
        IRESET            = IRESET,
        IPORSTb           = IPORSTb,
        IREFRESHb         = IREFRESHb,
        ICONFIG           = ICONFIG,
        IMCABURST         = IMCABURST,
        IHPI_BUSYb        = IHPI_BUSYb,
        PWR_FAILb         = PWR_FAILb,
        VALIDALLb         = IVALIDALLb,
        GNTb[6:0]         = GNTb[6:0],
        DRC_IOSEL         = DRC_IOSEL,
        ILEGAL_CMD        = ILEG_IOC,
        SYS_PROC          = SYS_PROC,
        NPCLK             = NPCLK,

        /* BIDIRS TO XACT */
        IDN[1:0]          = IDN[1:0],
        IRTNCMD           = IRTNCMD,
        ID[31:0]          = ID[31:0];

BUSYb[0]   = IDR_BUSYb;
BUSYb[1]   = ICS_BUSYb;
VALIDb[0]  = IDR_VCMDb;
VALIDb[1]  = ICS_VCMDb;

REQb[0] = ICS_REQIOb;
REQb[1] = IDR_REQRCb;
REQb[2] = IDC_REQOVb;
REQb[3] = IWB_REQOVb;
REQb[4] = IWB_REQHCb;

ICS_GNTIOb = GNTb[0];
IDR_GNTRCb = GNTb[1];
IDC_GNTOVb = GNTb[2];
IWB_GNTOVb = GNTb[3];
IHPI_GNTb  = GNTb[4];
IWB_GNTHCb = GNTb[5];
IDR_GNTPFb = GNTb[6];


/***************************************************************/
/* Declare block containing DRAM Control                     */
/***************************************************************/
IREFRESH = !IREFRESHb;

.BLOCK DR_C DRCB
```

                              212

```
/*** GENERAL INPUTS ***/
RESET              = IRESET,
PORESb             = IPORSTb,

/*** TRANSACTION BUS COMMAND LINE BIDIRECTIONAL INPUTS ***/
IM_IOb             = IM_IOb,
IW_Rb              = IW_Rb,
ID_Cb              = ID_Cb,
IRTNCMD            = IRTNCMD,
I486BURST          = I486BURST,
IREFRESH           = IREFRESH,

/*** TRANSACTION BUS CONTROL AND HANDSHAKE INPUTS ***/
IMCABURST          = IMCABURST,
ICONFIG            = ICONFIG,
MBUSYb             = IHPI_BUSYb,
BGb                = IDR_GNTRCb,
BGb_P              = IDR_GNTPFb,
VALIDALLb          = IVALIDALLb,
IRM_VLD            = IRMVLD,
NPRFA              = NPRFA,
LPFCb              = LPFCb,
NAVLDb             = LST_ADDR,
BLOCK_DR[3:0]      = BLOCK_DR[3:0],
PWR_FAILb          = PWR_FAILb,
DRC_SEL            = DRC_IOSEL,
SYS_PROC           = SYS_PROC,

/*** TRANSACTION BUS CONTROL AND HANDSHAKE OUTPUTS ***/
BUSYb              = IDR_BUSYb,
BRb                = IDR_REQRCb,
TBVOb              = IDR_VCMDb,
NADDRb             = NADDRb,
PAR_BLOCK          = PAR_BLOCK,

/*** TRANSACTION BUS CONTROL AND HANDSHAKE BIDIs ***/
IBEb[3:0]          = IBEb[3:0],
IDN[1:0]           = IDN[1:0],

/*** TRANSACTION BUS DATA AND ADDRESS LINES ***/
ID[31:0]           = ID[31:0],
IA[25:2]           = IA[25:2],
LBAB[3:2]          = LBAB[3:2],
IDP[3:0]           = IDP[3:0],
IRAM_DP[3:0]       = IRAM_DP[3:0],

/*** DRAM DATA, ADDRESS BUS, AND CONTROL BIDI & OUTPUTS ***/
MD1_LOW[17:0]      = MD1_LOW[17:0],
MD1_HOW[17:0]      = MD1_HOW[17:0],
MD2_LOW[17:0]      = MD2_LOW[17:0],
MD2_HOW[17:0]      = MD2_HOW[17:0],
MADR[10:0]         = MADR[10:0],
```

213

```
        LATCH1          = LATCH1,
        LATCH2          = LATCH2,
        RASb[3:0]       = RASb[3:0],
        CASb[3:0]       = CASb[3:0],
        WEb[7:0]        = WEb[7:0],
        CS1b            = CS1b,

        /*** MODEL IN- & OUTPUTS: ***/
        CMDCLK          = CMDCLK,
        CLK             = NPCLK;

.pullup MD1_LOW=0xFFFF;
.pullup MD1_HOW=0xFFFF;
.pullup MD2_LOW=0xFFFF;
.pullup MD2_HOW=0xFFFF;

latch(LATCH1,MADR[10:0],MADR1[10:0]);
latch(LATCH2,MADR[10:0],MADR2[10:0]);

.BLOCK DR_MEM B
                PORESb = PORSTb,
                  RASb = RASb[0],
                  CASb = CASb[0],
                   WEb = WEb[0],
             MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_LOW[8:0];

.BLOCK DR_MEM C
                PORESb = PORSTb,
                  RASb = RASb[0],
                  CASb = CASb[0],
                   WEb = WEb[1],
             MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_LOW[17:9];

.BLOCK DR_MEM D
                PORESb = PORSTb,
                  RASb = RASb[0],
                  CASb = CASb[0],
                   WEb = WEb[2],
             MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_HOW[8:0];

.BLOCK DR_MEM E
                PORESb = PORSTb,
                  RASb = RASb[0],
                  CASb = CASb[0],
                   WEb = WEb[3],
             MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_HOW[17:9];

.BLOCK DR_MEM F
```

214

```
                PORESb = PORSTb,
                  RASb = RASb[1],
                  CASb = CASb[1],
                  WEb  = WEb[4],
            MADR[4:0] = MADR2[4:0],
           DRAMD[8:0] = MD2_LOW[8:0];

.BLOCK DR_MEM G
                PORESb = PORSTb,
                  RASb = RASb[1],
                  CASb = CASb[1],
                  WEb  = WEb[5],
            MADR[4:0] = MADR2[4:0],
           DRAMD[8:0] = MD2_LOW[17:9];

.BLOCK DR_MEM H
                PORESb = PORSTb,
                  RASb = RASb[1],
                  CASb = CASb[1],
                  WEb  = WEb[6],
            MADR[4:0] = MADR2[4:0],
           DRAMD[8:0] = MD2_HOW[8:0];

.BLOCK DR_MEM I
                PORESb = PORSTb,
                  RASb = RASb[1],
                  CASb = CASb[1],
                  WEb  = WEb[7],
            MADR[4:0] = MADR2[4:0],
           DRAMD[8:0] = MD2_HOW[17:9];

.BLOCK DR_MEM J
                PORESb = PORSTb,
                  RASb = RASb[2],
                  CASb = CASb[2],
                  WEb  = WEb[0],
            MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_LOW[8:0];

.BLOCK DR_MEM K
                PORESb = PORSTb,
                  RASb = RASb[2],
                  CASb = CASb[2],
                  WEb  = WEb[1],
            MADR[4:0] = MADR1[4:0],
           DRAMD[8:0] = MD1_LOW[17:9];

.BLOCK DR_MEM L
                PORESb = PORSTb,
                  RASb = RASb[2],
                  CASb = CASb[2],
                  WEb  = WEb[2],
```

215

Appx0240

```
            MADR[4:0]  = MADR1[4:0],
            DRAMD[8:0] = MD1_HOW[8:0];

.BLOCK DR_MEM M
                PORESb = PORSTb,
                  RASb = RASb[2],
                  CASb = CASb[2],
                   WEb = WEb[3],
            MADR[4:0]  = MADR1[4:0],
            DRAMD[8:0] = MD1_HOW[17:9];

.BLOCK DR_MEM N
                PORESb = PORSTb,
                  RASb = RASb[3],
                  CASb = CASb[3],
                   WEb = WEb[4],
            MADR[4:0]  = MADR2[4:0],
            DRAMD[8:0] = MD2_LOW[8:0];

.BLOCK DR_MEM O
                PORESb = PORSTb,
                  RASb = RASb[3],
                  CASb = CASb[3],
                   WEb = WEb[5],
            MADR[4:0]  = MADR2[4:0],
            DRAMD[8:0] = MD2_LOW[17:9];

.BLOCK DR_MEM P
                PORESb = PORSTb,
                  RASb = RASb[3],
                  CASb = CASb[3],
                   WEb = WEb[6],
            MADR[4:0]  = MADR2[4:0],
            DRAMD[8:0] = MD2_HOW[8:0];

.BLOCK DR_MEM Q
                PORESb = PORSTb,
                  RASb = RASb[3],
                  CASb = CASb[3],
                   WEb = WEb[7],
            MADR[4:0]  = MADR2[4:0],
            DRAMD[8:0] = MD2_HOW[17:9];

.BLOCK DR_ROM S
                  CS1b = CS1b,
          MADR1[10:0]  = MADR1[10:0],
          MADR2[10:0]  = MADR2[10:0],
            ROMD[7:0]  = MD1_LOW[7:0];


/* DELETE THIS SECTION WHEN DRAM COMPILED WITH DRAM */
/*
```

216

```
.INPUT IDR_BUSYb,IDR_REQRCb,IDR_VCMDb,NADDRb,PAR_BLOCK;

MADR[10:0]        = %0x000;
MD1_LOW[17:0]     = %0x00000;
MD1_HOW[17:0]     = %0x00000;
MD2_LOW[17:0]     = %0x00000;
MD2_HOW[17:0]     = %0x00000;
LATCH1            = 0b;
LATCH2            = 0b;
RASb[3:0]         = %0x0;
CASb[3:0]         = %0x0;
WEb[7:0]          = %0x00;
CS1b              = 1b;
*/

.end;
```

217

```
.input RAMEN,WEb,A[7:0];
.bidi DOT[15:0],POUT[1:0];

.signal JDIN[17:0], JDO[17:0],Data0in[17:0],Data0out[17:0], allone[17:0];

.RAMARRAY RAM0,18,256;
Pram(RAM0,A[7:0],PWEb,Data0in[17:0],Data0out[17:0]);

allone[17:0] = %111111111111111111b;
tenableb = !(RAMEN & WEb);
dinenab  = !RAMEN # WEb;
!PWEb    = !WEb & RAMEN;
ramenb   = !RAMEN;

JDIN[15:0] = DOT[15:0];
JDIN[17:16] = POUT[1:0];

Buffer(tenableb,JDO[15:0],DOT[15:0]);
Buffer(tenableb,JDO[17:16],POUT[1:0]);
Buffer(dinenab,JDIN[17:0],Data0in[17:0]);
Buffer(RAMEN,allone[17:0],JDO[17:0]);
Buffer(ramenb ,Data0out[17:0],JDO[17:0]);

.end;
```

218

```
.input RAMEN,WEb,A[5:0];
.bidi DOT[15:0],POUT[1:0],DISOUT;
.signal JDIN[18:0], JDO[18:0], Data0in[18:0],Data0out[18:0], allone[18:0];

.RAMARRAY RAM0,19,64;
Pram(RAM0,A[5:0],PWEb,Data0in[18:0],Data0out[18:0]);

allone[18:0] = %1111111111111111111b;

tenableb = !(RAMEN & WEb);
dinenab  = !RAMEN # WEb;
!PWEb    = !WEb & RAMEN;

ramenb   = !RAMEN;

JDIN[15:0] = DOT[15:0];
JDIN[17:16] = POUT[1:0];
JDIN[18] = DISOUT;

Buffer(tenableb,JDO[15:0],DOT[15:0]);
Buffer(tenableb,JDO[17:16],POUT[1:0]);
Buffer(tenableb,JDO[18],DISOUT);
Buffer(dinenab,JDIN[18:0],Data0in[18:0]);
Buffer(RAMEN,allone[18:0],JDO[18:0]);
Buffer(ramenb,Data0out[18:0],JDO[18:0]);
.end;
```

219

