**2016-2254**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

───────────────────────────────────────

**VISUAL MEMORY LLC,**

*Plaintiff-Appellant,*

**v.**

**NVIDIA CORPORATION,**

*Defendant-Appellee.*

───────────────────────────────────────

Appeal from the United States District Court
for the District of Delaware, No. 1:15-cv-00789-RGA

───────────────────────────────────────

## APPELLEE'S UNOPPOSED MOTION FOR
## EXTENSION TO FILE ITS PRINCIPAL BRIEF

───────────────────────────────────────

Appellee NVIDIA Corporation ("NVIDIA") respectfully requests that the time for filing its principal brief, currently due November 7, 2016, be extended thirty (30) days, to December 7, 2016. *See* Fed. R. App. P. 26(b); Fed. Cir. R. 26(b). This motion is timely filed more than seven days before NVIDIA's brief is due and NVIDIA has not previously been granted an extension. *See* Fed. Cir. R. 26(b). Appellant does not oppose this motion and does not intend to file a response.

Good cause exists for the requested extension, as discussed below and in the attached declaration. NVIDIA's counsel has numerous briefs and other

professional obligations due in the coming weeks. In light of these professional obligations, the requested extension is warranted in the present case.

Dated: October 28, 2016    Respectfully submitted,

/s/ *Maximilian A. Grant*
Maximilian A. Grant
Gabriel K. Bell
LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, DC 20004
(202) 637-2200
max.grant@lw.com

Richard G. Frenkel
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

*Counsel for Appellee*
*NVIDIA Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellee certifies the following:

1. The full name of every party or amicus curiae represented by me is:

    NVIDIA Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    NVIDIA Corporation is a publicly held corporation. NVIDIA does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court **(and who have not or will not enter an appearance in this case)** are:

    **Morris, Nichols, Arsht & Tunnell LLP:** Jack B. Blumenfeld, Paul Saindon

Dated: October 28, 2016

Respectfully submitted,

*/s/ Maximilian A. Grant*
Maximilian A. Grant
LATHAM & WATKINS LLP
555 Eleventh St., NW
Suite 1000
Washington, DC  20004
(202) 637-2200
max.grant@lw.com

# ATTACHMENT TO APPELLEE'S UNOPPOSED MOTION FOR EXTENSION TO FILE ITS PRINCIPAL BRIEF

**2016-2254**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

―――――――――――――――――――――――――

**VISUAL MEMORY LLC,**

*Plaintiff-Appellant,*

**v.**

**NVIDIA CORPORATION,**

*Defendant-Appellee.*

―――――――――――――――――――――――――

Appeal from the United States District Court
for the District of Delaware, No. 1:15-cv-00789-RGA

―――――――――――――――――――――――――

# DECLARATION OF MAXIMILIAN A. GRANT
# IN SUPPORT OF APPELLEE'S UNOPPOSED MOTION FOR
# EXTENSION TO FILE ITS PRINCIPAL BRIEF

―――――――――――――――――――――――――

I, Maximilian A. Grant, do hereby state and declare as follows:

1. I am a partner in the law firm Latham & Watkins LLP and lead counsel for Appellee NVIDIA Corporation in this appeal.

2. Appellee's principal brief is currently due November 7, 2016.

3. Good cause exists for the requested extension because I have numerous briefs and other professional obligations due in the coming weeks.

4. All parties consent to this request and none intends to file a response.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: October 28, 2016

> */s/ Maximilian A. Grant*
> Maximilian A. Grant
> LATHAM & WATKINS LLP
> 555 Eleventh St., NW
> Suite 1000
> Washington, DC  20004
> (202) 637-2200
> max.grant@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2016, I caused the foregoing to be served by electronic means through the Court's CM/ECF system on Counsel for Appellant, who are registered CM/ECF users.

*/s/ Maximilian A. Grant*
Maximilian A. Grant