```
.input RAMEN,WEb,A[5:0];
.bidi DOT[15:0],DTYOUT[3:0];
.signal JDIN[19:0], JDO[19:0], Data0in[19:0], Data0out[19:0], allone[19:0];

.RAMARRAY RAM0,20,64;
Pram(RAM0,A[5:0],PWEb,Data0in[19:0],Data0out[19:0]);

allone[19:0] = %11111111111111111111b;

tenableb = !(RAMEN & WEb);
dinenab  = !RAMEN # WEb;
!PWEb    = !WEb &  RAMEN;
ramenb   = !RAMEN;

JDIN[15:0] = DOT[15:0];
JDIN[19:16] = DTYOUT[3:0];

Buffer(tenableb,JDO[15:0],DOT[15:0]);
Buffer(tenableb,JDO[19:16],DTYOUT[3:0]);
Buffer(dinenab,JDIN[19:0],Data0in[19:0]);
Buffer(RAMEN,allone[19:0],JDO[19:0]);
Buffer(ramenb,Data0out[19:0],JDO[19:0]);

.end;
```

220

```
.input RAMEN,WEb,A[5:0];
.bidi DOT[2:0];

.signal JDIN[2:0], JDO[2:0], Data0in[2:0], Data0out[2:0], allone[2:0];

.RAMARRAY RAM0,3,64;
Pram(RAM0,A[5:0],PWEb,Data0in[2:0],Data0out[2:0]);

allone[2:0] = %111b;
tenableb = !(RAMEN & WEb);
dinenab  = !RAMEN # WEb;
!PWEb    = !WEb & RAMEN;
ramenb   = !RAMEN;

JDIN[2:0] = DOT[2:0];

Buffer(tenableb,JDO[2:0],DOT[2:0]);
Buffer(dinenab,JDIN[2:0],Data0in[2:0]);
Buffer(RAMEN,allone[2:0],JDO[2:0]);
Buffer(ramenb,Data0out[2:0],JDO[2:0]);

.end;
```

221

```
/*  PQ.CDL  */

 /* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
 *
 * Filename:          pq.cdl
 *
/*  Define I/O TERMINALS: */

.BIDI   T_DBUS[31:0],      /* - Transaction data bus                    */

        T_ABUS[25:2];      /* - Transaction address bus                 */

.INPUT  T_DPARI[3:0],      /* - Transaction data parity input           */

        ADV_ABUS[25:2],    /* - Advance address bus                     */

        APAR[2:0],         /* - Address parity input                    */

        DC_HIT[3:0],       /* - Data cache byte hit signals             */

        WB_HIT[3:0],       /* - Write buffer byte hit signals           */

        ADSb,              /* - CPU Address strobe                      */

        IMIOb,             /* - TBUS Memory/Io select signal            */

        LDCb,              /* - Latched Data/Code select signal (CPU)   */
        IWRb,              /* - TBUS Write/Read access                  */
        IRTNCMD,           /* - Transaction return command              */

        VALIDb,            /* - Transaction bus command valid           */

        IDLE,              /* - GASM is in idle                         */

        T2,                /* - GASM is in second cycle of a command    */

        IDN[1:0],          /* - ID of the current transaction bus command */

        LA1[1:0],          /* - Latched version of lowest two address   */

        I486BURST,         /* - Indicates burst cycle                   */

        PQ_WKBIT[6:0],     /* - Workbits from central state machine MCSM */
        TEST,              /* - testmode                                */
        PF_DIS,            /* - Prefetch queue disable Signal           */
        IRESET,            /* - Warm Reset                              */
        IPORSTb,           /* - Power on Reset                          */
        LCT[1:0];          /* - CPU Type                                */
.OUTPUT TPARERROR,         /* - Set high on tag parity error            */

        HIT,               /* - PQ able to return data                  */
```

222

```
        GUESS,                  /* - line to DRC to enable/disable guessing    */

        LOADPFCENb,             /* - line to DRC to make guess decision        */
        HOLD,                   /* - DRC sends prefetch or WB/DC single overflow*/

        T_DPARO[3:0];           /* - Transaction data parity output            */


.IFLEVEL TOP
.CLOCK PCLK;
.EDGE RISING PCLK;
.VECTOR 0;
.ELSE
.INPUT PCLK;
.ASSIGN PCLK;
.EDGE RISING PCLK;
.ENDIF


RES= IRESET # !IPORSTb;
RESb= !RES;


/* Equations for different access types */

RCODEREAD= T2 & IMIOb & !LDCb & !IWRb & !IRTNCMD;
BCODEREAD= I486BURST & !LDCb & !IWRb & !IRTNCMD;
ACC= IDLE & !(ADSb # IDLE & PCLK) # T2 & !(PQ_WKBIT[4] # PQ_WKBIT[5]};
RWRITE= T2 & LDCb & IWRb;
TBWRITE= IWRb & !VALIDb & IDLE # PQ_WKBIT[3] # PQ_WKBIT[6];
PREFRET= IRTNCMD & !VALIDb & IDN[1] & IDN[0];
FLUSH= (RCODEREAD # BCODEREAD) & !VALIDb & !TAGMATCH & !PQ_WKBIT[5]
       & !(LCT[1] & LCT[0]);
LOADPFCENb= !FLUSH;

HOLD= PREFRET # TBWRITE;


/* Define RegisterFile for line disable */

LDISIN= T_DBUS[4];

.block LREGT LINED
        LDISIN      = LDISIN,
        TTAGWR      = TTAGWR,
        LINE[2:0]   = MUX_ABUS[6:4],
        RES         = RES,
        LINEDIS     = LINEDIS,
        PCLK        = PCLK;

TAGDIN[22]= LINEDIS;
                               223
```

```
/* Define TAG ram */

.block RAMG8X23 TAG
        RAMEN         = TAGRAMEN,
        RWb           = TAGRWb,
        A[2:0]        = MUX_ABUS[6:4],
        DIN[22:0]     = TAGDIN[22:0],
        DO[22:0]      = TAGDO[22:0];

LDIS = TAGDO[22];
TPAR[2:0] = TAGDO[21:19];
TAG[18:0] = TAGDO[18:0];

TAGLb= !(!PCLK & (IDLE # TBWRITE # INVAL # PQ_WKBIT[4] # PQ_WKBIT[5]));
LATCH(TAGLb,TAGDO[22:0],TAGDOL[22:0]);

WRTAG=(!PCLK & PREFRET & (NPREFCMD # !MUX_ABUS[2] & !MUX_ABUS[3]));
INVAL= !PCLK & (PQ_WKBIT[3] # PQ_WKBIT[6]);
LATE= !PCLK & (PQ_WKBIT[4] # PQ_WKBIT[5]);
TAGRAMEN= !PF_DIS & (ACC # WRTAG # INVAL # LATE);
TAGRWb= !WRTAG & TTAGWRb;

LDISL     = TAGDOL[22] # PF_DIS;
TPARL[2:0] = TAGDOL[21:19];
TAGL[18:0] = TAGDOL[18:0];



/* Define register array for validity */

.block TREGT FLAGS
     FLUSH             = FLUSH,
        TBWRITE        = TBWRITE,
        RWRITE         = RWRITE,
        TAGMATCH       = TAGMATCH,
        LINE[2:0]      = MUX_ABUS[6:4],
        SEL[3:0]       = MUXSEL[3:0],
        PREFRET        = PREFRET,
        TVALWR         = TVALWR,
        TEST           = TEST,
        RES            = RES,
        VALMM[3:0]     = VALMM[3:0],
     PCLK      = PCLK;

LATCH(DLCTRLb,VALMM[3:0],LVALMM[3:0]);

MUX4(MUX_ABUS[3],MUX_ABUS[2],LVALMM[0],LVALMM[1],LVALMM[2],LVALMM[3],NOTVAL);
LATCH(DLCTRLb,NOTVAL,LNOTVAL);


/* Define DATA rams (includes data paritybits) */
```

224

```
DINL[15:0]= T_DBUS[15:0];
DINL[17:16]= T_DPARI[1:0];
DINH[15:0]= T_DBUS[31:16];
DINH[17:16]= T_DPARI[3:2];


.block RAMG32X18 D00
        RAMEN       = D00RAMEN,
        RWb         = D00RWb,
        A[4:0]      = MUX_ABUS[6:2],
        DIN[17:0]   = DINL[17:0],
        DO[17:0]    = DATADOL[17:0];

.block RAMG32X18 D01
        RAMEN       = D00RAMEN,
        RWb         = D00RWb,
        A[4:0]      = MUX_ABUS[6:2],
        DIN[17:0]   = DINH[17:0],
        DO[17:0]    = DATADOH[17:0];


/* Define Buffers to drive advanced address bus, transaction
   address bus and lowest two address bits */

.PULLUP MUX_ABUS= 3FFFFFFh;

ADVBUFb= !(IDLE & !PCLK & !ADSb & !PREFRET & !TBWRITE)
         # PQ_WKBIT[2] # PQ_WKBIT[3] # PQ_WKBIT[6];
BUFFER(ADVBUFb,ADV_ABUS[25:2],MUX_ABUS[25:2]);

/*
RT_ABUS[25:2]:= T_ABUS[25:2];
MUX2(PQ_WKBIT[3],T_ABUS[25:2],RT_ABUS[25:2],MT_ABUS[25:2]);
*/
TBCNTRLb= !(PREFRET # TBWRITE
            # IDLE & (PCLK # !PCLK & (TBWRITE # PREFRET # ADSb))
            # PQ_WKBIT[2] # PQ_WKBIT[3] # PQ_WKBIT[6]);
BUFFER(TBCNTRLb,T_ABUS[25:2],MUX_ABUS[25:2]);

IDLEb= !IDLE;
LATCH(IDLEb,ADV_ABUS[25:2],LADV_ABUS[25:2]);

MUXLALb= !(!PCLK & ((T2 & I486BURST) # (IDLE & !ADSb)
           # PQ_WKBIT[0] # PQ_WKBIT[1] # PQ_WKBIT[5] & I486BURST));

LATCH(MUXLALb,LA1[1:0],LMUXLA[1:0]);

LMULALb= IDLE # PQ_WKBIT[2] # PQ_WKBIT[3] # PQ_WKBIT[6]
         # !(T2 # PQ_WKBIT[0] # PQ_WKBIT[1] # PQ_WKBIT[5]);

P_ABUS[25:4]= LADV_ABUS[25:4];
P_ABUS[3:2]= LMUXLA[1:0];
```

225

```
BUFFER(LMULALb,P_ABUS[25:2],MUX_ABUS[25:2]);


/* Define data latches and buffers from RAM to transaction bus */

.SIGNAL LDO[31:0];
.SIGNAL LDPAR[3:0];

DLCTRLb= !(DOORAMEN & PCLK & (T2 # PQ_WKBIT[0] # PQ_WKBIT[1]));

LATCH(DLCTRLb,DATADOL[15:0],LDO[15:0]);
LATCH(DLCTRLb,DATADOH[15:0],LDO[31:16]);

LATCH(DLCTRLb,DATADOL[17:16],LDPAR[1:0]);
LATCH(DLCTRLb,DATADOH[17:16],LDPAR[3:2]);


BCTRLb[0]= !(HIT & !(DC_HIT[0] # WB_HIT[0])
        & (T2 # PQ_WKBIT[1]) & !(PQ_WKBIT[4] # PQ_WKBIT[5]));
BCTRLb[1]= !(HIT & !(DC_HIT[1] # WB_HIT[1])
        & (T2 # PQ_WKBIT[1]) & !(PQ_WKBIT[4] # PQ_WKBIT[5]));
BCTRLb[2]= !(HIT & !(DC_HIT[2] # WB_HIT[2])
          & (T2 # PQ_WKBIT[1]) & !(PQ_WKBIT[4] # PQ_WKBIT[5]));
BCTRLb[3]= !(HIT & !(DC_HIT[3] # WB_HIT[3])
        & (T2 # PQ_WKBIT[1]) & !(PQ_WKBIT[4] # PQ_WKBIT[5]));

DBCTRLb[0]= BCTRLb[0] & TRAMREADb;
DBCTRLb[1]= BCTRLb[1] & TRAMREADb;
DBCTRLb[2]= BCTRLb[2] & TRAMREADb;
DBCTRLb[3]= BCTRLb[3] & TRAMREADb;

Buffer(DBCTRLb[0],LDO[7:0],T_DBUS[7:0]);
Buffer(DBCTRLb[1],LDO[15:8],T_DBUS[15:8]);
Buffer(DBCTRLb[2],LDO[23:16],T_DBUS[23:16]);
Buffer(DBCTRLb[3],LDO[31:24],T_DBUS[31:24]);

Buffer(BCTRLb[0],LDPAR[0],T_DPARO[0]);
Buffer(BCTRLb[1],LDPAR[1],T_DPARO[1]);
Buffer(BCTRLb[2],LDPAR[2],T_DPARO[2]);
Buffer(BCTRLb[3],LDPAR[3],T_DPARO[3]);


/* equations to demultiplex the two lowest address bits */

DWSEL[0]= !MUX_ABUS[3] & !MUX_ABUS[2];
DWSEL[1]= !MUX_ABUS[3] &  MUX_ABUS[2];
DWSEL[2]=  MUX_ABUS[3] & !MUX_ABUS[2];
DWSEL[3]=  MUX_ABUS[3] &  MUX_ABUS[2];

DOORAMEN= !PF_DIS & (ACC # PCLK & !LDCb & (PQ_WKBIT[0] # PQ_WKBIT[1])
          # !PCLK & (PREFRET # PQ_WKBIT[4] # PQ_WKBIT[5]));
```

226

```
DOORWb= !(PREFRET & !PCLK) & TRAMWRb;


/* define address comparator */

LATCH(PCLK,MUX_ABUS[25:7],C_ABUS[25:7]);
COMP_ABUS[18:0]= C_ABUS[25:7];
COMP_ABUS[19]= 0;
COMP_TAG[18:0]= TAGDOL[18:0];
COMP_TAG[19]= LDISL;
COMPARATOR(COMP_ABUS[19:0],COMP_TAG[19:0],MISMATCH);
TAGMATCH= !MISMATCH;


/* define address parity checkers */

REPLACE[7:5]= TAG[2:0];
REPLACE[4]= MUX_ABUS[6];
REPLACE[3:0]= DUMMY[3:0];
DUMMY[3:0]= %0000b;

.SIGNAL TPARERR[2:0];

PARITY(REPLACE[7:0],TAGP0);
XOR(TAGP0,TPAR[0],TPARERR[0]);

PARITY(TAG[10:3],TAGP1);
XOR(TAGP1,TPAR[1],TPARERR[1]);

PARITY(TAG[18:11],TAGP2);
XOR(TAGP2,TPAR[2],TPARERR[2]);

TPARERROR= !LDIS & (TPARERR[0] # TPARERR[1] # TPARERR[2]);


/* define hit detection logic */

HIT= !TEST & !IDLE & !PQ_WKBIT[5] & TAGMATCH
     & !LDISL & !LNOTVAL & !LDCb & !IWRb;


/* Define Flag for new prefetch command */

FLAGIN= (FLUSH # RES # NPREFCMD) & !PREFRET;
REGISTER(PCLK,FLAGIN,NPREFCMD);


/* Define two registers as pointers:
        PFP - Prefetch pointer
        CAP - Current address pointer     */

ENCAP= FLUSH # (RCODEREAD # BCODEREAD) & HIT & !(LCT[1] & LCT[0]);
```

227

```
ERREGISTER(ENCAP,RESb,MUX_ABUS[6:4],CAP[2:0]);

INREG[4:2]= MUX_ABUS[6:4];
INREG[1]= MUX_ABUS[3] # BCODEREAD;
INREG[0]= MUX_ABUS[2] # BCODEREAD;

ENPFP= FLUSH # PREFRET;
ERREGISTER(ENPFP,RESb,INREG[4:0],PFP[4:0]);

APFP[0]= !PFP[2];
APFP[1]= !PFP[3] & PFP[2] # PFP[3] & !PFP[2];
APFP[2]= (PFP[3] & PFP[2] # PFP[4]) & !(PFP[4] & PFP[3] & PFP[2]);

COMPARATOR(APFP[2:0],CAP[2:0],NOG);
GUESS= !TEST & !PF_DIS & !(!NOG & PFP[1]);


/* Define test logic */

TDATARAM= TEST & !MUX_ABUS[14] & MUX_ABUS[13] & !MUX_ABUS[12];
TTAGVAL= TEST & MUX_ABUS[14] & MUX_ABUS[13] & MUX_ABUS[12];
TTAGRAM= TTAGVAL & MUX_ABUS[2];
TVALRAM= TTAGVAL & !MUX_ABUS[2];


/* Define test buffers and test muxes for tagram */

TTAGREAD= (TTAGRAM & !MUX_ABUS[3] & !IWRb & T2);
TTAGREADb= !TTAGREAD;

BUFFER(TTAGREADb,TAGDOL[22],T_DBUS[4]);
BUFFER(TTAGREADb,TAGDOL[18:0],T_DBUS[25:7]);
BUFFER(TTAGREADb,TAGDOL[21:19],T_DBUS[31:29]);

MUX2(TEST,MUX_ABUS[25:7],T_DBUS[25:7],TAGDIN[18:0]);
MUX2(TEST,APAR[2:0],T_DBUS[31:29],TAGDIN[21:19]);
TESTb= !TEST;


/* Define test buffers and test muxes for validity register */

TVALREADb= !(TVALRAM & !MUX_ABUS[3] & !IWRb & T2);
BUFFER(TVALREADb,LVALMM[3:0],T_DBUS[19:16]);
MUX2(TESTb,T_DBUS[19:16],DWSEL[3:0],MUXSEL[3:0]);

TVALWR= TVALRAM & T2 & IWRb & !MUX_ABUS[3];


/* Define test buffers for parity bits */

TREADPARb= !((TVALRAM # TTAGRAM) & !IWRb & T2);
BUFFER(TREADPARb,LDPAR[3:0],T_DBUS[3:0]);
```

228

```
TRAMREADb= !(TDATARAM & !IWRb & T2);

TTAGWR= (TTAGRAM & T2 & IWRb & !MUX_ABUS{3});
TTAGWRb= !TTAGWR;
TRAMWRb= !(TDATARAM & T2 & IWRb);

.end;
```

```
/* psr16x10.cdl:  See the NCR datasheet for exact specifications. */

.input RAMEN,RWb,A[3:0],DIN[7:0],DINP,DINV;
.output DO[7:0],DOP,DOV;

.Signal JVDO[9:0],JVData0[9:0],JVDIN[9:0];

JVDIN[8]    = DINP;
JVDIN[9]    = DINV;
JVDIN[7:0]  = DIN[7:0];
DOP         = JVDO[8];
DOV         = JVDO[9];
DO[7:0]     = JVDO[7:0];

/* Define memory for RAM storage */

.RAMARRAY RAM0,16,16;
PRAM(RAM0,A[3:0],web,JVDIN[9:0],JVData0[9:0]);

/* Define buffers to drive the RAM outputs */

Buffer(WRITEb,JVDIN[9:0],JVDO[9:0]);
Buffer(PRECHb,allone[9:0],JVDO[9:0]);
Buffer(READb,JVData0[9:0],JVDO[9:0]);

/* Define operation */

allone[11:0] = %0xfff;
!READb  = RAMEN & RWb;
!WRITEb = RAMEN & !RWb;
!PRECHb = !RAMEN;
we = !RWb & RAMEN;
web = !we;
.end;
```

230

Appx0255

```
/* psr16x24.cdl:  See the NCR datasheet for exact specifications. */

.input RAMEN,RWb,A[3:0],DIN[23:0];
.output DO[23:0];

.Signal JVDataB[23:0];

/* Define memory for RAM storage */

.RAMARRAY RAM0,32,16; /* 32 bits, 16 lines */
PRAM(RAM0,A[?:0],web,DIN[23:0],JVDataB[23:0]);

/* Define buffers to drive the RAM outputs */

/* Buffer(READb,DO[23:0],DOT[23:0]); */
Buffer(WRITEb,DIN[23:0],DO[23:0]);
Buffer(PRECHb,allone[23:0],DO[23:0]);
Buffer(READb,JVDataB[23:0],DO[23:0]);

/* Define operation */

allone[23:0] = %0xffffff;
!READb = RAMEN & RWb;
!WRITEb = RAMEN & !RWb;
!PRECHb = !RAMEN;
we = !RWb & RAMEN;
web = !we;

.end;
```

231

```
/*  RAMG32X18.CDL

        This block defines an NCR pseudo static RAM that is 32 elements
        deep.  Each element is 18 bits wide (1 double words).
        The application can use as much of this memory as needed.

        Operation:  If the RAM enable input RAMEN is low (precharge) then
        the DO outputs are high.  If the RAM enable input is high and RWb
        is low, then the RAM is written from the DIN inputs to the address
        specified by A.  If RWb is high, then the DOT and DO outputs are
        driven with the data.  If RAMEN is low or RWb is low, then the DOT
        outputs are tristate.

        See the NCR datasheet for exact specifications.
*/

.input RAMEN,RWb,A[4:0],DIN[17:0];
.output DO[17:0];

/* Define memory for RAM storage */

.RAMARRAY RAM0,18,32; /* 18 bits, 32 entries */
PRAM(RAM0,A[4:0],web,DIN[17:0],Data0[17:0]);

/* Define buffers to drive the RAM outputs */

Buffer(WRITEb,DIN[17:0],DO[17:0]);
Buffer(PRECHb,allone[17:0],DO[17:0]);
Buffer(READb,Data0[17:0],DO[17:0]);

/* Define operation */


allone[17:0] = %0x3ffff;   /* Drive DO outputs high on precharge */
!READb = RAMEN & RWb;      /* Drive DOT if RAMEN and RWb are high */
!WRITEb = RAMEN & !RWb;    /* Drive Sram from DIN if low RWb, high RAMEN */
!PRECHb = !RAMEN;
we = !RWb & RAMEN;         /* Write on RAMEN & RWb = 0 */
web = !we;

.end;
```

232

```
/*  RAMG8X23CDL

        This block defines an NCR pseudo static RAM that is 8 elements
        deep.  Each element is 23 bits wide (1 double words).
        The application can use as much of this memory as needed.

        Operation:  If the RAM enable input RAMEN is low (precharge) then
        the DO outputs are high.  If the RAM enable input is high and RWb
        is low, then the RAM is written from the DIN inputs to the address
        specified by A.  If RWb is high, then the DOT and DO outputs are
        driven with the data.  If RAMEN is low or RWb is low, then the DOT
        outputs are tristate.

        See the NCR datasheet for exact specifications.
*/

.input RAMEN,RWb,A[2:0],DIN[22:0];
.output DO[22:0];

/* Define memory for RAM storage */

.PAMARRAY RAM0,23,8; /* 23 bits, 8 entries */
PRAM(RAM0,A[2:0],web,DIN[22:0],Data0[22:0]);

/* Define buffers to drive the RAM outputs */

Buffer(WRITEb,DIN[22:0],DO[22:0]);
Buffer(PRECHb,allone[22:0],DO[22:0]);
Buffer(READb,Data0[22:0],DO[22:0]);

/* Define operation */


allone[22:0] = %0xffffff;  /* Drive DO outputs high on precharge */
!READb = RAMEN & RWb;      /* Drive DOT if RAMEN and RWb are high */
!WRITEb = RAMEN & !RWb;    /* Drive Sram from DIN if low RWb, high RAMEN */
!PRECHb = !RAMEN;
we = !RWb & RAMEN;         /* Write on RAMEN & RWb = 0 */
web = !we;

.end;
```

233

```
.input   WIREN,
         WJREN,
         WKREN,
         WLREN,
         WIWEb,
         WJWEb,
         WKWEb,
         WLWEb,
         LRAI[7:0],
         LRAJ[7:0],
         LRAK[7:0],
         LRAL[7:0],

         TRENW[3:0],
         DVREN[3:0],
         LRURE,

         LRUWEb,
         TRWEb[3:0],
         DVWEb[3:0],

         LRAT[5:0];

.bidi    D_WID[31:0],
         D_WIP[3:0],
         D_WJD[31:0],
         D_WJP[3:0],
         D_WKD[31:0],
         D_WKP[3:0],
         D_WLD[31:0],
         D_WLP[3:0],

         D_W0TD[18:0],
         D_W1TD[18:0],
         D_W2TD[18:0],
         D_W3TD[18:0],

         D_W0DV[19:0],
         D_W1DV[19:0],
         D_W2DV[19:0],
         D_W3DV[19:0],

         D_LRU[2:0];

/*************************************************/
/* First, way I:                               */
/*************************************************/

.block PPR18 WIL
         RAMEN      =       WIREN,
         WEb        =       WIWEb,
         A[7:0]     =       LRAI[7:0],
```

234

```
            DOT[15:0]     =           D_WID[15:0],
            POUT[1:0]     =           D_WIP[1:0];

.block PPR18 WIH
            RAMEN         =           WIREN,
            WEb           =           WIWEb,
            A[7:0]        =           LRAI[7:0],
            DOT[15:0]     =           D_WID[31:16],
            POUT[1:0]     =           D_WIP[3:2];


/********************************************************/
/* now, way J:                                         */
/********************************************************/


.block PPR18 WJL
            RAMEN         =           WJREN,
            WEb           =           WJWEb,
            A[7:0]        =           LRAJ[7:0],
            DOT[15:0]     =           D_WJD[15:0],
            POUT[1:0]     =           D_WJP[1:0];

.block PPR18 WJH
            RAMEN         =           WJREN,
            WEb           =           WJWEb,
            A[7:0]        =           LRAJ[7:0],
            DOT[15:0]     =           D_WJD[31:16],
            POUT[1:0]     =           D_WJP[3:2];


/********************************************************/
/* now, way K:                                         */
/********************************************************/


.block PPR18 WKL
            RAMEN         =           WKREN,
            WEb           =           WKWEb,
            A[7:0]        =           LRAK[7:0],
            DOT[15:0]     =           D_WKD[15:0],
            POUT[1:0]     =           D_WKP[1:0];

.block PPR18 WKH
            RAMEN         =           WKREN,
            WEb           =           WKWEb,
            A[7:0]        =           LRAK[7:0],
            DOT[15:0]     =           D_WKD[31:16],
            POUT[1:0]     =           D_WKP[3:2];
```

235

```
/***********************************************************/
/* now, way L:                                             */
/***********************************************************/


.block PPR18 WLL
        RAMEN       =       WLREN,
        WEb         =       WLWEb,
        A[7:0]      =       LRAL[7:0],
        DOT[15:0]   =       D_WLD[15:0],
        POUT[1:0]   =       D_WLP[1:0];

.block PPR18 WLH
        RAMEN       =       WLREN,
        WEb         =       WLWEb,
        A[7:0]      =       LRAL[7:0],
        DOT[15:0]   =       D_WLD[31:16],
        POUT[1:0]   =       D_WLP[3:2];

/*--------------------------------------------------------*/
/* end of data and parity entry for all 4 ways; now do    */
/* tags and tag parity:                                   */
/*--------------------------------------------------------*/

/* bits:  18              17 16             15:0    */
/* defin: disable bit, tag parity bits,  tag bits */

.block PPR19 TAG0
        RAMEN       =       TRENW[0],
        WEb         =       TRWEb[0],
        A[5:0]      =       LRAT[5:0],
        DOT[15:0]   =       D_W0TD[15:0],
        POUT[1:0]   =       D_W0TD[17:16],
        DISOUT      =       D_W0TD[18];

.block PPR19 TAG1
        RAMEN       =       TRENW[1],
        WEb         =       TRWEb[1],
        A[5:0]      =       LRAT[5:0],
        DOT[15:0]   =       D_W1TD[15:0],
        POUT[1:0]   =       D_W1TD[17:16],
        DISOUT      =       D_W1TD[18];

.block PPR19 TAG2
        RAMEN       =       TRENW[2],
        WEb         =       TRWEb[2],
        A[5:0]      =       LRAT[5:0],
        DOT[15:0]   =       D_W2TD[15:0],
        POUT[1:0]   =       D_W2TD[17:16],
        DISOUT      =       D_W2TD[18];

.block PPR19 TAG3
```

236

```
         RAMEN        =         TRENW[3],
         WEb          =         TRWEb[3],
         A[5:0]       =         LRAT[5:0],
         DOT[15:0]    =         D_W3TD[15:0],
         POUT[1:0]    =         D_W3TD[17:16],
         DISOUT       =         D_W3TD[18];

/*  combined Validity and Dirty Ram:   */
/* bits:  19:16  ,  15:0               */
/* defin: dirty  ,  validity bits      */

.block PPR20 DV0
         RAMEN        =         DVREN[0],
         WEb          =         DVWEb[0],
         A[5:0]       =         LRAT[5:0],
         DOT[15:0]    =         D_W0DV[15:0],
         DTYOUT[3:0]  =         D_W0DV[19:16];

.block PPR20 DV1
         RAMEN        =         DVREN[1],
         WEb          =         DVWEb[1],
         A[5:0]       =         LRAT[5:0],
         DOT[15:0]    =         D_W1DV[15:0],
         DTYOUT[3:0]  =         D_W1DV[19:16];

.block PPR20 DV2
         RAMEN        =         DVREN[2],
         WEb          =         DVWEb[2],
         A[5:0]       =         LRAT[5:0],
         DOT[15:0]    =         D_W2DV[15:0],
         DTYOUT[3:0]  =         D_W2DV[19:16];

.block PPR20 DV3
         RAMEN        =         DVREN[3],
         WEb          =         DVWEb[3],
         A[5:0]       =         LRAT[5:0],
         DOT[15:0]    =         D_W3DV[15:0],
         DTYOUT[3:0]  =         D_W3DV[19:16];

/*---------------------------------------------------------------*/
/* implement LRU bits:                                           */
/* note that these are now implemented in ram:                  */
/*---------------------------------------------------------------*/


.block PPR3 LRU
         RAMEN        =         LRURE,
         WEb          =         LRUWEb,
         A[5:0]       =         LRAT[5:0],
         DOT[2:0]     =         D_LRU[2:0];

.end;
```

Appx0262



# This page is missing

```
/* This block defines a register array for Validity

.IFLEVEL TOP
.CLOCK PCLK;
.EDGE RISING PCLK;
.VECTOR 0;
.ELSE
.INPUT PCLK;
.ASSIGN PCLK;
.EDGE RISING PCLK;
.ENDIF


.INPUT FLUSH,TBWRITE,RWRITE,TAGMATCH;
.INPUT LINE[2:0],SEL[3:0],PREFRET,TVALWR,TEST,RES;
.OUTPUT VALMM[3:0];


WRITE= TBWRITE # RWRITE;

LATCH(PCLK,FLUSH,RFLUSH) ;
LATCH(PCLK,WRITE,REGWRITE) ;
LATCH(PCLK,LINE[2:0],RLINE[2:0]);
LATCH(PCLK,SEL[3:0],RSEL[3:0]);
LATCH(PCLK,PREFRET,RPREFRET) ;
LATCH(PCLK,TVALWR,RTVALWR) ;
LATCH(PCLK,TEST,RTEST) ;
LATCH(PCLK,RES,RRES) ;

/* Define address encoder */

SELL[0]= !RLINE[2] & !RLINE[1] & !RLINE[0];
SELL[1]= !RLINE[2] & !RLINE[1] &  RLINE[0];
SELL[2]= !RLINE[2] &  RLINE[1] & !RLINE[0];
SELL[3]= !RLINE[2] &  RLINE[1] &  RLINE[0];
SELL[4]=  RLINE[2] & !RLINE[1] & !RLINE[0];
SELL[5]=  RLINE[2] & !RLINE[1] &  RLINE[0];
SELL[6]=  RLINE[2] &  RLINE[1] & !RLINE[0];
SELL[7]=  RLINE[2] &  RLINE[1] &  RLINE[0];

SELE[0]= SELL[0] & RSEL[0];
SELE[1]= SELL[0] & RSEL[1];
SELE[2]= SELL[0] & RSEL[2];
SELE[3]= SELL[0] & RSEL[3];

SELE[4]= SELL[1] & RSEL[0];
SELE[5]= SELL[1] & RSEL[1];
SELE[6]= SELL[1] & RSEL[2];
SELE[7]= SELL[1] & RSEL[3];

SELE[8]= SELL[2] & RSEL[0];
SELE[9]= SELL[2] & RSEL[1];
```

239

```
SELE[10]= SELL[2] & RSEL[2];
SELE[11]= SELL[2] & RSEL[3];

SELE[12]= SELL[3] & RSEL[0];
SELE[13]= SELL[3] & RSEL[1];
SELE[14]= SELL[3] & RSEL[2];
SELE[15]= SELL[3] & RSEL[3];

SELE[16]= SELL[4] & RSEL[0];
SELE[17]= SELL[4] & RSEL[1];
SELE[18]= SELL[4] & RSEL[2];
SELE[19]= SELL[4] & RSEL[3];

SELE[20]= SELL[5] & RSEL[0];
SELE[21]= SELL[5] & RSEL[1];
SELE[22]= SELL[5] & RSEL[2];
SELE[23]= SELL[5] & RSEL[3];

SELE[24]= SELL[6] & RSEL[0];
SELE[25]= SELL[6] & RSEL[1];
SELE[26]= SELL[6] & RSEL[2];
SELE[27]= SELL[6] & RSEL[3];

SELE[28]= SELL[7] & RSEL[0];
SELE[29]= SELL[7] & RSEL[1];
SELE[30]= SELL[7] & RSEL[2];
SELE[31]= SELL[7] & RSEL[3];


.SIGNAL VAL[31:0];
.SIGNAL VALM[7:0];
.SIGNAL VALMM[3:0];


/* LINE ONE */

VIN[0]=      (VAL[0] # RFLUSH # RRES # RTVALWR & SELE[0]
              # TAGMATCH & REGWRITE & !RTEST & SELE[0])
         &!(RPREFRET & SELE[0]
              # RTVALWR & !SELE[0] & SELL[0] & REGWRITE);

VIN[1]=      (VAL[1] # RFLUSH # RRES # RTVALWR & SELE[1]
              # TAGMATCH & REGWRITE & !RTEST & SELE[1]
              # RPREFRET & SELL[0] & RSEL[0])
         &!(RPREFRET & SELE[1]
              # RTVALWR & !SELE[1] & SELL[0] & REGWRITE);

VIN[2]=      (VAL[2] # RFLUSH # RRES # RTVALWR & SELE[2]
              # TAGMATCH & REGWRITE & !RTEST & SELE[2]
              # RPREFRET & SELL[0] & RSEL[0])
         &!(RPREFRET & SELE[2]
              # RTVALWR & !SELE[2] & SELL[0] & REGWRITE);
```

240

```
VIN[3]=      (VAL[3] # RFLUSH # RRES # RTVALWR & SELE[3]
             # TAGMATCH & REGWRITE & !RTEST & SELE[3]
             # RPREFRET & SELL[0] & RSEL[0])
        &!(RPREFRET & SELE[3]
             # RTVALWR & !SELE[3] & SELL[0] & REGWRITE);


/* LINE TWO */

VIN[4]=      (VAL[4] # RFLUSH # RRES # RTVALWR & SELE[4]
             # TAGMATCH & REGWRITE & !RTEST & SELE[4])
        &!(RPREFRET & SELE[4]
             # RTVALWR & !SELE[4] & SELL[1] & REGWRITE);

VIN[5]=      (VAL[5] # RFLUSH # RRES # RTVALWR & SELE[5]
             # TAGMATCH & REGWRITE & !RTEST & SELE[5]
             # RPREFRET & SELL[1] & RSEL[0])
        &!(RPREFRET & SELE[5]
             # RTVALWR & !SELE[5] & SELL[1] & REGWRITE);

VIN[6]=      (VAL[6] # RFLUSH # RRES # RTVALWR & SELE[6]
             # TAGMATCH & REGWRITE & !RTEST & SELE[6]
             # RPREFRET & SELL[1] & RSEL[0])
        &!(RPREFRET & SELE[6]
             # RTVALWR & !SELE[6] & SELL[1] & REGWRITE);

VIN[7]=      (VAL[7] # RFLUSH # RRES # RTVALWR & SELE[7]
             # TAGMATCH & REGWRITE & !RTEST & SELE[7]
             # RPREFRET & SELL[1] & RSEL[0])
        &!(RPREFRET & SELE[7]
             # RTVALWR & !SELE[7] & SELL[1] & REGWRITE);

/* LINE THREE */

VIN[8]=      (VAL[8] # RFLUSH # RRES # RTVALWR & SELE[8]
             # TAGMATCH & REGWRITE & !RTEST & SELE[8])
        &!(RPREFRET & SELE[8]
             # RTVALWR & !SELE[8] & SELL[2] & REGWRITE);

VIN[9]=      (VAL[9] # RFLUSH # RRES # RTVALWR & SELE[9]
             # TAGMATCH & REGWRITE & !RTEST & SELE[9]
             # RPREFRET & SELL[2] & RSEL[0])
        &!(RPREFRET & SELE[9]
             # RTVALWR & !SELE[9] & SELL[2] & REGWRITE);

VIN[10]=     (VAL[10] # RFLUSH # RRES # RTVALWR & SELE[10]
             # TAGMATCH & REGWRITE & !RTEST & SELE[10]
             # RPREFRET & SELL[2] & RSEL[0])
        &!(RPREFRET & SELE[10]
             # RTVALWR & !SELE[10] & SELL[2] & REGWRITE);

VIN[11]=     (VAL[11] # RFLUSH # RRES # RTVALWR & SELE[11]
```

241

Appx0266

```
                    # TAGMATCH & REGWRITE & !RTEST & SELE[11]
                    # RPREFRET & SELL[2] & RSEL[0])
               &!(RPREFRET & SELE[11]
                    # RTVALWR & !SELE[11] & SELL[2] & REGWRITE);

/* LINE FOUR */

VIN[12]=        (VAL[12] # RFLUSH # RRES # RTVALWR & SELE[12]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[12])
               &!(RPREFRET & SELE[12]
                    # RTVALWR & !SELE[12] & SELL[3] & REGWRITE);

VIN[13]=        (VAL[13] # RFLUSH # RRES # RTVALWR & SELE[13]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[13]
                    # RPREFRET & SELL[3] & RSEL[0])
               &!(RPREFRET & SELE[13]
                    # RTVALWR & !SELE[13] & SELL[3] & REGWRITE);

VIN[14]=        (VAL[14] # RFLUSH # RRES # RTVALWR & SELE[14]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[14]
                    # RPREFRET & SELL[3] & FSEL[0])
               &!(RPREFRET & SELE[14]
                    # RTVALWR & !SELE[14] & SELL[3] & REGWRITE);

VIN[15]=        (VAL[15] # RFLUSH # RRES # RTVALWR & SELE[15]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[15]
                    # RPREFRET & SELL[3] & RSEL[0])
               &!(RPREFRET & SELE[15]
                    # RTVALWR & !SELE[15] & SELL[3] & REGWRITE);

/* LINE FIVE */

VIN[16]=        (VAL[16] # RFLUSH # RRES # RTVALWR & SELE[16]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[16])
               &!(RPREFRET & SELE[16]
                    # RTVALWR & !SELE[16] & SELL[4] & REGWRITE);

VIN[17]=        (VAL[17] # RFLUSH # RRES # RTVALWR & SELE[17]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[17]
                    # RPREFRET & SELL[4] & RSEL[0])
               &!(RPREFRET & SELE[17]
                    # RTVALWR & !SELE[17] & SELL[4] & REGWRITE);

VIN[18]=        (VAL[18] # RFLUSH # RRES # RTVALWR & SELE[18]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[18]
                    # RPREFRET & SELL[4] & RSEL[0])
               &!(RPREFRET & SELE[18]
                    # RTVALWR & !SELE[18] & SELL[4] & REGWRITE);

VIN[19]=        (VAL[19] # RFLUSH # RRES # RTVALWR & SELE[19]
                    # TAGMATCH & REGWRITE & !RTEST & SELE[19]
                    # RPREFRET & SELL[4] & RSEL[0])
```

242

```
           &!(RPREFRET & SELE[19]
              # RTVALWR & !SELE[19] & SELL[4] & REGWRITE);

/* LINE SIX */

VIN[20]=      (VAL[20] # RFLUSH # RRES # RTVALWR & SELE[20]
              # TAGMATCH & REGWRITE & !RTEST & SELE[20])
           &!(RPREFRET & SELE[20]
              # RTVALWR & !SELE[20] & SELL[5] & REGWRITE);

VIN[21]=      (VAL[21] # RFLUSH # RRES # RTVALWR & SELE[21]
              # TAGMATCH & REGWRITE & !RTEST & SELE[21]
              # RPREFRET & SELL[5] & RSEL[0])
           &!(RPREFRET & SELE[21]
              # RTVALWR & !SELE[21] & SELL[5] & REGWRITE);

VIN[22]=      (VAL[22] # RFLUSH # RRES # RTVALWR & SELE[22]
              # TAGMATCH & REGWRITE & !RTEST & SELE[22]
              # RPREFRET & SELL[5] & RSEL[0])
           &!(RPREFRET & SELE[22]
              # RTVALWR & !SELE[22] & SELL[5] & REGWRITE);

VIN[23]=      (VAL[23] # RFLUSH # RRES # RTVALWR & SELE[23]
              # TAGMATCH & REGWRITE & !RTEST & SELE[23]
              # RPREFRET & SELL[5] & RSEL[0])
           &!(RPREFRET & SELE[23]
              # RTVALWR & !SELE[23] & SELL[5] & REGWRITE);

/* LINE SEVEN */

VIN[24]=      (VAL[24] # RFLUSH # RRES # RTVALWR & SELE[24]
              # TAGMATCH & REGWRITE & !RTEST & SELE[24])
           &!(RPREFRET & SELE[24]
              # RTVALWR & !SELE[24] & SELL[6] & REGWRITE);

VIN[25]=      (VAL[25] # RFLUSH # RRES # RTVALWR & SELE[25]
              # TAGMATCH & REGWRITE & !RTEST & SELE[25]
              # RPREFRET & SELL[6] & RSEL[0])
           &!(RPREFRET & SELE[25]
              # RTVALWR & !SELE[25] & SELL[6] & REGWRITE);

VIN[26]=      (VAL[26] # RFLUSH # RRES # RTVALWR & SELE[26]
              # TAGMATCH & REGWRITE & !RTEST & SELE[26]
              # RPREFRET & SELL[6] & RSEL[0])
           &!(RPREFRET & SELE[26]
              # RTVALWR & !SELE[26] & SELL[6] & REGWRITE);

VIN[27]=      (VAL[27] # RFLUSH # RRES # RTVALWR & SELE[27]
              # TAGMATCH & REGWRITE & !RTEST & SELE[27]
              # RPREFRET & SELL[6] & RSEL[0])
           &!(RPREFRET & SELE[27]
              # RTVALWR & !SELE[27] & SELL[6] & REGWRITE);
```

243

Appx0268

```
/* LINE EIGHT */

VIN[28]=        (VAL[28] # RFLUSH # RRES # RTVALWR & SELE[28]
                # TAGMATCH & REGWRITE & !RTEST & SELE[28])
           &!(RPREFRET & SELE[28]
                # RTVALWR & !SELE[28] & SELL[7] & REGWRITE);

VIN[29]=        (VAL[29] # RFLUSH # RRES # RTVALWR & SELE[29]
                # TAGMATCH & REGWRITE & !RTEST & SELE[29]
                # RPREFRET & SELL[7] & RSEL[0])
           &!(RPREFRET & SELE[29]
                # RTVALWR & !SELE[29] & SELL[7] & REGWRITE);

VIN[30]=        (VAL[30] # RFLUSH # RRES # RTVALWR & SELE[30]
                # TAGMATCH & REGWRITE & !RTEST & SELE[30]
                # RPREFRET & SELL[7] & RSEL[0])
           &!(RPREFRET & SELE[30]
                # RTVALWR & !SELE[30] & SELL[7] & REGWRITE);

VIN[31]=        (VAL[31] # RFLUSH # RRES # RTVALWR & SELE[31]
                # TAGMATCH & REGWRITE & !RTEST & SELE[31]
                # RPREFRET & SELL[7] & RSEL[0])
           &!(RPREFRET & SELE[31]
                # RTVALWR & !SELE[31] & SELL[7] & REGWRITE);


MUX4(LINE[1],LINE[0],VAL[0],VAL[4],VAL[8],VAL[12],VALM[0]);
MUX4(LINE[1],LINE[0],VAL[16],VAL[20],VAL[24],VAL[28],VALM[1]);
MUX4(LINE[1],LINE[0],VAL[1],VAL[5],VAL[9],VAL[13],VALM[2]);
MUX4(LINE[1],LINE[0],VAL[17],VAL[21],VAL[25],VAL[29],VALM[3]);
MUX4(LINE[1],LINE[0],VAL[2],VAL[6],VAL[10],VAL[14],VALM[4]);
MUX4(LINE[1],LINE[0],VAL[18],VAL[22],VAL[26],VAL[30],VALM[5]);
MUX4(LINE[1],LINE[0],VAL[3],VAL[7],VAL[11],VAL[15],VALM[6]);
MUX4(LINE[1],LINE[0],VAL[19],VAL[23],VAL[27],VAL[31],VALM[7]);

MUX2(LINE[2],VALM[0],VALM[1],VALMM[0]);
MUX2(LINE[2],VALM[2],VALM[3],VALMM[1]);
MUX2(LINE[2],VALM[4],VALM[5],VALMM[2]);
MUX2(LINE[2],VALM[6],VALM[7],VALMM[3]);


PCLKb= !PCLK;
REGISTER(PCLKb,VIN,VAL);


.END;
```

244

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
 *
 * Filename:          wb.cdl
 *
 * Description:
 *
 *      Model of the combinational circuitry and RAM
 *      present in the write buffer block of the MIB chip.
 *
 *      INIT MODE:  WB will invalidate on all writes.  This is accomplished
 *              by fooling the write buffer into thinking that the current
 *              command is from a 486 processor (L_CT is == 486 during INIT).
 *
 */

.IFLEVEL TOP
.clock PCLK;
.edge rising PCLK;
.vector 0;
.ELSE
.input PCLK;
.assign PCLK;
.edge rising PCLK;
.ENDIF

.BIDI    T_WRT_RDb,      /* TB Write signal, Equal to 1 on writes, 0 on reads*/
         T_BURST,        /* Equal to 1 on 486 Burst reads             */
         T_DBUS[31:0],   /* Transaction data bus                      */
         T_ABUS[23:0],   /* TB address bus (minus lower 2 bits 0,1 here)  */
         T_BEb[3:0],     /* Transaction bus byte enable control       */
         T_MIOb,         /* TB command is a Memory command or IO (register) */
         T_IDN[1:0],     /* ID number of current command master (receiver)  */
         T_DCb;          /* Data or Code instruction on TB            */

.INPUT   L_WRT_RDb,      /* Latched:  Equal to 1 on writes, 0 on reads    */
         L_CT[1:0],      /* Latched:  CPU type of current command sender  */
         L_BURST,        /* Latched:  486BURST (read) - valid T2 on       */
         L_STREAM,       /* Latched:  MCABURST - valid T2 on          */
         T_DPAR[3:0],    /* Transaction bus data (byte) parity        */
         T_APAR[2:0],    /* Transaction bus address (byte) parity on A[25:6] */
         T_GRANTb,       /* Transaction bus grant for use next cycle      */
         ADV_ABUS[3:0],  /* Advance address bus (bits needed to address set) */
         ADSb,           /* Internal address strobe signal            */
         PREFETCH,       /* Prefetch desires more data                */
         DR_BUSYb,       /* DRAM is busy                              */
         NA[1:0],        /* Next 2 LSBits of Burst Read Addr          */
         LAT_AA[19:0],   /* TAG portion of latched advance address    */
         PROC_486,       /* System Processor Type (static): 0-386, 1-486  */

         /* THE FOLLOWING INPUTS COME FROM THE STATE MACHINE */

         IDLE,           /* General Activities SM in IDLE             */
```

245

```
      T2,              /* Cycle 2 states of Gen Act SM                 */
      T3on,            /* Cycle 3 on of Gen Act SM                     */
      IN_TEST,         /* Caches are in the TEST state                 */
      IN_INIT,         /* Caches are in the INIT state                 */
      SMCHOPT,         /* Chop Tag RAMEN input from Master Cache SM    */
      SMCHOPD,         /* Chop Data RAMEN input from MCSM              */
      DSABL,           /* Disable RAMs (no read returns, no sinking writes)*/
      IN_SOVFL,        /* In single overflow state of MCSM             */
      IN_HCLN,         /* In house clean state of MCSM                 */
      IN_BEVAL,        /* In Burst evaluate state of MCSM              */
      D_TO_TB,         /* Output valid data to TB input from MCSM      */
      ta4_TBb,         /* Drive TAGs from TB input from MCSM           */
      CMP_TBb,         /* Take tag comparison addr from TB             */
      hold_d1,         /* Hold data in first latch input from MCSM     */
      RAND_RD486,      /* Invalidate on hits during 486 Random Reads   */
      RAND_CDRD386;    /* Invalidate on clean hits during 386 code Rand Rds*/

.OUTPUT HIT[3:0],      /* WB byte hit bus - for state machine RDY equation */
      T_WBVALIDb,      /* Current command is valid and driven by caches */
      T_REQOVb,        /* Request TB for Overflow on next cycle        */
      T_REQHCb,        /* Request TB for House Cleaning on next cycle  */
      TAGPER,          /* Parity error has occured on TAG RAM access   */
      DPER_OUT[3:0],   /* RAM Parity read for data being placing on TB */
      MERGING;         /* Dirty data is being placed onto TB from WB   */

.define CPU_PT486 10b

/* Define the signals to be processed first in feedback paths */

.Signal TADDR4[3:0],drtAout[23:0],LDDOUT[2:0],dpar0[3:0],dpar1[3:0];
.Signal vb0b[3:0],vb1b[3:0],TPE0[2:0],TPE1[2:0];
.Signal TAG0DO[23:0],TAG1DO[23:0],do1b[3:0],do0b[3:0];
.Signal tp0c_byte[7:0],tp1c_byte[7:0];

/* Define Rand Write operation */

Rand_wrt = T2 & L_WRT_RDb & !L_BURST & !L_STREAM & !IN_TEST
        & (L_CT != CPU_PT486) & T_MIOb;

PROC_386 = !PROC_486;

/* Define registers, latches, and buffers for dirty and LRU handling */
/* drtAout holds dirty address for cleaning, drtDout holds data for
cleaning*/

Latch(dirty_inb,T_ABUS[23:0],drtAout[23:0]);
Latch(dirty_inb,T_DBUS[31:0],drtDout[31:0]);
Latch(dirty_inb,T_BEb[3:0],drtBEout[3:0]);
Buffer(dirty_outb,drtAout[23:0],T_ABUS[23:0]);
Buffer(dirty_outb,drtDout[31:0],T_DBUS[31:0]);
Buffer(dirty_outb,drtBEout[3:0],T_BEb[3:0]);
Latch(dtyvld_inb,drt_vldin,drt_valid); /* Flag:  dirty register valid? */
```

246

```
latch<{dirty_inb,drt_wayin,drt_way};   /* bit: which way is in dirty latch */
Mux2(from_drtreg,TADDR4{3:0},drtAout{3:0},ddlmux4{3:0});

.BLOCK wbreg wbrb
          latin_lru          = latin_lru,
          ddlmux4            = ddlmux4,
          TADDR4             = TADDR4,
          NXT_LRU            = NXT_LRU,
          latin_drt0         = latin_drt0,
          latin_drt1         = latin_drt1,
          NXT_DRT            = NXT_DRT,
          LDDOUT{2:0}        = LDDOUT{2:0};


/* latch dirty bit when tag stable if writing or immed if housecleaning */

latin_lru     = Tlat_close & (!IN_TEST # TTLRU) & !L_STREAM
                & (wt_to_0 # wt_to_1 # found0 # found1);
latin_drt0    = (Tlat_close & wt_to_0) # (IN_HCLN & !drt_way) # TTTAG0;
latin_drt1    = (Tlat_close & wt_to_1) # (IN_HCLN & drt_way) # TTTAG1;


/* Latch in dirty data and address for housecleaning on
          1)  any random write to write buffer
          2)  any read return where dirty data is driven from WB to TB
              (Since DC only updates dirty data in 486,
               and since WB only house cleans in 386,
               dirty data could be loaded into register on any read)
*/

!dirty_inb = (Rand_wrt # (MERGING & !IN_TEST & WRToutb)) & PROC_386;
!dtyvld_inb = !dirty_inb # !dirty_outb;
!dirty_outb = IN_HCLN;
drt_vldin   = !dirty_inb & !DSABL;
drt_wayin   = !do1b[0] # !do1b[1] # !do1b[2] # !do1b[3] # wt_to_1;
from_drtreg = IN_HCLN;

/* Define circuitry to place write command onto TB */

ZERO       = 0b;
ONE        = 1b;
TWO[1:0]   = %0x2;
THREE[1:0] = %0x3;

!USE_TBb := !T_GRANTb & (!T_REQOVb # !T_REQHCb);
!WRToutb  = !USE_TBb & (!N_SOVFL # IN_HCLN);
Buffer(WRToutb,ONE,T_WRT_RDb);
Buffer(WRToutb,TWO,T_IDN);
Buffer(WRToutb,ZERO,T_BURST);
Buffer(WRToutb,ONE,T_MIOb);
Buffer(WRToutb,ONE,T_DCb);
!T_WBVALIDb := !WRToutb;
```

247

```
/* Define data latches and buffers from RAM to transaction bus */
/*   - Don't let new TAG data into latch until saved by latches (IN_RRb) */

Tlat_close = (T2 # (T3on & !IN_RRb)) & !PCLK;
Latch(Tlat_close,TAG0DO[23:0],TAG0[23:0]);   /* Latch TAG outputs */
Latch(Tlat_close,TAG1DO[23:0],TAG1[23:0]);
Latch(Tlat_close,LDDOUT[1],dirty0);
Latch(Tlat_close,LDDOUT[0],dirty1);
Latch(Tlat_close,LDDOUT[2],LRU);

T_DIN[31:0] = T_DBUS[31:0];
Latch(IN_RRb,DO0[31:0],DO0_LAT[31:0]); /* Latch for reading from way0 "  " */
Latch(IN_RRb,DO1[31:0],DO1_LAT[31:0]);
Latch(IN_2RRb,DO0_LAT[31:0],DO0_2LAT[31:0]);
Latch(IN_2RRb,DO1_LAT[31:0],DO1_2LAT[31:0]);

/* Latch all validity and data parity bits out of data RAMs */

Latch(IN_RRb,dpar0a_L,dpar0[0]);
Latch(IN_RRb,dpar0b_L,dpar0[1]);
Latch(IN_RRb,dpar0c_L,dpar0[2]);
Latch(IN_RRb,dpar0d_L,dpar0[3]);
Latch(IN_RRb,dpar1a_L,dpar1[0]);
Latch(IN_RRb,dpar1b_L,dpar1[1]);
Latch(IN_RRb,dpar1c_L,dpar1[2]);
Latch(IN_RRb,dpar1d_L,dpar1[3]);

Latch(IN_RRb,vb0a_b_L,vb0b[0]);
Latch(IN_RRb,vb0b_b_L,vb0b[1]);
Latch(IN_RRb,vb0c_b_L,vb0b[2]);
Latch(IN_RRb,vb0d_b_L,vb0b[3]);
Latch(IN_RRb,vb1a_b_L,vb1b[0]);
Latch(IN_RRb,vb1b_b_L,vb1b[1]);
Latch(IN_RRb,vb1c_b_L,vb1b[2]);
Latch(IN_RRb,vb1d_b_L,vb1b[3]);

Latch(IN_RRb,dirty0,DDTY0);
Latch(IN_RRb,dirty1,DDTY1);

/* Define 2cd level of latching on validity/dirty
   - used in driving data to TB on Burst operations */

Latch(IN_2RRb,DDTY0,D2DTY0);
Latch(IN_2RRb,DDTY1,D2DTY1);
Latch(IN_2RRb,vb0b[3:0],vb20b[3:0]);
Latch(IN_2RRb,vb1b[3:0],vb21b[3:0]);
Latch(IN_2RRb,dpar0[3:0],dpar20[3:0]);
Latch(IN_2RRb,dpar1[3:0],dpar21[3:0]);

/* Define Buffers to drive transaction bus */

Buffer(d30b[0],DO0_2LAT[7:0],T_DBUS[7:0]);       /* Buffer each byte to TB */
```

248

```
Buffer(do0b[1],DO0_2LAT[15:8],T_DBUS[15:8]);
Buffer(do0b[2],DO0_2LAT[23:16],T_DBUS[23:16]);
Buffer(do0b[3],DO0_2LAT[31:24],T_DBUS[31:24]);
Buffer(do1b[0],DO1_2LAT[7:0],T_DBUS[7:0]);
Buffer(do1b[1],DO1_2LAT[15:8],T_DBUS[15:8]);
Buffer(do1b[2],DO1_2LAT[23:16],T_DBUS[23:16]);
Buffer(do1b[3],DO1_2LAT[31:24],T_DBUS[31:24]);

/* Drive data parity read from RAM to TB whenever the data byte is written */

Buffer(do0b[0],dpar20[0],DPER_OUT[0]);
Buffer(do0b[1],dpar20[1],DPER_OUT[1]);
Buffer(do0b[2],dpar20[2],DPER_OUT[2]);
Buffer(do0b[3],dpar20[3],DPER_OUT[3]);
Buffer(do1b[0],dpar21[0],DPER_OUT[0]);
Buffer(do1b[1],dpar21[1],DPER_OUT[1]);
Buffer(do1b[2],dpar21[2],DPER_OUT[2]);
Buffer(do1b[3],dpar21[3],DPER_OUT[3]);

/* Define buffers to drive transaction bus data while in test mode */

!TTDAT0b   = TTDAT0 & !L_WRT_RDb;
!TTDAT1b   = TTDAT1 & !L_WRT_RDb;
!TTVaPa0b  = TTVaPa0 & !L_WRT_RDb;
!TTTAG0b   = TTTAG0 & !L_WRT_RDb;
!TTVaPa1b  = TTVaPa1 & !L_WRT_RDb;
!TTTAG1b   = TTTAG1 & !L_WRT_RDb;
!TTLRUb    = TTLRU & !L_WRT_RDb;

Buffer(TTVaPa0b,vb0b[3:0],T_DBUS[3:0]);
Buffer(TTVaPa1b,vb1b[3:0],T_DBUS[3:0]);
Buffer(TTVaPa0b,dpar0[3:0],T_DBUS[19:16]);
Buffer(TTVaPa1b,dpar1[3:0],T_DPUS[19:16]);

Buffer(TTTAG0b,ldis0,T_DBUS[0]);
Buffer(TTTAG0b,tpar0[2:0],T_DBUS[31:29]);
Buffer(TTTAG0b,cmptag0[19:0],T_DBUS[25:6]);
Buffer(TTTAG0b,dirty0,T_DBUS[26]);
Buffer(TTTAG1b,ldis1,T_DBUS[0]);
Buffer(TTTAG1b,tpar1[2:0],T_DBUS[31:29]);
Buffer(TTTAG1b,cmptag1[19:0],T_DBUS[25:6]);
Buffer(TTTAG1b,dirty1,T_DBUS[26]);

Buffer(TTLRUb,LRU,T_DBUS[0]);

/* Define inputs/outputs of TAG RAMs
   - cmptag is used in comparitor (with line disable added in) */

ldis0         = TAG0[23];
tpar0[2:0]    = TAG0[22:20];
cmptag0[19:0] = TAG0[19:0];
cmptag0[20]   = ldis0;
```

249

```
ldis1        = TAG1[23];
tpar1[2:0]   = TAG1[22:20];
cmptag1[19:0] = TAG1[19:0];
cmptag1[20]  = ldis1;

TAG0DIN[19:0]  = NXT_TAG[19:0];
TAG0DIN[22:20] = NXT_TPAR[2:0];
TAG0DIN[23]    = NXT_ldis0;
TAG1DIN[19:0]  = NXT_TAG[19:0];
TAG1DIN[22:20] = NXT_TPAR[2:0];
TAG1DIN[23]    = NXT_ldis1;


/* Define combinational logic from TAGs to control data */

/* Take address for tag comparison from TB only on streaming commands */

Register(PCLK,T_ABUS[23:4],lat_tbtag[19:0]);
Mux2(CMP_TBb,lat_tbtag,LAT_AA[19:0],Acmpbus[19:0]);

/* Use cmptag0[20] bit (ldis0) to self time comparitor */

Acmpbus[20]  = %0b;
Comparator(cmptag0,Acmpbus,xfound0b); /* TAG == ADDRESS ?          */
Comparator(cmptag1,Acmpbus,xfound1b); /* Always get Addr from ADV_ABUS */
xfound0   = !xfound0b;
xfound1   = !xfound1b;

/* some byte in tag is valid - if ldis0, then these all == 0 */

valid0   = !vb0b[0] # !vb0b[1] # !vb0b[2] # !vb0b[3];
valid1   = !vb1b[0] # !vb1b[1] # !vb1b[2] # !vb1b[3];
found0   = xfound0 & valid0;              /* TAG == ADDRESS ?          */
found1   = xfound1 & valid1;              /* (xfound = comparitor output) */

/* Invalidate on
        1)   486 writes, or all streaming writes
                - Invalidate on Streaming writes 2 cycles after TB data
        2)   486 random reads or clean 386 random code reads
                (assume that DC updates on these instructions)
*/

SWRT_T3on   = T3on & L_STREAM & L_WRT_RDb;
SW_INVLST0 := xfound0 & SWRT_T3on;
SW_INVLST1 := xfound1 & SWRT_T3on;
INVLDT = (L_WRT_RDb & (L_CT == CPU_PT486 # L_STREAM) & T2) # RAND_RD486;
Invld0 = (INVLDT # (!dirty0 & RAND_CDRD386)) & xfound0 & !IN_TEST
        # IN_INIT # SW_INVLST0;
Invld1 = (INVLDT # (!dirty1 & RAND_CDRD386)) & xfound1 & !IN_TEST
        # IN_INIT # SW_INVLST1;

/* Determine Write/Overflow control signal status
        - Assume both lines enabled for noroom equation.
```

                                    250

```
        - Handle line disable more efficiently in write and ovfl cases.
*/

noroom   = valid0 & valid1 & !found0 & !found1;    /* No room for new data
*/
wt_to_0  = (found0 # (!valid0 & !found1) # (noroom & !LRU) # ldis1)
           & !ldis0 & Rand_wrt;
wt_to_1  = (found1 # (!valid1 & valid0 & !found0) # (noroom & LRU) # ldis0)
           & !ldis1 & Rand_wrt;
Ovflw0   = wt_to_0 & (noroom # ldis1 & valid0 & !found0) & dirty0;
Ovflw1   = wt_to_1 & (noroom # ldis0 & valid1 & !found1) & dirty1;

/* Overflow situation remains until cycle after DRAM takes data */

!RES_OVb = !WRToutb & DR_BUSYb;
cond_OV  = Ovflw0 # Ovflw1;
ERREGISTER(T2,RES_OVb,cond_OV,OVERFLOW);

/* Request bus when overflow exists or when housecleaning is possible
   without affecting other operations performance
        - Also don't request for HC if in T2 of code read
          (ie, give prefetch queue the chance in T3 to bring prefetch active
*/

!T_REQOVb = T2 & cond_OV # RES_OVb & OVERFLOW;
!T_REQHCb = (drt_valid & !PREFETCH & ADSb & PROC_386 & !IN_TEST
            & !(!T_DCb & !L_WRT_RDb))
           # (IN_HCLN & !DR_BUSYb & ADSb & !IN_TEST);

/* Determine if a HIT has occurred on each byte
   - Store the result for each way in a latch to be used for gating out
     the data after T2.
   - Only report HIT if write/read occured in line which was not disabled.
*/

HIT0L[3:0] = xfound0 & !vb0b[3:0] # wt_to_0;
HIT1L[3:0] = xfound1 & !vb1b[3:0] # wt_to_1;

Latch(IN_RRb,HIT0L[3:0],HIT0C[3:0]);
Latch(IN_RRb,HIT1L[3:0],HIT1C[3:0]);
Latch(IN_2RRb,HIT0C[3:0],HIT0[3:0]);
Latch(IN_2RRb,HIT1C[3:0],HIT1[3:0]);

HIT[3:0] = (HIT0[3:0] # HIT1[3:0]) & (T2 # T3on);

/* Allow transparent pass of DO until write begins */

!IN_RRb  = IDLE # T2 & PCLK # T3on & IN_2RRb & !hold_d1;
!IN_2RRb = IDLE & !IN_SOVFL # T2 # T3on & PCLK;

/* Define control to Data RAM banks output to TB */
```

                                251

```
/*If in BHIT2 & latched data is valid, then put data on TB */

!do0b[3:0] = T2 & !L_WRT_RDb & !L_STREAM & xfound0 & !vb20b[3:0] & !IN_TEST
           # D_TO_TB & HIT0[3:0] # TTDAT0 & !L_WRT_RDb;
!do1b[3:0] = T2 & !L_WRT_RDb & !L_STREAM & xfound1 & !vb21b[3:0] & !IN_TEST
           # D_TO_TB & HIT1[3:0] # TTDAT1 & !L_WRT_RDb;


MERGING = D2DTY0 & (!do0b[0] # !do0b[1] # !do0b[2] # !do0b[3]) #
          D2DTY1 & (!do1b[0] # !do1b[1] # !do1b[2] # !do1b[3]);


/* Define Latch, Buffer, and Mux logic to write address to TB */

Mux2(tag1_0b,TAG0[19:0],TAG1[19:0],muxtag[19:0]);
Latch(TAGopenb,muxtag[19:0],lat2tag[23:4]);
Latch(TAGopenb,TADDR4[3:0],lat2tag[3:0]);
Buffer(TAGtoTBAb,lat2tag[23:0],T_ABUS[23:0]);
Buffer(BEout0b,vb20b[0],T_BEb[0]);
Buffer(BEout0b,vb20b[1],T_BEb[1]);
Buffer(BEout0b,vb20b[2],T_BEb[2]);
Buffer(BEout0b,vb20b[3],T_BEb[3]);
Buffer(BEout1b,vb21b[0],T_BEb[0]);
Buffer(BEout1b,vb21b[1],T_BEb[1]);
Buffer(BEout1b,vb21b[2],T_BEb[2]);
Buffer(BEout1b,vb21b[3],T_BEb[3]);

!BEout0b  = !WRToutb & IN_SOVFL & (HIT0[0] # HIT0[1] # HIT0[2] # HIT0[3]);
!BEout1b  = !WRToutb & IN_SOVFL & (HIT1[0] # HIT1[1] # HIT1[2] # HIT1[3]);
!TAGtoTBAb = !WRToutb & IN_SOVFL;

/* The !PCLK in next line causes TAGopenb to close immed. on PCLK 0->1 edge
*/

!TAGopenb = !IN_SOVFL & !PCLK;
tag1_0b   = wt_to_1;

/* Define write/read control to Data and TAG RAM banks
        - In streaming writes, invalidate off of the Byte enables
          present on the TB two cycles previous
*/

SWD1_BEb[3:0] := T_BEb[3:0];
SWD2_BEb[3:0] := SWD1_BEb[3:0];
Mux2(SWRT_T5on,T_BEb[3:0],SWD2_BEb[3:0],DRW_BEb[3:0]);

!D0aRWb = (wt_to_0 # Invld0 # (TTDAT0 # TTVaPa0) & L_WRT_RDb)
          & !DRW_BEb[0] & !PCLK;
!D0bRWb = (wt_to_0 # Invld0 # (TTDAT0 # TTVaPa0) & L_WRT_RDb)
          & !DRW_BEb[1] & !PCLK;
!D0cRWb = (wt_to_0 # Invld0 # (TTDAT0 # TTVaPa0) & L_WRT_RDb)
          & !DRW_BEb[2] & !PCLK;
!D0dRWb = (wt_to_0 # Invld0 # (TTDAT0 # TTVaPa0) & L_WRT_RDb)
          & !DRW_BEb[3] & !PCLK;
```

252

```
!D1aRWb   = (wt_to_1 # Invld1 # (TTDAT1 # TTVaPa1) & L_WRT_RDb)
            & !DRW_BEb[0] & !PCLK;
!D1bRWb   = (wt_to_1 # Invld1 # (TTDAT1 # TTVaPa1) & L_WRT_RDb)
            & !DRW_BEb[1] & !PCLK;
!D1cRWb   = (wt_to_1 # Invld1 # (TTDAT1 # TTVaPa1) & L_WRT_RDb)
            & !DRW_BEb[2] & !PCLK;
!D1dRWb   = (wt_to_1 # Invld1 # (TTDAT1 # TTVaPa1) & L_WRT_RDb)
            & !DRW_BEb[3] & !PCLK;
!TAG0RWb  = (wt_to_0 # TTTAG0 & L_WRT_RDb) & !PCLK;
!TAG1RWb  = (wt_to_1 # TTTAG1 & L_WRT_RDb) & !PCLK;

/* Define next TAG RAM info to be loaded
   - During test mode, mux in data from TB data bus.
*/

Mux2(TTTAG,ldis0,T_DBUS[0],NXT_ldis0);
Mux2(TTTAG,ldis1,T_DBUS[0],NXT_ldis1);

!wrt_2vld0b[3:0] = wt_to_0 & !Invld0;
!wrt_2vld1b[3:0] = wt_to_1 & !Invld1;
Mux2(IN_TEST,wrt_2vld0b,vb0b,next_vld0b);
Mux2(IN_TEST,wrt_2vld1b,vb1b,next_vld1b);
Mux2(TTVaPa0,next_vld0b[3:0],T_DBUS[3:0],NXT_vb0b[3:0]);
Mux2(TTVaPa1,next_vld1b[3:0],T_DBUS[3:0],NXT_vb1b[3:0]);

next_lru = wt_to_0 # !L_WRT_RDb & found0;
next_drt = !(IN_HCLN & DR_BUSYb);
Mux2(TTLRU,next_lru,T_DBUS[0],NXT_LRU);
Mux2(TTTAG,next_drt,T_DBUS[26],NXT_DRT);
Mux2(TTTAG,LAT_AA[19:0],T_DBUS[25:6],NXT_TAG[19:0]);
Mux2(TTTAG,T_APAR[2:0],T_DBUS[31:29],NXT_TPAR[2:0]);
Mux2(TTVaPa,T_DPAR[3:0],T_DBUS[19:16],NXT_DPAR[3:0]);

Mux2(TTVaPa0,T_DIN[31:0],DO0_LAT[31:0],DIN0[31:0]);
Mux2(TTVaPa1,T_DIN[31:0],DO1_LAT[31:0],DIN1[31:0]);

/* Define control signals for test mode
        - Only write valid bytes of parity/valid/data off of TB
        - When writing data, parity and validity set as normal
        - Only read valid bytes from WB
*/

LA[19:0] = LAT_AA[19:1]; /* This bus starts w/ real addr bit 6 */

/* test operation on write buffer data - way 0 and 1 */

TTDAT0  = (LA[8:6] == 001b) & (LA[4] == 0b) & T2 & IN_TEST;
TTDAT1  = (LA[8:6] == 001b) & (LA[4] == 1b) & T2 & IN_TEST;

/* test operation on write buffer TAG group A:  (Data parity, validity) */

TTVaPa  = TTVaPa0 # TTVaPa1;
```

253

```
TTVaPa0 = (LA[8:6] == 101b) & (LA[4] == 0b) & (LA[0] == 0b) & T2 & IN_TEST;
TTVaPa1 = (LA[8:6] == 101b) & (LA[4] == 1b) & (LA[0] == 0b) & T2 & IN_TEST;

/* test op on WB TAG group B:  (TAG, TAG parity, dirty, line disable) */

TTTAG   = TTTAG0 # TTTAG1;
TTTAG0  = (LA[8:6] == 101b) & (LA[4] == 0b) & (LA[0] == 1b) & T2 & IN_TEST;
TTTAG1  = (LA[8:6] == 101b) & (LA[4] == 1b) & (LA[0] == 1b) & T2 & IN_TEST;

/* test op on write buffer LRU bits:  (32 - one bit LRU data elements) */

TTLRU   = (LA[8:6] == 110b) & T2 & IN_TEST;

/* Define combinational logic from TAGs to test parity */

tp0c_byte[7:4] = TAG0[3:0];
tp0c_byte[3:0] = %0000b;
Parity(tp0c_byte,jtpar0a);
TPE0[0] = jtpar0a;
Parity(TAG0[11:4],jtpar0b);
TPE0[1] = jtpar0b;
Parity(TAG0[19:12],jtpar0c);
TPE0[2] = jtpar0c;

tp1c_byte[7:4] = TAG1[3:0];
tp1c_byte[3:0] = %0000b;
Parity(tp1c_byte,jtpar1a);
TPE1[0] = jtpar1a;
Parity(TAG1[11:4],jtpar1b);
TPE1[1] = jtpar1b;
Parity(TAG1[19:12],jtpar1c);
TPE1[2] = jtpar1c;

XOR(TPE0[0],tpar0[0],tpER0a);
XOR(TPE0[1],tpar0[1],tpER0b);
XOR(TPE0[2],tpar0[2],tpER0c);

XOR(TPE1[0],tpar1[0],tpER1a);
XOR(TPE1[1],tpar1[1],tpER1b);
XOR(TPE1[2],tpar1[2],tpER1c);

TPERR0 = !ldis0 & valid0 & (tpER0a # tpER0b # tpER0c);
TPERR1 = !ldis1 & valid1 & (tpER1a # tpER1b # tpER1c);
TAGPER = TPERR0 # TPERR1; /* Set flag on any TAG parity error */

/* Define logic to operate WB RAMs */

/* ADSb low pulls RAMEN in two gates after PRECH goes away.       */
/* PRECH high pulls RAMEN low (A separate chop can be easily added) */
/* IDLE low keeps RAMEN high after ADSb goes back high            */

PRECH   = IDLE & noADS & PCLK # DSABL;
```

254

```
TRAMEN   = !((ADSb # PRECH) & (IDLE # CHOPTAG));
DRAMEN0  = !((ADSb # PRECH) & (IDLE # CHOPDAT0));
DRAMEN1  = !((ADSb # PRECH) & (IDLE # CHOPDAT1));
Register(PCLK,ADSb,noADS);
CHOPTAG  = (T2 & !L_WRT_RDb & PROC_486 # T3on) & !PCLK
           # SMCHOPT # DSABL;
CHOPDAT0 = SMCHOPD # DSABL # T3on & PCLK # SW_INVLST0
           # !L_WRT_RDb & !dirty0 & (T3on & L_STREAM # IN_BEVAL);
CHOPDAT1 = SMCHOPD # DSABL # T3on & PCLK # SW_INVLST1
           # !L_WRT_RDb & !dirty1 & (T3on & L_STREAM # IN_BEVAL);


/* Define address path to TAG RAMs */

Buffer(ta4_latb,TLAT_A[3:0],TADDR4[3:0]); /* TAG SET from latched AA & NA */
Buffer(ta4_aab,ADV_ABUS[3:0],TADDR4[3:0]); /* TAG SET from AA-buffered ADDR*/
Buffer(ta4_TBb,TBLAT_A[3:0],TADDR4[3:0]);  /* TAG SET from TB             */
Latch(Aopen23b,ADV_ABUS[3:2],TLAT_A[3:2]); /* Latch bits 2,3 of AA        */
Latch(Aopen01b,NA[1:0],TLAT_A[1:0]);       /* Latch bits 0,1 of NA        */
Latch(AcloseTB,T_ABUS[3:0],TBLAT_A[3:0]);  /* Latch bits 0-3 of TB        */

!ta4_latb = !IDLE & ta4_TBb;
!ta4_aab  =  IDLE & ta4_TBb;
/* ta4_TBb defined in state machine */
!Aopen23b = IDLE;

/* The Adopenb term (below) holds TADDR in latch until DADDR latch closes */
AcloseTB  = IN_BEVAL & PCLK # TRAMEN # !Adopenb;
!Aopen01b = IDLE # (L_BURST & !TRAMEN & Adopenb);

/* Define address path to DATA RAMs */

ta4_aa = !ta4_aab;

/* Provide TB addr in Strm Wrts to Data RAMs 2 cycles delayed */
D1_TADDR4 := TADDR4;
D2_TADDR4 := D1_TADDR4;
Mux2(SWRT_T3on,TADDR4,D2_TADDR4,M2_DADDR);

Buffer(ta4_aab,ADV_ABUS[3:0],DADDR4[3:0]); /* DAT SET from AA-buffered addr*/
Buffer(ta4_aa,DLAT_A[3:0],DADDR4[3:0]);    /* DATA SET from latched TAG SET*/
Latch(Adopenb,M2_DADDR[3:0],DLAT_A[3:0]);  /* Latch TAG SET               */

/* Close Adopenb immediately on CLK=1->0 edge (to keep data for DRAMEN) */
!Adopenb = IDLE # !(DRAMEN0 # DRAMEN1) & PCLK;

/* Define PS RAM memory for write buffer */

.block PSR16X24 TAG0
        RAMEN    = TRAMEN,
        RWb      = TAG0RWb,
        A        = TADDR4,
        DIN      = TAG0DIN,
```

```
          DO            = TAG0DO;

.block PSR16X24 TAG1
          RAMEN         = TRAMEN,
          RWb           = TAG1RWb,
          A             = TADDR4,
          DIN           = TAG1DIN,
          DO            = TAG1DO;

.block PSR16X10 D0a
          RAMEN         = DRAMEN0,
          RWb           = D0aRWb,
          A             = DADDR4,
          DIN[7:0]      = DIN0[7:0],
          DO[7:0]       = DO0[7:0],
          DINV          = NXT_vb0b[0],
          DINP          = NXT_DPAR[0],
          DOV           = vb0a_b_L,
          DOP           = dpar0a_L;

.block PSR16X10 D0b
          RAMEN         = DRAMEN0,
          RWb           = D0bRWb,
          A             = DADDR4,
          DIN[7:0]      = DIN0[15:8],
          DO0[7:0]      = DO0[15:8],
          DINV          = NXT_vb0b[1],
          DINP          = NXT_DPAR[1],
          DOV           = vb0b_b_L,
          DOP           = dpar0b_L;

.block PSR16X10 D0c
          RAMEN         = DRAMEN0,
          RWb           = D0cRWb,
          A             = DADDR4,
          DIN[7:0]      = DIN0[23:16],
          DO[7:0]       = DO0[23:16],
          DINV          = NXT_vb0b[2],
          DINP          = NXT_DPAR[2],
          DOV           = vb0c_b_L,
          DOP           = dpar0c_L;

.block PSR16X10 D0d
          RAMEN         = DRAMEN0,
          RWb           = D0dRWb,
          A             = DADDR4,
          DIN[7:0]      = DIN0[31:24],
          DO[7:0]       = DO0[31:24],
          DINV          = NXT_vb0b[3],
          DINP          = NXT_DPAR[3],
          DOV           = vb0d_b_L,
          DOP           = dpar0d_L;
```

256

```
.block PSR16X10 D1a
        RAMEN       = DRAMEN1,
        RWb         = D1aRWb,
        A           = DADDR4,
        DIN[7:0]    = DIN1[7:0],
        DO[7:0]     = DO1[7:0],
        DINV        = NXT_vb1b[0],
        DINP        = NXT_DPAR[0],
        DOV         = vb1a_b_L,
        DOP         = dpar1a_L;

.block PSR16X10 D1b
        RAMEN       = DRAMEN1,
        RWb         = D1bRWb,
        A           = DADDR4,
        DIN[7:0]    = DIN1[15:8],
        DO[7:0]     = DO1[15:8],
        DINV        = NXT_vb1b[1],
        DINP        = NXT_DPAR[1],
        DOV         = vb1b_b_L,
        DOP         = dpar1b_L;

.block PSR16X10 D1c
        RAMEN       = DRAMEN1,
        RWb         = D1cRWb,
        A           = DADDR4,
        DIN[7:0]    = DIN1[23:16],
        DO[7:0]     = DO1[23:16],
        DINV        = NXT_vb1b[2],
        DINP        = NXT_DPAR[2],
        DOV         = vb1c_b_L,
        DOP         = dpar1c_L;

.block PSR16X10 D1d
        RAMEN       = DRAMEN1,
        RWb         = D1dRWb,
        A           = DADDR4,
        DIN[7:0]    = DIN1[31:24],
        DO[7:0]     = DO1[31:24],
        DINV        = NXT_vb1b[3],
        DINP        = NXT_DPAR[3],
        DOV         = vb1d_b_L,
        DOP         = dpar1d_L;

.end;
```

257

```
/* Copyright NCR Corporation GMBH, Augsburg, West Germany 1990
 *
 * Filename:          wbreg.cdl
 *
 * Description:
 *
 *       Implementation of write buffer register files.  The first register
 *       file implements the write buffer cache dirty bits for way 0 and 1.
 *       Another register file implements the LRU bit.
 *
 */

.INPUT  latin_lru,
        ddlmux4,
        TADDR4,
        NXT_LRU,
        latin_drt0,
        latin_drt1,
        NXT_DRT;
.OUTPUT LDDOUT[2:0];

RegisterFile(LRUfile,16,1,latin_lru,0,ddlmux4,NXT_LRU,LDDOUT[2]);
RegisterFile(LRUfile,16,1,0,1,TADDR4,NXT_LRU,LDDOUT[2]);
RegisterFile(DRT0file,16,1,latin_drt0,0,ddlmux4,NXT_DRT,LDDOUT[1]);
RegisterFile(DRT0file,16,1,0,1,TADDR4,NXT_DRT,LDDOUT[1]);
RegisterFile(DRT1file,16,1,latin_drt1,0,ddlmux4,NXT_DRT,LDDOUT[0]);
RegisterFile(DRT1file,16,1,0,1,TADDR4,NXT_DRT,LDDOUT[0]);

.end;
```

258

# United States Court of Appeals
## for the Federal Circuit
*Visual Memory LLC v. NVIDIA Corporation*, 2016-2254

### CERTIFICATE OF SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by STAMOULIS & WEINBLATT LLC, Attorneys for Appellant to print this document.  I am an employee of Counsel Press.

On **September 28, 2016**, Counsel for Appellant has authorized me to electronically file the foregoing Statement of the Issues with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

> Maximilian A. Grant (principal counsel)
> Richard G. Frenkel
> Gabriel K. Bell
> Latham & Watkins LLP
> 555 Eleventh Street NW, Suite 1000
> Washington, DC 20004-1304
> max.grant@lw.com
> rick.frenkel@lw.com
> gabriel.bell@lw.com

Upon acceptance by the Court of the e-filed document, six paper copies will be filed with the Court within the time provided in the Court's rules.

September 28, 2016                                  /s/ Robyn Cocho
                                                   Counsel Press

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPE-FACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1.    This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 28.1(e)(2)(A), because it contains <u>9,801</u> words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Federal Circuit Rule 32(b).

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word, in 14 Point Times New Roman.

Dated:  September 28, 2016          */s/ Richard C. Weinblatt*
                                    Richard C. Weinblatt

                                    STAMOULIS & WEINBLATT LLC